# THE NEUBERGER FIRM

ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 10, 2005

**Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE: **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS

Dear Judge Sleet:

    Today plaintiff has filed a Proposed Rule 16 Scheduling Order and a Status Report for use in our Rule 16(b) conference scheduled for next Thursday, March 17, 2005.

    On Tuesday, March 8th, I contacted your Case Manager Ms. McDavid and inquired as to whether the March 17th conference was a Fed.R.Civ.P. 16(a) or 16(b) conference. Upon learning that it was a Rule 16(b) conference, I immediately prepared the appropriate submissions and sent them to defense counsel along with a request that we confer about them and also fulfill our Rule 26(f) obligations.

    In response defense counsel indicated that he was too busy to review the documents or to confer, but that he hoped to find time on Friday to call plaintiff's counsel.

    Plaintiff will continue to work diligently to meet and confer with defendants in preparation for next week's Rule 16 conference. If any changes are made to the above referenced submissions, plaintiff will file them with the Court.

Respectfully submitted,

/s/ Stephen J. Neuberger

cc: Ralph K. Durstein, Esq. (Via CM/ECF)

Conley \ Letters \ Sleet.04