# THE NEUBERGER FIRM

### ATTORNEYS AND COUNSELLORS AT LAW

## TWO EAST SEVENTH STREET
## SUITE 302
## WILMINGTON, DELAWARE 19801-3707

### WWW.NEUBERGERLAW.COM
### EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 18, 2005                                        **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:    **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS

Dear Judge Sleet:

Enclosed is the Rule 16 Scheduling Order, incorporating the changes made during yesterday's Rule 16 conference.

Respectfully submitted,

/s/ Stephen J. Neuberger

enclosure

cc:    Ralph K. Durstein, Esq. (Via CM/ECF)

Conley \ Letters \ Sleet.05