IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH,** individually and in his official | : | |
| capacity as the Deputy Superintendent, | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| individually and in his official capacity as | : | |
| Secretary of the Department of Safety and | : | |
| Homeland Security, State of Delaware; and | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| Defendants. | : | |

## STIPULATED ORDER

This matter having come before the Court during a chambers conference on March 17, 2005, it is hereby STIPULATED and AGREED by and between plaintiff and defendants subject to the approval of the Court, that:

1. In early December 2004, defense counsel informed the Court that he would be unable to represent the interests of defendant L. Aaron Chaffinch in this action due to a conflict of interest.

2. Defense counsel had previously informed Chaffinch in writing of the need to secure

separate legal representation in this matter.

3. Defense counsel advised the Court on March 17, 2005 that James E. Ligouri, Esquire was representing defendant Chaffinch in other matters; that defense counsel had spoken to Mr. Ligouri concerning the conflict of interest issue; and that Mr. Ligouri would seek the consent of his client to enter his appearance in this lawsuit..

4. Accordingly, defendant Chaffinch shall immediately secure legal representation who then shall enter his/her appearance on Chaffinch's behalf in this action on or before Friday, March 25, 2005.

5. If Chaffinch fails to comply with the terms of this Order, the Court shall convene a contempt hearing to determine why Chaffinch should not be held in contempt on this Court.

6. The Court will compel Chaffinch's attendance at this hearing if necessary.

| THE NEUBERGER FIRM, P.A. | DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Stephen J. Neuberger | /s/ Ralph K. Durstein, III |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **RALPH K. DURSTEIN, III, ESQ. (#912)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | Deputy Attorney General |
| Two East Seventh Street, Suite 302 | State of Delaware |
| Wilmington, DE 19801 | 820 North French Street |
| (302) 655-0582 | (302) 577-8510 |
| Attorneys for Plaintiff | Attorney for Defendants |
| Date: March 23, 2005 | Date: March 23, 2005 |

IT IS SO ORDERED THIS _____ day of March, 2005

_____
U.S.D.J.

**CERTIFICATE OF SERVICE**

 I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on March 23, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Ralph K. Durstein III
> Department of Justice
> Carvel State Office Building
> 820 N. French Street
> Wilmington, DE 19801
> ralph.durstein@state.de.us

> /s/ Stephen J. Neuberger
> **STEPHEN J. NEUBERGER, ESQUIRE**