IN THE UNITED STATES DISTRICT COURT OF THE STATE OF DELAWARE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | **CASE NO. 04-1394 GMS** |
| | : | |
| **Plaintiff.** | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | **ENTRY OF APPEARANCE** |
| | : | |
| **Defendant.** | : | |

TO:   Clerk of the Court
      844 North King Street, Room 4209
      Lock Box 18
      Wilmington, DE 19801

**PLEASE ENTER MY APPEARANCE** on behalf of Defendant in the above captioned matter presently pending in United States District Court in and for the District of Delaware.

                **LIGUORI, MORRIS & YIENGST**

                **/s/James E. Liguori**
                **JAMES E. LIGUORI, ESQ.**
                46 The Green
                Dover, Delaware  19901
                (302) 678-9900
                Bar ID. 415
                Attorney for Plaintiff, L. Aaron Chaffinch
                jel_lmy@msn.com

DATED:_____