IN THE UNITED STATES DISTRICT COURT OF THE STATE OF DELAWARE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | **CASE NO. 04-1394 GMS** |
| **Plaintiff.** | : | |
| v. | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | **ENTRY OF APPEARANCE** |
| **Defendant.** | : | |

TO:   Clerk of the Court
　　　844 North King Street, Room 4209
　　　Lock Box 18
　　　Wilmington, DE 19801


**PLEASE ENTER MY APPEARANCE** on behalf of Defendant in the above captioned matter presently pending in United States District Court in and for the District of Delaware.

　　　　　　　　　　　　　　　　　　　　**LIGUORI, MORRIS & YIENGST**

　　　　　　　　　　　　　　　　　　　　**/s/James E. Liguori**
　　　　　　　　　　　　　　　　　　　　**JAMES E. LIGUORI, ESQ.**
　　　　　　　　　　　　　　　　　　　　46 The Green
　　　　　　　　　　　　　　　　　　　　Dover, Delaware  19901
　　　　　　　　　　　　　　　　　　　　(302) 678-9900
　　　　　　　　　　　　　　　　　　　　Bar ID. 415
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, L. Aaron Chaffinch
　　　　　　　　　　　　　　　　　　　　jel_lmy@msn.com

DATED: March 23, 2005