**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BARBARA CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1394-GMS |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DIVISION OF STATE POLICE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants, | ) | |

**DEFENDANTS' INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)**

Pursuant to Fed. R. Civ. P. 26(a), Defendants State of Delaware and David W. Dryden make the following initial disclosures:

1.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE**:

Captain John A. Yeomans
Human Resources Section
1441 North Dupont Highway
Dover, DE 19903-0430
(302) 739-5981

Captain James Paige
Internal Affairs
1575 McKee Road
Dover, DE 19904
(302) 739-5990

Lt. Mark Daniels
Internal Affairs
1575 McKee Road
(302) 739-5990
Dover, DE 19904

Lt. Robert Coupe
Internal Affairs
1575 McKee Road
(302) 739-5990
Dover, DE 19904

The defendants reserve the right to supplement this list as discovery proceeds in this matter.

2.  A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE**:

The plaintiff's personnel file, as maintained in the Human Resources Section of the Delaware State Police Headquarters Complex in Dover, Delaware.  A copy will be provided to counsel.

Documents, tape-recordings, and other materials contained in file maintained by the Internal Affairs Section with regard to the investigation ordered by Secretary Mitchell into the allegations made by the plaintiff in her lawsuit.  The Internal Affairs file is privileged and confidential and not subject to disclosure.

The personnel files of other Delaware State Police officers holding the rank of Major or Captain, whose qualifications are implicated in the allegations of the Complaint. These files are confidential and privileged from disclosure, absent a waiver by the individual employee.

The defendants reserve the right to supplement this response as appropriate during the course of discovery.


3.  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE**:  Not applicable.


4.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**:  Not applicable.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

_____

Ralph K. Durstein III, I.D. No. 912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400

Dated:  April 4, 2005

I:\ralph.durstein\Litigation\Conley v DSP\Initial Disclosures.do

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2005, I electronically filed Initial Disclosures pursuant to Rule 26 with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street
Wilmington, DE 19801-3707
tsn@neubergerlaw.com


/s/ Ralph K. Durstein III
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302) 577-8510
ralph.durstein@state.de.us