# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA L. CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1394-GMS |
| | ) | |
| COLONEL L. AARON CHAFFINCH, | ) | |
| individually and in his official capacity as | ) | |
| The Superintendent, Delaware State | ) | |
| Police; LIEUTENANT COLONEL | ) | |
| THOMAS F. MACLEISH, individually | ) | |
| and in his official capacity as the Deputy | ) | |
| Superintendent, Delaware State Police; | ) | |
| DAVID B. MITCHELL, | ) | |
| individually and in his official capacity as | ) | |
| Secretary of the Department of Safety | ) | |
| and Homeland Security, State of Delaware; | ) | |
| and DIVISION OF STATE POLICE, | ) | |
| DEPARTMENT OF SAFETY AND | ) | |
| HOMELAND SECURITY, STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Stephani J. Ballard, Esquire, Deputy Attorney General, on behalf of the following defendants: Lt. Col. Macleish, Secretary Mitchell, Division of State Police and Department of Safety and Homeland Security, in the above captioned matter.

   /s/ Stephani J. Ballard   
Ralph K. Durstein III (ID# 912)
Stephani J. Ballard (ID #3481)
Deputy Attorneys General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8400

Dated:  April 11, 2005

# CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on April 11, 2005, she caused two (2) copies of the attached **ENTRY OF APPEARANCE** to be delivered to the following persons in the form and manner indicated:

## NAME AND ADDRESS OF RECIPIENT(S):

Thomas S. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 E. Seventh St., Suite 302
Wilmington , DE  19801

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE  19901

Chad M. Shandler, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### MANNER OF DELIVERY:

\_\_\_\_\_   One true copy by facsimile transmission to each recipient

 X    Two true copies by first class mail, postage prepaid, to each recipient and
\_\_\_\_\_   E-Service (ECF/PACER)

\_\_\_\_\_   Two true copies by hand delivery to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


  /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Macleish, Mitchell, Division of State Police

and Department of Safety and
Homeland Security