IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : | C.A.No.04-1394-GMS |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

TO:  Ralph K. Durstein III, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
(By U.S. Mail)

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| David B. Mitchell | May 16, 2005 at 10:00 a.m. |
| L. Aaron Chaffinch | May 17, 2005 at 9:00 a.m. |
| L. Aaron Chaffinch | May 18, 2005 at 9:00 a.m. |
| Joseph Aviola | May 18, 2005 at 2:00 p.m. |
| Thomas McLeish | May 19, 2005 at 9:00 a.m. |
| David Baylor | June 6, 2005 at 10:00 a.m. |
| Joseph Swiski | June 6, 2005 at 2:00 p.m. |
| Glenn Dixon | June 7, 2005 at 9:30 a.m. |
| Harry Downes | June 7, 2005 at 3:00 p.m. |
| Mary Ann Papili | June 8, 2005 at 9:30 a.m. |
| Gerald Pepper | June 9, 2003 at 9:00 a.m. |

**THE NEUBERGER FIRM, P.A.**

   /s/ Thomas S. Neuberger
**THOMAS STEPHEN NEUBERGER, ESQ.**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
Bar No. 243
(302) 655-0582

Attorney for Plaintiff

DATED: May 3, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2005, a correct copy of the enclosed pleading was served by electronic service to:

>Ralph K. Durstein III, Esquire
>Department of Justice
>Carvel State Office Building
>820 N. French Street
>Wilmington, DE 19801

>  /s/ Thomas S. Neuberger
>THOMAS STEPHEN NEUBERGER

Conley Emp. / Pleadings / Notice of Depositioons