IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH,** individually and in his official | : | |
| capacity as the Deputy Superintendent, | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| individually and in his official capacity as | : | |
| Secretary of the Department of Safety and | : | |
| Homeland Security, State of Delaware; and | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF SERVICE OF**
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on June 1, 2005, I caused two (2) copies of **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be e-mailed and mailed first class, postage prepaid to the following:

Ralph K. Durstein, III
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Ralph.Durstein@state.de.us

James E. Liguori
Liguori Morris & Yeingst
46 The Green
Dover, DE 19901
jel_lmy@msn.com

                                              **THE NEUBERGER FIRM, P.A.**

                                              /s/ Stephen J. Neuberger
                                              **STEPHEN J. NEUBERGER, ESQUIRE**
                                              Bar No. 4440
                                              Two East Seventh Street, Suite 302
                                              Wilmington, Delaware 19801
                                              (302) 655-0582
                                              SJN@NeubergerLaw.com

Dated: June 1, 2005                            Attorney for Plaintiffs

Conley/ Pleadings /First Doc. Request Notice of Svs.