IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH,** individually and in his official | : | |
| capacity as the Deputy Superintendent, | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| individually and in his official capacity as | : | |
| Secretary of the Department of Safety and | : | |
| Homeland Security, State of Delaware; and | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on June 8, 2005, I caused two (2) copies of **PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** to be e-mailed and mailed first class, postage prepaid to the following:

| | |
|---|---|
| Ralph K. Durstein, III | James E. Liguori |
| Department of Justice | Liguori Morris & Yeingst |
| Carvel State Office Building | 46 The Green |
| 820 N. French Street | Dover, DE 19901 |
| Wilmington, DE 19801 | jel_lmy@msn.com |
| Ralph.Durstein@state.de.us | |

                                          **THE NEUBERGER FIRM, P.A.**

                                          /s/ Stephen J. Neuberger
                                          **STEPHEN J. NEUBERGER, ESQUIRE**
                                          Bar No. 4440
                                          Two East Seventh Street, Suite 302
                                          Wilmington, Delaware 19801
                                          (302) 655-0582
                                          SJN@NeubergerLaw.com

Dated: June 8, 2005                      Attorney for Plaintiffs

Conley/ Pleadings /Second Doc. Request Notice of Svs.