IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : | C.A.No.04-1394-GMS |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on June 8, 2005, I caused two (2) copies of **PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS** to be e-mailed and mailed first class, postage prepaid to the following:

Ralph K. Durstein, III
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Ralph.Durstein@state.de.us

James E. Liguori
Liguori Morris & Yeingst
46 The Green
Dover, DE 19901
jel_lmy@msn.com

                                          **THE NEUBERGER FIRM, P.A.**

                                          /s/ Stephen J. Neuberger
_____   **STEPHEN J. NEUBERGER, ESQUIRE**
                                          Bar No. 4440
                                          Two East Seventh Street, Suite 302
                                          Wilmington, Delaware 19801
                                          (302) 655-0582
                                          SJN@NeubergerLaw.com

Dated: June 8, 2005                         Attorney for Plaintiffs

Conley/ Pleadings /Third RFP Docs Notice of Svs.