**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BARBARA L. CONLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-1394-GMS |
| ) | |
| COLONEL L. AARON CHAFFINCH, ) | |
| individually and in his official capacity as ) | |
| The Superintendent, Delaware State ) | |
| Police; LIEUTENANT COLONEL ) | |
| THOMAS F. MACLEISH, individually ) | |
| and in his official capacity as the Deputy ) | |
| Superintendent, Delaware State Police; ) | |
| DAVID B. MITCHELL, ) | |
| individually and in his official capacity as ) | |
| Secretary of the Department of Safety ) | |
| and Homeland Security, State of Delaware; ) | |
| and DIVISION OF STATE POLICE, ) | |
| DEPARTMENT OF SAFETY AND ) | |
| HOMELAND SECURITY, STATE OF ) | |
| DELAWARE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on June 30, 2005, she caused two (2) copies of the attached **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire  
Thomas S. Neuberger, P.A.  
2 E. Seventh St., Suite 302  
Wilmington , DE  19801

James E. Liguori, Esquire  
Liguori, Morris & Yiengst  
46 The Green  
Dover, DE  19901

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

  X   Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by hand delivery to each recipient

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                __/s/ Stephani J. Ballard____
                                                Stephani J. Ballard, I.D. #3481
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 N. French Street, 6th floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security