**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BARBARA L. CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1394-GMS |
| | ) | |
| COLONEL L. AARON CHAFFINCH, | ) | |
| individually and in his official capacity as | ) | |
| The Superintendent, Delaware State | ) | |
| Police; LIEUTENANT COLONEL | ) | |
| THOMAS F. MACLEISH, individually | ) | |
| and in his official capacity as the Deputy | ) | |
| Superintendent, Delaware State Police; | ) | |
| DAVID B. MITCHELL, | ) | |
| individually and in his official capacity as | ) | |
| Secretary of the Department of Safety | ) | |
| and Homeland Security, State of Delaware; | ) | |
| and DIVISION OF STATE POLICE, | ) | |
| DEPARTMENT OF SAFETY AND | ) | |
| HOMELAND SECURITY, STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on July 8, 2005, she caused two (2) copies of the attached **DEFENDANTS' RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Thomas S. Neuberger, Esquire | James E. Liguori, Esquire |
| Thomas S. Neuberger, P.A. | Liguori, Morris & Yiengst |
| 2 E. Seventh St., Suite 302 | 46 The Green |
| Wilmington, DE 19801 | Dover, DE 19901 |

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

__X__ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by hand delivery to each recipient

                                          STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Stephani J. Ballard_____
                                      Stephani J. Ballard, I.D. #3481
                                      Deputy Attorney General
                                      Carvel State Office Building
                                      820 N. French Street, 6th floor
                                      Wilmington, DE 19801
                                      (302) 577-8400
                                      Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security