IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **COLONEL L. AARON CHAFFINCH,** | : C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : |
| Superintendent, Delaware State Police; | : |
| **LIEUTENANT COLONEL THOMAS F.** | : |
| **MACLEISH,** individually and in his official | : |
| capacity as the Deputy Superintendent, | : |
| Delaware State Police; **DAVID B. MITCHELL,** | : |
| individually and in his official capacity as | : |
| Secretary of the Department of Safety and | : |
| Homeland Security, State of Delaware; and | : |
| **DIVISION OF STATE POLICE,** | : |
| **DEPARTMENT OF SAFETY AND** | : |
| **HOMELAND SECURITY, STATE OF** | : |
| **DELAWARE,** | : |
| | : |
| **Defendants.** | : |

## NOTICE OF DEPOSITIONS

TO:  Ralph K. Durstein III, Esquire           James E. Liguori, Esquire
     Department of Justice                    Liguori, Morris & Yiengst
     Carvel State Office Building             46 The Green
     820 N. French Street                     Dover, DE 19901
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Thomas Marcin | August 10, 2005 at 10:00 a.m. |
| Gerald Pepper | August 12, 2005 at 10:00 a.m. |

**THE NEUBERGER FIRM, P.A.**


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorney for Plaintiff

DATED: July 12, 2005

**CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on July 12, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Ralph K. Durstein III, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801<br>ralph.durstein@state.de.us | James E. Liguori, Esquire<br>Liguori, Morris & Yiengst<br>46 The Green<br>Dover, DE 19901<br>jel_lmy@msn.com |

**/s/ Thomas `S. Neuberger**
**THOMAS S. NEUBERGER, ESQ.**

Conley Emp. / Pleadings /Notice of Deposition (4)