IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH,** individually and in his official | : | |
| capacity as the Deputy Superintendent, | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| individually and in his official capacity as | : | |
| Secretary of the Department of Safety and | : | |
| Homeland Security, State of Delaware; and | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on August 2, 2005, I caused **PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANTS' FIRST SET INTERROGATORIES** to be served by the means indicated.

Ralph K. Durstein, III
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801.
Ralph.Durstein@state.de.us
(via U.S. Mail & E-mail)

James E. Liguori
Liguori Morris & Yeingst
46 The Green
Dover, DE 19901
jel_lmy@msn.com
(via U.S. Mail & E-mail)

                    **THE NEUBERGER FIRM, P.A.**

                    /s/ Stephen J. Neuberger
                    **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                    Two East Seventh Street, Suite 302
                    Wilmington, Delaware 19801
                    (302) 655-0582
                    SJN@NeubergerLaw.com

                    Attorneys for Plaintiff

DATED: August 2, 2005

Conley / Pleadings / Notice of Service P's Ans. To 1st Interrogs