IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA L. CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1394-GMS |
| | ) | |
| COLONEL L. AARON CHAFFINCH, individually and in his official capacity as The Superintendent, Delaware State Police; LIEUTENANT COLONEL THOMAS F. MACLEISH, individually and in his official capacity as the Deputy Superintendent, Delaware State Police; DAVID B. MITCHELL, individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on August 2, 2005, she caused two (2) copies of the attached **DEFENDANTS'** *SUPPLEMENTAL* **RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire  
Thomas S. Neuberger, P.A.  
2 E. Seventh St., Suite 302  
Wilmington , DE  19801

James E. Liguori, Esquire  
Liguori, Morris & Yiengst  
46 The Green  
Dover, DE  19901

**MANNER OF DELIVERY:**

\_\_\_\_\_	One true copy by facsimile transmission to each recipient

  X    Two true copies by first class mail, postage prepaid, to each recipient

\_\_\_\_\_	Two true copies by hand delivery to each recipient

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        \_\_/s/ Stephani J. Ballard\_\_\_\_
        Stephani J. Ballard, I.D. #3481
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security