

**WILCOX & FETZER LTD.**

In the Matter Of:

# Conley
## v.
# Chaffinch, et al.

C.A. # 04-1394-GMS

---

Transcript of:

Captain Glenn Donald Dixon

July 13, 2005

---

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

Case 1:04-cv-01394-GMS   Document 75-10   Filed 09/16/2005   Page 2 of 15

Conley                                            v.                              Chaffinch, et al.
Captain Glenn Donald Dixon            C.A. # 04-1394-GMS                      July 13, 2005

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
CAPTAIN BARBARA L. CONLEY,            )
                                      )
           Plaintiff,                 )
                                      )   Civil Action
     v.                               )   No. 04-1394-GMS
                                      )
COLONEL L. AARON CHAFFINCH,           )
individually and in his official      )
capacity as the Superintendent,       )
Delaware State Police; LIEUTENANT     )
COLONEL THOMAS F. MACLEISH,           )
individually and in his official      )
capacity as the Deputy Superintendent,)
Delaware State Police; DAVID B. MITCHELL)
Individually and in his official      )
capacity as Secretary of the Department )
of Homeland Security, State of Delaware;)
and DIVISION OF STATE POLICE, DEPARTMENT)
OF SAFETY AND HOMELAND SECURITY, State )
of Delaware,                          )
                                      )
           Defendants.                )
```

        Deposition of CAPTAIN GLENN DONALD DIXON taken pursuant to notice at the law offices of The Neuberger Firm, P.A., 2 East 7th Street, Suite 302, Wilmington, Delaware, beginning at 9:30 a.m., on Wednesday, July 13, 2005, before Eleanor J. Schwandt, Registered Merit Reporter and Notary Public.

APPEARANCES:

    THOMAS S. NEUBERGER, ESQ.
    THE NEUBERGER FIRM, P.A.
      2 East 7th Street, Suite 302
      Wilmington, Delaware  19801
      for the Plaintiff

(Appearances continued on page 2.)

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| Captain Glenn Donald Dixon | C.A. # 04-1394-GMS | July 13, 2005 |

Page 2

1  APPEARANCES (Continued):
2      STEPHANI J. BALLARD, ESQ.
       RALPH K. DURSTEIN, ESQ.
3      DEPARTMENT OF JUSTICE
         820 North French Street
4        Carvel State Office Building
         Wilmington, Delaware 19801
5        for the Defendants Lieutenant Colonel Thomas F.
         MacLeish, David B. Mitchell, and Division
6        of State Police
7  ALSO PRESENT:
       CAPTAIN BARBARA L. CONLEY
8      CAMILLE M. MARTIN, Law Clerk
9          - - - - - - - - - -
       (Mr. Durstein not present at this time.)
10
11         GLENN DONALD DIXON,
12     the witness herein, having first been
13     duly sworn on oath, was examined and
14     testified as follows:
15             EXAMINATION
16 BY MR. NEUBERGER:
17     Q.  Could you state your full name for the record.
18     A.  Yes, Glen Donald Dixon.
19     Q.  Okay. And you are a captain in the Delaware
20 State Police?
21     A.  I am.
22     Q.  And is it fair to say you have testified in court
23 before?
24     A.  I have.

Page 3

1      Q.  Okay. And have you ever had your testimony taken
2  in a deposition before?
3      A.  Maybe once or twice.
4      Q.  Okay. So you are a little bit familiar?
5      A.  Yes.
6      Q.  Okay. Well, what happens is the court reporter
7  types up the questions and answers. You have the right
8  to look it over when it is done to see if she made a
9  mistake in taking down an answer or something to make
10 corrections. Do you understand that?
11     A.  Yes, I do.
12     Q.  Okay. And then at trial, at trial, if you said
13 something different than today, I would have the
14 opportunity to point that out to the judge and jury. You
15 understand that?
16     A.  Yes.
17     Q.  Okay. So I don't want you to do any guessing.
18 So try to answer to the best of your ability. Or if I
19 ask a question that's a stupid question, you don't
20 understand, just ask me to rephrase it and I'll be glad
21 to do it. Okay?
22     A.  All right.
23     Q.  Thanks. Now, could I ask you very quickly, we
24 will just march through when you went to the academy to

Page 4

1  your present assignment. When did you graduate from the
2  academy?
3      A.  1988.
4      Q.  1988.
5      A.  I began in June of '88 and graduated in the fall.
6      Q.  Okay. What was your first assignment?
7      A.  It was at State Police Troop 5 in Bridgeville.
8      Q.  Troop 5. So that was a, what do you call them,
9  patrol?
10     A.  Patrol troop.
11     Q.  All right.
12     A.  Yes.
13     Q.  So Troop 5, and how long were you there?
14     A.  I was there until I was promoted to sergeant,
15 which was about nine, nine years, and then I moved over
16 to Troop 4 in Georgetown.
17     Q.  Let me see. Troop 4. Was it six months in the
18 academy? Three months?
19     A.  I think back then it was like a four-month
20 period.
21     Q.  Four months. So would it have been the end of
22 '88 when you went to Troop 5 or the very beginning of
23 '89?
24     A.  It was actually around, with the field training

Page 5

1  in it, I trained in field training in Woodside, after
2  field training I went down there end of November, early
3  December, around there.
4      Q.  That's when you started at Troop 5?
5      A.  Yes.
6      Q.  Okay. And then if we say nine years --
7      A.  Well, I was promoted in '96.
8      Q.  '96, sergeant?
9      A.  Yes.
10     Q.  All right. So '96 is when you went to Troop 4
11 then?
12     A.  Yes.
13     Q.  All right. How long did you stay at Troop 4?
14     A.  About a year-and-a-half, and then I transferred
15 back to Troop 5.
16     Q.  Okay. So that would be some time in '98?
17     A.  Mm-hmm.
18     Q.  Back to Troop 5?
19     A.  Yes.
20         (Mr. Durstein present at this time.)
21     Q.  All right. So sometime in '98 you transferred
22 back to Troop 5. Is that still at the rank of sergeant?
23     A.  Yes.
24     Q.  Okay. And what happened next?

2 (Pages 2 to 5)

Case 1:04-cv-01394-GMS   Document 75-10   Filed 09/16/2005   Page 4 of 15

Conley                                                                                    Chaffinch, et al.
Captain Glenn Donald Dixon        C.A. # 04-1394-GMS                                      July 13, 2005

Page 6

1   A.  Then I requested to transfer to Troop 3 in
2 Woodside, still as a sergeant, and I believe that was in
3 '99, went up to Troop 3.
4   Q.  Okay. Then what happened next?
5   A.  I was there until I was promoted to the rank of
6 lieutenant, and then I went to work in the traffic
7 section. That was in 2001. And that was in
8 headquarters.
9   Q.  Right. Okay. So you were a sergeant at Troop 3
10 from '99 until some time in 2001 when you go to
11 headquarters?
12  A.  Yes.
13  Q.  Okay. And then what happened next?
14  A.  I worked in the traffic section and then was
15 promoted to the rank of captain in 2003, September of
16 2003, and went back down to Troop No. 5.
17  Q.  And have you been serving there since then?
18  A.  Yes.
19  Q.  And are you the commander at Troop 5?
20  A.  Yes, I am.
21  Q.  Now, just to go back, when you became a sergeant
22 and went to Troop 4, okay, were you a sergeant over
23 patrol? Is that what you call it?
24  A.  Patrol.

Page 7

1   Q.  Okay. Then when you were at Troop 5 commanding a
2 patrol shift; is that what you are saying?
3   A.  Yes.
4   Q.  And then when you went to Troop 3 were you a
5 sergeant commanding a patrol shift?
6   A.  Yes.
7   Q.  Now, when you were initially at Troop 5 from '89
8 to '96 was retired Colonel Chaffinch at any time during
9 that time period assigned to Troop 5?
10  A.  Yes.
11  Q.  Do you remember what his rank was?
12  A.  Initially when I was there he was a sergeant at
13 the troop. He was also -- I don't think he was a
14 lieutenant at the troop. He was captain at the troop. I
15 think he was promoted to lieutenant and worked up at
16 headquarters. He may have had some time as a lieutenant
17 at Troop 4 also.
18  Q.  Okay.
19  A.  Then he came to Troop 5 as a captain.
20  Q.  Okay. So you are saying that while you were
21 initially serving at Troop 5 there was time you served
22 with Colonel Chaffinch who was a sergeant at the time?
23  A.  Yes.
24  Q.  You are saying that when you were at Troop 4

Page 8

1 there was a time when retired Colonel Chaffinch was a
2 lieutenant above you in the chain of command?
3   A.  Actually no, not at Troop 4.
4   Q.  Where would that have been?
5   A.  He was never -- I was never under him in terms as
6 a lieutenant.
7   Q.  My mistake. Okay. Were you under him as a
8 captain at any time?
9   A.  Yes.
10  Q.  And when was that?
11  A.  From the time I went back to Troop 5.
12  Q.  Yes. You said '98 you were back at Troop 5 as a
13 sergeant, from '98 to '99. And are you saying that
14 Colonel Chaffinch was then the commander of Troop 5 at
15 some of that time?
16  A.  Yes.
17  Q.  So you served under him when he was a sergeant,
18 you also served under him when he was a captain; is that
19 correct?
20  A.  Yes.
21  Q.  Okay. And then you were in the headquarters
22 building as a traffic lieutenant starting in 2001?
23  A.  Yes.
24  Q.  Is that correct? Okay. And he was serving in

Page 9

1 the headquarters building at that time; is that correct?
2   A.  Yes.
3   Q.  So he would have been the lieutenant colonel or
4 the colonel or acting colonel while you were at
5 headquarters?
6   A.  I believe he was actually major as well.
7   Q.  Okay.
8   A.  When I was there.
9   Q.  Okay. And your offices would have been on the
10 first floor of the headquarters building, right?
11  A.  Yes.
12  Q.  And his offices would have been on the second
13 floor?
14  A.  Yes.
15  Q.  And Colonel Chaffinch lives in Bridgeville; is
16 that correct?
17  A.  Yes.
18  Q.  And Bridgeville is in the Troop 5 area, right?
19  A.  Yes, it is?
20  Q.  How far from the troop is Colonel Chaffinch's
21 home?
22  A.  Approximately five miles west of the troop.
23  Q.  Did the colonel come up through Troop 5 himself
24 in the state police?

3 (Pages 6 to 9)

Case 1:04-cv-01394-GMS   Document 75-10   Filed 09/16/2005   Page 5 of 15

Conley                                    v.                              Chaffinch, et al.
Captain Glenn Donald Dixon      C.A. # 04-1394-GMS                         July 13, 2005

Page 10

1   A. Yes, pretty much, yes.
2   Q. All right. Now, I mentioned Colonel Chaffinch
3   serving with you. How about Captain Barbara Conley, at
4   any time in your career here did you serve at the same
5   location that she did?
6   A. At Troop 5?
7   Q. Yes.
8   A. Pretty much my entire time I was at Troop 5.
9   Q. Okay.
10  A. She was either corporal, sergeant or lieutenant.
11  Q. Okay. So all the times you were serving at Troop
12  5 you believe that she was in the chain of command above
13  you?
14  A. Yes.
15  Q. Okay. And then at Troop 3 was she there when you
16  were there?
17  A. No.
18  Q. How about at Troop 4?
19  A. No.
20  Q. Okay. And then when you were the traffic
21  lieutenant did you serve under her in the traffic
22  section?
23  A. In the traffic section, yes.
24  Q. She was the captain over you?

Page 11

1   A. Yes.
2   Q. That was helpful. Thanks. There will be some
3   questions today about some allegations Captain Conley has
4   made in what is called the amended complaint in this
5   case, so I'm going to put in front of you for reference
6   throughout the day a copy of that document that was
7   marked as Exhibit Number 1 at Colonel Chaffinch's
8   deposition when I took his testimony a little while ago.
9   So I'm just going to put that there for now.
10  A. Okay.
11  Q. Now, let's turn to, let me see, page 7 of that
12  document. And at page 7 do you see where I have got a
13  paragraph 30, 31, 32, 33, 34 and 35 on the next page?
14  A. Yes.
15  Q. Why don't you just read that quietly to yourself
16  for the setting and then I'm going to ask you some
17  questions, okay?
18  A. Okay.
19  Q. Have you read that to yourself?
20  A. Yes, I have.
21  Q. Okay. In there Barbara alleges that Colonel
22  Chaffinch is a member of an organization called the
23  Masons. Over the course of your interaction with Colonel
24  Chaffinch over the years has he ever stated that he

Page 12

1   belongs to an organization called the Masons?
2   A. Yes, he has.
3   Q. Okay. When did you first learn that he belonged
4   to the Masons?
5   A. From when I first was assigned to Troop 5. It
6   was common knowledge that he, as well as some others, had
7   been members and were current members of the Free Masons.
8   Q. Okay.
9   A. And more specifically, belonged to the Shield and
10  Square, which is a, I guess an offspring you could say
11  for police officers in the Masonic Lodge or temple.
12  Q. Okay. So there is a component of the Masons
13  called the Shield and Square that its membership is
14  limited to law enforcement or fire officials; is that how
15  it works?
16  A. I don't think it is fire. From what I
17  understand, it is just police officers.
18  Q. Just police officers?
19  A. Yes.
20  Q. Okay. Are you a member of that group?
21  A. No.
22  Q. Okay. And more recently, when you were working
23  at headquarters with Colonel Chaffinch, was he still a
24  member of the Shield and Square Lodge?

Page 13

1   A. Yes.
2   Q. Yes?
3   A. Yes.
4   Q. And Barbara indicates in there that at some point
5   in time he received some sort of an award, 33rd Degree
6   Mason. Do you see that there?
7   A. Yes.
8   Q. And did Colonel Chaffinch indicate in your
9   presence that he had become a 33rd Degree Mason?
10  A. He was -- yes, he had -- he was boasting of it at
11  the time prior to him going to, I think it was Wisconsin
12  to receive that 33rd Degree. He talked it up pretty
13  frequently around Troop 5.
14  Q. Okay. Well, you said in September of 2003 you
15  became the captain, the commander at Troop 5, right?
16  A. Yes.
17  Q. Okay. And you served in that position since
18  then, right?
19  A. Yes.
20  Q. Would Colonel Chaffinch ever stop by Troop 5
21  while you were the commander starting in September of
22  2003?
23  A. Frequently.
24  Q. Okay. So his office was up in headquarters, and

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| Captain Glenn Donald Dixon | C.A. # 04-1394-GMS | July 13, 2005 |

Page 14

1 that's in Dover, right?
2   A. Yes.
3   Q. He lived within five miles of Troop 5 in Sussex
4 County, right?
5   A. Yes.
6   Q. And it is your testimony that he would frequently
7 stop by Troop 5?
8   A. Yes, it is.
9   Q. Would that be any time during the day? What?
10 Mornings? Afternoons? Was there a pattern or not?
11   A. No real pattern. It would be -- if there was a
12 pattern I would say either in the morning or in the
13 afternoon. Most of the time it was not in the middle of
14 the day.
15   Q. Okay. And when he would stop by -- I've only
16 driven by Troop 5, I've never been in there -- but would
17 he come into your office? Was there like a common room,
18 a lunchroom, things like that? Where would he sit
19 himself down?
20   A. Pretty much anywhere he would want to go. We had
21 an assembly room at the troop where officers do paperwork
22 and meet frequently. He would hang out there. He would
23 come back to both the lieutenant's and my office
24 frequently, more so the lieutenant's office than mine.

Page 15

1   Q. Okay. So you characterize it as he would hang
2 out there. By that do you mean he would spend more than
3 just a brief stay there?
4   A. He could be there for hours.
5   Q. Okay. Okay. So you were having that kind of
6 interaction even while he is the colonel, he stops by
7 Troop 5?
8   A. Yes.
9   Q. All right. And so you are saying that you
10 learned that he was up for this award of 33rd Degree
11 Mason, and he had received it?
12   A. Yes.
13   Q. And he had to go out of state somewhere to
14 receive it?
15   A. Yes.
16   Q. Now, from what you understand from your
17 conversations with Colonel Chaffinch, were African
18 Americans allowed to join the Shield and Square Lodge of
19 the Masons in Delaware?
20   A. No, not -- his Free Mason group or Shield and
21 Square group, no, no African Americans.
22   Q. Were women allowed to join those groups?
23   A. No.
24   Q. So in Delaware no women were allowed to join?

Page 16

1   A. Not to my knowledge and not from any knowledge
2 I've gained from him or any other Masons.
3   Q. Based on your observations of the colonel, was he
4 proud to be a Mason?
5   A. Yes.
6   Q. All right. That concludes that.
7       Now, I want to show you a poem, a limerick
8 or something that was marked as Exhibit Number 2 at the
9 deposition of Colonel Chaffinch. It is about Adam and
10 Eve. I'm just going to ask you to quietly read this over
11 to yourself first, okay?
12   A. Okay.
13   Q. Have you read it over?
14   A. Yes.
15   Q. Have you heard Colonel Chaffinch recite that
16 poem?
17   A. Yes.
18   Q. Is it true that he has a photographic memory?
19   A. Pete says he does and people believe that, yes.
20   Q. This is a many-line poem, right?
21   A. Yes.
22   Q. And have you heard him recite it on more than one
23 occasion?
24   A. Yes.

Page 17

1   Q. Okay. Have you heard him recite it in the
2 headquarters building?
3   A. I don't believe in the headquarters building, no.
4   Q. Have you heard him recite it at Troop 5?
5   A. Yes.
6   Q. Have you heard him recite it when he was a major?
7   A. I can't point out specifically when he was a
8 major.
9   Q. How about when he became colonel, have you heard
10 him recite it after he became the acting colonel in I
11 think it was September 1st of the year 2001 forward?
12   A. Not specifically. I've heard it many times, but
13 I can't pinpoint of what rank he was when he recited it.
14   Q. Okay. Well, let's just put it this way: Have
15 you heard him recite it at any time, just trying to be
16 general, since you yourself went up to the headquarters
17 building in 2001 as a traffic lieutenant?
18   A. Again, I can't pinpoint yes or no. I just know
19 that I've heard it, you know, throughout my career and
20 the time I've known him.
21   Q. Okay. So you've heard it on more than one
22 occasion?
23   A. Yes, yes.
24   Q. And have you heard it during the workday?

5 (Pages 14 to 17)

Wilcox & Fetzer, Ltd.         Professional Court Reporters         (302)655-0477

Page 18

1  A. Yes.
2  Q. Okay. Have you heard it off duty?
3  A. Yes.
4  Q. When Colonel Chaffinch recites this poem does he
5  use an accent or dialect when he recites the poem?
6  A. When he recites poems like these he is very
7  animated. It seems like he would have a different spin
8  or accent for, pertaining to different ones. I would say
9  that he was just animated when he would recite this poem.
10 Q. All right. I think we are done with that one.
11 And I think just to deal with all the poems, let's just
12 march through all of them here. What I'm going to do is
13 I'm going to put in front of you Exhibit 3 at Colonel
14 Chaffinch's deposition and I'm going to ask you just to
15 read the first four-line poem at the top, the first
16 paragraph, quietly to yourself.
17 A. Okay.
18 Q. Have you read that?
19 A. Yes, I have.
20 Q. Is that a limerick that you have heard Colonel
21 Chaffinch recite throughout your career with the Delaware
22 State Police?
23 A. Yes.
24 Q. And has he recited that in the workplace, during

Page 19

1  the day?
2  A. Yes.
3  Q. And has he recited that off duty?
4  A. Yes.
5  Q. Okay. This is a limerick about someone called
6  Sarah Sarong, S-A-R-O-N-G; is that correct?
7  A. Yes.
8  Q. Have you heard him recite it in the headquarters
9  building?
10 A. I don't believe so in the headquarters building,
11 no.
12 Q. So it would have been at Troop 5?
13 A. Troop 5.
14 Q. There is a second paragraph here about a man from
15 Trent. Let me just ask you to read that quietly to
16 yourself.
17 A. Okay.
18 Q. Have you read that?
19 A. Yes, I have.
20 Q. And throughout your career and your interactions
21 with Colonel Chaffinch have you heard him recite that
22 limerick?
23 A. Yes, I have.
24 Q. And has he recited it during the day in the

Page 20

1  workplace?
2  A. Yes.
3  Q. And has he recited it off duty?
4  A. Yes.
5  Q. Do you remember him reciting it at Troop 5?
6  A. Yes.
7  Q. Okay. And do you have any present memory of him
8  reciting it up at the headquarters building?
9  A. No.
10 Q. Now, let's look at the third one on the Exhibit 3
11 about a man from Nantucket. Let me ask you to read that.
12 A. Okay.
13 Q. Okay. Have you read it?
14 A. Yes, I have.
15 Q. And have you heard Colonel Chaffinch recite that
16 throughout your career working with him?
17 A. Yes.
18 Q. And has he recited it in the workplace?
19 A. Yes.
20 Q. And have you heard him recite it off duty?
21 A. Yes.
22 Q. Today, do you have a present recollection of his
23 reciting it up in the headquarters building?
24 A. No, not specifically.

Page 21

1  Q. And then let's look at the fourth paragraph here
2  on Exhibit 3.
3  A. Okay.
4  Q. Have you read that?
5  A. Yes.
6  Q. And this is about a dog. Do you see that?
7  A. Yes.
8  Q. And have you heard Colonel Chaffinch recite that
9  throughout your career working with him?
10 A. Yes.
11 Q. And have you heard him recite that in the
12 workplace?
13 A. Yes.
14 Q. Okay. And have you heard him recite that off
15 duty?
16 A. Yes.
17 Q. And for all four of these limericks here has
18 Colonel Chaffinch recited them throughout his career?
19 A. Extensively, yes.
20 Q. Okay. So what we are saying is he said them more
21 than once?
22 A. Yes.
23 Q. Right. And you say extensively, so are you
24 saying that he frequently recites these limericks?

Case 1:04-cv-01394-GMS    Document 75-10    Filed 09/16/2005    Page 8 of 15

Conley                                                                         v.                                                  Chaffinch, et al.
Captain Glenn Donald Dixon                                        C.A. # 04-1394-GMS                                                  July 13, 2005

Page 22

1  A. Those, along with others, yes.
2  Q. And then let's go to Exhibit Number 4, which is
3  the last one of these, Exhibit Number 4 from Colonel
4  Chaffinch's deposition. Let me ask you to read that over
5  quietly, a limerick about a monkey and a coconut grove.
6  A. Okay.
7  Q. Have you read that?
8  A. Yes, I have.
9  Q. And is this a limerick that you've heard the
10 colonel recite throughout your career and interacting
11 with him?
12 A. Yes.
13 Q. And has he recited this, to use your words,
14 frequently in the workplace?
15 A. Yes.
16 Q. And has he recited this off duty?
17 A. Yes.
18 Q. Now, if we look at paragraph 40 in the complaint
19 Captain Conley has filed here, she indicates that in her
20 presence and the presence of men and women he recounts a
21 wide variety of more than five sexually-charged limericks
22 and jokes which she characterizes as offensive to women.
23 Do you see that?
24 A. Yes.

Page 23

1  Q. And then she gives the example of three of the
2  ones you have read here today, and I'll represent that
3  she would testify that the other two that we showed to
4  you are the other ones she is referring to. In your
5  recollection has Colonel Chaffinch recited these
6  limericks when women were present?
7  A. Yes.
8  Q. Okay. So in the troop when you would have heard
9  these recited, female officers, you are saying, or
10 secretaries could have been present?
11 A. Sure.
12 Q. Okay. And you are saying, is it a correct
13 statement that he has recited these poems in the presence
14 of either female officers or female staff working for the
15 state police?
16 A. He would recite these for whoever would listen
17 to, male, female, it doesn't matter what rank, what
18 position the person would hold.
19 Q. And let's just talk about the non-uniformed
20 personnel. There are non-uniformed personnel at Troop 5?
21 A. Yes.
22 Q. Have these things been said in earshot of
23 non-uniformed female personnel at Troop 5?
24 A. Absolutely.

Page 24

1  Q. Okay. Do you remember whether, do you have a
2  present recollection of whether any of these would have
3  been said in the presence of non-uniformed personnel up
4  in the headquarters building?
5  A. One was said, I know, in the headquarters
6  building. The up jump the monkey one, where it wasn't
7  said directly to non-uniformed, but it was said loud
8  enough and the proximity of where he said it could have
9  been heard by non-uniformed.
10 Q. Okay. So would that have been in the traffic
11 section; do you remember?
12 A. Yes.
13 Q. Well, are there four or five uniformed female
14 workers in the traffic section?
15 A. Yes. I mean, there have been some changes, but,
16 yes, at least that.
17 Q. When you were there we are talking about.
18 A. Yes.
19 Q. Are there other limericks that I haven't
20 identified here that the colonel recites that are
21 sexually charged?
22 A. I can't think of any specific limericks per se,
23 but any time you would have contact with him it seems
24 like he would have a new joke, and more times than not

Page 25

1  they were dirty jokes, not limericks per se.
2  Q. Okay. Have you ever witnessed a female officer,
3  subordinate officer, in the presence of Colonel Chaffinch
4  when one of these limericks or sexually-charged jokes
5  were recited complain to him about that?
6  A. Not to my recollection, no.
7  Q. Have you ever witnessed him recite these
8  limericks or jokes in the presence of an officer of
9  higher rank than he?
10 A. Yes.
11 Q. Okay. What ranks higher than he would he have
12 recited them in the presence of?
13 A. It would depend on what rank he was at the
14 current time. Now, if he was sergeant, you know, it
15 would be people above him, lieutenant, the same as he
16 progressed.
17 Q. When he was a sergeant he would be in a troop,
18 right?
19 A. Yes.
20 Q. Or I think he did undercover work too, right?
21 A. Yes.
22 Q. And when he was a lieutenant, I think he was like
23 a traffic lieutenant in the troop; is that true? Maybe
24 I'm wrong.

7 (Pages 22 to 25)

Case 1:04-cv-01394-GMS   Document 75-10   Filed 09/16/2005   Page 9 of 15

Conley                                      v.                                Chaffinch, et al.
Captain Glenn Donald Dixon        C.A. # 04-1394-GMS                          July 13, 2005

Page 26

1   A.   I know he was a lieutenant at Troop 4, which was
2   probably a criminal lieutenant.
3   Q.   Okay. The highest ranking officer at the troop
4   would always be a captain?
5   A.   Yes.
6   Q.   So what you are saying is that at least when he
7   was in troops you have witnessed him say these things in
8   the presence of higher ranking officers?
9   A.   Yes.
10  Q.   Okay. Now, how about when you were in the
11  headquarters building, okay? I think you said some time
12  in 2001 you were spending time for about two years in the
13  headquarters building. When you were in the headquarters
14  building did you ever witness him saying any of these
15  limericks in the presence of a higher ranking officer?
16  A.   Well, I do know that he used to brag how he could
17  make then Secretary Ford laugh at his jokes and that he
18  would ask to hear jokes from him. When he was colonel,
19  yes, Secretary Ford would definitely be higher rank.
20  Q.   Okay. Secretary Ford was the secretary of
21  Homeland Security. In the chain of command the Delaware
22  State Police reports through Secretary Ford's office; is
23  that correct?
24  A.   Yes.

Page 27

1   Q.   Now, let's talk about a uniformed officer. I
2   know Secretary Ford is a retired colonel also.
3   A.   Okay.
4   Q.   Let's just talk in terms of when Colonel
5   Chaffinch was a major. I believe he would have been a
6   major up in the headquarters building perhaps when you
7   were there, definitely lieutenant colonel, definitely
8   acting colonel. When he was a major do you recall him
9   reciting any of those limericks in the presence of a
10  lieutenant colonel or a colonel?
11  A.   No. In the presence of the same rank, major
12  rank, of him, possibly. But I don't recall anyone higher
13  in rank that he would recite them to.
14  Q.   Okay. Thank you.
15        Now, let's look at paragraph 39. We will go
16  back one in the document in front of you on page 8. On
17  page 8 in paragraph 39 Captain Conley alleges that
18  Colonel Chaffinch when he was a major was counseled for
19  openly telling a sexually-explicit joke during a co-ed
20  in-service training class. And I think this refers to a
21  joke about a vibrator. Okay.
22        Now, do you have any knowledge about this,
23  we will call it vibrator joke, ever having been recited
24  by Colonel Chaffinch?

Page 28

1   A.   Yes. It was a joke that was told during
2   in-service by then Major Chaffinch. It would have been
3   because he was in charge of the Information Technology
4   Unit, and it was during in-service, and that's when it
5   was told.
6   Q.   Okay. Now, just for the record and a layperson,
7   what does in-service mean?
8   A.   We attend in-service, we have to go 16 hours per
9   year to stay in through the guidelines of the training
10  academy.
11  Q.   Okay. So it is like yearly?
12  A.   Everybody must attend.
13  Q.   All right. And when you say everybody, it is not
14  likes 630 people showing up one morning for the class, is
15  it? What is it, managers?
16  A.   They space the classes out where they might have
17  30 or 40 officers there at one time and carry the classes
18  out throughout a period of time.
19  Q.   Okay. All right. Were you present at this
20  in-service when he told this vibrator joke?
21  A.   No, I wasn't.
22  Q.   Did you learn from Colonel Chaffinch at some
23  point in time about the fact that he had told a vibrator
24  joke and that he had be reprimanded or whatever about it?

Page 29

1   A.   I remember when that happened, actually I believe
2   a trooper that was at Troop 5, Valerie Robinson, was
3   present, and he was upset because he felt that she was
4   the person who told a superior officer that he had told
5   the joke, the joke and complained.
6        That was later found out not to be the
7   truth, that she was not the person who complained.
8        But he was upset afterwards because it was
9   going to be looked into by then Colonel Pepper.
10  Q.   Okay. So did you learn about this from a
11  subsequent conversation with Colonel Chaffinch?
12  A.   Yes, he would talk about it openly.
13  Q.   All right. So did this vibrator incident happen
14  some time in the year 2000?
15  A.   Very well could have been. It was the time where
16  he -- I don't believe he had been major very long, so I'm
17  not sure what exact year it was. But it sounds like
18  around then.
19  Q.   Okay. And you are saying that you had a
20  conversation with him and he explained to you that he had
21  told a vibrate joke in an in-service class?
22  A.   It wasn't a specific conversation with me. He
23  would at times just talk openly in the assembly room at
24  Troop 5, with numerous people present.

8 (Pages 26 to 29)

Page 30

1  Q. Okay. So down in Troop 5 --
2  A. That's where I heard it.
3  Q. -- you were present in the assembly room and in
4  front of numerous people he recounted the fact that he
5  had been subject to some counseling, discipline,
6  whatever, relating to a vibrator joke?
7  A. Yes.
8  Q. And on more than one occasion did he talk about
9  this down at --
10  A. He would refer, yes, I wouldn't say -- I would
11  say periodically. It wasn't time after time, but it
12  would come up.
13  Q. Okay.
14  A. When he -- it would come up in times where he
15  would be talking about some things he was disgruntled
16  about Colonel Pepper with or Ellingsworth, and then, you
17  know, had instance of the vibrator joke and being
18  penalized for it would come up as well.
19  Q. Okay. And did he ever recount the story that
20  included the vibrator, verbatim?
21  A. The joke itself?
22  Q. Yes.
23  A. Yes, he would.
24  Q. Do you remember much of it?

Page 31

1  A. No.
2  Q. We have a version I think in the record. Okay.
3  We will have that.
4  A. He would tell it again, and then ask people if
5  they thought that it was bad, in bad taste or whatever.
6  Q. And in the assembly room when this was going on
7  would there have been female officers?
8  A. Yes.
9  Q. Did any female officer in the presence of this
10  Major Chaffinch raise their hand and say they thought
11  this was bad?
12  A. No. And I wouldn't expect them to.
13  Q. Why do you say that? Why wouldn't a female
14  sergeant, corporal or trooper tell a major that she
15  thought his joke was offensive?
16      MS. BALLARD: Object to the form.
17  Q. Based on your experience, and you are a commander
18  at a troop, okay, why wouldn't such a female?
19  A. It could be a career ending move.
20  Q. Why do you say that?
21  A. For retaliation, mainly. If someone complained,
22  and especially against colonel -- well, then Major
23  Chaffinch, I mean it is well-known that he was on the way
24  to the top, and they would not want to jeopardize

Page 32

1  anything in their career, if they complained.
2  Q. If I counted up all the years, you have been with
3  state police about 17 years now?
4  A. 17.
5  Q. 17, okay. And do you say career ending, to use
6  your words, based on that 17 years of experience
7  functioning within that organization?
8  A. I'm sorry, repeat the question.
9  Q. You used the word "career ending," right?
10  A. Yes.
11  Q. And you have been a trooper for 17 years?
12  A. Yes.
13  Q. Right now you are a commander?
14  A. Yes.
15  Q. Did you use that word based on your experience
16  within the organization --
17  A. Yes.
18  Q. -- over your career?
19  A. Yes.
20      MS. BALLARD: I place an objection to the
21  form of the question.
22  Q. Now, did Colonel Chaffinch indicate that someone
23  had reported him about the incident?
24  A. Yes. I don't think I ever learned who the person

Page 33

1  was. It could have been numerous people for all I know.
2  Q. And did he indicate that he had been counseled or
3  disciplined in some fashion?
4  A. Yes. Whatever day it was, he remembers the day
5  and date and time specifically, because he would tell of
6  what happened about going up to the colonel's office,
7  having to sit outside on the couch for a period of a
8  half-hour, 45 minutes before entering, which he was very
9  disgruntled over, and then verbally disciplined by the
10  colonel and lieutenant colonel.
11  Q. The colonel would have been Waggaman at the time
12  and Lieutenant Colonel Pepper? Or what? Maybe I have it
13  wrong. Maybe it is Ellingsworth?
14  A. I remember him saying it was Waggaman as the
15  lieutenant colonel. I'm thinking the colonel at the time
16  was Pepper.
17  Q. Okay. Okay. But it was a superior officer?
18  A. Yes, yes.
19  Q. Did he believe he shouldn't have been
20  disciplined? Did he indicate that?
21  A. Yes.
22  Q. Okay. Thank you.
23      If we go back to paragraph 40 at the bottom
24  of page 8 and the top of page 9, Captain Conley, aside

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| Captain Glenn Donald Dixon | C.A. # 04-1394-GMS | July 13, 2005 |

Page 34

1  from recounting these three limericks and referring to
2  two others and saying that there were sexually-charged
3  limericks, she also uses at the top of the page the word
4  "jokes," "sexually-charged jokes" which could be
5  offensive to women.  Do you remember Colonel Chaffinch
6  telling jokes, not reciting poems or whatever but telling
7  jokes that could be offensive to women?
8      A.  Yes, he would have a joke about every day you
9  would come in contact with him, and along those lines, he
10 would give offensive jokes, dirty jokes, and some would
11 be offensive to women, yes, as well as minorities.
12     Q.  Okay.  So let's just follow up on that a little
13 bit.  Does Colonel Chaffinch try to use humor as part of
14 his management style?
15     A.  Yes.
16     Q.  And I think you just indicated that he, whenever
17 you would come in contact with him, he would tell a joke
18 or something like that, right?
19     A.  Yes.
20     Q.  If you had to characterize it, the sum total of
21 the kinds of jokes and everything he tells, for example,
22 there are some jokes that aren't sexually offensive?
23     A.  Right, right.  True.
24     Q.  You could hear a joke on The Letterman Show or

Page 35

1  something like that and recount that.  Would that happen?
2      A.  Sure, yes.
3      Q.  You said that some jokes would make fun of
4  minorities?
5      A.  Yes.
6      Q.  Some jokes would make fun of women?
7      A.  Yes.
8      Q.  There would be limericks and things like that
9  that could be offensive to women?
10     A.  Yes.
11     Q.  Could there be limericks that weren't offensive
12 to women?
13     A.  Yes.
14     Q.  Poems or things?
15     A.  Mm-hmm.
16     Q.  All right.  Could there be limericks that would
17 be offensive to minorities?
18     A.  Yes.
19     Q.  Could there be limericks that weren't offensive
20 to minorities?
21     A.  Yes.
22     Q.  If you had to characterize it, what percentage of
23 all the jokes he would tell would be offensive to women
24 or minorities, if you had to give one?

Page 36

1      A.  I would give a 70 to 30, 70 being offensive.
2      Q.  So 70 percent of his jokes and poems and
3  everything would be offensive?
4      A.  Yes.
5      Q.  And the other 30 wouldn't be?
6      A.  Yes.
7      Q.  Now, if we go back to page 8 again, in paragraph
8  37 Captain Conley has indicated that there was an
9  occasion when she had a conversation with Colonel
10 Chaffinch and he indicated that he would not assign
11 another woman to work in the traffic control section, I
12 believe Captain Conley will testify as a uniformed
13 officer.  This probably had to do with after you left.
14 Okay.  He wouldn't assign another woman to work in the
15 traffic control section because he felt that two women
16 could not get along and work together.
17         Okay.  Have you ever heard that kind of a
18 remark from Colonel Chaffinch yourself?
19     A.  Yes, on two occasions.  The first one was
20 referring to Pat Anderson, who was the main secretary in
21 the traffic section.  Some issues arose and that's what
22 he said about Pat Anderson and Captain Conley, was that
23 two women can't work together.
24     Q.  Okay.  So you heard that some time while you were

Page 37

1  serving in the traffic section?
2      A.  Yes.
3      Q.  What was the other occasion?
4      A.  When they were talking about moves, promotions
5  and some transfers, and Captain Conley mentioned to him
6  that she would not mind having Alice Bailey work in the
7  section, and again that came up, the same conversation
8  that two women can't work together.
9      Q.  So you were present for that conversation too?
10     A.  Yes.
11     Q.  Okay.  All right.  Thank you.
12         All right.  Let's move on.  In paragraph 38
13 Captain Conley makes an allegation that on an occasion
14 when Colonel Chaffinch was a lieutenant he had been
15 disciplined for participating in an incident where a
16 female, and this would be a trooper, bared her breasts
17 for money at a party.  I think the testimony on this
18 would be that there was some sort of retirement party or
19 some sort of a function, you know, at a restaurant or
20 some place like that, and drinking was going on, and it
21 got a little bit out of hand somewhere along the line,
22 and a trooper might have been dancing on a table, and
23 people said, Take it off, or whatever, and she might have
24 taken her blouse off or her bra off or something, and

10 (Pages 34 to 37)

Case 1:04-cv-01394-GMS   Document 75-10   Filed 09/16/2005   Page 12 of 15

Conley                                                v.                                    Chaffinch, et al.
Captain Glenn Donald Dixon           C.A. # 04-1394-GMS                        July 13, 2005

Page 38

1  that eventually there was an IA investigation and Colonel
2  Chaffinch was found to have been the highest ranking
3  officer there at the time it happened.
4       Has Colonel Chaffinch in your presence or
5  the presence of others ever talked about such an
6  incident?
7     A.  Yes.
8     Q.  Okay. And would that have been at Troop 5 again?
9     A.  Yes, Troop 5.
10    Q.  Would it have been like in the assembly room
11 again?
12    A.  Assembly room, yes.
13    Q.  Did he talk about it on more than one occasion or
14 periodically?
15    A.  Periodically, yes, it would come up. It was an
16 instance where Sharon Dunn, who was a classmate of mine,
17 actually revealed her breasts. I guess they had a
18 collection of money and asked if she would do it for this
19 collection of money, and then she did bear her breasts.
20      He was disciplined for it, and he at times
21 complained because he felt that he was not the highest
22 ranking officer there at the time, that then I believe it
23 was Major Pepper was there and left out the back door
24 prior to this happening, and said that he should have

Page 39

1  been the one disciplined and not him and complained about
2  that. So that was the basis of his complaint.
3     Q.  And did he indicate that Colonel Graviet had
4  given him a two-day without-pay penalty after the
5  investigation?
6     A.  Yes, I believe that's what it was.
7     Q.  Did he indicate that there had been an internal
8  affairs investigation?
9     A.  Yes.
10    Q.  And he felt eventually Colonel Pepper, then Major
11 Pepper, was to blame?
12         MS. BALLARD: Object to the form.
13    Q.  Did he state that Colonel Pepper was the one who
14 should have been disciplined?
15    A.  Yes. He blames Gerry Pepper for a lot of things
16 and that was one of them.
17    Q.  Okay. But he did say that there was an internal
18 affairs investigation of the matter?
19    A.  Yes.
20    Q.  Was it Colonel Graviet who disciplined him?
21    A.  It was either Graviet or Ellingsworth. I don't
22 recall.
23    Q.  Did he make a remark like, I went out the door
24 and I never even got to see her breasts? Did he ever say

Page 40

1  anything like that?
2     A.  Yes, I do remember that statement.
3     Q.  Did he say something to the effect, I got two
4  days' discipline and I never got to see them?
5     A.  Yes.
6     Q.  He did admit he was there?
7     A.  Yes.
8     Q.  And when he was discussing this incident he did
9  admit that the trooper had disrobed?
10    A.  Yes.
11    Q.  And there was drinking going on; is that right?
12    A.  Yes.
13    Q.  Just so the record is clear, in your experience
14 that's not a common event in the state police?
15    A.  No. Let's hope not.
16    Q.  Okay. Now, if we turn to page 9, I'm going to
17 ask you to read paragraph 41 quietly over to yourself.
18    A.  Okay.
19    Q.  There Captain Conley indicates that Colonel
20 Chaffinch publicly refers to his penis by a nickname. Do
21 you see that?
22    A.  Yes.
23    Q.  Is that a true statement?
24    A.  Yes, it is.

Page 41

1     Q.  Do you know what the nickname is?
2     A.  Hooded merganser.
3     Q.  Have you while on duty heard him refer to his
4  penis as the hooded merganser?
5     A.  Yes.
6     Q.  Has he made that statement at Troop 5?
7     A.  Yes.
8     Q.  Has he made that statement at Troop 5 since
9  becoming the colonel?
10    A.  Yes.
11    Q.  Had he made that statement in Troop 5 prior to
12 becoming the colonel?
13    A.  No, I don't think that nickname had come up prior
14 to.
15    Q.  Prior to, okay. And have you heard him refer to
16 that nickname in the headquarters building?
17    A.  No, not that I recall.
18    Q.  Have you heard him use that nickname off duty?
19    A.  Yes.
20    Q.  On duty when he would use this nickname, has it
21 happened on more than one occasion?
22    A.  More than once, yes.
23    Q.  In the assembly room down at Troop 5 would that
24 happen?

11 (Pages 38 to 41)

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| Captain Glenn Donald Dixon | C.A. # 04-1394-GMS | July 13, 2005 |

Page 42

1   A.   I've heard him say it in the assembly room, in
2   the lieutenant's office and my office.
3       Q.   Okay. So once again, just for those who aren't
4   familiar, the assembly room is where everybody assembles
5   before a shift and gets ready to go out on patrol; is
6   that right?
7       A.   It is basically a meeting area, yes.
8       Q.   Okay. And so down at Troop 5, for example, when
9   are the patrols? Are they 12-hour shifts?
10      A.   Yes, yes.
11      Q.   So twice a day there will be assemblies?
12      A.   Well, there is no formal meetings prior to the
13  officers going out on shifts, because they have to take
14  their own cars. But officers would stop in periodically
15  throughout the day.
16      Q.   Oh, okay.
17      A.   In order to check in, check their mail boxes,
18  discuss things over with their sergeants.
19      Q.   Okay. So there would be people periodically in
20  the assembly room?
21      A.   Yes.
22      Q.   Now, on occasion there were announcements or
23  something that would have to be made from headquarters
24  and everybody would have to get together officially, that

Page 43

1   happens once in awhile?
2       A.   Yes, quarterly troop meetings.
3       Q.   Okay. And you are saying that you've heard him
4   make that reference in the assembly room?
5       A.   Yes.
6       Q.   And would women troopers be present?
7       A.   I know officers would be present. Every shift
8   has a female -- not every shift. Three out of four
9   shifts have females on them, so it is possible a female
10  could have heard. I don't remember specifically.
11      Q.   In paragraph 41 Captain Conley also says that
12  Colonel Chaffinch has said in the presence of men and
13  women that he has something extra, meaning he is not
14  circumcised. Is that a true statement?
15      A.   I've never heard him express it in that way, that
16  he has something extra, but it is common knowledge that
17  I've had and many people have had, well, since I've
18  started at Troop 5 that that was the case, he was
19  uncircumcised. He would openly talk about it.
20      Q.   Okay. So you learned about that from his own
21  lips?
22      A.   Yes.
23      Q.   Okay. So he would openly talk about the fact he
24  was not circumcised?

Page 44

1       A.   Yes.
2       Q.   And you've heard him make that kind of a
3   reference throughout your career?
4       A.   Yes.
5           (Discussion off the record.)
6       Q.   Let's move on to paragraph 42. In 42 Captain
7   Conley charges that Colonel Chaffinch has publicly stated
8   in the presence of women that he wants to watch others
9   engage in sexual relations. Is there any incident in
10  your recollection that would coincide with that
11  allegation?
12      A.   One that comes to mind immediately was a
13  conversation with two lieutenants at the troop and
14  Colonel Chaffinch, and I was present, and they were
15  talking about a certain female troop that would
16  masturbate in front of another troop while they are
17  having sex, you know, and he talked about that, how he
18  would lose it if he saw that happen.
19      Q.   Okay. So there was some sort of a conversation
20  going on about a female trooper having sex with two male
21  troopers; is that what you are saying?
22      A.   No, no, one male trooper.
23      Q.   With one male trooper?
24      A.   And she would masturbate for him on herself.

Page 45

1       Q.   Okay. This conversation was happening when the
2   colonel was present and two lieutenants at Troop 5 were
3   present?
4       A.   Yes.
5       Q.   And did you come upon the conversation? Did you
6   initiate it? How did you get in the room? How did this
7   come about?
8       A.   Conversations like this would come up if we are
9   just talking about anything, work-related or otherwise.
10  And then someone would make a statement about this female
11  trooper, and then it would go from there. So just in the
12  passing of normal conversation.
13      Q.   Okay. Well, I think you indicated when Colonel
14  Chaffinch would stop in at the troop he would visit in
15  the assembly room, he would visit in the lieutenant's
16  office, and he would visit in your office, right?
17      A.   Yes.
18      Q.   And you are saying that there was a conversation
19  going on about other matters, and then this came up
20  during the conversation?
21      A.   Yes.
22      Q.   Okay. So it wasn't like the four of you had a
23  meeting to talk about troopers having sex?
24      A.   No.

12 (Pages 42 to 45)

Wilcox & Fetzer, Ltd.            Professional Court Reporters            (302)655-0477

Case 1:04-cv-01394-GMS   Document 75-10   Filed 09/16/2005   Page 14 of 15

Conley                                    v.                              Chaffinch, et al.
Captain Glenn Donald Dixon         C.A. # 04-1394-GMS                      July 13, 2005

Page 46

1  Q. But you are saying in the discussion of other
2  matters this came up?
3  A. Yes.
4  Q. Okay. So you were in the room because there were
5  discussions of other matters going on?
6  A. Yes.
7  Q. And let me just ask about the protocol. If the
8  colonel comes to a troop and you are the captain of the
9  troop, what is the protocol? Are you supposed to ignore
10 him, leave the building? Are you supposed to entertain
11 him? What is the expected norm in a paramilitary
12 organization when the commander comes into the building?
13 A. I've experienced both. Now with Colonel MacLeish
14 coming to visit, he is very professional. He is direct.
15 Now, he will small talk, ask about family and children
16 and stuff of that nature.
17        But, you know, we will talk about work and
18 personal stuff but nothing like Colonel Chaffinch would.
19 When Colonel Chaffinch would stop by he was the focal --
20 he was the focus of the entertainment for everybody at
21 the troop.
22 Q. Okay. So Colonel Chaffinch would come around,
23 and you have talked about the frequency of his visits,
24 and they weren't all official visits?

Page 47

1  A. No.
2  Q. Right. And you are saying when he would come
3  around he would seek to entertain the troopers?
4  A. Yes.
5  Q. And that's where these jokes come in and things?
6  A. Yes.
7  Q. And you used the words earlier "hang out at the
8  troop"?
9  A. Yes.
10 Q. But what I'm saying is when the colonel is in the
11 building, under Colonel Chaffinch's regime I mean, were
12 you expected to be around --
13 A. Yes.
14 Q. -- him, right?
15 A. If I'm scheduled to work there I should be there,
16 unless I've some meetings or anything else.
17 Q. But if he is in the building and he is hanging
18 around in the assembly room, are you expected to be
19 hanging around the assembly room too, assuming you don't
20 have anything else that needs your immediate attention?
21 A. Sometimes I would come out to get a drink or
22 something and he would be there with some others and I
23 would stop and listen for some time. But I wouldn't have
24 to be there to listen.

Page 48

1  Q. In paragraph 43, and we are still on page 9 here,
2  it says that other troopers in the presence of Colonel
3  Chaffinch have called Captain Conley Puss. Have you ever
4  witnessed that happen?
5  A. Yes.
6  Q. Okay. And do you remember who the trooper was
7  who was calling her Puss?
8  A. Ronald Thomas. Ron Thomas.
9  Q. Right. Is he retired now?
10 A. Yes.
11 Q. And he retired at what rank?
12 A. Corporal, master corporal.
13 Q. Corporal. And when is the last time you remember
14 this incident happening and the colonel being around?
15 A. Up until when Ron retired.
16 Q. So before Ron retired he would use this term to
17 refer to Captain Conley?
18 A. Yes.
19 Q. And before Ron retired that also happened in the
20 presence of Colonel Chaffinch, whatever his rank was at
21 the time?
22 A. Yes.
23 Q. And is it fair to say that Colonel Chaffinch
24 always had a higher rank than Corporal Thomas?

Page 49

1  A. Yes.
2  Q. And did you ever witness Colonel Chaffinch order
3  Corporal Thomas not to use that term?
4  A. No. As a matter of fact, he would mock it and
5  repeat it himself.
6  Q. You are telling me Colonel Chaffinch himself in a
7  mocking tone would refer to Captain Conley as Puss?
8  A. Yes.
9  Q. This would happen in Corporal Thomas' presence?
10 A. More times than not, yes.
11 Q. Okay. Are there other occasions when he would
12 refer to Captain Conley this way?
13 A. No, I can't pinpoint any specific times that that
14 would happen.
15 Q. Okay.
16 A. He would kind of laugh along with Corporal Thomas
17 and mock it as well.
18 Q. Okay. So when Corporal Thomas was doing this,
19 you are saying Colonel Chaffinch would engage in the same
20 behavior?
21 A. Yes.
22 Q. Okay.
23 A. I remember being present with Captain Conley
24 where Colonel Chaffinch would bring it up as well and

Page 50

1 laugh about it.
2   Q. Okay. So, for example, let's just say 2001, when
3 you were up at the headquarters building in the traffic
4 section as the lieutenant for about two years, are you
5 saying that sometime during that two-year period of time
6 you remember Colonel Chaffinch bringing it up and making
7 a joke out of it in Captain Conley's presence?
8   A. I can't pinpoint specifically those, you know,
9 along that time frame, but I do remember Captain Conley
10 being present, and if Ronald Thomas' name would come up,
11 which it could come up sometimes because he would
12 actually mock Corporal Thomas about some other things,
13 about some of his actions, but, yes, I mean he would
14 bring it up and say the word "Puss" in a manner and joke
15 around with it.
16   Q. Okay. In paragraph 44, let's go to that, Captain
17 Conley has charged that the colonel has allowed other
18 troopers to disrespect her and other women with offensive
19 comments, rumors and wolf whistles, he exits on and
20 condones this behavior.
21        Captain Conley will testify in this case, I
22 believe, that behind the headquarters building there is a
23 motor pool, okay, and, for example, there are people who
24 work in the motor pool, troopers, okay, and as you know,

Page 51

1 there are exits on the side of the headquarters building
2 and you can park on either side. You are aware of all
3 that, right?
4   A. Yes, mm-hmm.
5   Q. She would testify she could be leaving for lunch,
6 for example, with a co-worker, to get into her car, and
7 that people in the motor pool could see her and then make
8 offensive comments or wolf whistles about, for example,
9 she was going to lunch with a male officer or something?
10   A. Yes.
11   Q. Have you ever witnessed such behavior?
12   A. Yes.
13   Q. Okay. Why don't you tell us what you recall
14 about such behavior?
15   A. I remember Captain Conley and myself going to
16 lunch together several times, and that has happened I
17 would say at least two to three times, where one
18 mechanic, specifically Bill Johnson, would do wolf calls
19 and whistles from the garage, and I guess it was an open
20 joke with them.
21        Because we worked together, so we went to
22 lunch together. But then if some other trooper would go
23 to lunch, they would contact me by phone and say, hey,
24 Sergeant Willy went out to lunch with her, you know, I

Page 52

1 think he is trying to get over on you, you know, and
2 specifically try to insinuate that, you know, it was like
3 a date with both of us.
4   Q. Now, was Colonel Chaffinch aware that this would
5 happen?
6   A. I remember specifically telling him that it is
7 happening.
8   Q. And did he do anything to stop it?
9   A. No, no. He just would laugh it off.
10   Q. He would laugh it off?
11   A. Yes.
12   Q. Why did you tell him it was happening?
13   A. It was bothersome. You know, personally I didn't
14 appreciate it, and I'm sure Captain Conley didn't
15 appreciate it either, especially being a female.
16   Q. Mm-hmm. So this happened after you were working
17 as a traffic lieutenant in the traffic section?
18   A. Yes.
19   Q. And he was the colonel at the time?
20   A. Yes.
21   Q. Okay. In paragraph 45 Captain Conley charges
22 that the colonel has asked about private details of her
23 sex life. You know she has been married for almost two
24 decades?

Page 53

1   A. Yes.
2   Q. Are you married?
3   A. Yes.
4   Q. Okay. Were you ever present when and witnessed
5 the colonel asking any questions about are her and Larry
6 getting along, or details of her sex life, or anything
7 like that?
8   A. Nothing about whether she and Larry were getting
9 along. But she did question -- he did question me one
10 time, asking if I thought that she was having a
11 relationship with, I don't know what his rank was at the
12 time, but Harry Downes. He is captain now.
13   Q. Wait a minute now. You are telling me the
14 colonel did ask you whether you thought that Captain
15 Conley was having sexual relations with now Captain Harry
16 Downes?
17   A. Yes.
18   Q. When did that occur?
19   A. While I was at headquarters, so between 2001 and
20 2003. Closer to 2001, I would say.
21   Q. Are you aware that I think they went to grade
22 school or junior high or something like that together?
23   A. Yes, I remember Captain Conley telling me that.
24   Q. Okay.

14 (Pages 50 to 53)