they were off work at the time that they were actually practicing.

They never told me why women can't belong to the free masons.

In his rank as Colonel, there's talk about it. He's very vocal about the fact that he is a member.

We could probably clarify this with Major David Baylor, but I'm pretty sure at some point that he told me about a conversation or that he has been also advised directly by Colonel Chaffinch that he wasn't allowed to be a member because he is Black and it was pointed out to him as well.

We are talking about 20 plus years of conversations and so forth back and forth so it is hard to pinpoint some of the specifics.

In paragraph 31, it says Chaffinch publicly boasts that he belongs that he belongs to a private organization free masonry which discriminates against African Americans and women. He boasts about the fact that he is a free mason. And that, and he's, at parties and around the troop that he is a member of that, proud of the fact that he has moved up within that organization. There was - just prior to this incident being the lawsuit and everything, he would talk about being a mason around headquarters. They did do what they did as far as I was concerned about women back when I was on the job in the early years like I said but I don't recall him boasting about that per say recently; it was mostly that he's a member. And that he's quite proud of the fact that Senator Adams is a member as well and he was in anticipation of receiving this 33rd degree.

I know from Captain Dixon that he was talking about it around Troop 5 that there was only a small amount of people in Delaware that ever received their 33rd degree and that Thurman Adams is one of them and now he's gonna receive his and so forth so there's all that political

-10-

A410

association with that organization as well. But he boasts about being a member. And he has

talked about the - the female end of it at Troop 5 in the past but as far as Blacks, we would have

to probably clarify that with Major Baylor. He doesn't boast about being a member, all in the

same sentence with, and they also don't let blacks and women in.

### (3) ¶ 36 - Adam & Eve Limerick & Offensive Jokes.

This paragraph, talks about where Chaffinch repeatedly has stated to me and others that

the trouble with mankind can be traced to the Garden of Eden discussed in the book of Genesis in

the Holy Bible.

He believes that the problems of society are the fault of women symbolized by Eve, and it

is man, symbolized by Adam who have to bear the penalty for woman's mistakes.

This is based upon another one of the limericks that Colonel Chaffinch is famous for

reciting. And he has one that he recites frequently over the years called Adam and Eve. And

within that limerick it tells the story of Adam and Eve and basically puts the blame on the

female, Eve, for being the one who messed up in the Garden of Eden by eating the apple and that

it's because of her that men have to work today. And, in other words, Adam got the short end of

the stick per se because of the actions that this female took.

And he recites that everywhere. He recites it at work, he recites it at the State Fair, when

half the people are working and the other people are off at the time but it is still a work function.

It's a State Police function. He recites them at State Police functions and I would have to say that

I have repeatedly and frequently heard this limerick, among others, and if you are a female and

you repeatedly have to listen to the fact that Eve is the root of all evil and work for mankind you

begin to get the impression that he believes that as well because he's the one reciting it.

-11-

A411

He recites verbatim what I have set out in the complaint.

He uses no notes.

Chaffinch reads it with a flair that he puts on it. As you can tell from some of the wording, it's spoken in ebonics so to speak. I think that perhaps the origin of this is - kinda like a folklore. It is a component of a song and he reads that part of it not the "dem" bones - "d e m" which is ebonics. So he recites that in ebonics as he's talking it which I take to be a part of black culture. The way they would contract words and so forth. With quite a lot of flair and a sing-songy type manner as well. But the message always very clear that Eve got the apple and Adam got the shaft so to speak.

As I said, this is frequent and in no way shape or form an isolated incident but I was not taking notes throughout my entire career every time I ever heard this. I did hear it at Troop 5. I heard it at the State Fair. It has become a component at least in 2003 and 2002. It's a part of their entertainment so to speak at the fair and at any other event he may be at.

If he happens to be in a good mood, prompted or not, he will launch into a multitude of these limericks that he has memorized over the years. I've heard them so many times that I could recite a lot of them myself. This is one of those.

He has stated it recently. It has been since he is the Colonel. He recited them at my house at a party - post Christmas - in 2002 - these among others.

I can't recall every single inappropriate joke that I've ever heard, but I've heard them at work. I've heard them since I've been at headquarters. If he heard a good joke, he has to pop down immediately, come in my office or come in to then Lieutenant Dixon's office at the time to tell us the latest joke that he's heard.

-12-

A412

Probably 50% of the time they're inappropriate or demeaning to some group be it woman, or blacks. I can't refer to all of them verbatim because I just can't remember these jokes and you don't try to remember some of these things that are offensive to you anyway or that you would never repeat to someone.

But as I said, he also does it at other events that are State Police functions. I rarely socialize with Aaron throughout these years at any kind of function that isn't State Police related be, it a retirement party or a promotional party or whatever.

But like I said, it really doesn't matter to the Colonel where he is, it happens to be you know - if he thinks there's an audience there that he feels like launching into this barrage of limericks he does and it doesn't matter if there's males there, females there, work or not work.

### (4) ¶ 37 - Two Women Cannot Work Together Remark.

This would have been in the latter part of August of 2003. After they sent out notices about promotions and transfers and so forth. And there was a lot of discussion and, you know, the Divisional rumor mill about who was going to be coming to the Traffic Section to take Glenn Dixon's place as Assistant Director and Aaron talked to me a couple of times about who I may want, you know, who he was thinking about and so forth.

On this particular occasion, again this would have been the latter part of August of 2003, he came into my office and sat down and began a conversation with me about some of the possibilities regarding who may be coming to take that position.  And he began to tell me about the fact that there were a couple of staff members who had mentioned possibly bringing Lieutenant Alice Bailey down to my section and I just looked at him because that didn't seem to be a bad possibility to me and he said yeah. And when he brought it up he kind of like made a

-13-

A413

face and rolled his eyes a little bit and I just looked at him and I said, what, and he said well I'm not doing that because two women cannot get along.

And I was kind of stunned that he said that because I've known Alice Bailey for quite a number of years. I've never had any kind of animosity with her or anything. I immediately in my mind started thinking about some other concerns because she was still out, I believe, due to her pregnancy at that time frame and my concern was that she had a new baby and she had just moved up to New Castle County over some issues having to do with her husband, I think, continuing his education or whatever. And I was thinking about the fact at that time that perhaps she wouldn't really even want to come down there because of logistical issues with her life.

But Aaron did not consider that he was adamant that he was not going to do that because two women cannot get along and that would never work out. And I didn't say anything back to him I just let him talk.

And then, you know, he had mentioned to me on this occasion and one other occasion upstairs. He was in the secretarial area of the Executive Offices and he was up there sitting at Krista Gallo's desk one evening that I was talking to him and he had mentioned some other possibilities; Sergeant Kraft and he kind of indicated that he was not going to promote him and Lieutenant Campanella had been discussed on both occasions and he didn't know about him one way or the other. And, of course, I was interested in perhaps getting Sergeant Logan at that time. He was promotable. But, and I knew that he had some previous background with some grant writing and so forth at Dover PD, and I'd worked with him at Troop 3 and I thought he would be a very viable candidate.

But he told me at that time that he wasn't gonna get into C-Band so he wasn't a

-14-

A414

possibility. As it turns out, he did actually get into C-Band but he did not pick any of those individuals that we talked about, he picked Lieutenant Campanella.

So I thought that reflected a very sexist stereotype about woman. That women cannot get along in the workplace.

I work in there with numerous women now. They're civilian women but I've worked with numerous female troopers. I've worked with Lieutenant Bailey in other capacities over the years and we've worked together on committees, for conferences and so forth that we've hosted for female police officer organization and things of that nature and I was kind of surprised that he said that.

Nobody heard him make the remark to me but from his conversation I would say that he, in all likelihood, made those comments back to his staff members who were suggesting that as a possibility being Major Baylor, perhaps maybe Major Seifert, Major Papili.

### (5) ¶ 38 - Discipline for Trooper Bearing Her Breast Incident.

I wasn't present at that party. I'm familiar with Captain Ralph Mitchell who investigated the incident during the time frame when he was in Internal Affairs. He was involved in that at that time. And I'm aware of it from Aaron and from numerous other sources what happened.

Colonel Chaffinch, again, wants to disregard his role that he played in that incident. He does not feel that he should have stopped that.

I think he was actually charged based on the fact that he was the highest-ranking officer there and he didn't put an end to that behavior and he said he left there, he saw what was happening, and he left there and didn't feel he should be penalized because he didn't stop it.

And then he made some comments, you know, alluding to the fact that here he ended up

-15-

A415

getting in trouble and losing a couple of days over it and he didn't even get to see them. That was

his comment, you know, because he left and so the actual display of her breast he missed.

So he seemed a little disappointed about that fact, in fact, you know, if he was going to

lose two days over it then at least he should've stuck around for the show.

And he has boasted about the fact when he's been reprimanded in prior years about this

type of behavior that he was not going to change for anybody including Colonel Pepper and

Colonel Ellingsworth.

### (6) ¶ 39 - Vibrator Joke and Year 2000 Reprimand as a Major.

I can't recall all the specifics of the vibrator joke it but it had to do with the fact that a

particular female had used this vibrator so frequently that it had become the main component of

her sex life and at some point it was laying on the couch or something beside her father and

somebody had walked in. I think the, punch line had something to do about him saying by the

way I'd like to introduce you to my son-in-law, meaning the vibrator.

And that's what he told in in-service in front of male and female officers. I do believe that

Corporal Valerie Robinson was in attendance.

Regarding this year 2000 vibrator joke at in-service, he told me the joke at Troop 5 before

he even used it at in-service.

This was probably 1999 to 2000 season or whatever. I am not going to guarantee it was

2000 without really looking back and researching it in great detail, but since I was at Troop 5, it

was probably either the second half of 1999 or the early part of 2000 because in the summer of

2000 I was sent to the Traffic Section in June. So it was in that time frame and he was already up

here so he was responding back down so I didn't have any personal outside of work contact with

-16-

A416

him at that particular time frame so it was told while he was in Troop 5 while I was working and I would have been a Traffic Lieutenant at Troop 5 at the time.

And also in that position when he was complaining and irate about the fact that he had been chewed out by the other members of staff for his behavior.

So he told me this joke before in-service then he came back and told me what had happened to him after he told it.

For witnesses, the other Lieutenant at the time was, or part of this time frame would have been Paul Eckrich and possibly Rick Chamberlin and I'm not sure if Captain Hughes may have been the Troop Commander at that time frame because Aaron would have been up here already which means that then Captain Hughes would have been the Troop Commander during that time frame as well. The Sergeant's that were at the troop could have heard it. That would have been Sergeant Ashley, Sergeant Houdek, Sergeant Rust and I don't know who the fourth one is, I'm not sure.

Chaffinch told me that he was reprimanded, I believe it would have been in 2000, that he was reprimanded by Colonel Ellingsworth, Lt. Colonel Pepper and Major Waggaman for telling a vibrator joke at an in-service training.

He was a Major at the time so he was a member of the Executive staff already and he was called into their office. He was reprimanded very harshly for what he had done. That was the only action that they took against him and he told myself and many, many members of the Department, especially the people that work around Troop 5 where he's comfortable, about this incident, because he had to sit there and listen to them basically chew his behind out for what he had done.

-17-

A417

He did not think he was wrong. He did not think he should have received that reprimand and he was irate. I would have to say irate about the fact that he was reprimanded verbally by them for that and then made the comment that, you know, he no matter what his position was, he was not changing his behavior for anybody. It was who he was and that's what he was going to do.

And he has told it since. You know kind of mocking and making fun of the fact that, yeah this is what I told at in-service, that's the joke I got in all the trouble for and so on.

So, you know, like I said, I've known Aaron for a very long time. He's very strong willed. He's very stubborn and as I explain in much more detail in Answer to Interrogatory #11, I did not feel I was at liberty to complain or else I'd be retaliated against. I've learned a major lesson about that. I did have hopes of advancing through my career and being successful and hopefully getting to a position someday when I could try to make some change within this department but I didn't feel that was gonna happen if I would be vocal or forthright about telling someone as powerful as Colonel Chaffinch. I couldn't say: I'm not impressed, not happy with your comments and I'm offended by them. I didn't feel I was at liberty at that time to do that.

### (7) ¶ 40 - Monkey, Sarong, and Other Limericks Offensive to Women.

The limericks as referred to in the amended complaint are as follows. Chaffinch constantly in the presence of plaintiff, other woman and men recounts of wide variety of more than 5 sexually charged limericks and jokes which are offensive to women. The first one is the Nipples of Sarah Song.

> The Nipples of Sarah Sarong
> When excited were twelve inches long.
> Her tender young lover was soon to discover.

-18-

A418

She expected no less of his dong.

The next lyric is:

There Once was a Man from Trent
Whose dick was so long that it bent.
To save himself trouble
He stuck it in double
And instead of coming
He went.

And then the following limerick states:

There was a man from Nantucket
Whose dick was so long he could suck it.
And he said with a grin
Wiping cum from his chin.
If my ear were a cunt
I would fuck it.

Then there is this one.

If I had a dog who could piss this stuff.
And I thought he could piss enough.
I'd tie his leg to the foot of the bed.
And suck his dick till we both fell dead.

There also is the up jumped the monkey one.

Up jumped up jumped the monkey from the coconut grove.
He was a mean Mother Fucker you could tell by his clothes.
He wore a two-buttoned ditty and a three-buttoned stitch.
He was a loud Mother Fucking Son of a Bitch.
He lined 100 woman up against the wall and bet anyone
he could fuck them all.
He fucked 98 till his balls turned blue.
Then he backed off, jacked off, and fucked the other two.

I have heard all five of them at the Headquarters building in Dover. He just starts on his

own and then sometimes other members will say well tell me this one because they've heard them

so many times they'll say recite this one, recite that one. Again, these are people that are so under

-19-

A419

his influence as a department member that you just learn to go along with the program or else.

I have heard them in my office, the early part of 2003. He was the Colonel. He was standing in my office. He had come down I don't know for what reason. Captain Harry Downes was there, Lieutenant Dixon at the time, was there, and Aaron was in our office talking about one thing or another, I can't recall, something was said that reminded Harry of the monkey limerick and he said that, he made some comment about the monkey limerick that he had heard before, and he said something about that limerick, about man that thing is just crazy or something like that. That was all it took for Colonel Chaffinch, to launch into another reciting of Up Jumped the Monkey in my office. The door was open. I had employees around the corner and across the hall and so forth and as you all know he's somewhat loud. I don't know that they overheard it that particular day but they certainly could have.

This comment made in my office was after I had had a holiday party at my house in 2002 so it would have been the early part of 2003.

A lot of these limericks have been said time over time. But as for some specific instances with witnesses, times, locations, regarding the first limerick, let me first say that in most cases, they are recited in succession. So rather than break these down every single one I can say that in most cases, he, when he's doing these he's doing them in a group. All of these five limericks together and that's how these particular five - six - or seven of them are so familiar to me because he does them at the same time and it's so, so frequent I couldn't begin to count the times that I've heard them. Nor can I begin to limit or count the other number of people that have heard these over the years.

Probably a large portion of anybody whose ever been at Troop 5 at some time or

-20-

A420

another has heard him recite these limericks.

Extending beyond that, anytime that I've ever been assigned to the State Fair and he has been there, one year in particular that he actually was in charge of it or ran it, and I can't recall exactly what year that would have been, but within the last four to five probably as a Captain or maybe even a Major. It's a regular part of the entertainment there and he probably, my estimation would be that, four to five out of the ten days he's reciting these limericks in the barracks. And like I said, he cannot say that this isn't during work per say because half the people may be just now getting off work, the other, or having dinner at the end of the night or whatever, and another portion of them are still working because they're assigned there permanently and they work all night long. They are there, they are on call, they are there to handle situations that may come up in the grove.

Witness names would include Major Randall Hughes, Major Paul Eckrich, Lt. Bruce VonGoerres, Sgt. Richard Dennis, Corporal William Porter, Corporal Scott Gray, Carol Warnock who is the Troop 5 Administrative Secretary, Mr. Lewis Dewey, Ret. staff members like Ret. Colonel Ellingsworth, Ret. Pepper, Ret. Lt. Colonel Thomas Marcin, Ret. Lt. Colonel William Waggaman, Ret. Major Joseph Swiski, Ret. Major Joseph Forrester, Ret. Sergeant Jeffrey Bowers, Ret. Major Baylor, Capt. Glenn Dixon, Capt. Harry Downes, Capt. Nate McQueen, Ret. Captain Gregory Warren, DSP Ret. Lieutenant Larry Talley, Corporal Kurt Price, and I'm not sure about this but I think he would probably be a witness to some behavior of this nature would be Ret. Lieutenant Frank Chandler.

As to some names of people who have worked the fair frequently: Captain Charles Simpson, Corporal Ronald Durham, Corporal or Sergeant Randy Fisher, Sergeant Lance Willey,

-21-

A421

Lieutenant Rick Chamberlin.

I mean and it goes from every level of rank within the Department and like I said, it's frequent and it's everywhere. And I'm giving you some instances that I can actually pinpoint dates because they were fairly recent or, you know, there was something particular about it that refreshes my memory. But I have heard these what in my estimation, hundreds of times.

I also have only socialized at my house maybe three times that Colonel Chaffinch would have been there and I've been to his house maybe twice and those were usually a work related luncheon. Like he had a luncheon for his Sergeants at one time and Lieutenants at his house and so to hear these hundreds of times, I had to hear them at work because I've only socialized with him outside of work on a rare number of occasions.

Contrary to male officers, I wasn't asked to go have lunch at his mother's house everyday of the week when I was a Lieutenant at Troop 5, Lieutenant Eckrich was. As a female officer I have not been invited to practically every FBI function that they have. He invites the male officers instead. So my contact with him is in a work environment.

Thinking back as to a most recent incident when I heard him recite the limericks, I actually attended a CARE conference, one of three since he was the Colonel. It would have been in April or May 2003 in Columbus, Ohio and as a representative of the State Police and as the Colonel, at the end of the evening after one of the training days they had a get together in what I would call a Hospitality Room or whatever and he was reciting jokes and limericks in that event as well. And there were some people even at that social gathering that were saying, that's your Colonel, and kinda, you know, making some, you know, some snide comments about the fact that he's really something isn't he. Like they were taken back a little bit by the fact that he was

-22-

A422

such a jokester and was reciting these things and this was with other state police agencies. In CARE, State Police representatives of middle to high rank from all across the country are there and he, as our Colonel, that was what he choose to do at this social gathering is tell these limericks there as well.

Major Baylor was at that event. His wife, Karen, went with us, Captain Glenn Dixon went with us, his wife, Amy, went with us, myself, that's all.

Everyone was more than familiar with who he is. He has attended the CARE conference for a number of years. He was the Director of Traffic for a period of time and he attended. He likes the CARE conference because they're quite good to you and they provide a lot of amenities to your spouses. So he has managed to remain an honorary chairperson so that he can continue to justify going to these. In fact, he has gone to these when in fact I, as the Director of Traffic, should have gone to two of those that I was not sent to because he'd rather go himself. One year he took Lieutenant Dixon instead of myself. I actually said something to Colonel Chaffinch that this was wrong. That if he was gonna go that's fine but he should be taking the Director of Traffic as well and so that middle year he did invite me. That was when in 2002 they went to Indianapolis without me. And then in 2003 I was invited basically because Lieutenant Dixon had said something to him about that. And then in 2004 he went but he told me there wasn't enough money to send me.

### (8) ¶ 40 - Sexually Charged Jokes, Offensive and Negative Conduct and Comments About Women.

Sexually charged or offensive jokes, that kind of a thing, is a separate category.

Regarding jokes, they are not as easy to remember word for word because you may only

-23-

hear them once. You know, it's a new joke he heard that day or whatever. And again, I did not write all the dates down but I can give you some recent incidents. What I can say is that of all the jokes I've heard, and there have been many, many, many over the years, probably 50% at least, are offensive, demeaning, or stereotypical to either women or a certain ethnic group or so forth.

One in particular that I can recall recently was as recent as the October 26, 2004 Commander's Meeting. He was late attending that meeting. He came in and basically had nothing substantive to say other than he told two jokes and walked back out and left again.

One of those jokes referred to Jimmy Hoffa and someone in there had mentioned Hoffa in some light in his synopsis of whatever he was talking about. And it brought this to mind and Aaron stood up and said something to the effect that he heard that they had found Jimmy Hoffa. And then he kind of waits for a reaction or whatever and everybody is just looking at him. And he says yeah, they found him over around a Baltimore Hospital and he was trying to organize labor. And so he had this little, you know, rip off on labor versus childbirth because of the hospital kind of connotation to it. I was stunned that he was now at this late date into the end of October reciting jokes again of a questionable nature in this meeting of twenty plus Commanders and Lieutenants and so forth.

Again, when he said it, Lieutenant Alice Bailey immediately looked to the left to me, looked at me, rolled her eyes up and kind of gave me this look like I can't believe it you know. And afterwards we talked about it and she was offended that he was making light of labor i.e. childbirth and made comments that, you know, basically he's an idiot. Some of the males also commented to me; Lieutenant Collender, Captain Nate McQueen.

This wasn't the only joke  that he made fun of in that meeting. He also made light of a

-24-

A424

doctor that had committed suicide and told a joke related to that. It was not really gender based. I was offended at that from the vain that I thought it was disrespectful to that man, to the family. I read his obituary in the paper he had a wife and two kids and I don't know what his issues were or what would have prompted this man to do that but from my perspective, this is the Colonel of the State Police making fun and telling jokes in relation to this families tragedy and I don't think that's right.

Jokes are another component of his language. And of course, all of this is intermingled with negative comments about woman that he makes. Woman are nothing but trouble, woman are a pain in the ass, can't live with them you can't live without them. Again, all during the course of this 18 year stretch of being around this man, those are the comments he makes. He'll complain about his wife. She's a - she's a TV junky. She's a couch potato. She's not having sex with him often enough.

All this information he just volunteers. Nobody solicits this from him. He tells about incidents when Karen's mad at him you know. Karen's puffed up like a toad, you know how all woman get - things of that nature.

So when you start adding these together, daily, it's always something of that nature. It's either a dirty joke, a limerick, negative statements about woman, woman can't get along together. It's just - it's this constant barrage of anti-female statements.

As recently as October 2004, he was in Troop 5, again he was, this was in front of Captain Dixon who just is in disbelief of a lot of things involving Colonel Chaffinch who he has been an associate with in prior years. He's been totally disillusioned by some of the behaviors of him, specially since he's become Colonel it's been even worse. They are getting ready to attend

-25-

A425

probably, I think a viewing or something for somebody down there, October the 21st 2004, they were fixing their uniform getting ready to go somewhere and Dixon's closet door was open and there's a mirror inside the closet door inside the Commander's Office and Aaron made a point of pointing out that he placed that mirror there when he was Troop Commander and he also placed the one in the men's bathroom and he said, you know I hung those up there so I could watch myself while I was jerking off.

These are typical unsolicited sex related comments that are totally unnecessary but it has become a part of the daily communications. He almost can't communicate any other way. His blackberry is his dingle berry.

### (9) ¶ 41 - the Nickname for His Penis and Naming His Shift the "Cocksters."

Paragraph 41 states: Chaffinch tells Plaintiff, other women and men that he has something extra meaning that he's not circumcised, he then refers to his penis publicly by nickname. Here, going back to my first couple years on the job, and as our careers progressed, he has been very vocal with me and everybody else - anybody else that's present at the time, about the fact that he is not circumcised. I would have no other way of knowing that about this man if he wasn't telling it. He tells it around the troop. He refers to it as him having a little something extra. It is a frequent component of the conversations that he has amongst his close circle of people, which would be like Kurt Brown, Mark Rust, Bruce Von Goerres, Rich Dennis over the last two years. And in 2003 and 2004 I began to hear a term from Rich Dennis which was the hooded merganser. And I heard him laughing about it. I heard it being said between him and Colonel Chaffinch and, you know, I'm pretty sure around Sergeant Willey. I did not really know what it meant right away.

-26-

A426

And then I did attend, after we had the SOAR meeting, Aaron had what I call a momentary attack of conscience and tried to make up with me a little bit. He made me his coach after that meeting. He cried. He admitted that he didn't treat me right on a numerous amount of occasions. At that time, I made a point to tell him that I did not think that it was fair over the years how he would always invite Paul to his house for lunch and exclude woman. So we did have some conversation about the fact that I didn't think that was fair and that it was hurtful when he would invite a lot of these other associates of his to some of these FBI functions that they have like Crab Feasts and different socials and so forth.

So, while the effects of the SOAR meeting were still within him, he did invite me to one event. This would have been in April of 2004. It was over around, I can't remember exactly the name of the town, over around St. Michael's Maryland over that way. It was a luncheon for the FBI. There were a numerous amount of us there - Lieutenant Brown, Lieutenant Rust, Captain Dixon, Lieutenant Von Goerres, myself, the Colonel, Sergeant Dennis, Sergeant Willey.

We attended this thing, the luncheon and so forth and even that day I recall him being very childish about who rode with who. You know, he basically wanted, insisted that everybody meet at Troop 5. You can't meet him there. He wants everybody to ride together in the same car but that can't happen in most cases so if you choose not to ride in the car he's riding in, he's even offended a little bit at that. And he was making comments that, what you don't want to ride with me Glenn Bob and, you know.

He makes little comments like that so I mean he's even petty about minor things like that.

In the course of that day I heard this term come up again - this hooded merganser. And I began to pay attention and try to figure out what in the heck they were talking about. And on the

-27-

A427

way home we stopped at a bar that's on Route 404 called Cohee's and they wanted to get a beer in there. So they stopped in there and in the course of that conversation the waitress who happened to be in there was somewhat attractive and the Colonel and so I guess on some level some of his other male friends, mostly Rust and Brown and Rich Dennis, were commenting about how, you know, you know kinda flirting with her and wanting to make comments about her and so forth. She's not bad and things like that. In the course of that, Colonel Chaffinch says to Rich Dennis, maybe I should introduce her to the hooded merganser. And so at that point I started to put two and two together and between Roger Willey and Glenn Dixon and myself, we were sitting off in another section kinda you know, a little bit separated from them, could hear this and in the process of all these conversations, you know, what - you know - what are they talking about and asked them. Are they, are they talking about his penis and they're like yes. That's his nickname for his penis. And so he was basically, you know, just talking about it and they can't, I don't even believe that they can remember how I know about that term. But that's how, I've heard it at headquarters, but I also heard it that day and that's the day that I put together what they were referring to.

Kurt Brown is apparently the person that gave it this nickname because he's a big hunter. Aaron's so vocal about the fact and bragging about the fact that he has something extra and that he is not circumcised, Kurt being a hunter, knows about this particular duck that is called a hooded merganser. And I guess because Aaron has an extra hood on his penis he associated with this hooded merganser which is a duck that has a certain little feather arrangement on its head that makes it look like it has a little hood on its head. And that's how that term became the nickname for his penis.

-28-

A428

I know that it was April because Bruce Von Goerres was getting married that weekend and it was also my husbands birthday on April the 4th and I'm thinking that this was either April 2nd or 3rd, whatever that Friday was.

I'm reasonably sure that Carol Warnock has heard the hooded merganser term. She may or may not know what it is. I haven't talked to her about it but I do know that she's been at Troop 5 for many, many years and it's very, very public and very well known that Aaron is not circumcised. He makes a point of talking about that.

Along the same vein. Again, this would have been when he was a shift commander. So, Larry was still on the job so we're talking probably late 80' s into maybe 1990. So maybe 1988- 90 it's in that time frame somewhere. I don't recall exactly. Larry worked on his shift and several other people. I know one of them was Brian Fitzpatrick, and Larry, and I think John Justice who's out at Troop 4 now, Glenn Dixon was aware of this too, and a lot of other people at Troop 5 but I can't - I don't think he was on that shift at the time. I have to go back and really stretch and think who the others were that were on that shift.

The shifts were set up at Troop 5 A B C D shift or whatever, Aaron's shift was C shift. Which he liked because his last name was Chaffinch *so* it just you know, Chaffinch Shift, C Shift, Bla bla bla. And at the time, somehow and I don't know how this started, but he, and if any of the others had anything to do with it I don't know what their involvement was but he decided to name his shift the Cockster shift. The cockster being you know like stud or, you know, something of that nature. So they began referring to themselves as the Cockster Shift around there, and mostly him, and, you know, it was common knowledge around that time frame and they would go around the troop saying, you know the rip off on the Dr. Pepper commercial,

-29-

Wouldn't you like to be a Pepper too or whatever. Well they would go around saying, Colonel

Chaffinch, would go around saying, Wouldn't you like to be a Cockster too, because if you

weren't on C-Shift, you know, you weren't a cop because you weren't on the Cockster shift. They

even went as far as he had T-shirts made up for the members on his shift and gave them to them.

I don't know whether it was for Christmas or just for something to do, but gave everyone of them

this T-shirt that had - the graphics on there was probably like - like on the front I think it said

DSP Troop 5. But it had C-Shift and then on the back of it it had foghorn leghorn. The copy of

him, the rooster, and it had him talking and it was like the quotation line above his head,

Wouldn't you like to be a cockster too, on the T-shirt. And obviously I have knowledge of this

because Larry received one of these t-shirts as well and whether or not I still have it or could put

my hands on it I don't know. That was kind of a little bit out there as well. Again, no thought

whatsoever for what any of the women at Troop 5 at the time would think about them talking

about this, them being the Cockster shift or, you know, anything that implies.

### (10) ¶ 42 - Conversation with Dixon About Watching Sex.

_____Captain Dixon related this conversation to me. This relates to a female trooper who is

engaging in sexual relations with a couple of other troopers. And one of them apparently relays in

great detail their sexual encounters to Colonel Chaffinch and a variety of others. In one particular

incident it was relayed to him that this girl will masturbate and let this trooper watch. She's a

trooper also. And he was commenting and passing on this information to other troopers and

just commenting that if she were to do that for him he would just be done, indicating that would

turn him on or you know get him off or whatever.

These troopers feel that it's okay to give all the details of their sex life to him and talk

-30-

A430

about these females in that way. It was probably in the spring to summer of 2004.

He's condoning the behavior. He's participating in very, very specific sexual information about these female troopers. God help any female that has relations with somebody around here that they'd find out about it because they're going to tell it. They tell it to everybody. This just is part of his overall disrespect for women in so many different aspects of their existence.

It certainly was unsolicited on Dixon's part. He's just in his office working and Aaron has to come in and he just tells everything. And again, you're in a situation where do you look at this Colonel and say, you know I really don't have time for this or I really don't think this is appropriate or whatever. You just can't. Not if you don't want to go through a lot of grief and he's gonna give a lot of grief.

### (11) ¶ 43 - Allows Disrespect of Plaintiff, Calling Her "Puss."

This relates to Corporal Ronald Thomas who they know I had a problem with as an FTO Officer. In 1982 when I was a recruit, he approached me about having sex. I told him no. I was sitting stationery patrol when he approached me on his way home. He was working like 20 to 04. And he approached me on his way home wanting me to have sex right out there in the police car. And then he was actually turned in by another officer for that behavior. So there was a history with him. He's also had complaints made on him from nurses and other female troopers because he becomes a little bit over zealous sometimes in his attempts to have sex or whatever. And, you know, I still had to work with this man over the years and I can't say that I like have a major problem with him personally or whatever, but somewhere along the way he picked up this nickname for me and he has called me that for years including the time frames that Aaron was in position of authority and could have put an end to it but he didn't.

-31-

A431

And even as recently as the 2004 State Fair, they allowed this officer, who's now retired, to come back and do some volunteer work and in front of whoever was standing in the fair office this particular night, I wasn't working I was off. I just happened to go in there for a few minutes and talk to Wayne Wheeler and I think Bordley was working in there that night as well and a couple other people. He was in there that night and right in front of Colonel Chaffinch he called me Puss in there that night and Aaron looked at me specifically and rolled his eyes up, you know, like he's so stupid type of look.

But again, this kind of stuff is allowed to take place and, you know, they pretty much leave it on you. I guess for me to have gone up and said you know don't call me that anymore or whatever. Chaffinch has commented to me about it. About Corporal Thomas calling me that and that he doesn't think it's right but yet he never did anything about it. And that's as my Troop Commander. That would have been in 1999.

### (12) ¶¶ 44-45 - He Disrespects Women and Plaintiff.

_____This states that: Chaffinch has allowed other troopers to disrespect Plaintiff and other women with offensive comments, rumors, and wolf whistling. He also eggs it on and condones this behavior. This pertains particularly to the last two years that - probably the last three years while I was at Headquarters as the Director of Traffic. Aaron knows personally several members of the Headquarters maintenance in the garage. Some of them are from the Sussex County area as well as they've worked with us for a long time. So he has a lot of interaction with them back there. Since Sergeant Dennis has come down upon David Thomas' retirement and established a friendship with Aaron, they have both interacted with the mechanics in the garage. Bill Johnson mostly. Sometimes Hamilton is involved on some level but mostly Bill Johnson for a lot of it.

-32-

A432

Basically there's so much speculation and rumor stuff that is generated from Aaron and these mechanics out in the garage and interactions so that every time I leave the building to go to lunch with somebody, whether they're working for me or even sometimes it may be Sergeant Dennis from time to time or it might be a group of four or five of us from here, they have this running on-going joke watching who I go to lunch with. Glenn Dixon made Captain and he left here, there was a period of time while he was at the FBI Academy that Bill Johnson went down to assist at Troop 5 as a mechanic because, I think, Tony Bailey was on military leave or something and so it, so it expanded even down to the Troop 5 area where, you know, there was a lot of comments made to me or to Rich Dennis or to Sergeant Willey or whatever referring to people being replaced like Glenn was replaced. Well now she's gone to lunch with Rich Dennis. Or, Roger Willey went to lunch with her today he's stepping on your turf. Comments about that. A lot of innuendo and things like that. Because for the most part, either Roger and Glenn and I or Glenn and I and sometimes just Roger and I we'd go to lunch, probably three or four days out of a given week when we all worked up here.

And it became common practice for them to wolf whistle, holler things. I can't always hear every word that they're saying but, you know, making fun because we were coming back from lunch or whatever.

Chaffinch is aware of it. Sergeant Dennis is aware of it. There's this fascination with whoever I'm going to lunch with or whatever and even to the point where, you know, teasing and making comments like, Glenn being replaced.

It is just this constant barrage of rumors and innuendo and wolf whistling and hollering stuff from out at the garage and so forth and Aaron has been present for a lot of that and

-33-

A433

participates in a lot of that type of behavior.

It leads into the fact that, as a female officer here you're not allowed to associate with anybody. I work with 90% men and no matter who it is they're questioning what the basis for that relationship is. What the basis for that friendship is. And I don't understand that behavior but that's what they do.

It offends me that I'm not allowed to associate with these males without being questioned personally or being questioned about. I've been friends with Captain Downes - I've known Captain Downes since we were in first grade. We went to Caesar Rodney High School together myself him, Captain Warren, and numerous others. I've worked with these people on and off over the years. Captain Dixon, meaning Colonel Chaffinch, and asked him inappropriate questions about my relationship with Captain Downes. and asked me about my relationship with Captain Dixon just outright.

This year Chaffinch came to me and asked me are you having sex with him? Just outright asking questions like that which are none of his business in the first place but certainly inappropriate, uncalled for, and I feel that it's unfair to me as a female officer to be subjected to this type of questioning.

I have been married for 17 years. They know my husband. They know all the players involved and they have no reason to do this but they do. No matter who it is. If I suggest that I want a particular officer to be my Assistant Director or, be the Sergeant in the unit there's always this innuendo and a lot of talk that gets back to me about you know. It's as if I have crush on everybody that I have a close association with here or I respect as a employee or worker that their work is good. If I suggest that I want somebody it's like well she must have a crush on them.

-34-

A434

Sometimes Chaffinch is out there standing with them, talking with them at the garage when they're hollering up to me and I can't - I can't always hear exactly what they're hollering but sometimes it's just whistling and things like that.

It's the questioning and the rumors and the innuendo and everything else that is harmful to my reputation that he's going around as the Colonel asking questions like this. Because then everybody's natural assumption is why and why's he saying this? So to me for him to stand in front of me and ask me questions like that, like, and just how close are you and Captain Dixon? You know, with that tone you know is inappropriate.

### (13) ¶ 100 - Captain Papili Disrespected and Called Norman.

Chaffinch demeans and disrespects Captain Mary Ann Papili by calling her Norman after a most wanted criminal fugitive with that first name. But he calls no male Captain by the first name of any criminal fugitive.

During the time frame around 1999 when I was back at the Troop as a Traffic Lieutenant and Aaron, at some point, was the Troop Commander, they sent out a poster around that time frame that was like a Delaware's Most Wanted poster and it went out to all the troops. And one of the persons that was wanted on that poster was named Norman Johnson or Norman Johnston. And, he had a slight resemblance to Mary Ann Papili or she resembled him however you want to look at it in that they could have been like brother and sister or whatever. There was a resemblance there.

Chaffinch jumped right on that and from that point on he began to call her Norman because she looked like the guy Norman on the wanted poster. And ever since that time, it's been what I would consider a regular component of any topic or conversation that comes up about

-35-

Mary Ann Papili. Or he'll just refer to her and its so commonplace that if he says I saw Norman today, people that know him would know who he was referring to. That he's referring to Mary Ann Papili. Again, showing a total disregard and disrespect for her as a person, as a female, as an employee.

This began in 1999 and I can say that it's happened since I was in headquarters, when he was Troop Commander right on through Major, Lt. Colonel, Colonel. Even after becoming Colonel he would still refer to her as Norman.

Witnesses would be pretty much anybody that worked at Troop 5 during those time frames the same list of people - Brown, Rust, Dixon, Roger Willey, myself, Carol Warnock, probably Sergeants that have worked there, Kraft, Sergeant Kraft, Sergeant Ashley, probably Lieutenant Chamberlin.

### (14) ¶ 46 - Trish the Dish.

Here Chaffinch tells me and others that he considers a particular female to be Trish the dish by which he means to imply that he wishes to have sexual relations with her.

This is Trish Roberts who I first met around 1994 - 95, Trish Roberts from the Office of Highway Safety. Again, another female who's in a high position of authority and so forth. Her name is Patricia she goes by Trish.

The first that I ever heard of her is I heard this phrase being mentioned around Troop 5 frequently. It was during the time frame that Captain Mitchell was the Troop Commander so it was after I came back from my 93 tour of duty at Troop 3. I was a Sergeant so it would have been around 1994. And when they built the new fatal board down at Troop 5 there was going to be a dedication and the Office of Highway Safety was going be coming down for that. Aaron, I

-36-

A436

believe, was the Director of Traffic at that time. That's how we had become familiar with her and
he was down there for that ceremony. And, that's when I first heard the term "Trish the Dish".
And, I didn't know Trish at the time. I did meet her that day.

"Trish the Dish" means Trish the delicacy. You know what the connotation is there.
That's what he calls her frequently.

Witnesses could be Captain Mitchell, I think Lieutenant Chamberlin was a Lieutenant
there at the time and I think Lieutenant Schwartzkopf, ended up being Captain Schwartzkopf
might have been a Lieutenant at Troop 5 at that time frame. Lieutenant Beck he's heard it. Major
Baylor has heard it. Captain Dixon has heard it. Sergeant Willey has heard it and other people
working in the traffic arena. Whether or not Trish's aware of it or whether Trish has been called
that to her face, I do not know. Women who may have heard the comment include Carol
Warnock, perhaps Valerie Robinson, maybe Sandra Ryder, perhaps Andrea Summers.

I do not have personal knowledge of Chaffinch also saying about her - you're so sweet
you don't need any sugar. I believe Capt. Greg Warren witnessed that.

I have probably heard this statement a couple of dozen times.

It offends me that he would talk about somebody that - in that tone that's in a position that
she's in. Somebody that he should respect based on the position she has and what our working
relationship is with her. In relation to everything else that I see and that everything else that he
says, it just begins to compound itself over time this inappropriate treatment of women. I know
how difficult it is to be in those positions like that and work in very male dominated professions.

### (15) ¶ 47 - "Love to Do Her," Tear Him Up Remarks.

This allegation is that Chaffinch refers to several of the women who work in

-37-

A437

Headquarters building with him as tearing him up or they we would love to do her by which he means to imply that he wishes to have sexual relations with them and to use them for his sexual gratification.

He's made comments in front of both myself and Captain Dixon. Most of those would have taken place since we were in Headquarters together. That's where we've had the most frequent recent contact with him. And he's usually referring to either Krista Gallo or Kristy Tuxward and I've even heard him make some comments, maybe not quite so bad but about Connie, that she really, really looks good for her age and things like that. But a lot of it having to do with Kristy Tuxward. It's usually when they walk by or he sees them in the hallway - more detailed with the men obviously. I've heard little things but more detail even from - from Dixon or maybe even Roger Willey's perspective.

He has said oohh she tears me up.

Would love to do her, I haven't heard that one in particular but I think Captain Dixon has.

I heard the statement in the hallway of Headquarters. I was not surprised because I've heard so many things from him but again, surprised in the fact that he has now risen to this level and he has not changed his behavior at all even in the position that he's in as the Colonel who is setting the tone for this entire Division. He continues this behavior.

It is possible that some of the women in the Traffic Section may have heard him say this.

This statement "she tears me up" I would say I heard it a handful of times, meaning 3 to 5 collectively.

### (16) ¶ 48 - Lemon Titties.

Chaffinch also publicly refers to one secretary as lemon titties, which is a reference to her

-38-

A438

breast size. This refers to Laurie Robbins.

He came down, he referred to her as that quite a bit in 2002 in around that time frame. It was pretty close to when the end of 2001 into 2002 that he was referring to her that way. I haven't heard it that much recently but he's not been down as much since Captain Dixon's was transferred because he was fairly close with him and he would come down quite a bit more. He hasn't come down as much since Campanella was there. And then of course, Roger left too and so the frequency of his visits hasn't been as great. So when Captain Dixon was still here, Roger Willey was still here writing his speeches and so forth, he was down here a lot more then.

I recall about six to ten times using these words or the phrase "LT," which was short for lemon titties.

He explained to us, me and Glenn in detail that was because they felt her titties were about the size of a lemon and that's how she got that nickname and he's referred to her as that.

The statement is offensive and derogatory and it just strikes me the irony of the Civilian Appreciation Day and try to give the impression that their so appreciative and respectful of these individuals but this is the behind-the-scenes manner in which they talk about them.

      **(17) ¶ 49 - Large Penis Story.**

Chaffinch also tells women and men a story about the enormous size of a male trooper's penis.

This was relayed to me and Captain Dixon and I would presume Sergeant Willey was probably around for some of it. He, being the Colonel, relayed a story about Captain Pulling referring to his penis as a tuna can. And he told the story about it. I don't know how he found out about it. I don't know whether he got it directly from Captain Pulling or whether

-39-

Lieutenant Brown passed it on because Lieutenant Brown and Captain Pulling hunt together, so I'm not sure exactly what the origin of it was but it was Captain Pulling's own name for himself and the origin behind it being that it wasn't that long but it was big around as a tuna can.

And I remember just, when he was telling us this story, just being amazed that he was - that it even happened and that Pulling would talk about himself that way and pass it on and that Aaron was passing it on to us. And, you know, the guys that were in Planning at the time were well aware of this story and this nickname as well. And, Roger, of course, had been in Planning and then came down to Traffic so he was aware that if they called him "TC" or something like that what they were referring to. They were referring to Tuna Can.

This was probably within the 2002 time frame - first half of 2003 possibly.

### (18) ¶ 53 - Chaffinch Diminished Plaintiff's Authority.

_____As Captain Glenn Dixon has recently testified, Chaffinch does not even believe that females should be State Troopers.

I was only the second women ever promoted to Captain in the State Police. Colonel Pepper promoted me in August of 2001 and assigned me to my present position as Director of Traffic Section which is only an operational and support position. But since Chaffinch assumed command, he has diminished my operational authority and lessened my position within the State Police and my Section. He also ignores me at monthly Commander's meetings, and has drastically decreased my role in such meetings.

A. Here I have already mentioned his exclusion of me from the annual CARE conferences which all of my predecessors have attended.

B. Second, the Director of Traffic has traditionally over - as long as I can remember

-40-

A440