Conley
Captain Glenn Donald Dixon

v.

C.A. # 04-1394-GMS

Chaffinch, et al.
July 13, 2005

Page 54

1    A.  And I used to go to lunch together with Captain
2   Downes and Captain Conley, periodically.
3    Q.  Am I correct, I think he had some paperwork job
4   in the headquarters building also?  Where was he assigned
5   before he became captain?
6    A.  Domestic violence unit.
7    Q.  Where is that located?
8    A.  Headquarters complex but in the garage area.
9    Q.  So he is nearby?
10   A.  Yes.
11   Q.  The next building?  Yes?
12   A.  Yes.
13   Q.  On occasion he would go to lunch with Captain
14  Conley?
15   A.  Yes.
16   Q.  And you are telling me that Colonel Chaffinch
17  questioned you about whether the two of them had some
18  romantic affair going on?
19   A.  Yes.
20   Q.  And did he ask you that on just one or more than
21  one occasion?
22   A.  One time.
23   Q.  One time.  Do you remember what you said back to
24  him?

Page 55

1    A.  I told him I didn't think so, you know, there is
2   no proof of any relationship there.
3    Q.  Okay.
4    A.  I found it kind of funny that he would ask.
5    Q.  All right.  Were you aware that rumors went
6   around about whether you and Captain Conley were having a
7   relationship?
8    A.  Yes, I've heard those rumors, yes.
9    Q.  You mentioned about the wolf whistles when you
10  would go out, right?
11   A.  Yes.
12   Q.  Okay.  To lunch.  Okay.  Did Colonel Chaffinch
13  ever ask you whether or not you and Captain Conley were
14  having a romantic relationship?
15   A.  No, no.
16   Q.  No?
17   A.  No.
18   Q.  Okay.  Going back to Bill Johnson and the remarks
19  about Captain Conley, have you ever heard Colonel
20  Chaffinch refer to Captain Papili by the nickname Norman?
21   A.  Mary Ann Papili, yes.
22   Q.  Mary Ann Papili is a captain in the state police
23  right now?
24   A.  Yes.

Page 56

1    Q.  And she is female, right?
2    A.  Yes.
3    Q.  When have you heard the colonel call her Norman?
4    A.  I've heard it at Troop 5.  Some years ago, I
5   don't recall what rank Colonel Chaffinch was at the time,
6   but I heard it probably one time, once, maybe twice, that
7   referred to her as Norman because of the wanted poster of
8   a person he felt that resembled Captain Papili, and that
9   person's name was Norman, so he would refer to her as
10  Norman.
11   Q.  Captain Papili's middle name is not Norman, is
12  it?
13   A.  No, to my knowledge.
14   Q.  She wasn't present when you heard this?
15   A.  Mary Ann?
16   Q.  Yes.
17   A.  No.
18   Q.  Let's go back to Troop 5.  Are you aware of then
19  Sergeant Chaffinch being a shift commander and calling
20  his shift the Cocksters?
21   A.  Yes.
22   Q.  How do you know about that?
23   A.  It was common knowledge at the troop.  He
24  developed some T shirts that were made stating

Page 57

1   "Cocksters" and had a big picture of a foghorn -- leghorn
2   on the back, and his shift was C shift, so that's why he
3   named it Cockster shift, and I think it said something on
4   the back like, Wouldn't you want to be a Cockster too?
5    Q.  Okay.  So would this have been when you were a
6   trooper?
7    A.  Yes.
8    Q.  So you have personal knowledge of this?
9    A.  Yes.
10   Q.  Because you were at Troop 5?
11   A.  Yes.
12   Q.  Let's go back to the complaint.  Let's go to page
13  10, the next page there.  We will look at paragraph 46.
14  This makes a reference to the colonel telling various
15  people that he considers a particular female to be, I'll
16  fill in the blank, Trish the Dish.  Have you ever heard
17  him refer to a particular female as Trish the Dish?
18   A.  Yes.
19   Q.  Do you know who he meant by that?
20   A.  Tricia Roberts, who was in the charge of the
21  Office of Highway Safety.
22   Q.  Now, the Office of Highway Safety, is that an
23  office you interacted with when you were the traffic
24  lieutenant?

15 (Pages 54 to 57)

Conley
Captain Glenn Donald Dixon

v.

C.A. # 04-1394-GMS

Chaffinch, et al.
July 13, 2005

Page 58

1    A.   Yes.
2    Q.   Was she an attractive female?
3    A.   Yes, I would say she was attractive.
4    Q.   Okay.  And he had seen her on occasion, the
5    colonel?
6    A.   Yes.
7    Q.   And how would it come up then?  Just in
8    conversation, whenever he would refer to her would he use
9    this name?
10    A.   Any time her name would come up he would say,
11    "Oh, you are talking about Trish the Dish."
12    Q.   Okay.  So this happened on more than one
13    occasion?
14    A.   Frequently.
15    Q.   Frequently, okay.  Would he say it with a
16    particular tone or suggestion, a certain way of voice?
17    How would he say it?
18    A.   I would say normal tone.
19    Q.   So was he suggesting anything when he said it?  I
20    mean was he suggesting any desires or anything like that
21    that you picked up about it?
22    A.   Only that he I'm sure felt that she was
23    attractive as well, and that's why he would call her
24    Trish the Dish.

Page 59

1    Q.   Well, did you ever hear him say, "You are so
2    sweet you don't need any sugar," referring to Trish the
3    Dish?
4    A.   I've heard him say that before to females, but no
5    one that I can remember specifically.  I just remember
6    him saying that.
7    Q.   Oh, okay.  Let's look at it that way then.  Let's
8    just focus on your thing.  You are saying you have heard
9    him on more than one occasion refer to females and say,
10    "You are so sweet you don't need any sugar"?
11    A.   Yes.
12    Q.   You heard that up at headquarters building?
13    A.   I can't pinpoint that.
14    Q.   Okay.
15    A.   I've heard it probably more off duty than on
16    duty.
17    Q.   But are you saying you would have heard it at
18    Troop 5 also?
19    A.   Yes.
20    Q.   Okay.  And would he say that to women's faces or
21    just say it among the guys?
22    A.   To women's faces.
23    Q.   Okay.  Were any of these people uniformed
24    troopers, that you remember?

Page 60

1    A.   Like I say, I remember more privately than in the
2    work setting.
3    Q.   Okay.  Then in paragraph 47 Captain Conley
4    indicates that the colonel has referred to several of the
5    women working in the headquarters building as tearing him
6    up or he would say he would love to do her.  Have you
7    heard remarks like that?
8    A.   Yes.
9    Q.   Have you heard them in the headquarters building?
10    A.   Yes, I have.
11    Q.   Would you like a little water?
12    A.   No, thanks.
13    Q.   Would that refer to secretaries?
14    A.   Yes.  I've heard him say it about specifically --
15    Q.   Who?
16    A.   -- well, four.  Kristy Tuxward, who works in
17    human resources; Rachel Dukes, who worked in the traffic
18    section; and Krista Gallo, who is in the colonel's
19    office, secretary.
20    Q.   Okay.  And you have heard him say both of those
21    statements?
22    A.   Yes.  Well, yes.  The three I know he said
23    tearing him up, those three.  He actually told me that he
24    would do Captain Conley on one day she wore a red dress.

Page 61

1    Q.   So you heard him say that about Captain Conley?
2    A.   Yes.
3    Q.   Now, the other female names you put into the
4    record, I mean, you have heard him say about they tear
5    him up?
6    A.   Yes.
7    Q.   Do you have a recollection of him saying he would
8    love to do any of them?
9    A.   Not, not in those words.  The only thing I
10    remember about them is they tear him up, and he would
11    like do like a facial expression, like pucker his lips
12    out or something.
13    Q.   Okay.  So in talking about them he would pucker
14    his lips up?
15    A.   Yes.
16    Q.   And he might say something else besides tear him
17    up.  What do you remember him saying?
18    A.   The only thing I specifically remember him saying
19    is they tear him up.
20    Q.   And the "do her" thing was about Captain Conley?
21    A.   Yes.
22    Q.   And then let's look at paragraph 48.  Do you see
23    paragraph 48?
24    A.   Yes.

16 (Pages 58 to 61)

Conley                         v.                         Chaffinch, et al.
Captain Glenn Donald Dixon          C.A. # 04-1394-GMS             July 13, 2005

**Page 62**

1  Q.  And it alleges he publicly refers to one
2  secretary as Lemon Titties, referring to her breast size.
3  Have you witnessed that kind of a statement by the
4  colonel?
5  A.  Yes.
6  Q.  And who would he be referring to?
7  A.  Laurie Robbins, who also works upstairs.
8  Q.  Okay.  So she is a state police employee?
9  A.  Yes.
10  Q.  And she works on the second floor where the
11  colonel's office was?
12  A.  Yes.
13  Q.  And did you hear this remark in the headquarters
14  building when you were assigned up there?
15  A.  Several times.
16  Q.  Several times?
17  A.  Yes.
18  Q.  And what would be the context of that happening?
19  A.  If she would walk by to the mail boxes and
20  comment, he would either refer to her as LT or Lemon
21  Titties.
22  Q.  Okay.  So you would be sitting there or
23  something--
24  A.  "There goes LT" or "Lemon Titties," yes.

**Page 63**

1  Q.  And this happened on more than one occasion?
2  A.  Yes.
3  Q.  Do you see paragraph 49 there?
4  A.  Yes.
5  Q.  About the colonel telling a story of someone with
6  a large penis?
7  A.  Yes.
8  Q.  Does that refresh your recollection about any
9  sort of a story that the colonel tells?
10  A.  A couple stories.
11  Q.  Okay.  What are the stories that you recall the
12  colonel telling in that regard?
13  A.  One is a FBI function he was at, and he was
14  joking about a retired member from some agency that I
15  guess had attended the FBI academy.  It was a crab feast,
16  I believe, in Maryland.  And the way the person was
17  sitting, he had shorts on, and he commented how his
18  privates were hanging out of his shorts, and he was
19  joking about it.
20       (Mr. Durstein not present at this time.)
21  Q.  Another occasion you said there was something
22  else?
23  A.  The other occasion would be at headquarters, he
24  told us one time that Rick Pooling, that he was referring

**Page 64**

1  to him as "TC" or "Tuna Can" because of the size of his
2  penis.
3  Q.  Okay.  So that was in the headquarters building?
4  A.  Yes.
5  Q.  Now, we will put the complaint aside for a second
6  here, okay, and then I'm going to look at some other
7  notes I have about some matters I think you might have
8  knowledge of, so just bear with me a little bit here.
9       Just to go back to the Masons for a second,
10  has Colonel Chaffinch ever mentioned some of the other
11  people in the State of Delaware who also received this
12  33rd degree rank?
13  A.  Senator Thurman Adams.
14  Q.  So he would mention, you have a recollection of
15  him mentioning Thurman Adams in that context?
16  A.  Yes.
17  Q.  Would he ever talk about any relationship he had
18  with Senator Thurman Adams?
19  A.  Frequently.
20  Q.  How would he describe his relationship with
21  Senator Thurman Adams?
22  A.  He would refer to him as Uncle Thurman.  He made
23  no mistake about letting people know their relationship,
24  and how Thurman would take care of him no matter what.

**Page 65**

1  Q.  And he would say this on more than one occasion?
2  A.  Yes.
3  Q.  So he would say that in the assembly room?
4  A.  Yes, pretty openly.  I mean, he wouldn't, he
5  wouldn't get on the soap box about it.  But, yes, he was
6  open about it.
7  Q.  And in discussions in the lieutenant's offices or
8  in your office you also heard him make that kind of a
9  reference?
10  A.  Yes.
11  Q.  Okay.  Let's just go back up to the headquarters
12  building.  When you were assigned to the headquarters
13  building, did he ever make references to a relationship
14  he had with Senator Thurman Adams?
15  A.  Yes, he would refer, if he needed anything done,
16  he would just go to Thurman, which he referred to as the
17  Thurmanator, and it would be done.
18  Q.  Okay.  So did he make it well-known that he had
19  this relationship with this politician by the name of
20  Thurman Adams?
21  A.  Yes.
22       (Discussion off the record.)
23       (Recess taken.)
24  BY MR. NEUBERGER:

17 (Pages 62 to 65)

Conley                                          v.                              Chaffinch, et al.
Captain Glenn Donald Dixon              C.A. # 04-1394-GMS                        July 13, 2005

Page 66

1    Q.  On the limericks, is it correct that the colonel
2   recites the ones we reviewed here today at the state fair
3   also?
4    A.  I've not heard him specifically state them at the
5   state fair.
6    Q.  Oh, okay.
7    A.  I've heard he does after the fair, and I usually
8   get out of there.
9    Q.  So you haven't heard him do it in your presence
10  at the state fair?
11   A.  No.
12   Q.  All right.  I want to ask you about a Trooper
13  Scott Gray, okay?  Do you know a Trooper Scott Gray from
14  down Troop 5?
15   A.  Yes, he was on my shift at one time when I was
16  sergeant.
17   Q.  Okay.  And are you aware that he had some sort of
18  a party on Memorial Day, of some year, and that initially
19  he did not invite Colonel Chaffinch and that the colonel
20  was very upset that he hadn't been invited?
21   A.  Yes.
22   Q.  How do you know about that?
23   A.  It was after the party had occurred, Colonel
24  Chaffinch came in my office and sat down and asked if I

Page 67

1   was invited to the party.  I told him yes.  And he told
2   me that Scott had not invited him and he was very upset
3   about that, and made a statement that, "I wonder if he
4   knows where his transfer came from."
5    Q.  Okay.  Did he also make a statement that, "Nobody
6   has an event in Sussex County and doesn't get away with
7   inviting me"?
8    A.  Yes.
9    Q.  So the colonel said that, right?
10   A.  Yes.
11   Q.  Was he angry at Trooper Gray for not inviting him
12  to the party?
13   A.  Extremely angry.
14   Q.  Did Trooper Gray have to make amends with Colonel
15  Chaffinch to calm his anger?
16      MS. BALLARD:  Object to the form.
17   Q.  Did Trooper Gray ever tell you what he did to
18  calm Colonel Chaffinch down?
19   A.  Well, after he made the statement to me in my
20  office, I went out to the gas pump at Troop 5 to fill my
21  car up, and Scott was there with one or two other
22  troopers, and Colonel Chaffinch approached him there at
23  the gas pump and, again, basically said the same
24  statement to him, that, you know, "You didn't invite me

Page 68

1   to the party, and do you know where your transfer came
2   from," because he was transferred from Troop 5 into
3   detective unit at Troop 4.
4        And then he looked very angry, stared him
5   down a little bit, got in his car and left.  And Scott
6   was -- didn't know what to do at that point.  You know,
7   he was confused and he himself was upset.
8        And the way Scott explained it to me at the
9   gas pump was that he knew -- he had already known that
10  Colonel Chaffinch was out of town and that's why he did
11  not give an invitation to him.
12   Q.  Okay.  You are aware that Barbara Conley filed
13  this lawsuit the end of October of the year 2004, the
14  present lawsuit, right?
15   A.  Yes.
16   Q.  And you are aware that Colonel Chaffinch was put
17  on suspension for about five months; is that true?
18   A.  Yes.
19   Q.  During that period of time did the colonel also
20  stop in at Troop 5?
21   A.  Yes.
22   Q.  Okay.  And would he talk to the men and you and
23  the lieutenants again?
24   A.  Yes.  He would not come into my office very

Page 69

1   often.  But, yes, he would come into the lieutenant's
2   office and the assembly room.
3    Q.  Did he indicate he was angry at Captain Conley
4   for filing a lawsuit against him?
5    A.  The day that he learned of the lawsuit, I was
6   walking into the troop and he was walking out, and he
7   gave me the nastiest look that I have ever seen him give
8   anybody, to me.  And I asked him if he was okay and he
9   says, "Like you don't know," and walked away.
10       That was the same morning that we had a
11  little conference, Sussex County Today and Tomorrow
12  conference at Del Tech and Georgetown, and I was coming
13  back to the troop after that, and I guess he had learned
14  that same day or maybe the previous night that the
15  lawsuit had been filed.
16   Q.  So you are saying his demeanor toward you changed
17  after the lawsuit was filed?
18   A.  Absolutely.
19   Q.  And did his attitude towards Captain Conley
20  change after the lawsuit was filed, based on your
21  observations of him?
22       Let me phrase it a different way.  Based on
23  your observation, after the lawsuit was filed was he
24  angry at Captain Conley?

18 (Pages 66 to 69)

Conley                             v.                         Chaffinch, et al.
Captain Glenn Donald Dixon            C.A. # 04-1394-GMS                    July 13, 2005

Page 70

1     A.  Yes.
2     Q.  Okay.  Based on your observations, after the
3  lawsuit was filed was he mad at Captain Conley?
4     A.  Yes.  I believe, I'm sure he still is mad.
5     Q.  Right.  Do you remember any other feelings or
6  emotions he demonstrated towards Captain Conley after the
7  lawsuit was filed in the whole period of time up to the
8  present?
9     A.  Nothing strikes me specifically after the lawsuit
10  was filed.  He, after that, for the most part he -- well,
11  he wouldn't bring that lawsuit up specifically around the
12  troop.  So no, I guess my answer is no.
13     Q.  Well, you heard this remark about Trooper Scott
14  Gray.  You told us about that?
15     A.  Yes.
16     Q.  And that the colonel was upset at not having been
17  invited to a party, right?
18     A.  Yes.
19     Q.  And you heard the remark the colonel made about
20  you should remember who transferred you into detectives,
21  right?
22     A.  Yes.
23     Q.  Did you observe the colonel to be exhibiting any
24  hostility towards Captain Conley indicating he felt she

Page 71

1  was ungrateful or things like that towards Colonel
2  Chaffinch?
3           MS. BALLARD:  Object to the form.
4     Q.  You can answer the question.  I'm asking you what
5  you observed.  Did you observe --
6     A.  After the lawsuit had been filed?
7     Q.  Yes, after the lawsuit, him to exhibit any anger
8  at her thinking she was ungrateful to him?
9     A.  He wouldn't bring her name up around me
10  afterwards.
11     Q.  Okay.  So previously he would mention Captain
12  Conley in your presence?
13     A.  Yes.
14     Q.  And you are saying after the lawsuit was filed he
15  would never mention Captain Conley again in your
16  presence?
17     A.  Not that I recall, no.
18     Q.  Okay.  Is the colonel, based on your working with
19  him and having dealt with him over 17 years, the kind of
20  person who a reasonable person should fear he would
21  retaliate against them?
22           MS. BALLARD:  Object to the form.
23     A.  He is very vindictive.
24     Q.  Okay.  Now, are you saying you have observed him

Page 72

1  to be vindictive over your 17 years of working with him?
2     A.  Yes.
3     Q.  You have observed him to mention he has powerful
4  friends in political circles?
5     A.  Yes.
6     Q.  Are you saying that you have observed him to use
7  his rank or office in the state police to be vindictive?
8     A.  Yes.  You know, it is common knowledge, like I
9  said before, I think, that you don't -- you would not
10  cross him, you would not report him on anything because
11  of his vindictiveness.  You knew that your career would
12  pretty much stop.
13           I mean, it concerns me now, going through
14  this, even though he is still not the colonel or not
15  presently the colonel.
16     Q.  Now, I've subpoenaed you to testify today?
17     A.  Yes.
18     Q.  You understand that?
19     A.  Yes.
20     Q.  There is a court order requiring you to come here
21  today, right?
22     A.  Yes.
23     Q.  And I have never even met you before today, have
24  I?

Page 73

1     A.  No.
2     Q.  Okay.  I passed you in the waiting room here and
3  didn't even know who you were, right?
4     A.  Right.
5     Q.  So you have never met with me and discussed any
6  facts relating to this case; is that true?
7     A.  No -- yes, that is true.
8     Q.  I want to jump back to the up jump the monkey
9  limerick.  Do you remember there was one about a monkey?
10     A.  Yes.
11     Q.  I'm going to give you some setting, early part of
12  2003, in Captain Conley's office, in traffic, Captain
13  Harry Downes being there, and that would make you a
14  Lieutenant Dixon there at the same time.  The colonel
15  coming in at some point in time and during the course of
16  it him reciting the up jump the monkey limerick.  Do you
17  remember whether that happened around that time?
18     A.  Yes.  I think Harry was a lieutenant.  I thought
19  you said captain.  I think he was a lieutenant.
20     Q.  Okay.  2003, Columbus, Ohio, CARE conference?
21     A.  Yes.
22     Q.  You are attending, and I think your wife went
23  with you?
24     A.  Yes.

19 (Pages 70 to 73)

Conley                                                    v.                                    Chaffinch, et al.
Captain Glenn Donald Dixon                    C.A. # 04-1394-GMS                        July 13, 2005

Page 74

1    Q.   Major Baylor is there with his daughter?
2    A.   Yes.
3    Q.   Teenage daughter?
4    A.   I think her name is Sydney.
5    Q.   Captain Conley is there?
6    A.   Yes.
7    Q.   Colonel Chaffinch goes, and his wife I think is
8    attending also?
9    A.   Yes.
10   Q.   You wear name tags?
11   A.   Yes.
12   Q.   Hospitality room?  Was there a hospitality room?
13   A.   Yes.
14   Q.   So what would like your name tag say?
15   A.   Normally I wouldn't wear a name tag going to the
16   hospitality room after hours, so I don't know if I had
17   one on there, but it would have said Captain Glenn Dixon,
18   Delaware State Police.
19   Q.   And the colonel would have a name tag?
20   A.   Yes.  He actually wears a permanent -- not a
21   permanent name tag but one he stuffs in his pocket so
22   people know who he is.
23   Q.   He is an officer in the organization, on the
24   board or something like that?

Page 75

1    A.   In CARE?
2    Q.   In CARE?  Maybe I've got the wrong group.  Is it
3    CARE?
4    A.   Yes, yes.
5    Q.   You are saying he has a permanent name tag that
6    he uses that identifies him at the time as the colonel of
7    the Delaware State Police?
8    A.   Yes.
9    Q.   Okay.  In the hospitality room did the colonel
10   recite limericks and jokes that women or minorities could
11   find offensive?
12   A.   Yes.  It was kind of like a dueling process
13   between him and another -- I guess the group hired a
14   magician and slash comedian, so he was sparing off with
15   him, would recite the limericks and jokes, you know, both
16   clean jokes and dirty jokes, and the limericks that we
17   discussed.
18   Q.   All right.  Was there a dinner that you attended
19   with Major Baylor and his daughter and Colonel Chaffinch
20   and his wife and Barbara?  You all sat at the table
21   somewhere, went to Colorado Springs or something like
22   that?
23   A.   That was in Colorado, yes.
24   Q.   This was a different time?

Page 76

1    A.   Yes.
2    Q.   When was the Colorado Springs thing?
3    A.   That was I'm going to say around July or August
4    of 2003.
5    Q.   Okay.
6    A.   Around then, yes.  We were there as a traffic
7    records forum.
8    Q.   That's what it was, right.
9    A.   And then Colonel Chaffinch, as well as Major
10   Hughes, Major Baylor were there for an FBI conference in
11   Colorado Springs.  We were in Denver.
12   Q.   And they all met you for dinner?
13   A.   Yes.  We met halfway.
14   Q.   Okay.  And at that dinner was the colonel in rare
15   form?
16        MS. BALLARD:  Object to the form.
17   Q.   At the dinner was the colonel telling jokes or
18   engaging in conduct that women or minorities could find
19   offensive?
20   A.   He was -- I wouldn't say he was in rare form, but
21   he would lay some jokes out there, and I remember one
22   time when, I think it was a waitress, not a waiter,
23   picked his food up, he had some leftovers, and he told
24   the waitress that she could just feed it to the starving

Page 77

1    Ethiopians in Africa.  He also referred to major -- to
2    Ronnie Gaines as Ronnie Loves Watermelon Gaines in front
3    of Major Baylor and his daughter.
4    Q.   Ronnie Gaines is an African American trooper?
5    A.   Yes.  Retired, yes.
6    Q.   Retired trooper?
7    A.   Yes.
8    Q.   And he referred to him as Ronnie Watermelon
9    Gaines?
10   A.   Loves Watermelon Gaines.
11   Q.   So those were his words?
12   A.   And I've heard that numerous times throughout my
13   career, because I'm fairly certain that they went to the
14   academy together and that's when he gave him that
15   nickname, whenever he started the academy.
16   Q.   And Major Baylor's young teenage daughter was
17   present at the dinner too?
18   A.   I think at the time she was 12.
19   Q.   Let me throw out a few other statements that
20   Captain Conley alleges she has heard from the colonel
21   over the years, okay, and see whether or not you have
22   heard them.  Okay?  She alleges he has said things like
23   "Women are nothing but trouble, women are a pain in the
24   ass, you can't live with them, you can't live without

20 (Pages 74 to 77)

A151

Conley                                             v.                          Chaffinch, et al.
Captain Glenn Donald Dixon              C.A. # 04-1394-GMS                         July 13, 2005

Page 78

1  them." Have you ever heard him make similar remarks?
2      A.  I don't recall the last one, but I've heard him
3  say pretty frequently "They are nothing but trouble."
4      Q.  Would that remark have been made on duty?
5      A.  Yes.
6      Q.  And would that remark have been made off duty?
7      A.  Yes.
8      Q.  All right. The remark "Women are a pain in the
9  ass," have you heard him make that remark?
10     A.  Yes.
11     Q.  Has he made that remark on duty?
12     A.  Yes.
13     Q.  Has he made that remark off duty?
14     A.  Yes.
15     Q.  I'm going to try to focus on October 2004, Troop
16  5, in your presence and the colonel being there. Okay?
17  Do you remember him making a remark about his wife Karen
18  being "puffed up like a toad, you know how women get"?
19     A.  Not specifically that date, but I've heard him
20  say that numerous times about Karen.
21     Q.  All right. Around that time, is there a mirror
22  inside the closet door, inside your commander's office at
23  Troop 5?
24     A.  Yes.

Page 79

1      Q.  And around that time in October of 2004 did
2  Colonel Chaffinch make a point of noting that he had had
3  that mirror placed there when he was a troop commander?
4      A.  Yes. He basically told me, and it was a
5  situation where we were planning to go to a retired
6  trooper's funeral and both my lieutenants and he, and
7  myself included, were getting our dress blouses on and
8  would use that mirror to make sure that everything looks
9  like it should, and that's when he made the statement
10  that he -- something like, I bet you didn't know that I
11  am the troop commander who had both the mirror in the
12  men's bathroom and the one behind the closet door in the
13  commander's office placed there, and it was placed there
14  so he could watch himself jerk off.
15     Q.  Have you heard him refer to his Blackberry
16  computer device as his Dingleberry?
17     A.  Yes.
18     Q.  Did you attend an event in April of 2004 in St.
19  Michaels, Maryland, a luncheon the FBI was giving or
20  something?
21     A.  In what year?
22     Q.  April 2004, FBI, St. Michaels. You were there,
23  Lieutenant Brown, Lieutenant Rust --
24     A.  I forget what town it was. I don't think it was

Page 80

1  St. Michaels. We had to travel out there quite aways.
2      Q.  Right.
3      A.  But, yes, it was in Maryland.
4      Q.  And the colonel was with you that day, right?
5      A.  Yes.
6      Q.  There were like two cars that went?
7      A.  Yes.
8      Q.  And Captain Conley was in one of the cars?
9      A.  Yes.
10     Q.  And somewhere on Route 404, at a bar called
11  Cohee's, do you recall the group stopping?
12     A.  Yes.
13     Q.  Well, do you recall that there was a female
14  waitress in the restaurant that day?
15     A.  Yes.
16     Q.  She was waiting on you-all?
17     A.  Yes.
18     Q.  Do you recall the colonel saying to Rich Dennis,
19  "Maybe I should introduce her to the hooded merganser"?
20     A.  I don't recall him saying it specifically to him,
21  but I remember him hearing it.
22     Q.  You remember that being said, okay.
23     A.  I was present for it.
24     Q.  Okay. You remember the colonel making that

Page 81

1  statement?
2      A.  Yes.
3      Q.  You don't know who he was saying it to?
4      A.  I just felt he was saying it to everybody that
5  could hear.
6      Q.  A hooded merganser is some kind of a duck; isn't
7  that right?
8      A.  From what I understand, yes.
9      Q.  Are you a hunter?
10     A.  No, I'm not.
11     Q.  Around November of 2004, around the Thanksgiving
12  holiday period, okay, perhaps right after the holiday, at
13  Troop 5, do you remember some remarks about the hooded
14  merganser at that time, referring to something in
15  Florida?
16     A.  He had just come back from Florida. And I wasn't
17  in the same office. It was in the office across the
18  hallway from me. But I could hear, as is the case around
19  Troop 5, you know, you could be in one office and hear it
20  from, conversations up at the sergeant's area, but he was
21  talking with at least -- well, it had to have been both
22  lieutenants, about how his uncle was questioning him
23  about the hooded merganser and where it came from, and
24  they were laughing about it.

21 (Pages 78 to 81)

Conley                                              v.                              Chaffinch, et al.
Captain Glenn Donald Dixon                C.A. # 04-1394-GMS                      July 13, 2005

Page 82

1    And then it got quiet, and then he said to
2  Lieutenant Brown, who allegedly named his penis the
3  hooded merganser, "I don't know what you are upset
4  about," he goes, "you named it and I just got in trouble
5  for it."
6    I had a feeling at that time it got quiet
7  because they knew I was across the hall.
8    Q.  Carol Warnock, has she been a civilian employee
9  at Troop 5 for a long time?
10    A.  Since I came on in '88.
11    Q.  Did she hear the remark that day?
12    A.  That day of talking about --
13    Q.  November of --
14    A.  She wasn't in that area.  Her office is on the
15  complete opposite side of the building.
16    Q.  Okay.  Over the years, the limericks, the
17  sexually-charged jokes, things like that, have any of
18  them been said in the presence or the hearing of Carol
19  Warnock?
20    A.  I don't see how they couldn't have been, because
21  she is back in the assembly room a large portion of the
22  time, when there are troopers gathered around there.
23    Q.  Have you heard the colonel tell a story about a
24  black female rape victim in Coverdale Crossroads, a black

Page 83

1  community in Sussex County?
2    A.  No.
3    Q.  No, okay.  While you were in the traffic section,
4  were there like monthly meetings of traffic lieutenants,
5  monthly or almost monthly meetings of traffic lieutenants
6  that Captain Conley would chair?
7    A.  Yes.
8    Q.  Okay.  And in a sentence or two what was the
9  purpose of those meetings?
10    A.  To get all the traffic lieutenants, and she had
11  the invitation for the troop commanders as well to
12  attend, just so everyone is on the same page of the goal
13  of the traffic section and state police to reduce
14  traffic-related injuries and fatalities.  And there is a
15  large amount of jobs that were supplied from the Office
16  of Highway Safety where the troopers got work, and it was
17  a large task to organize the jobs and to get them out to
18  the traffic lieutenants to insure that they worked,
19  because if they didn't work them they could lose the
20  money, which is proven by doing traffic enforcement saves
21  lives out there on the highway.  So that was one main
22  goal.
23    The other one would be any new initiatives
24  to bring up for the traffic lieutenants to implement.

Page 84

1    Q.  While you were the traffic lieutenant those
2  meetings were being held?
3    A.  For the most part, but they were cut out some
4  time down the line.
5    Q.  Okay.  Let's go back then.  First of all, you
6  know that Colonel Pepper promoted then Lieutenant Conley
7  to captain?
8    A.  Yes.
9    Q.  Okay.  And then eventually there came a time when
10  Colonel Chaffinch, in October of 2001, became the acting
11  colonel?
12    A.  Yes.
13    Q.  Right.  And then come the following April, I
14  think of 2002, he becomes the full colonel with no acting
15  in front of his name.  Does that sound about right?
16    A.  Yes.
17    Q.  And then some time after that is it true that
18  these monthly traffic lieutenant meetings were canceled?
19    A.  Yes.  I don't know the exact time afterwards,
20  maybe a few months afterwards, yes.
21    Q.  And you know there is something called this
22  annual CARE conference?
23    A.  Yes.
24    Q.  That has to do with what traffic issues?

Page 85

1    A.  Yes.  State police traffic issues.  It is
2  Combined Accident Reduction Effort, is what it stands
3  for, and same goal is to reduce fatalities and injuries,
4  traffic related, and they hold an annual conference.
5    Q.  Okay.  And do you know who the predecessor in the
6  director of traffic was before Captain Conley?
7    A.  Captain Paige, Jim Paige.
8    Q.  And before that was it Major Baylor or Major
9  Chaffinch?
10    A.  Major Baylor was there prior to Captain Paige and
11  also Chaffinch, yes.
12    Q.  Okay.  And based on your understanding of the
13  records and everything of the traffic section, isn't it
14  true that the director of traffic would go to these CARE
15  conferences annually?
16    A.  Yes.  I remember Colonel Chaffinch bragging when
17  he was I think a lieutenant in the traffic section about
18  these conferences, when he was at Troop 5, and how he
19  attended them and how he enjoyed going to them.
20    Q.  Okay.  And after Colonel Chaffinch became
21  colonel, is it true that Captain Conley did not go to the
22  CARE conferences annually any longer?
23    A.  Yes, yes.
24    Q.  And are you aware of some incident at the bridge,

22 (Pages 82 to 85)

A153

Conley                                    v.                        Chaffinch, et al.
Captain Glenn Donald Dixon          C.A. # 04-1394-GMS                July 13, 2005

Page 86

1  Delaware Memorial Bridge, some sort of a dedication that
2  ordinarily the traffic director would attend and that
3  Captain Conley wasn't invited to?
4     A.  I remember, I don't recall if it was at the
5  bridge or the rest area in Smyrna, but, yes.  In fact, I
6  remember that it was -- we had a commander's meeting the
7  same day, and he got up and left that meeting to attend
8  this, whatever it was, a kick-off, CARE kick-off or it
9  could have been something else traffic related that
10 Captain Conley would normally be the person to do.
11    Q.  Okay.  And did the amount of federal grants that
12 the traffic section applied for and received, did that
13 increase during Captain Conley's tutelage?
14    A.  From what I understand from talking with Major
15 Baylor, and even Colonel MacLeish and Colonel Chaffinch
16 admitted that, yes, loads of more funding came through
17 the section when she was the Director of Traffic.
18    Q.  And I forget what these things are called, but I
19 know annually the state police makes awards for
20 outstanding achievement or things like that.  I guess
21 then Major Seifert was in the chain of command above the
22 traffic section, right?
23    A.  Yes.
24    Q.  And was the traffic section nominated for some

Page 87

1  kind of an award?
2     A.  Major Seifert at the time requested that Captain
3  Conley write up notes or submit something to him for him
4  to submit to the staff for an award.
5     Q.  And did Captain Conley pass those papers up
6  through, up to Major Seifert?
7     A.  She told me she did, yes.
8     Q.  Did they get the award?
9     A.  No.
10    Q.  Do you know of any woman officer that Colonel
11 Chaffinch has placed in command of a troop since he
12 became the acting colonel of the state police on October
13 1st of the year 2001?
14    A.  No.  As a matter of fact, he had a mission to
15 remove one.
16    Q.  Who was that?
17    A.  Mary Ann Papili.
18    Q.  Why do you say he had a mission to?  Did he say
19 something about removing Major Papili -- I'm sorry --
20 Captain Papili?
21    A.  He had an intense disliking of both Mary Ann
22 Papili and Joe Papili.
23    Q.  He did not promote then Lieutenant Mary Ann
24 Papili to captain, did he?

Page 88

1     A.  No, I don't believe so, no.
2     Q.  That was one of his predecessors?
3     A.  Right.
4     Q.  Is it your understanding?
5     A.  Right.  No, because I think she was, if I'm
6  correct, I think she received captain before Captain
7  Conley, and Colonel Pepper promoted Captain Conley.
8     Q.  Captain Papili was the first female captain in
9  the history of the state police; isn't that right?
10    A.  I believe that's right.
11    Q.  And Barbara Conley was the second; is that true?
12    A.  Yes, yes.
13    Q.  And I think you are correct, it was Colonel
14 Pepper who promoted Captain Conley.  Does that accord
15 with your memory?
16    A.  Yes.
17    Q.  And then Captain Mary Ann Papili was promoted
18 even before that?
19    A.  Yes.
20    Q.  Now, is it true that Colonel Pepper assigned
21 Captain Papili to be the commander of Troop 6 in Prices
22 Corner in New Castle County?
23    A.  Yes.
24    Q.  And she served there for awhile; is that true?

Page 89

1     A.  Yes.
2     Q.  Is there like a normal rotation that's expected
3  for troop commanders, three years or four years or
4  things?  Based on your experience is there any average
5  for that?
6     A.  No, no.
7     Q.  Well, I think the record would show that Captain
8  Papili was transferred out of Troop 6 certainly less than
9  three years into her command.  Do you know where she was
10 transferred to?
11    A.  To the Information Technology Unit.
12    Q.  What do you know about remarks Colonel Chaffinch
13 made when he transferred her out?  Did he say things down
14 at Troop 5?  You did mention before he had a dislike of
15 her.
16    A.  He has, many years, made comments about her.  I
17 mean the Norman, as you alluded to.
18    Q.  The Norman thing.  Is there another one, another
19 comment he made about FBI and something with her, female
20 body inspector?  Do you remember that kind of a remark?
21    A.  Right.  I was not present, but he came back and
22 told me, among others, that he might be getting in
23 trouble because he made that statement, female body
24 inspector, at a crab feast, and I think it was involving

23 (Pages 86 to 89)

Conley                                    v.                        Chaffinch, et al.
Captain Glenn Donald Dixon          C.A. # 04-1394-GMS                July 13, 2005

Page 90

1  Betsy Shamany, and I think it offended Mary Ann Papili.
2    Q.  Okay.  And did he indicate on that occasion that
3  he felt that, he thought that Mary Ann Papili was going
4  to report him for that remark?
5    A.  Yes.  He was mad at that.
6    Q.  So you are saying he was angry at that, at the
7  fact that she was going to report him for that remark?
8    A.  Yes.
9    Q.  And female body inspector, is that a remark that
10  you've heard the colonel make on more than one occasion?
11    A.  Yes.
12    Q.  Okay.  Give me some circumstances of when he
13  would refer to female body inspectors?
14    A.  Periodically, when he talked about FBI, pretty
15  frequently and periodically he would refer to FBI,
16  because he was a graduate of the National Academy, as
17  female body inspectors.
18    Q.  By that is he making reference to males being
19  able to do searches of females?  What does it mean?
20    A.  Well, to me it would mean that, yes, I mean a
21  girl is open to inspection by a male.  I mean, he doesn't
22  specifically state that, but it is in jest, like most
23  everything, other things that he says are.
24    Q.  Okay.  In her case Captain Conley is challenging

Page 91

1  the failure to promote her to major on two occasions.
2  Okay.  There are two major vacancies that were filled by
3  a then Captain Paul Eckrich, and then later by a then
4  Captain Randall Hughes.  Do you know those men?
5    A.  Yes, I do.  I've worked with both of them.
6    Q.  Okay.  So were their career paths lower Delaware
7  or Sussex County career paths like yours?
8    A.  Yes, yes, both were.
9    Q.  Okay.  And both of those worked in Troop 5?
10    A.  Yes.  I worked initially with Randy Hughes.  When
11  I initially came to Troop 5, he was corporal, and then
12  again at Troop 5 when he was captain.
13        I worked with Paul Eckrich at Troop 5 when
14  he was a lieutenant at Troop 5.
15    Q.  And what would your rank have been?
16    A.  When he was a lieutenant.  When Paul was
17  lieutenant I was sergeant.
18    Q.  Okay.  And when you were in the headquarters
19  building, did you interact with them at all, when you
20  were in the headquarters building, prior to them becoming
21  majors?
22    A.  Periodically, if they would stop in, Randy Hughes
23  would stop in to see Barbara maybe and I would see him
24  then.  Paul Eckrich not as much.

Page 92

1    Q.  Well, let me ask you something about leadership
2  qualities.  Okay.  In fact, were you just, were a bunch
3  of captains just interviewed for promotions to major that
4  are open in the state police right now?
5    A.  Yes.
6    Q.  And so you have been through an interview
7  process?
8    A.  Yes.
9    Q.  Let's talk about leadership, because like, for
10  example, you are a troop commander, right?
11    A.  Yes.
12    Q.  Is leadership one of the things you have to do
13  for the men and women?
14    A.  Yes.
15    Q.  Set an example, that kind of a thing?
16    A.  Yes, yes.
17    Q.  Did they ever send you off to leadership school?
18  I know there are various places.  Did you go to any of
19  these places?
20    A.  I attended a leadership seminar by Captain Greg
21  Warren when I was initially promoted to sergeant and also
22  attended the FBI academy.
23    Q.  So you are a graduate of the FBI academy?
24    A.  Yes.

Page 93

1    Q.  What year was that?
2    A.  2003.
3    Q.  All right.  Now, you've worked with and under
4  Captain Conley?
5    A.  Yes.
6    Q.  You have worked with and under now Major Eckrich?
7    A.  Yes.
8    Q.  And you have worked with now Major Randall
9  Hughes, right?
10    A.  Yes, and he is my current supervisor.
11    Q.  He is your current supervisor?
12    A.  Yes.
13    Q.  All right.  Well, what kind of leadership
14  qualities have you observed Captain Conley to demonstrate
15  over your career and experience with her?
16    A.  Well, I've worked with her ever since I started,
17  she was corporal and I went down to Troop 5 as a trooper.
18  I was at Troop 5 when she was promoted.  Initially she
19  went to Troop 3 as a sergeant and came back to Troop 5,
20  and I was on her shift at Troop 5 when she was sergeant.
21        Good temperament, very aggressive in the way
22  she would try to help officers that are working on her
23  shift to do the right things, to put themselves in the
24  right positions with their work ethics, and in order to

24 (Pages 90 to 93)

Wilcox & Fetzer, Ltd.          Professional Court Reporters          (302)655-0477

Conley                                        v.                              Chaffinch, et al.
Captain Glenn Donald Dixon              C.A. # 04-1394-GMS                      July 13, 2005

Page 94

1  have them either go through the promotional process and
2  have it be a very good experience or to be transferred to
3  a special unit that they may desire.
4        She always had a good relationship with the
5  people around her.  She was more proactive
6  at Troop 5 as a traffic lieutenant than Paul Eckrich ever
7  thought to be at Troop 5.  He seemed always kind of just
8  lay back and get by with the bare minimum, where she
9  would, you know, be, like I said, proactive and come up
10 with some new ideas.
11       And I saw the same thing follow through when
12 I worked for her in the traffic section.  I mean, I think
13 the Office of Highway Safety over there would say
14 that, you know, the same thing, that she is very
15 aggressive in getting funding for grants.  I mean,
16 overall good, great leadership skills, I feel.
17     Q.  She was a traffic sergeant, right?
18     A.  Yes.
19     Q.  Shift sergeant?
20     A.  Yes.
21     Q.  Okay.  She was a patrol officer?
22     A.  Yes.
23     Q.  Was she a traffic lieutenant or criminal
24 lieutenant?  What do you remember?

Page 95

1     A.  Traffic.
2     Q.  She was traffic lieutenant?
3     A.  Yes.
4     Q.  Okay.  And based on your observation, isn't it
5  true that most of the people who rise to the highest
6  levels of the state police do so because of their
7  experience going up through the patrol function?
8     A.  It has been said by Colonel Chaffinch that patrol
9  is the backbone of the agency, many times.
10    Q.  Yes.
11    A.  And many people agree to that.  I mean, he is not
12 the only one.
13    Q.  Yes, yes.  If you had to compare Captain Conley's
14 leadership qualities with those of Paul Eckrich, who
15 would you say demonstrated better leadership qualities?
16    A.  Hands down, I think Captain Conley.
17    Q.  If you had to compare Captain Conley's leadership
18 qualities with that of Randall Hughes, who would you say
19 demonstrated better leadership qualities?
20    A.  Again, Captain Conley.  Randy Hughes works, but
21 his personality more times than not gets between, causes
22 friction for many people, where hers does not.
23    Q.  Did you consider her compatible to work with when
24 you worked with her?

Page 96

1     A.  Every person on the shift felt the same, yes.  So
2  it just wasn't me.
3     Q.  Okay.  Right.  So when she was a shift sergeant--
4     A.  Yes.
5     Q.  -- ten, 12 on the shift?
6     A.  No.  I wish.
7     Q.  Smaller?
8     A.  Smaller.  It was about five or six.
9     Q.  Okay.  It is not like up here.  Okay.  So five or
10 six on a shift?
11    A.  Yes.
12    Q.  I think she was a traffic lieutenant at Troop 4?
13       CAPTAIN CONLEY:  3 and 5.
14    Q.  I'm sorry, at 3 and 5.  Okay.  A traffic
15 lieutenant is over all the shifts, right?
16    A.  Yes.  Well, basically over at least two shifts.
17    Q.  Okay.
18    A.  Some troops, and I'm not sure if it was that way
19 when she was traffic lieutenant of Troop 5, some traffic
20 lieutenants do oversee all four shifts, but some of them
21 do two shifts.
22    Q.  Have you ever received a report that she was not
23 easy to work with when she was a traffic lieutenant or a
24 shift commander as a sergeant?

Page 97

1     A.  No.  I can, from what I have heard, no.  I mean,
2  all the sergeants enjoyed working for her as a lieutenant
3  and when she was lieutenant, and there were no major
4  bumps in the road that I remember when she was lieutenant
5  with anybody else.
6     Q.  Did you find her to be loyal to those above her
7  in the chain of command?
8     A.  Extremely.
9     Q.  Did you find her to be loyal to the Delaware
10 State Police and its mission?
11    A.  Yes.
12    Q.  I know down there in the training academy there
13 is a big meeting room and up on the wall it has several
14 character traits that the Delaware State Police seeks to
15 embody in the troopers.  Are you aware of what I'm
16 talking about?
17    A.  Yes.
18    Q.  I'm not going to ask you to recite them because I
19 can't remember them myself.
20    A.  There is discipline, loyalty.  I can't recall the
21 others.
22    Q.  But does she embody those character traits?
23       MS. BALLARD:  Object to the form.
24    Q.  Based on your observations of her?

25 (Pages 94 to 97)

Conley                                                        v.                                   Chaffinch, et al.
Captain Glenn Donald Dixon                        C.A. # 04-1394-GMS                          July 13, 2005

Page 98

1    A.  Yes.
2    Q.  Yes, okay.  Did you ever observe Colonel
3 Chaffinch to do anything to try to interfere with or
4 sabotage the career of Captain Conley?
5    A.  I remember a conversation I had with him at the
6 state fair that he was -- well, he, basically, he said
7 she was a piece of shit and he was done with her, and
8 that -- let me try to figure out what year that was.  It
9 was either 2001 or 2002.  I don't remember exactly.
10    Q.  Okay.  And did he give you an explanation of why
11 he was expressing those sentiments?
12    A.  It was purely because she had a conversation with
13 Captain Warren when he was still with the division, and I
14 guess they were talking about where the division should
15 go and what has gone wrong, what is going bad, what they
16 could do to better themselves and stuff like that.
17        And he was -- he got upset because I guess
18 at one point she gave a high five to Greg Warren.  I have
19 no idea, you know, what that was about.  But felt that
20 she was siding with Greg Warren, and I think that was at
21 the same time that he was going through some problems as
22 well with the division.
23    Q.  Okay.  Do you remember Colonel Chaffinch ever
24 making a remark to the effect that he didn't believe

Page 99

1 females should even be troopers?
2    A.  I've heard him say it a few times.
3    Q.  Really?  Okay.
4    A.  Yes.
5    Q.  Could you give us your best recollection of the
6 circumstances?
7    A.  I remember him saying it about Christine Price,
8 who worked in Sussex County.
9    Q.  Okay.
10    A.  Dawn Smith, who worked at Troop 5.  And Becky
11 McNatt.
12    Q.  Okay.  Do you remember when he made those
13 remarks?
14    A.  Well, it is a few years ago because I know Dawn
15 Smith has been gone for probably at least eight years, I
16 would say, and as well as Christine price.  And probably
17 the same time span when Becky McNatt was working at Troop
18 5.  It was all when he was working at Troop 5 or would
19 stop by and their names would come up.  I don't know
20 exactly when those first two left the division, but Becky
21 worked at Troop 5 for quite some time also.  It would
22 have been the time frame when I worked at Troop 5.
23    Q.  Okay.  Well, you have explained about those
24 three, but you have also stated that he said that females

Page 100

1 shouldn't be troopers.  Was he talking about women in
2 general when he makes that kind of remark?
3        MS. BALLARD:  Object to the form.
4    Q.  Or was he talking about those three people?
5    A.  Well, I have heard him say both, both the general
6 statement and direct.
7    Q.  Have you, for example, heard him say the general
8 statement without discussing these three specific
9 females?
10    A.  Yes.
11    Q.  Yes.  Okay.  So that would be in discussions at
12 Troop 5?
13    A.  Yes.
14    Q.  That would be in discussions during working
15 hours?
16    A.  Yes.
17    Q.  Then in conversations about those specific
18 females he has also said that they shouldn't be troopers?
19    A.  Yes.
20    Q.  Should never have been troopers?
21    A.  Yes.
22    Q.  R. L. Hughes, does he refer to himself by any
23 nicknames?
24    A.  When I took over at Troop 5 I found out he calls

Page 101

1 himself SAC, the acronym SAC for supreme allied
2 commander.  That's what the two lieutenants told me, that
3 that is what he refers to him as down there.
4    Q.  Okay.  Major Eckrich, you know he went into a
5 slot that dealt with the budget function?
6    A.  Yes.
7    Q.  Have you had some conversations with him when he
8 took over that budget function about being lost and not
9 really being able to fulfill his duties?
10    A.  Basically that he was lost, didn't know what the
11 heck was going on and was thankful that Gene Sharp was
12 there to direct him.
13    Q.  Now, Gene Sharp is a civilian employee, long-term
14 civilian employee of the Delaware State Police?
15    A.  Yes.  And in the fiscal section.
16    Q.  In the fiscal section?
17    A.  Yes.
18    Q.  And Major Eckrich had, based on your
19 understanding, he had no specific background and training
20 or experience in the budgetary function?
21        MS. BALLARD:  Object to the form.
22    Q.  Do you know?
23    A.  I know he worked in the planning section.  I
24 don't know if he was involved in anything with the fiscal

26 (Pages 98 to 101)

Conley
Captain Glenn Donald Dixon

v.

C.A. # 04-1394-GMS

Chaffinch, et al.
July 13, 2005

Page 102

1  section or not. But that's the time that I can recollect
2  or know is that the time spent at headquarters was in the
3  planning, I think. I'm not 100 percent sure on that.
4      Q.  Planning is what now Captain Ralph Davis does?
5      A.  Yes, yes.
6      Q.  That's a little small office with one or two
7  people?
8      A.  Yes.
9      Q.  And it deals with like long range, where the
10  state police is going to go issues, right?
11      A.  Right, right, right.
12      Q.  It is not involved with putting together the
13  budget for the state police?
14      A.  No, no.
15      Q.  Has Colonel Chaffinch ever reminded you who
16  promoted you to captain or made any threats to you?
17      A.  Yes.
18      Q.  What did he do?
19      A.  He reminded me, I can't recall the exact date,
20  but it was -- he did remind me one time that, you know,
21  "As you recall, I'm the one who promoted you to captain."
22  It was recent, I would say within the last two years.
23          Actually, I do remember now. It was the day
24  after he resigned, he came in my office and sat down

Page 103

1  initially like he was going to be confrontational, and it
2  is then that he started talking to me about, you know,
3  how far I've gone, and it was him who had something to do
4  about me being promoted, so...
5      Q.  You were interviewed by the internal affairs
6  section when they did their investigation of the colonel?
7      A.  Yes.
8      Q.  And the colonel resigned a few months ago,
9  retiring? Is that what you mean by resigned?
10      A.  Well, retired, yes.
11      Q.  Right. I mean, it only happened a couple months
12  ago?
13      A.  Yes, yes.
14      Q.  And you hadn't given testimony in this case yet,
15  right?
16      A.  As far as the lawsuit, no.
17      Q.  Our present case?
18      A.  No.
19      Q.  I had never met you yet?
20      A.  No.
21      Q.  He reminded you who had promoted you to captain
22  at this little meeting?
23      A.  Yes.
24      Q.  Prior to your being interviewed by internal

Page 104

1  affairs had he said anything to you?
2      A.  Not that I can recall right now, no.
3      Q.  Okay. Did you participate in this thing called
4  the SOAR meeting, touchy feely, all the executive staff
5  and the managers, how to get along with each other, a
6  year or so ago?
7      A.  Actually, I think I remember an instance on the
8  last question.
9      Q.  Go back, yes, before you spoke to internal
10  affairs.
11      A.  It was, he came in my office, and I have a plaque
12  hanging on the wall from the traffic section, after I was
13  promoted, thanked me for my dedication, blah, blah, blah,
14  about my work.
15          He read, and I don't know if this is
16  directly pointing to your question, but he read that out
17  loud and stressed the word dedication. My perception was
18  he was questioning my dedication at the time to him, and
19  he again said that he did promote me.
20      Q.  He did say that?
21      A.  Yes.
22      Q.  Okay. And this was before your interview by
23  internal affairs?
24      A.  It had to have been, yes.

Page 105

1      Q.  Right. I believe the internal affairs interviews
2  started some time after --
3      A.  I think I was interviewed in December.
4      Q.  Right. Some time after December 15, 2004, does
5  that sound about right?
6      A.  Yes. So, yes, it was before then.
7      Q.  Is it true that Colonel Chaffinch expects total
8  loyalty from anyone serving under him in the chain of
9  command, total loyalty to him as a person?
10          MS. BALLARD:  Object to the form.
11      A.  It is almost like it is blind loyalty. You have
12  to just follow him, you know, and if you don't, he is
13  done with you. You may suffer any consequences from
14  that.
15      Q.  Okay. Now to go to my other question, did you
16  participate in some sort of a SOAR meeting among the
17  managers, captains, majors, with some facilitator, a year
18  or so ago?
19      A.  No, I was away at the FBI academy for that.
20      Q.  Let me ask the question this way:  Are you aware
21  of whether Captain Conley ever expressed, made Colonel
22  Chaffinch aware that she felt he was treating women
23  unfairly in the state police?
24      A.  Yes, I do remember a conversation that she told

27 (Pages 102 to 105)

Conley
Captain Glenn Donald Dixon

v.

C.A. # 04-1394-GMS

Chaffinch, et al.
July 13, 2005

Page 106

1  me she had with him.
2      Q.  What did she say?
3      A.  Just basically that, that he needs to -- I think
4  what she was trying to do is help him to, for a little
5  damage control and to start doing things the way that may
6  lead -- may not lead to any additional lawsuits.  She was
7  kind of offering her assistance, and one of those was
8  that, you know, to treat basically everybody fairly, as
9  best you could.  In essence, you know, that would avoid
10  any future lawsuits.
11          MR. NEUBERGER:  Okay.  Let me just step
12  outside for a second, check on my client.  I think we are
13  done our questions except for one.
14          (Recess taken.)
15          MR. NEUBERGER:  I'm done my questioning.
16  How about you?
17              EXAMINATION
18  BY MS. BALLARD:
19      Q.  I do have some questions.  When did you first
20  meet Barbara Conley?
21      A.  Well, when I went down to Troop 5 in 1988.  She
22  was a corporal then and I was a trooper.
23      Q.  Was that your first assignment?
24      A.  Yes, other than field training.

Page 107

1      Q.  I know you went through this in the beginning,
2  but just briefly, what years were you at Troop 5?
3      A.  I was there from '88 to '96.  I went to Troop 4
4  in '96, the end of '96, and was there the entire '97.  So
5  I came back to Troop 5 in '98, and then from around end
6  of '98 to 99, actually I think it was '99 I went to Troop
7  3.
8      Q.  I'm sorry.  '98 to when you were at Troop 5?
9      A.  Actually it was '98 to '99, spring of '99.
10      Q.  Were you at Troop 5 after 1999?
11      A.  Yes.  I was at Troop 5 from 2003 to current.
12      Q.  And at headquarters, when were you at
13  headquarters?
14      A.  From 2001 to 2003.
15      Q.  '88 to '96 was Barbara Conley also at Troop 5?
16      A.  Yes.  She may have -- she was promoted I think
17  some time in there, went to Troop 3.  I don't recall what
18  year.
19      Q.  How about '98 to '99, was Barbara Conley
20  stationed at Troop 5?
21      A.  Yes.  Well, at least I know for a period because
22  I know she was a lieutenant at Troop 3, but, yes, she was
23  there the same time I was there.
24      Q.  And I assume she was not at Troop 5 from 2003 to

Page 108

1  the present?
2      A.  No.
3      Q.  2001 to 2003 was Barbara Conley at headquarters?
4      A.  Yes.
5      Q.  As her primary work assignment?
6      A.  Yes.
7      Q.  How about for those same years, Aaron Chaffinch,
8  was he at Troop 5 at any point from '88 to '96 when you
9  were there?
10      A.  Yes.
11      Q.  The whole time?
12      A.  No, not the entire time.  He was there as a
13  sergeant when I first got there.  I know he was promoted
14  to lieutenant, and I know he worked some time at Troop 4.
15  I can't recall if he was actually a lieutenant at Troop 5
16  at the same time.  But I worked as a sergeant under him
17  when I was at Troop 5, and he was captain.
18      Q.  Would you say it was the majority of the time you
19  were at Troop 5 between '88 and '96 or not?
20      A.  That he was there?
21      Q.  That he was there?
22      A.  I wouldn't say the majority, no.
23      Q.  How about between 1998 and '99 when you were at
24  Troop 5, was Aaron Chaffinch at Troop 5?

Page 109

1      A.  Yes.
2      Q.  And again from 2003 to the present, I assume he
3  was at headquarters?
4      A.  Yes.
5      Q.  In 2001 to 2003 he was at headquarters, correct?
6      A.  Yes.
7      Q.  I believe you testified Aaron Chaffinch promoted
8  you to captain?
9      A.  I don't think I testified to that.  But yes, he
10  did.
11      Q.  Do you consider yourself friends with Barbara
12  Conley?
13      A.  Yes.
14      Q.  Do you socialize together outside of work or have
15  you?
16      A.  Not much at all.  No.  I would venture to say
17  only a couple times.
18      Q.  Did you go to the police academy together with
19  Barbara Conley?
20      A.  No.
21      Q.  You testified that you heard Aaron Chaffinch
22  recite certain jokes and limericks, the words you used
23  were at Troop 5.  When you said that do you mean when he
24  was stationed at Troop 5 or when he was visiting

28 (Pages 106 to 109)

A159

Conley                                              v.                              Chaffinch, et al.
Captain Glenn Donald Dixon                  C.A. # 04-1394-GMS                      July 13, 2005

Page 110

1   periodically?
2       A.   Both.  Both.  Both.
3       Q.   Do you recall specifically what jokes he told
4   when, whether he was stationed there at the time or
5   visiting?
6       A.   He has used so many throughout the 17 years that
7   I've known him and so many from the time I was at Troop 5
8   where he was there, either visiting or working, it would
9   be impossible to note any specifics.
10      Q.   Okay.  The incident you testified about where he
11  stated something to the effect he would like to watch
12  this female troop masturbate, that took place at Troop 5?
13      A.   Yes.
14      Q.   And was he stationed at Troop 5 at the time?
15      A.   He was the colonel.
16      Q.   What year was that?
17      A.   Let's see.  It was the time between 2003 to
18  present, but not the recent present.  I would say between
19  2003 and 2004.
20      Q.   Were you actually present for that conversation?
21      A.   Yes.
22      Q.   When did Ron Thomas retire?
23      A.   I don't know exactly when.
24      Q.   Approximately?

Page 111

1       A.   Approximately 2000 to 2001.
2       Q.   And Ron Thomas is the individual who used the
3   term Puss?
4       A.   Yes.
5       Q.   To Barbara Conley.  Did you observe any reaction
6   on her part when he used that term?
7       A.   Did I what?  I'm sorry.
8       Q.   Did you observe any reaction on her part when he
9   used that term towards her?
10      A.   None that I remember.
11      Q.   Neutral reaction then?
12      A.   Yes, neutral but no specific action.
13      Q.   Did Barbara Conley ever complain to you about his
14  or anyone's use of that term towards her?
15      A.   She would, as I recall, say that, you know --
16  found it odd that he would continue to do it.
17      Q.   He meaning Ron Thomas?
18      A.   Yes.  She would say she is sick of it, basically.
19      Q.   The party involving the Sharon Dunn incident,
20  were you at that party?
21      A.   Yes, I was.
22      Q.   Did you observe the incident?
23      A.   No.  I went home prior to.
24      Q.   What was your rank at the time?

Page 112

1       A.   I don't recall exactly what year it was, but I
2   had to have been either a TFC or maybe a young corporal.
3       Q.   I think you testified or you were asked about the
4   motor pool where there were some mechanics or something
5   who work at headquarters.  What sort of remarks did you
6   overhear them make when you would leave for lunch with
7   Barbara Conley?
8       A.   No specific remarks, but it was like howling and
9   whistling.
10      Q.   You heard the howling and whistling?
11      A.   Yes.
12      Q.   And I forget the individual you mentioned.  Do
13  you know who did the howling and whistling?
14      A.   Well, Bill Johnson was the one who was the main
15  culprit of the whole phone calls to me, you know,
16  questioning Barbara is going to lunch with somebody else,
17  you know, what do you think of that, he is trying to move
18  in, so I can only take it that it came from him, Bill
19  Johnson.
20      Q.   I'm sorry.  Bill Johnson is a mechanic?
21      A.   Yes.
22      Q.   And he phoned you?
23      A.   Yes.
24      Q.   To discuss Barbara Conley's lunch engagements?

Page 113

1       A.   Yes.
2       Q.   Anyone else you observed howling or whistling in
3   the motor pool?
4       A.   It just came from the garage in general.
5       Q.   Was Colonel Chaffinch in the vicinity at the time
6   this happened?
7       A.   Not during the time of the actual calls, no.
8       Q.   The Scott Gray Memorial Day party, what year was
9   that?
10      A.   It was either the summer of 2004 or '3.  I'm
11  thinking it was 2004, some time in the summer months.  I
12  think it was a 4th of July.
13      Q.   You think it was a 4th of July party?
14      A.   Yes.
15      Q.   Were you invited to that party?
16      A.   Yes.
17      Q.   After Barbara Conley filed this lawsuit in
18  October of 2004 did you have any discussions with Aaron
19  Chaffinch about Barbara Conley?
20      A.   Not specifically that I recall, no.
21      Q.   Did you witness any interactions between Aaron
22  Chaffinch and Barbara Conley after the suit was filed?
23      A.   None that I recall, because I was at Troop 5 at
24  the time and she would have been at headquarters with

29 (Pages 110 to 113)

A160