IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| COLONEL L. AARON CHAFFINCH, : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the : | |
| Superintendent, Delaware State Police; : | |
| LIEUTENANT COLONEL THOMAS F. : | |
| MACLEISH, individually and in his official : | |
| capacity as the Deputy Superintendent, : | |
| Delaware State Police; DAVID B. MITCHELL, : | |
| individually and in his official capacity as : | |
| Secretary of the Department of Safety and : | |
| Homeland Security, State of Delaware; and : | |
| DIVISION OF STATE POLICE, : | |
| DEPARTMENT OF SAFETY AND : | |
| HOMELAND SECURITY, STATE OF : | |
| DELAWARE, : | |
| : | |
| Defendants. : | |

APPENDIX TO
PLAINTIFF'S OPENING BRIEF IN SUPPORT OF HER MOTION TO BIFURCATE
THE TRIAL OF COUNT ONE FROM COUNTS TWO AND THREE OR IN THE
ALTERNATIVE TO SEVER COUNT ONE FROM COUNTS
TWO AND THREE

THE NEUBERGER FIRM, P.A.
THOMAS S. NEUBERGER, ESQ. (#243)
STEPHEN J. NEUBERGER, ESQ. (#4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: September 16, 2005            Attorneys for Plaintiffs

## TABLE OF CONTENTS

**Item**                                                                                                                                       **Page**

First Amended Complaint in Conley v. Chaffinch et al. ...........................................................A001

Answer of Defendants to First Amended Complaint in Conley v. Chaffinch et al. .................A033

Deposition Transcript of Col. Gerald R. Pepper (ret.)..............................................................A044

Deposition Transcript of Lt. Col. Thomas F. Marcin (ret.).......................................................A065

Deposition Transcript of Col. L. Aaron Chaffinch....................................................................A080

Deposition Transcript of Capt. Glenn Donald Dixon................................................................A131

Deposition Transcript of Maj. David Baylor (ret.)....................................................................A163

Deposition Transcript of Capt. Harry W. Downes, Jr. ..............................................................A181

Deposition Transcript of Col.. Thomas F. MacLeish................................................................A190

Deposition Transcript of Lt. Joseph P. Aviola, Jr. ....................................................................A245

Deposition Transcript of Secretary David B. Mitchell, Sr. .......................................................A271

Deposition Transcript of Col. Thomas F. MacLeish in the Case of
    Price et al. v. Chaffinch et al. ............................................................................................A293

Conley v. Chaffinch et al. Deposition Exhibits:

    Exhibit 2: Limerick - Adam & Eve........................................................................................A356

    Exhibit 3: Other Limericks....................................................................................................A357

    Exhibit 4: Limerick - Up Jumped the Monkey......................................................................A358

    Exhibit 8: *Delaware State News* article of 4/15/04 - "Top troopers face charges;
        Misconduct alleged against superintendent, deputy".........................................A359

    Exhibit 9: *The News Journal* article of 4/23/04 -
        "Private firm probing state police complaint".................................................A363

    Exhibit 10: *Delaware State News* article of 4/29/04 -
        "Top trooper charges cut: Lawyer claims 'cover up'".......................................A365

**Item**                 **Page**

Exhibit 11: *The News Journal* article of 4/30/04 - "State police probe curtailed, lawyer says"..................A368

Exhibit 12: *Delaware State News* article of 3/27/04 - "Trooper cleared in investigation: No wrongdoing in influence probe"..........A369

Exhibit 13: *The News Journal* article of 3/25/04 - "State police clear No. 2 commander"..................A371

Exhibit 14: Email from James Paige to DSP Users, 10/25/04..................A373

Exhibit 15: DSP Code of Ethics and Rules & Regulations - Preamble..................A374

Exhibit 16: DSP Rules and Regulations..................A381

Exhibit 19: Email from Pamela Harrison to DSP Users, 5/17/05, with "Col. Chaffinch Retirement Flyer" attachment..................A399

Plaintiff's Answers and Objections to Defendants' First Set of Interrogatories..................A401

Deposition Transcript of Maj. Joseph Swiski in the Case of Dillman v. Chaffinch et al..................A483

*Delaware State News* article of October 29, 2004..................A501

Stephen J. Neuberger, Esq. Email to Michael Tupman, Esq., November 5, 2004..................A502

Conley v. Chaffinch et al. Deposition Exhibits:

Exhibit 6: Excerpt from Delaware Code Annotated, Chapter 92, Law Enforcement Officers' Bill of Rights..................A505

Exhibit 18: *Delaware State News* feature of March 13, 2005..................A508

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on September 16, 2005, I electronically filed this APPENDIX with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Ralph K. Durstein III, Esquire
>Department of Justice
>Carvel State Office Building
>820 N. French Street
>Wilmington, DE 19801
>
>James E. Liguori, Esquire
>Liguori, Morris & Yiengst
>46 The Green
>Dover, DE 19901

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**