IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : : : : | C.A.No.04-1394-GMS |
| Defendants. | : | |

## AMENDED NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on Friday, September 16, 2005, I twice attempted to electronically file the **APPENDIX TO PLAINTIFF'S OPENING BRIEF IN SUPPORT OF HER MOTION TO BIFURCATE THE TRIAL OF COUNT ONE FROM COUNTS TWO AND THREE OR IN THE ALTERNATIVE TO SEVER COUNT ONE FROM COUNTS TWO AND THREE** with the Clerk of the Court using CM/ECF. The system would not accept this document due to its large size. These two attempts took over 4 hours to effect and no help was available from the clerk's office due to the lateness of the hour.

Therefore, on Monday, September 19, 2005 these electronic files along with hard copies

of this APPENDIX were filed with the Clerk and hard copies were served by the means indicated on the attorneys listed below.

| | |
|---|---|
| Ralph K. Durstein, III<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801.<br>Ralph.Durstein@state.de.us<br>(via Hand Delivery) | James E. Liguori<br>Liguori Morris & Yeingst<br>46 The Green<br>Dover, DE 19901<br>jel_lmy@msn.com<br>(via U.S. Mail) |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com

Attorneys for Plaintiff

DATED: September 20, 2005

Conley / Pleadings / Notice of Service of Sever Appendix