# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | **C.A.No.04-1394-GMS** |
| **individually and in his official capacity as the** | : | |
| **Superintendent, Delaware State Police;** | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH, individually and in his official** | : | |
| **capacity as the Deputy Superintendent,** | : | |
| **Delaware State Police; DAVID B. MITCHELL,** | : | |
| **individually and in his official capacity as** | : | |
| **Secretary of the Department of Safety and** | : | |
| **Homeland Security, State of Delaware; and** | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

## APPENDIX TO
## PLAINTIFF'S OPENING BRIEF IN SUPPORT OF HER MOTION TO BIFURCATE
## THE TRIAL OF COUNT ONE FROM COUNTS TWO AND THREE OR IN THE
## ALTERNATIVE TO SEVER COUNT ONE FROM COUNTS
## TWO AND THREE

**THE NEUBERGER FIRM, P.A.**
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: September 16, 2005          Attorneys for Plaintiffs

## TABLE OF CONTENTS

**Item**                                                                                                      **Page**

First Amended Complaint in <u>Conley v. Chaffinch et al</u>. ...........................................................A001

Answer of Defendants to First Amended Complaint in <u>Conley v. Chaffinch et al</u>. .................A033

Deposition Transcript of Col. Gerald R. Pepper (ret.)................................................................A044

Deposition Transcript of Lt. Col. Thomas F. Marcin (ret.).......................................................A065

Deposition Transcript of Col. L. Aaron Chaffinch...................................................................A080

Deposition Transcript of Capt. Glenn Donald Dixon...............................................................A131

Deposition Transcript of Maj. David Baylor (ret.)...................................................................A163

Deposition Transcript of Capt. Harry W. Downes, Jr. .............................................................A181

Deposition Transcript of Col.. Thomas F. MacLeish................................................................A190

Deposition Transcript of Lt. Joseph P. Aviola, Jr. ..................................................................A245

Deposition Transcript of Secretary David B. Mitchell, Sr. ......................................................A271

Deposition Transcript of Col. Thomas F. MacLeish in the Case of
    <u>Price et al. v. Chaffinch et al</u>. ..........................................................................................A293

<u>Conley v. Chaffinch et al</u>. Deposition Exhibits:

    Exhibit 2: Limerick - Adam & Eve................................................................................A356

    Exhibit 3: Other Limericks............................................................................................A357

    Exhibit 4: Limerick - Up Jumped the Monkey...............................................................A358

    Exhibit 8: *Delaware State News* article of 4/15/04 - "Top troopers face charges;
        Misconduct alleged against superintendent, deputy".........................................A359

    Exhibit 9: *The News Journal* article of 4/23/04 -
        "Private firm probing state police complaint".................................................A363

    Exhibit 10: *Delaware State News* article of 4/29/04 -
        "Top trooper charges cut: Lawyer claims 'cover up'".......................................A365

-i-

**Item**                                                                                                    **Page**

Exhibit 11: *The News Journal* article of 4/30/04 -
    "State police probe curtailed, lawyer says"......................................................A368

Exhibit 12: *Delaware State News* article of 3/27/04 -
    "Trooper cleared in investigation: No wrongdoing in influence probe"...........A369

Exhibit 13: *The News Journal* article of 3/25/04 -
    "State police clear No. 2 commander" ............................................................A371

Exhibit 14:  Email from James Paige to DSP Users, 10/25/04.....................................A373

Exhibit 15:  DSP Code of Ethics and Rules & Regulations - Preamble.......................A374

Exhibit 16: DSP Rules and Regulations......................................................................A381

Exhibit 19: Email from Pamela Harrison to DSP Users, 5/17/05, with
    "Col. Chaffinch Retirement Flyer" attachment.................................................A399

Plaintiff's Answers and Objections to Defendants' First Set of Interrogatories.......................A401

Deposition Transcript of Maj. Joseph Swiski in the Case of <u>Dillman v. Chaffinch et al</u>.........A483

*Delaware State News* article of October 29, 2004.....................................................A501

Stephen J. Neuberger, Esq. Email to Michael Tupman, Esq., November 5, 2004...................A502

<u>Conley v. Chaffinch et al</u>. Deposition Exhibits:

Exhibit 6: Excerpt from Delaware Code Annotated, Chapter 92, Law Enforcement
    Officers' Bill of Rights....................................................................................A505

Exhibit 18: *Delaware State News* feature of March 13, 2005......................................A508

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on September 16, 2005, I electronically filed this APPENDIX with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ralph K. Durstein III, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**