• cronyism in connection with an internal affairs case in which Col. Chaffinch allegedly interceded on behalf of a friend who was under investigation at the firearms training unit.

"Every citizen is required to give truthful testimony in court," Mr. Neuberger said. "To lie in court is a serious crime punishable by severe penalties."

Mr. Ford, who resigns effective Saturday, would only confirm the charges were filed. He has refused comment on the specifics of any of the individual allegations.

"The department is conducting a thorough and fair investigation and will not attempt to try this case in the media," he said in a statement Thursday.

"We will share the findings of the investigation when it is completed. To protect the integrity of the process, I will not comment any further on these matters."

Lt. Joseph Aviola, a spokesman for the state police, said Col. Chaffinch was out of the state and unavailable. He said Capt. Paige and Capt. Warren would not be permitted to comment.

"We won't have any comment," Lt. Aviola said. "It's still classified as an internal affairs investigation."

Mr. Tupman was out of the office Thursday and did not return phone messages.

Gov. Minner said she understands why an outside firm was contacted.

"We are not opposed to a full investigation," she said.

"(Mr. Ford) has said he wants a full investigation. He does not want a subordinate member of the Delaware State Police to have to investigate the superior officers. That is why he went outside for the investigation. He wants someone who can do a full investigation."

The governor appeared unfazed by Mr. Neuberger's comments.

"We will always have some attorney out there disagreeing with us," she said.

"There will be a full investigation of all charges. Some charges may be determined to be absolutely ridiculous, but I don't know what those will be."

Lori Sitler, a spokeswoman for the attorney general's office, said the office would not comment on the content or status of the investigation until it is completed.

Mr. Neuberger insisted the allegations should be reinstated.

"But now we are told that repeated acts of alleged perjury by the colonel in two federal court cases should not be investigated," he said.

"If the superintendent had said from the witness stand that he had taken a bribe or murdered someone, under the state's logic this would not be investigated either.

"This is neither logical or responsible. There should be no double standard for the powerful. They are subject to the same rules as the powerless. These serious and credible allegations of criminal activity by

the colonel must be investigated and not swept under the rug."

DSTA President Sgt. Vincent P. Fiscella Jr. said an outside investigation could adversely impact troopers called to give evidence against Col. Chaffinch.

"My concern is that anyone who presents evidence to an outside investigator may give up certain protections under the Law Enforcement Officers' Bill of Rights," he said.

"To date there are too many unknown questions. No one has taken the time to explain how this outside investigation process will work.

"The outside investigator is not a law enforcement official. Therefore, he or she cannot compel or order an officer to give evidence.

"Outside investigations are not subject to the protections and provisions of the Law Enforcement Officers' Bill of Rights and may not remain confidential and may be open to the public.

"Each trooper should be aware that by presenting evidence to an outside investigator, they may give up those protections."

Sgt. Fiscella said he is not ordering troopers to decline participation.

"In my opinion, the DSTA president should not tell any member not to cooperate with an investigation," he said.

"However, in this instance, I have the responsibility to advise our members that they may be forfeiting protections provided by the Law Enforcement Officers' Bill of Rights."

He said the DSTA, representing 600-plus troopers, has had no input as to how the probe should work.

"We have not been contacted," he said. "Many of our troopers have expressed that they have no confidence in this outside investigation."

Staff writer Joe Rogalsky contributed to this article.

Senior writer Tom Eldred can be reached at 741-8212 or at teldred@newszap.com.

PLF
EXHIBIT NO. 11
KWP 6-7-05

**3 - sjn@neubergerlaw.com**

**From:** "Stephen J. Neuberger" <SJN@NeubergerLaw.com>
**To:** <sjn@NeubergerLaw.com>
**Sent:** Friday, April 30, 2004 7:54 AM
**Subject:** 2004-04-30 - TNJ

**Local News** from The News Journal

## State police probe curtailed, lawyer says

By MARY ALLEN
Staff reporter
04/30/2004

The attorney for a trooper with a formal complaint against the Delaware State Police's top two commanders accused a Cabinet secretary Thursday of limiting the scope of that investigation.

Capt. Gregory Warren's attorney Thomas S. Neuberger said that James L. Ford Jr., secretary of the Department of Safety and Homeland Security, removed three complaints from the list of grievances under investigation. Ford issued a written statement Thursday but did not address Neuberger's complaint specifically: "The department is conducting a thorough and fair investigation and will not attempt to try the case in the media."

State police Col. L. Aaron Chaffinch and Lt. Col. Thomas F. MacLeish are the targets of Warren's complaint. The department has not made public the list of Warren's grievances against them, even though Delaware law exempts the state police superintendent and deputy superintendent from confidentiality privileges given to lower-level troopers with regard to documents compiled in an investigation.

Warren's complaints of cronyism and mismanagement also were made in a document he drafted for a recent meeting with legislators.

In addition, Warren has a lawsuit pending against Chaffinch and state police in U.S. District Court. He could not be reached Thursday, and Neuberger has repeatedly said Warren will not comment.

Neuberger announced Thursday's accusations through a written statement circulated to reporters.

"They're cutting the guts out of the charges," he said in an interview.

Neuberger said that Ford made his decision to shorten the list of grievances under investigation after speaking with the Attorney General's Office. Attorney General's Office spokeswoman Lori Sitler said that office would not comment.

State police spokesman Sgt. Walter Newton referred calls to Ford's office, as did Gregory Patterson, spokesman for Gov. Ruth Ann Minner.

Ford went on in his statement to say state officials will share findings of the investigation when it is finished. "To protect the integrity of the process, I will not comment any further," he wrote.

Ford will retire from his position Saturday.

He previously asked Hyden Associates, a private, independent firm in Newark with former federal and state investigators, to handle the probe. That decision has bothered supporters of the state police internal affairs process, which normally governs investigations.

Sgt. Vincent P. Fiscella Jr., president of the Delaware State Troopers Association, said troopers have contacted him wondering whether they should provide evidence for the inquiry. Because the investigation is not being handled by internal affairs, normal protections for troopers who participate may not apply, he said.

"Many troopers have expressed that they have no confidence in this outside process," he said Thursday. "Some have even called it a joke."



www.newszap.com http://www.newszap.com/articles/2004/03/26/dm/central_delaware/...

PLF
EXHIBIT NO. 12
KWP 6-7-05

TODAY'S CLASSIFIEDS

COMMUNITY CONTACTS

COMMUNITY BLOGS

OTHER NEWSZAP COMMUNITIES

SPECIAL FEATURES
- Archives
- Auto Buyers Guide
- Classifieds
- Entertainment
- Financial Planning
- Greeting Cards
- Health News
- Horoscopes
- Lottery
- Maps
- Medical Guide
- Meet Someone
- Movie Listings
- My Page
- National News
- Obituaries
- Remembrances
- Stocks
- Travel Info
- TV Listings
- Weather
- Web Directory
- Wedding Planning
- White Pages
- Yellow Pages

newszap.com

## Trooper cleared in investigation: No wrongdoing in influence probe

*By Tom Eldred, Delaware State News*

DOVER - Delaware State Police Superintendent Col. L. Aaron Chaffinch said Thursday he's "very satisfied" with an investigation that cleared his second-in-command of any specific rules violations connected with an alleged forgery incident.

The probe centered on Lt. Col. Thomas F. MacLeish's intervention on behalf of a personal friend who was about to be arrested by Dover police.

The friend, William G. Neaton, allegedly forged a name on the title of a 1988 Chevrolet Blazer owned by the state Department of Natural Resources and Environmental Control.

The incident allegedly occurred during the summer of 2002 when Lt. Col. MacLeish was a major. He was promoted in 2003 to lieutenant colonel and is now the deputy superintendent of the state police.

"First of all, let me say that I am very satisfied with the investigation," Col. Chaffinch said. "At a recent meeting of commanders from the troops and their lieutenants, he said he would never do anything to disgrace the uniform of the Delaware State Police.

"The truth of the matter is he never broke any rule or regulation in our agency."

Although Lt. Col. MacLeish was not found guilty of any wrongdoing, a state police spokesman said the internal investigation revealed his conduct "may have created a potential appearance of impropriety" and that "the division has taken appropriate action."

The spokesman, Lt. Joseph P. Aviola Jr., declined to disclose what action was taken, citing the confidentiality of personnel matters.

"It's a personnel matter. I can't comment on that," he said.

Lt. Aviola also would not say if Lt. Col. MacLeish answered any charges filed in the investigation conducted by Lt. John Evans, who heads the state police homicide division.

Lt. Evans was assigned to the probe because the state police internal affairs division, which normally investigates complaints against troopers, answers directly to Lt. Col. MacLeish.

"He was not found to be in violation of any specific policies or procedures of the division," Lt. Aviola replied when asked if any charges were levied.

1 of 2 12/14/2004 8:22 PM

A147

A369

The state police announced March 9 that an internal investigation was under way after the Delaware State News reported that Mr. Neaton, owner of Neaton's Tire Service in Dover, allegedly forged the name of John Hughes to a DNREC vehicle that had been taken to the tire service for repair.

John A. Hughes is secretary of DNREC. He was the department's director of soil and water conservation at the time.

According to interviews with DNREC officials, then-Maj. MacLeish, dressed in civilian clothes and saying that he was speaking as a private citizen, interceded on Mr. Neaton's behalf after warrants had been issued for his arrest on forgery and theft charges.

At DNREC's request, the warrants were then pulled. Mr. Neaton was not charged or arrested.

Kevin C. Donnelly, director of DNREC's Division of Water Resources, said prosecution would have continued had not then-Maj. MacLeish intervened.

Lt. Aviola said the results of the internal probe were not shared within the state police, as other disciplinary actions sometimes are.

"I don't know what the findings were of the investigation," he said. "Nor should I, because it was an internal matter."

Senior writer Tom Eldred can be reached at 741-8212 or at teldred@newszap.com.

**FOR MORE INFORMATION**

**Want more local stories?**

Click here to go to our Archives. Type in a key word like the same of your town where it asks for "word one". Then click "Start Search" to see other stories that have included your key word.

**Blogs for & about local issues, groups, teams**

Click here to go to our community blogs index page. Have your say or just sit back to read opinions and observations from your neighbors about public issues, our schools, community groups and local sports teams!

**Area organizations are on newszap.com**

Click here to go to our Community Contacts pages. Type in your town where it asks for a "city". Then click "Search Now".

**Want regional classified ads?**

Click here to go to our regional Classified Ads.

---

All Rights Reserved - Independent Newspapers, Inc. - click here for INI info
Click here for reprint permission and for our policies about privacy, links and objectionable content

PLF
EXHIBIT NO. 13
KWP 6-7-05

A service of The News Journal

print

http://www.delawareonline.com/newsjournal/local/2004/03/25statepoliceclea.html

# State police clear No. 2 commander

But 'appropriate action' taken for intervention in forgery case

By JEFF MONTGOMERY
Staff reporter
03/25/2004

Lt. Col. Thomas F. MacLeish is the Delaware State Police's second-in-command.

The Delaware State Police on Wednesday cleared the agency's second-in-command of any direct rule violations in connection with a personal appeal he made on behalf of a man targeted in a theft and forgery investigation in 2002.

But the police force did report taking "appropriate action" involving Lt. Col. Thomas F. MacLeish for conduct that created a "potential appearance of impropriety."

Lt. Joseph P. Aviola Jr., a state police spokesman, declined to disclose steps taken, saying the case was a personnel matter. Aviola said MacLeish remains deputy superintendent.

The state Attorney General's Office already had cleared the officer of criminal wrongdoing.

MacLeish, a major at the time, approached two top managers at the Department of Natural Resources and Environmental Control in 2002 to make an appeal in a case involving the forgery of a title for a state vehicle. A state auditor verified the incident occurred, which was followed by DNREC's decision to drop the charges.

MacLeish wore civilian clothes at the time, and made it clear he was speaking as a private citizen, officials said.

At the time, DNREC had investigated and referred to Dover police a complaint that tire company owner William G. Neaton had signed the name John Hughes on a document used to transfer ownership of a 16-year-old, broken-down DNREC vehicle. State officials had considered it too costly to repair.

DNREC Secretary John A. Hughes said MacLeish intervened on behalf of Neaton, who had the vehicle repaired while in his possession. The 1988 Chevrolet Blazer was returned to the agency in working condition without cost.

Hughes was director of the Division of Soil and Water Conservation when the case surfaced.

*Reach Jeff Montgomery at 678-4277 or jmontgomery@delawareonline.com.*

STATE POLICE COVERAGE

DOCUMENTS

- Sexual harassment suit filed by Capt. Barbara L. Conley
- Read the state auditors report on the firing range
- Delaware State Police study survey responses (Dec. 7, 2001)
- Review of the Delaware State Police full report (Dec. 6, 2001)
- The state police report Executive Summary (Dec. 5, 2001)
- Governor Minner's Aug. 17 Announcement

Get Acrobat Reader

Some documents in .pdf format. If you don't have the FREE Acrobat Reader, download it here!

RECENT STORIES

Related Articles >>

U.S. & World News >> updated every 30 minutes from digital

SPONSORS

New Castle County Public Information

- Smart Growth in New Castle County: What has been done & how you can find out more
- New Applications & Public Hearings