## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA CONLEY | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **C. A. No. 04-1394-GMS** |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DIVISION OF STATE POLICE, | ) | |
| et al., | ) | |
| | ) | |
| **Defendants,** | ) | |

### DEFENDANTS' SUPPLEMENTATION OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e)

Pursuant to Fed. R. Civ. P. 26(e), the Defendants State of Delaware, Division of State Police, Col. Thomas F. MacLeish, and Secretary David B. Mitchell make the following supplementary disclosures:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

### RESPONSE:

    (a)    Cpl. Thad Boyce (Special Investigations – Troop 2)
            834-2630

    (b)    Lt. Curt Brown (Troop 5)
            337-8251

    (c)    Lt. John Campanella (OPR/Accreditation – Delaware State Police Headquarters)
            739-5901

(d)     Frank Chandler
        P.O. Box 1008
        Clayton, DE 19938

(e)     Frank Cummings
        RD#5, Box 91 ½
        Laurel, DE 19956

(f)     Lt. Gregory W. Donaway (Troop 3)
        697-2104x301

(g)     Pete Fraley (Homicide - HQ)
        739-2600

(h)     Mark Givens
        18180 McColley's Chapel Road
        Georgetown, DE 19947

(i)     Sr. Cpl. Rebecca (McKnatt) Gulledge (Troop 3)
        697-4454

(j)     Capt. Robert Hawkins (Troop 3)
        697-4454x201

(k)     Tammy Hyland (Planning&Special Projects - HQ)
        739-5969

(l)     Cpl. Debbie Jester (Troop 5)
        337-1090

(m)     Lt. Bob Moses (HTCU - HQ)
        739-2467

(n)     Sgt. Chuck Mullett (Troop 3)
        697-2104x316

(o)     Louis O'Day
        5381 Cedar Neck Road
        Milford, DE 19963

(p)     Capt. James Paige (Troop 9)
        378-5749x211

(q)     Horace Pepper
        Rt. 2, Box 326D
        Laurel, DE 19956-9355

(r)     Lt. Mark Rust (Troop 5)
        337-8252

(s)     Sr. Cpl. Tim Shockley (Troop 5)
        337-1090

(t)     Ronald Thomas
        202 Robinson Street
        Georgetown, DE 19947

(u)     Vernon Thomas
        c/o Martha Claverie
        Office of the Public Defender
        14 The Circle, 2nd Floor
        Georgetown, DE 19947

(v)     Charlie Vickers
        711 Concord Road
        Seaford, DE 19973-4280

(w)     Robert Walls
        502 Masters Lane
        Magnolia, DE 19962

(x)     Carol Warnock (Troop 5 – Secretary)
        337-8253

(y)     Master Cpl. Rodney Workman (Troop 5)
        337-1090

The defendants reserve the right to supplement this list as discovery proceeds in this matter.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE


/s/ Stephani J. Ballard
Stephani J. Ballard, ID #3481
Ralph K. Durstein III, ID #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400

Dated:  September 21, 2005

I:\ralph.durstein\Litigation\Conley v DSP\Supplementary.Disclosures.doc

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2005, I electronically filed Supplementary Disclosures pursuant to Rule 26(e) with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street
Wilmington, DE 19801-3707
tsn@neubergerlaw.com

/s/ Stephani J. Ballard
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302) 577-8510
Stephani.Ballard@state.de.us