IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH**, individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL**, individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : : : | C.A.No.04-1394-GMS |
| | : | |
| Defendants. | : | |

NOTICE OF SERVICE OF
PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on September 22, 2005, I caused two (2) copies of **PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS** to be sent first class mail, postage prepaid to the following:

Ralph K. Durstein, III
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

James E. Liguori
Liguori Morris & Yeingst
46 The Green
Dover, DE 19901

        **THE NEUBERGER FIRM, P.A.**

        /s/ Thomas S. Neuberger
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

        Attorneys for Plaintiff

cc:    client