IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH,** individually and in his official | : | |
| capacity as the Deputy Superintendent, | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| individually and in his official capacity as | : | |
| Secretary of the Department of Safety and | : | |
| Homeland Security, State of Delaware; and | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

TO:  Ralph K. Durstein III, Esquire        James E. Liguori, Esquire
    Department of Justice                Liguori, Morris & Yiengst
    Carvel State Office Building         46 The Green
    820 N. French Street                 Dover, DE 19901
    Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

2

| **NAME** | **DATE AND TIME** |
|---|---|
| Major Paul Eckrich | December 1, 2005 at 9:30 a.m. |
| Major Randall Hughes | December 2, 2005 at 9:30 a.m. |

                                             **THE NEUBERGER FIRM, P.A.**

                                             /s/ Stephen J. Neuberger
                                             **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                             Two East Seventh Street, Suite 302
                                             Wilmington, Delaware 19801
                                             (302) 655-0582

                                             Attorneys for Plaintiff

DATED: September 27, 2005

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on September 27, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Ralph K. Durstein III, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801<br>ralph.durstein@state.de.us | James E. Liguori, Esquire<br>Liguori, Morris & Yiengst<br>46 The Green<br>Dover, DE 19901<br>jel_lmy@msn.com |

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**

Conley Emp. / Pleadings /Notice of Deposition (4)