IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   C.A. No. 04-1394-GMS |
| | : |
| COLONEL L. AARON CHAFFINCH, | : |
| Individually and in his official capacity as the | : |
| Superintendent, Delaware State Police; et al. | : |
| | : |
|     Defendants, | : |

**NOTICE OF DEPOSITION**

TO:   Thomas S. Neuberger, Esq.         James E. Ligouri, Esq.
        Stephen J. Neuberger, Esq.        Ligouri, Morris & Yiengst
        Two East Seventh Street, Suite 302  46 The Green
        Wilmington, DE 19801             Dover, DE 19901

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Barbara L. Conley on <u>Monday, December 12, 2005</u> at 9:30 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

                                              /s/ Stephani J. Ballard
                                              Stephani J. Ballard, I.D. #3481
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302)577-8400
                                              Attorney for Defendants MacLeish, Mitchell, and Division of State Police

Dated: September 30, 2005
Cc: Wilcox & Fetzer (via U.S. mail)

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN BARBARA L. CONLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1394-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, | : | |
| Individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; et al. | : | |
| | : | |
| Defendants, | : | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on September 30, 2005, she caused the attached Notice of Deposition to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger, Esq.  
Stephen J. Neuberger, Esq.  
Two East Seventh Street, Suite 302  
Wilmington, DE 19801

James E. Ligouri, Esq.  
Ligouri, Morris & Yiengst  
46 The Green  
Dover, DE 19901

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481  
Deputy Attorney General  
Carvel State Office Building  
820 N. French Street, 6th Floor  
Wilmington, DE 19801  
(302)577-8400  
Attorney for Defendants MacLeish, Mitchell, and Division of State Police