

M. JANE BRADY
ATTORNEY GENERAL

# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

        New Castle County          Writer's Direct Dial: (302) 577-8510
                                                                     FAX: (302) 577-5866

October 20, 2005

Hon. Gregory M. Sleet
United States District Court
Lock Box 19
844 North King Street
Wilmington, DE 19801

        Re: **Conley v. Delaware State Police, et al.**
            **Civ. A. No. 04-1394-GMS**
            *Response to Plaintiff's Request for Emergency Chambers Conference*

Dear Judge Sleet:

## REDACTED—ORIGINAL FILED UNDER SEAL

                            Respectfully submitted,

                            /s/ Stephani J. Ballard
                            Ralph K. Durstein III
                            Stephani J. Ballard
                            Deputy Attorneys General

xc:   Thomas S. Neuberger, Esq. (by email and regular mail)
       James E. Ligouri, Esq.   (by email and regular mail)

# Exhibit 1

Case 1:04-cv-01394-GMS   Document 94   Filed 10/20/2005   Page 2 of 3

# Exhibit 2