# THE NEUBERGER FIRM

### ATTORNEYS AND COUNSELLORS AT LAW

## TWO EAST SEVENTH STREET
## SUITE 302
## WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

**FILED UNDER SEAL**

October 20, 2005

**Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:     **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS
        **Request for an Emergency Chambers Conference**

Dear Judge Sleet:

**[Redacted]**

Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Plaintiff

enclosures

cc:    Stephen J. Neuberger, Esq. (by hand)
        Ralph K. Durstein, Esq. (via E-mail and U.S. Mail)
        Stephani Ballard, Esq. (via E-mail and U.S. Mail)
        James E.  Liguori, Esq. (via E-mail and U.S. Mail)

Conley \ Letters \ Sleet.07

# Tab A

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**