IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN BARBARA L. CONLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1394-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, | : | |
| Individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; et al. | : | |
| | : | |
| Defendants, | : | |

### RE-NOTICE OF DEPOSITION

TO:  Thomas S. Neuberger, Esq.            James E. Ligouri, Esq.
     Stephen J. Neuberger, Esq.           Ligouri, Morris & Yiengst
     Two East Seventh Street, Suite 302   46 The Green
     Wilmington, DE 19801                 Dover, DE 19901

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Barbara L. Conley on Wednesday, December 7, 2005 at 9:30 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants MacLeish, Mitchell, and Division of State Police

Dated: October 21, 2005
Cc: Wilcox & Fetzer (via U.S. mail)

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 04-1394-GMS |
| | : |
| COLONEL L. AARON CHAFFINCH, | : |
| Individually and in his official capacity as the | : |
| Superintendent, Delaware State Police; et al. | : |
| | : |
| Defendants, | : |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on October 21, 2005, she caused the attached Re-Notice of Deposition to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Thomas S. Neuberger, Esq. | James E. Ligouri, Esq. |
| Stephen J. Neuberger, Esq. | Ligouri, Morris & Yiengst |
| Two East Seventh Street, Suite 302 | 46 The Green |
| Wilmington, DE 19801 | Dover, DE 19901 |

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants MacLeish, Mitchell, and Division of State Police