IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA L. CONLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-1394-GMS |
| ) | |
| COLONEL L. AARON CHAFFINCH, ) | |
| individually and in his official capacity as ) | |
| The Superintendent, Delaware State ) | |
| Police; LIEUTENANT COLONEL ) | |
| THOMAS F. MACLEISH, individually ) | |
| and in his official capacity as the Deputy ) | |
| Superintendent, Delaware State Police; ) | |
| DAVID B. MITCHELL, ) | |
| individually and in his official capacity as ) | |
| Secretary of the Department of Safety ) | |
| and Homeland Security, State of Delaware; ) | |
| and DIVISION OF STATE POLICE, ) | |
| DEPARTMENT OF SAFETY AND ) | |
| HOMELAND SECURITY, STATE OF ) | |
| DELAWARE, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned certifies that on October 24, 2005, he caused two (2) copies of the attached **ANSWERS OF DEFENDANTS' DELAWARE STATE POLICE, MACLEISH AND MITCHELL TO PLAINTIFF'S 1st SET OF INTERROGATORIES** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire          James E. Liguori, Esquire
Thomas S. Neuberger, P.A.             Liguori, Morris & Yiengst
2 E. Seventh St., Suite 302           46 The Green
Wilmington, DE 19801                  Dover, DE 19901

**MANNER OF DELIVERY:**

\_\_\_\_\_   One true copy by facsimile transmission to each recipient

  X     Two true copies by first class mail, postage prepaid, to each recipient

\_\_\_\_\_   Two true copies by hand delivery to each recipient

                          STATE OF DELAWARE
                          DEPARTMENT OF JUSTICE

                          /s/ Ralph K. Durstein, III
                          Ralph K. Durstein, III, I.D. #912
                          Deputy Attorney General
                          Carvel State Office Building
                          820 N. French Street, 6th floor
                          Wilmington, DE 19801
                          (302) 577-8400
                          Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security