# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

**FILED UNDER SEAL**

November 1, 2005

**Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS
      **Request for an Emergency Chambers Conference**

Dear Judge Sleet:

**[Redacted]**

Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Plaintiff

enclosure

cc: Stephen J. Neuberger, Esq. (by hand)
    Ralph K. Durstein, Esq. (via E-mail and U.S. Mail)
    Stephani Ballard, Esq. (via E-mail and U.S. Mail)
    James E. Liguori, Esq. (via E-mail and U.S. Mail)

Conley \ Letters \ Sleet.08

# Tab A

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

**[Redacted]**

Case 1:04-cv-01394-GMS    Document 102    Filed 11/01/2005    Page 9 of 12

**[Redacted]**

**[Redacted]**

Case 1:04-cv-01394-GMS    Document 102    Filed 11/01/2005    Page 11 of 12

**[Redacted]**