

M. JANE BRADY
ATTORNEY GENERAL

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :

New Castle County                         Writer's Direct Dial: (302) 577-8510
                                          FAX: (302) 577-5866


November 2, 2005


Hon. Gregory M. Sleet
United States District Court
Lock Box 19
844 North King Street
Wilmington, DE 19801

        Re: <u>Conley v. Delaware State Police, et al.</u>
           Civ. A. No. 04-1394-GMS

Dear Judge Sleet:

Yesterday afternoon, the lawyers for the plaintiff in this case electronically filed a letter under seal with the Court. We received notification of the filing at 2:33 p.m. by an electronic message from the Court. However, the redacted version of the letter we could access online had no text. The letter stated that it had been copied to opposing counsel "via E-mail and U.S. Mail." We did not receive any such copy in conjunction with the filing.

At 4:06 p.m. yesterday, Ms. Ballard sent an e-mail to both Thomas and Stephen Neuberger, advising that she had not received a copy of the letter, and requesting that the unredacted version be forwarded by the end of the business day. She received no response to her messages.

This morning, there is no e-mail message with an unredacted copy of the letter, nor has a "hard copy" been received. At this point, we have no idea as to the subject matter of the letter. Nor do we have any clue as to why the letter would have been sealed by counsel.

It is troubling that the plaintiff lawyers have filed a sealed letter with the Court, and have failed to provide defense counsel with an unredacted version containing the text of the letter. This is contrary to plaintiff counsel's own representations to the Court, and in violation of Rule 5 regarding service of such papers. In effect, this is an *ex parte* application to the Court. Our clients are obviously prejudiced unfairly by the failure of plaintiff's lawyers to disclose the nature of their communication with the Court.

We respectfully ask the Court to defer any action on the plaintiff's letter, until such time as defense counsel have had an opportunity to review it. We would further ask that the Court instruct plaintiff's lawyers to immediately provide defense counsel with an unredacted version of the letter containing the full text provided to the Court. We would defer to the Court as to what sanctions or other remedy would be appropriate to deal with this conduct.

Respectfully submitted,

*Ralph K. Durstein*

Ralph K. Durstein III
Stephani J. Ballard
Deputy Attorneys General

xc: Thomas S. Neuberger, Esq.
    James E. Ligouri, Esq.