# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE  
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582  
FAX: (302) 655-9329

November 2, 2005                                    **Via CM/ECF Filing**

The Honorable Gregory M. Sleet  
United States District Court  
District of Delaware  
844 King Street  
Wilmington, DE 19801

RE:   **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS

Dear Judge Sleet:

This is plaintiff's response to defendants' recent letter. (D.I. 104).

The documentary record demonstrates that defendants are in error.

Plaintiff e-mailed the unredacted version of the sealed letter in .pdf (Adobe) format to all three defense counsel yesterday at 3:11 p.m. Attached at Tab A is a copy of the e-mail plaintiff sent to defense counsel.

My office staff confirms that hard copies were deposited in the U.S. Mail yesterday afternoon.

I left the office at approximately 4:00 p.m. yesterday afternoon.

In response to an e-mail from defendants that was time stamped after 4:00 p.m. yesterday, this morning at 8:07 a.m., I again sent the unredacted version of the sealed letter in .pdf format to all three defense counsel. In that e-mail, I noted that this document had been previously sent to all three defense counsel by e-mail the prior day. Attached at Tab B is a copy of that e-mail.

These documents demonstrate that the defense position is erroneous.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

enclosures

cc: Thomas S. Neuberger, Esq. (via CM/ECF)
     Ralph K. Durstein, Esq. (via CM/ECF)
     Stephani Ballard, Esq. (via CM/ECF)
     James E. Liguori, Esq. (via CM/ECF)

Conley \ Letters \ Sleet.09

# Tab A

## 1 - SJN@NeubergerLaw.com

| | |
|---|---|
| **From:** | "Stephen J. Neuberger" <SJN@NeubergerLaw.com> |
| **To:** | "Ralph Durstein" <Ralph.Durstein@state.de.us>; "Stephani Ballard" <Stephani.Ballard@state.de.us>; "Jim Liguori" <jel_lmy@msn.com> |
| **Cc:** | "Thomas S. Neuberger" <TSN@NeubergerLaw.com> |
| **Sent:** | Tuesday, November 01, 2005 3:11 PM |
| **Attach:** | Sleet.08.final (sealed) (with all Tabs attached) (doc that went to the clerk).pdf |
| **Subject:** | Conley v. Chaffinch |

Counsel,

Attached is the unredacted version of the letter plaintiff filed with the Clerk a short while ago.

/s/ Stephen J. Neuberger

**********************************

Stephen J. Neuberger, Esq.
The Neuberger Firm
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582
Fax: 302-655-9329
E-Mail: SJN@NeubergerLaw.com

# Tab B

## 1 - SJN@NeubergerLaw.com

| | |
|---|---|
| **From:** | "Stephen J. Neuberger" <SJN@NeubergerLaw.com> |
| **To:** | "Stephani Ballard" <Stephani.Ballard@state.de.us> |
| **Cc:** | "Thomas S. Neuberger" <TSN@NeubergerLaw.com>; "Ralph Durstein" <Ralph.Durstein@state.de.us>; "Jim Liguori" <jel_lmy@msn.com> |
| **Sent:** | Wednesday, November 02, 2005 8:07 AM |
| **Attach:** | Sleet.08.final (sealed) (with all Tabs attached) (doc that went to the clerk).pdf |
| **Subject:** | Fw: Conley v. Chaffinch |

Counsel,

In response to your e-mail below, the document you reference was e-mailed to you at 3:11p.m., approximately 54 minutes before you e-mailed me requesting another copy of it. See below.

Nonetheless, I have again attached the sealed letter to this e-mail.

-Steve

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Stephen J. Neuberger, Esq.
The Neuberger Firm
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582
Fax: 302-655-9329
E-Mail: SJN@NeubergerLaw.com


----- Original Message -----
**From:** Ballard Stephani (DOJ)
**To:** Thomas S. Neuberger ; Stephen J. Neuberger
**Cc:** Durstein III Ralph (DOJ) ; james liguori
**Sent:** Tuesday, November 01, 2005 4:05 PM
**Subject:** FW: Activity in Case 1:04-cv-01394-GMS Conley v. Chaffinch, et al "Redacted Document"

Counsel,

This document was efiled in redacted form with the Court at approximately 2:30 and stated it was copied to opposing counsel by e-mail (presumably referring to the unredacted version). It is now after 4:00 p.m. and I have not received a copy of the letter. Please forward the unredacted version by end of the business day. Thank you.


Stephani J. Ballard

Deputy Attorney General

11/2/2005

----- Original Message -----
**From:** Stephen J. Neuberger
**To:** Ralph Durstein ; Stephani Ballard ; Jim Liguori
**Cc:** Thomas S. Neuberger
**Sent:** Tuesday, November 01, 2005 3:11 PM
**Subject:** Conley v. Chaffinch

Counsel,

Attached is the unredacted version of the letter plaintiff filed with the Clerk a short while ago.

/s/ Stephen J. Neuberger

**********************************
Stephen J. Neuberger, Esq.
The Neuberger Firm
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone: 302-655-0582
Fax: 302-655-9329
E-Mail: SJN@NeubergerLaw.com