**M. JANE BRADY**
**ATTORNEY GENERAL**



## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO :**

New Castle County                    Writer's Direct Dial: (302) 577-8354
                                           FAX: (302) 577-6630

November 3, 2005

Hon. Gregory M. Sleet
United States District Court
Lock Box 19
844 North King Street
Wilmington, DE 19801

Re: **Conley v. Delaware State Police, et al.**
**Civ. A. No. 04-1394-GMS**

Dear Judge Sleet:

Yesterday, Defendants filed a letter (D.I. 104) with the Court stating that an unredacted copy of Plaintiff's letter (D.I. 102), filed under seal with the Court, had not been received. Upon review of Plaintiff's counsel's responsive letter (D.I. 105), with attachments showing the document had been e-mailed, we asked our I.T. personnel to investigate. They reported a problem with one of the State mail servers, wherein a number of e-mails were queued but undelivered. The evening of November 2, 2005, a number of e-mails were delivered, including the November 1, 2005 e-mail containing the unredacted letter referenced above. Also among the documents which were received last night were two e-filing notices from the Court (D.I. 101 and 103), which had not been timely delivered due to the server issue.

At this point, all documents have been received and it appears the server problem has been fixed. Therefore, no action need be taken with respect to our prior letter, D.I. 104. We apologize to the Court for any inconvenience or confusion.

Respectfully submitted,

/s/ Stephani J. Ballard
Ralph K. Durstein III
Stephani J. Ballard
Deputy Attorneys General

xc: Thomas S. Neuberger, Esq.
    Stephen J. Neuberger, Esq.
    James E. Ligouri, Esq.