IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN BARBARA L. CONLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1394-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, | : | |
| Individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; et al. | : | |
| | : | |
| Defendants, | : | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on November 17, 2005, she caused the Defendants' First Set of Requests for Admissions to Plaintiff to be sent via U.S. Mail to the following:

Thomas S. Neuberger, Esq.  
Stephen J. Neuberger, Esq.  
Two East Seventh Street, Suite 302  
Wilmington, DE 19801

James E. Ligouri, Esq.  
46 The Green  
Dover, DE 19901

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants MacLeish, Mitchell, and Division of State Police