## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**CAPTAIN BARBARA L. CONLEY,**

          **Plaintiff,**

      **v.**

**COLONEL L. AARON CHAFFINCH, individually and in his official capacity as the Superintendent, Delaware State Police; LIEUTENANT COLONEL THOMAS F. MACLEISH, individually and in his official capacity as the Deputy Superintendent, Delaware State Police; DAVID B. MITCHELL, individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,**

          **Defendants.**

**C.A.No.04-1394-GMS**

### NOTICE OF SERVICE

The undersigned certifies that on November 28, 2005, she caused two (2) copies of the

attached ANSWERS OF DEFENDANTS DELAWARE STATE POLICE, MACLEISH,

AND MITCHELL TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF

DOCUMENTS  to be delivered to the following persons in the form and manner

indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>Thomas S. Neuberger, P.A.<br>2 E. Seventh St., Suite 302<br>Wilmington , DE  19801 | James E. Liguori, Esquire<br>Liguori, Morris & Yiengst<br>46 The Green<br>Dover, DE  19901 |

**MANNER OF DELIVERY:**

_____  One true copy by facsimile transmission to each recipient

  X    Two true copies by first class mail, postage prepaid, to each recipient

_____  Two true copies by hand delivery to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


  /s/ Stephani J. Ballard____
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Macleish,
Mitchell, Division of State Police
and Department of Safety and
Homeland Security
