IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **COLONEL L. AARON CHAFFINCH,** : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the : | |
| Superintendent, Delaware State Police; : | |
| **LIEUTENANT COLONEL THOMAS F.** : | |
| **MACLEISH,** individually and in his official : | |
| capacity as the Deputy Superintendent, : | |
| Delaware State Police; **DAVID B. MITCHELL,** : | |
| individually and in his official capacity as : | |
| Secretary of the Department of Safety and : | |
| Homeland Security, State of Delaware; and : | |
| **DIVISION OF STATE POLICE,** : | |
| **DEPARTMENT OF SAFETY AND** : | |
| **HOMELAND SECURITY, STATE OF** : | |
| **DELAWARE,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that

on November 30, 2005, I caused two (2) copies of **PLAINTIFF'S FIFTH REQUEST FOR**

**PRODUCTION OF DOCUMENTS** to be served via E-mail on the following individuals:

Ralph K. Durstein, III  
Department of Justice  
Carvel State Office Building  
820 N. French Street  
Wilmington, DE 19801  
Ralph.Durstein@state.de.us

James E. Liguori  
Liguori Morris & Yeingst  
46 The Green  
Dover, DE 19901  
jel_lmy@msn.com

                                **THE NEUBERGER FIRM, P.A.**

                                /s/ Stephen J. Neuberger
                              **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                              Two East Seventh Street, Suite 302
                              Wilmington, Delaware 19801
                              (302) 655-0582
                              SJN@NeubergerLaw.com

Dated: November 30, 2005            Attorney for Plaintiffs

Conley/ Pleadings /Fifth RFP Docs Notice of Svs.