IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : : | C.A.No.04-1394-GMS |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on December 2, 2005, I caused **PLAINTIFF'S SUBPOENA DUCES TECUM DIRECTED TO W. MICHAEL TUPMAN, ESQ.** to be served via E-mail on the following individuals:

Ralph K. Durstein, III
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Ralph.Durstein@state.de.us

James E. Liguori
Liguori Morris & Yeingst
46 The Green
Dover, DE 19901
jel_lmy@msn.com

**THE NEUBERGER FIRM, P.A.**

<u>/s/ Stephen J. Neuberger</u>
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: December 2, 2005        Attorney for Plaintiffs

Conley/ Pleadings /Notice of Service - Tupman Subpoena Duces Tecum