IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,**<br><br>   **Defendants.** | C.A.No.04-1394-GMS |

## NOTICE OF SERVICE

The undersigned certifies that on December 6, 2005, she caused two (2) copies of the attached DEFENDANTS FIRST REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF to be delivered to the following persons in the form and manner indicated:

 **NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>Thomas S. Neuberger, P.A.<br>2 E. Seventh St., Suite 302<br>Wilmington , DE  19801 | James E. Liguori, Esquire<br>Liguori, Morris & Yiengst<br>46 The Green<br>Dover, DE  19901 |

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

__X__ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by hand delivery to each recipient

                                             STATE OF DELAWARE
                                             DEPARTMENT OF JUSTICE

                                             __/s/ Stephani J. Ballard____
                                             Stephani J. Ballard, I.D. #3481
                                             Deputy Attorney General
                                             Carvel State Office Building
                                             820 N. French Street, 6th floor
                                             Wilmington, DE 19801
                                             (302) 577-8400
                                             Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security