IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : | C.A.No.04-1394-GMS |
| **Defendants.** | : | |

## NOTICE OF SERVICE

The undersigned certifies that on December 7, 2005, he caused two (2) copies of the attached ANSWERS OF DEFENDANT, AARON CHAFFINCH TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>Stephen J. Neuberger, Esquire<br>Two East Seventeenth Street, Suite 302<br>Wilmington, DE 19801 | Ralph K. Durstein III, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |

**MANNER OF DELIVERY:**

\_\_\_\_\_ One true copy by facsimile transmission to each recipient

\_\_\_\_\_ Two true copies by first class mail, postage prepaid, to each recipient

__X__ Two true copies by hand delivery to each recipient on December 7, 2005

                              **LIGUORI, MORRIS & YIENGST**

                              /s/ James E. Liguori
                              **JAMES E. LIGUORI, ESQ. #415**
                              46 The Green
                              Dover, DE 19901
                              (302) 678-9900

                              Attorney for Defendant Colonel L. Aaron Chaffinch

DATED: December 6, 2005