IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA L. CONLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-1394-GMS |
| ) | |
| COLONEL L. AARON CHAFFINCH, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on December 15, 2005, he caused the attached

**DEFENDANTS' SECOND SUPPLEMENTATION OF INITIAL DISCLOSURES**

to be delivered to the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire  
Thomas S. Neuberger, P.A.  
2 E. Seventh St., Suite 302  
Wilmington , DE  19801  

James E. Liguori, Esquire  
Liguori, Morris & Yiengst  
46 The Green  
Dover, DE  19901  

STATE OF DELAWARE  
DEPARTMENT OF JUSTICE  

__/s/ Ralph K. Durstein III____  
Ralph K. Durstein III, I.D. #912  
Deputy Attorney General  
Carvel State Office Building  
820 N. French Street, 6th floor  
Wilmington, DE 19801  
(302) 577-8400  
Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security