IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1394-GMS |
| | ) | |
| COL. L. AARON CHAFFINCH, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

The parties hereby stipulate and agree that plaintiff, Barbara Conley's deposition begun on December 7, 2005 will be continued to January, 2006 or as soon thereafter as possible, at a time which is mutually convenient for all counsel. The parties agree that the discovery deadline shall be extended for this limited purpose.

Dated: Dec. 19, 2005

_____
Thomas S. Neuberger, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
Counsel for Plaintiff

Dated: Dec. 19, 2005

_____
Ralph K. Durstein, Esquire
Stephani J. Ballard, Esquire
Deputy Attorneys General
Department of Justice
820 North French Street
Wilmington, DE 19801
Counsel for Defendants Division of State Police, Mitchell, and MacLeish

*[signature: Stephen B. ___ for]*
James E. Ligouri, Esquire
Ligouri, Morris & Yiengst
46 The Green
Dover, DE 19901
(302)678-9900
Counsel for Chaffinch

APPROVED AND SO ORDERED this _____ of _____, 2005

_____
Gregory M. Sleet
United States District Judge