IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH**, individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : | |
| **Defendants.** | : | |

## AMENDED NOTICE OF DEPOSITIONS

TO:  Ralph K. Durstein III, Esquire          James E. Liguori, Esquire
     Department of Justice                    Liguori, Morris & Yiengst
     Carvel State Office Building             46 The Green
     820 N. French Street                     Dover, DE 19901
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

2

| NAME | DATE AND TIME |
|---|---|
| Lt. Curt Brown | December 28, 2005 at 10:00 a.m. |
| Rep. Peter Schwartzkopf | December 28, 2005 at 1:00 p.m. |
| Pete Fraley | December 28, 2005 at 4:30 p.m. |

The deposition of Representative Peter Schwartzkopf also will be recorded by videotape and/or other digital video recording means.

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Plaintiff

DATED: December 20, 2005

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on December 20, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Ralph K. Durstein III, Esquire | James E. Liguori, Esquire |
| Department of Justice | Liguori, Morris & Yiengst |
| Carvel State Office Building | 46 The Green |
| 820 N. French Street | Dover, DE 19901 |
| Wilmington, DE 19801 | jel_lmy@msn.com |
| ralph.durstein@state.de.us | |

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**

Conley Emp. / Pleadings /Notice of Deposition (8)