IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : : | C.A.No.04-1394-GMS |
| **Defendants.** | : | |

### NOTICE OF DEPOSITIONS

TO:  Thomas S. Neuberger, Esquire　　　　Ralph K. Durstein III, Esquire
　　　Stephen J. Neuberger, Esquire　　　　Department of Justice
　　　Two East Seventeenth Street, Suite 302　Carvel State Office Building
　　　Wilmington, DE 19801　　　　　　　　820 N. French Street
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the Defendant will take the oral deposition of the following individual at the times and dates indicated, continuing from day to day until completed, at the offices of **LIGUORI, MORRIS & YIENGST**, 46 The Green, Dover, DE 19901.

| **NAME** | **DATE AND TIME** |
|---|---|
| Captain Glenn Dixon | December 29, 2005 at 1:00 p.m. |

**LIGUORI, MORRIS & YIENGST**

<u>/s/ James E. Liguori</u>
**JAMES E. LIGUORI, ESQ. #415**
46 The Green
Dover, DE 19901
(302) 678-9900

Attorney for Defendant Colonel L. Aaron Chaffinch

DATED: December 22, 2005

## **CERTIFICATE OF SERVICE**

I, James E. Liguori, being a member of the bar of this Court do hereby certify that on December 22, 2005, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>Stephen J. Neuberger, Esquire<br>Two East Seventeenth Street, Suite 302<br>Wilmington, DE 19801 | Ralph K. Durstein III, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |

/s/ James E. Liguori
**JAMES E. LIGUORI, ESQ. #415**