IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA L. CONLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-1394-GMS |
| ) | |
| COLONEL L. AARON CHAFFINCH, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on December 27 2005, she caused the attached

**DEFENDANTS' FOURTH SUPPLEMENTATION OF INITIAL DISCLOSURES**

to be delivered to the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 E. Seventh St., Suite 302
Wilmington , DE  19801

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE  19901

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

   /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security