IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **COLONEL L. AARON CHAFFINCH,** : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the : | |
| Superintendent, Delaware State Police; : | |
| **LIEUTENANT COLONEL THOMAS F.** : | |
| **MACLEISH,** individually and in his official : | |
| capacity as the Deputy Superintendent, : | |
| Delaware State Police; **DAVID B. MITCHELL,** : | |
| individually and in his official capacity as : | |
| Secretary of the Department of Safety and : | |
| Homeland Security, State of Delaware; and : | |
| **DIVISION OF STATE POLICE,** : | |
| **DEPARTMENT OF SAFETY AND** : | |
| **HOMELAND SECURITY, STATE OF** : | |
| **DELAWARE,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF VACATING OF DEPOSITION

TO:  Thomas S. Neuberger, Esquire           Ralph K. Durstein III, Esquire
     Stephen J. Neuberger, Esquire          Department of Justice
     Two East Seventeenth Street, Suite 302  Carvel State Office Building
     Wilmington, DE 19801                    820 N. French Street
                                             Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the Defendant vacates the following deposition that was previously noticed with the Court. The Deposition has been rescheduled due to the deponents Christmas vacation schedule and shall be rescheduled in January 2006.

| **NAME** | **DATE AND TIME** |
|---|---|
| Captain Glenn Dixon | December 29, 2005 at 1:00 p.m. |

**LIGUORI, MORRIS & YIENGST**


/s/ James E. Liguori
**JAMES E. LIGUORI, ESQ. #415**
46 The Green
Dover, DE 19901
(302) 678-9900

Attorney for Defendant Colonel L. Aaron Chaffinch

DATED: December 28, 2005

## CERTIFICATE OF SERVICE

I, James E. Liguori, being a member of the bar of this Court do hereby certify that on December 28, 2005, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>Stephen J. Neuberger, Esquire<br>Two East Seventeenth Street, Suite 302<br>Wilmington, DE 19801 | Ralph K. Durstein III, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |

/s/ James E. Liguori
**JAMES E. LIGUORI, ESQ. #415**