**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    C.A.No.04-1394-GMS |
| | ) |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF SERVICE

The undersigned certifies that on January 10, 2006, he caused two (2) copies of the attached **ANSWERS OF DEFENDANTS DELAWARE STATE POLICE, MACLEISH, AND MITCHELL TO PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Thomas S. Neuberger, Esquire | James E. Liguori, Esquire |
| Thomas S. Neuberger, P.A. | Liguori, Morris & Yiengst |
| 2 E. Seventh St., Suite 302 | 46 The Green |
| Wilmington , DE  19801 | Dover, DE  19901 |

    **MANNER OF DELIVERY:**

    \_\_\_\_\_   One true copy by facsimile transmission to each recipient

     X    Two true copies by first class mail, postage prepaid, to each recipient

   \_\_\_\_\_ Two true copies by hand delivery to each recipient

                                          STATE OF DELAWARE
                                          DEPARTMENT OF JUSTICE

                                          /s/ Ralph K. Durstein, III
                                          Ralph K. Durstein, III, I.D. #912
                                          Deputy Attorney General
                                          Carvel State Office Building
                                          820 N. French Street, 6th floor
                                          Wilmington, DE 19801
                                          (302) 577-8400
                                          Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security