IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **COLONEL L. AARON CHAFFINCH,** : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the : | |
| Superintendent, Delaware State Police; : | |
| **LIEUTENANT COLONEL THOMAS F.** : | |
| **MACLEISH,** individually and in his official : | |
| capacity as the Deputy Superintendent, : | |
| Delaware State Police; **DAVID B. MITCHELL,** : | |
| individually and in his official capacity as : | |
| Secretary of the Department of Safety and : | |
| Homeland Security, State of Delaware; and : | |
| **DIVISION OF STATE POLICE,** : | |
| **DEPARTMENT OF SAFETY AND** : | |
| **HOMELAND SECURITY, STATE OF** : | |
| **DELAWARE,** : | |
| : | |
| **Defendants.** : | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND III AND FOR PARTIAL SUMMARY JUDGMENT ON COUNT I**

Pursuant to Fed.R.Civ.P. 56, for the reasons stated in the accompanying Opening Brief, and there being no disputed issue of material fact, plaintiff Capt. Barbara L. Conley Moves that the Court issue an Order granting her summary judgment and finding that -

(1) Under Count II, as a matter of law - plaintiff engaged in protected First Amendment free speech by filing her lawsuit, and this protected speech was a substantial or motivating factor in the retaliation against her. And because defendants have waived their Mt. Healthy affirmative

defense, plaintiff has established liability. A trial on damages is ordered.

(2) Under Count III, as a matter of law - plaintiff engaged in protected First Amendment petitioning of the government for redress of grievances by filing her lawsuit, and this protected petitioning was a substantial or motivating factor in the retaliation against her. And because defendants have waived their Mt. Healthy affirmative defense, plaintiff has established liability. A trial on damages is ordered.

(3) Under Count I, plaintiff has established a prima facie case of gender discrimination in promotions under the Fourteenth Amendment. Additionally, she has sufficient evidence to go to the jury under both prongs of Fuentes v. Perskie, 32 F.3d 759 (3d Cir. 1994).

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: January 17, 2005          Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH**, individually and in his official | : | |
| capacity as the Deputy Superintendent, | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| individually and in his official capacity as | : | |
| Secretary of the Department of Safety and | : | |
| Homeland Security, State of Delaware; and | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

This _____ day of _____, 2006, there being no material issue in dispute, pursuant to Fed.R.Civ.P. 56, the Court grants summary judgment in favor of plaintiff Captain Barbara L. Conley on Counts II and III, and partial summary judgment in favor of plaintiff on Count I. It is hereby Ordered that-

(1) Under Count II, as a matter of law, plaintiff engaged in protected First Amendment free speech by filing her lawsuit, and this protected speech was a substantial or motivating factor in the retaliation against her. And because defendants have waived their Mt. Healthy affirmative

defense, plaintiff has established liability.  A trial on damages is ordered.

(2)  Under Count III, as a matter of law, plaintiff engaged in protected First Amendment petitioning of the government for redress of grievances by filing her lawsuit, and this protected petitioning was a substantial or motivating factor in the retaliation against her.  And because defendants have waived their Mt. Healthy affirmative defense, plaintiff has established liability.  A trial on damages is ordered.

(3)  Under Count I, as a matter of law, plaintiff has established a prima facie case of gender discrimination in promotions under the Fourteenth Amendment.  Additionally, she has sufficient evidence to go to the jury under both prongs of Fuentes v. Perskie, 32 F.3d 759 (3d Cir. 1994).

_____
**THE HONORABLE GREGORY M. SLEET**

**CERTIFICATE OF SERVICE**

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on January 17, 2006, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Ralph K. Durstein III, Esquire
>Department of Justice
>Carvel State Office Building
>820 N. French Street
>Wilmington, DE 19801
>
>James E. Liguori, Esquire
>Liguori, Morris & Yiengst
>46 The Green
>Dover, DE 19901

                /s/ Stephen J. Neuberger
                **STEPHEN J. NEUBERGER, ESQ.**

Conley/ Pleadings / Motion for SJ