IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : : C.A.No.04-1394-GMS |
| | : |
| **Defendants.** | : |

**PLAINTIFF'S MOTION FOR SANCTIONS AND OTHER RELIEF DUE TO DEFENDANTS' INTENTIONAL DESTRUCTION OF RELEVANT EVIDENCE**

For the reasons stated in the accompanying Opening Brief, plaintiff Capt. Barbara L. Conley Moves that the Court issue an Order sanctioning defendants and finding that -

(1)   Defendants intentionally destroyed relevant evidence to prevent plaintiff from gaining access to it and using it in her Court case.  As a result, default judgment shall be entered against defendants on all of plaintiff's claims for liability.   A trial on damages shall be ordered.

        Respectfully Submitted,

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, DE 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

Dated: January 17, 2005        Attorneys for Plaintiff


## LOCAL RULE 7.1.1 STATEMENT

    Counsel certifies that he contacted defense counsel to determine their position on this motion. Defense counsel indicated that no sanctions were necessary because no evidence had been destroyed.

        /s/ Stephen J. Neuberger
        **STEPHEN J. NEUBERGER, ESQ**.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : | |
| **Defendants.** | : | |

**ORDER**

This _____ day of _____, 2006, the Court hereby sanctions defendants and Orders that a default judgment be entered against them on Counts I-III of plaintiff's First Amended Complaint.

_____
**THE HONORABLE GREGORY M. SLEET**

**CERTIFICATE OF SERVICE**

       I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on January 17, 2006, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

       Ralph K. Durstein III, Esquire
       Department of Justice
       Carvel State Office Building
       820 N. French Street
       Wilmington, DE 19801

       James E. Liguori, Esquire
       Liguori, Morris & Yiengst
       46 The Green
       Dover, DE 19901

       /s/ Stephen J. Neuberger
       **STEPHEN J. NEUBERGER, ESQ.**

Conley/ Pleadings / Motion for Sanctions for Spoliation