**[A HARD COPY OF THIS DOCUMENT**

**IS ON FILE IN THE CLERK'S OFFICE**

**AT U.S. DISTRICT COURT]**