## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 04-1394-GMS |
| ) | |
| COLONEL L. AARON CHAFFINCH, ) | |
| Individually and in his official capacity as the ) | |
| Superintendent, Delaware State Police; et al. ) | |
| ) | |
| Defendants, ) | |

### DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AS TO COUNTS TWO AND THREE OF THE AMENDED COMPLAINT

COMES NOW, the above-captioned Defendants, by and through their counsel, and hereby move this Honorable Court to enter an Order granting Summary Judgment in their favor, and against Plaintiff, as to Counts Two and Three of Plaintiff's Amended Complaint in this matter, pursuant to Federal Rule of Civil Procedure 56(c), for the reasons set forth in the accompanying Opening Brief in Support of Defendants' Motion for Partial Summary Judgment.

                                              DEPARTMENT OF JUSTICE
                                              STATE OF DELAWARE

                                 By:   /s/Stephani J. Ballard
                                    RALPH K. DURSTEIN, III (I.D. No. 912)
                                    STEPHANI J. BALLARD  (I.D. No. 3481)
                                    Deputy Attorneys General
                                    Carvel State Office Building
                                    820 North French Street
                                    Wilmington, DE 19801
                                    (302) 577-8400
                                    Attorneys for Defendants, MacLeish
                                    Mitchell and Division of State Police

                                                **LIGOURI, MORRIS & YIENGST**

                                  By:  /s/ James E. Ligouri
                                       JAMES E. LIGOURI
                                       46 The Green
                                       Dover, DE  19901
                                       (302) 678-9900
                                       Attorney for Defendant, L. Aaron Chaffinch

DATED:  January 17, 2006

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1394-GMS |
| | ) |
| COLONEL L. AARON CHAFFINCH, | ) |
| Individually and in his official capacity as the | ) |
| Superintendent, Delaware State Police; et al. | ) |
| | ) |
| Defendants, | ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on January 17, 2006, she caused the attached, *Defendants' Motion for Partial Summary Judgment, as to Counts Two and Three of the Amended Complaint*, to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants MacLeish,
Mitchell and State Police