# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

CAPTAIN BARBARA L. CONLEY, :
:
    Plaintiff, :
:
v. :   C.A. No. 04-1394-GMS
:
COLONEL L. AARON CHAFFINCH, :
Individually and in his official capacity as the :
Superintendent, Delaware State Police; et al. :
:
    Defendants, :

## AFFIDAVIT OF ROBERT C. MOSES

1. Affiant is a Lieutenant in the Delaware State Police. He has been a police officer since 1981, and a Detective since 1986. He is the officer-in-charge of the Delaware State Police High Technology Crimes Unit.

2. Your Affiant has been involved in numerous computer-related investigations and has drafted and executed search warrants pursuant to those investigations. Your Affiant Moses has extensive training in computer related investigations. Your Affiant is certified by the International Association of Computer Investigative Specialists to conducted forensic examination on computers used in the commission of a crime.

3. The information contained in this affidavit is based upon my own experience and expertise in the field, as well as information provided to me by other State of Delaware employees with knowledge about the issues addressed here.

4. I was asked to provide information about DSP's computer practices regarding the creation and storage of electronic documents and communications. All desktop computers owned by DSP are connected to a local area network (LAN) server. All DSP users have personal profiles, which contain settings identifying the LAN server, which contains a personal folder for each user. Based upon rules established in the personal profile, documents created by a user will be saved to the user's personal folder on the server, unless the user specifically designates another file path. Server files are not part of the "hard drive" of each desktop computer, but rather are saved to the LAN

network—specifically, saved within each user's folder. Users are advised to store documents to their personal server folders so that they can be accessed statewide.

5. DSP, like most major corporations, maintains a standard practice of maintaining a computer "image" of the basic computer settings, operating system and programs. Any new computer, problem computer or computer being re-assigned to a new user has the basic "image" re-loaded onto that computer. This has the effect of overwriting most information previously contained within the computer. This does not affect email or LAN server documents. This is done for reasons of security and efficiency due to the number of computers (approximately 925) within our organization. For example, repairing individual computers would not be as efficient as simply re-imaging it. Any computer which is no longer going to be used by DSP is "wiped" of all data.

6. The procedures described in the paragraph above have been in use at DSP since at least 1999.

7. In accordance with these procedures, shortly after Colonel Aaron Chaffinch retired in May of 2005, his computer was re-imaged and/or wiped. I did not personally perform this procedure. It would have been performed by an employee of the DSP Information Systems Support (ISS) who routinely perform these procedures. ISS re-images approximately 75 desktop and laptop computers per month.

8. Email is the primary communication medium among DSP personnel and other state and local agencies. Email is processed through mail servers at the Delaware Department of Technology and Information (DTI) and does not involve the hard drive or desktop computer. Many documents (e.g. Word, PDF files) that are shared between users are sent via email. I requested and obtained from DTI the electronic mail account of Colonel Chaffinch, as well as Colonel MacLeish and Secretary Mitchell. This has been provided to me in a standard Microsoft Exchange format and is currently in my possession in a secure location at DSP HTCU.

9. DSP has contracted with Arch Paging to provide paging services to certain DSP employees. Arch provides pagers and maintains a website, www.arch.com, where anyone with an internet connection can connect to this webpage and send an alphanumeric page of up to 200 characters to any Arch customer that has a pager with

alphanumeric capability. These messages are not stored by Arch. This information is not logged by DSP because it is only used for informal communications.

10. Blackberry provides wireless handheld email/communication to its users. All State email is sent or received through DTI's exchange mail servers. Blackberry devices are synchronized with the profile which has been created for the user on the DTI mail server. Emails sent to or from Blackberries are stored by DTI in the user's exchange mail folder in same manner as all other emails processed through the mail servers.

11. Colonel Chaffinch was assigned a Blackberry in October, 2004. Colonel Chaffinch's emails obtained from DTI would include emails sent from and received by his Blackberry device.

BE IT REMEMBERED that on this 30 day of January, 2006 personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **ROBERT C. MOSES**, who, being by me duly sworn according to law did depose and say that the foregoing statement is correct to the best of his knowledge, information and belief.

_____
ROBERT C. MOSES

SWORN TO AND SUBSCRIBED before me on this 30th day of January, 2006.

_____
Notary Public

Jo Ann Morris
Notary Public, State of Delaware
Commission No. 20030713407
My Commission Expires 3/26/07