The Downstate Daily

Delaware State News, Friday, October 29, 2004

# Plaintiff in latest suit subject of internal investigation

By Tim Eckel
Delaware State News

DOVER — [article text largely illegible due to poor scan quality]