

# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008

James E. Liguori
Gregory A. Morris
Laura A. Yiengst

March 20, 2006

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
Lock Box 19
844 North King Street
Wilmington, DE  19807

RE:    <u>Conley v. Delaware State Police, et. al.</u>
       **Civ. A. No 04-1394-GMS**

Dear Judge Sleet:

# REDACTED-ORIGINAL FILED UNDER SEAL

Respectfully submitted,

**LIGUORI, MORRIS & YIENGST**

<u>/s/ James E. Liguori</u>
**JAMES E. LIGUORI, ESQ. #415**
46 The Green
Dover, DE 19901
(302) 678-9900

Attorney for Defendant
Colonel L. Aaron Chaffinch

JEL/jld