# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA L. CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1394-GMS |
| | ) | |
| COLONEL L. AARON CHAFFINCH, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on March 23, 2006, she caused the attached *SECOND SUPPLEMENTAL* **ANSWERS OF DEFENDANTS DELAWARE STATE POLICE, MACLEISH, AND MITCHELL TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS** to be delivered to the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire  
Thomas S. Neuberger, P.A.  
2 E. Seventh St., Suite 302  
Wilmington, DE 19801

James E. Liguori, Esquire  
Liguori, Morris & Yiengst  
46 The Green  
Dover, DE 19901

STATE OF DELAWARE  
DEPARTMENT OF JUSTICE

  /s/ Stephani J. Ballard  
Stephani J. Ballard, I.D. #3481  
Deputy Attorney General  
Carvel State Office Building  
820 N. French Street, 6th floor  
Wilmington, DE 19801  
(302) 577-8400  
Attorney for Defendants Macleish, Mitchell, Division of State Police and Department of Safety and Homeland Security