# EXHIBIT A

Conley                                                                      v.                                      Chaffinch, et al.
Colonel L. Aaron Chaffinch                           C.A. # 04-1394-GMS                                            June 6, 2005

| Page 10 | Page 12 |
|---|---|
| 1   Q.  Do you see she was a traffic lieutenant at | 1   A.  No, sir. |
| 2  Troop 5 from 1999 to 2000? | 2   Q.  I appreciate that. |
| 3   A.  Yes, sir. | 3   A.  Okay. |
| 4   Q.  So, for example, when she was a traffic | 4   Q.  Now, if we jump ahead on this document, |
| 5  lieutenant, some of that time she would have been serving | 5  Plaintiff's Exhibit Number 1, let's try to find |
| 6  under you as the commander of Troop 5; is that correct? | 6  paragraphs 31 to 35. I'm just going to ask you to read |
| 7   A.  Yes, sir. | 7  31 to 35 quietly to yourself and then I'm going to ask |
| 8   Q.  So Barbara Conley has indicated that there were | 8  you some questions about it. |
| 9  times when, aside from working on the same shift, you and | 9   A.  (The witness reviews the document.) |
| 10  she were assigned to the same troop, that is Troop 5.  Is | 10   Q.  Have you looked at 31 to 35? |
| 11  that a true statement? | 11   A.  Yes, sir. |
| 12   A.  Yes, sir. | 12   Q.  Just looking at 32, for example, 32, is there |
| 13   Q.  Is it true that when you were a lieutenant at | 13  something called the Delaware Shield and Square Lodge of |
| 14  Troop 5 she was a sergeant assigned to Troop 5? | 14  Freemasonry that's located here in Delaware? |
| 15   A.  I think part of the time, yes. | 15   A.  It's called the Lower Delaware Shield and Square |
| 16   Q.  Then I think I just asked you that. | 16  Club. |
| 17        When she was a lieutenant, you were the | 17   Q.  Does it mention freemasonry in its name? |
| 18  troop commander for some of the time; right? | 18   A.  No, it does not. |
| 19   A.  Yes. | 19   Q.  Is it a Masonic organization? |
| 20   Q.  Then in the year 2000, paragraph 10 indicates | 20   A.  It's an independent body of Masonic order, yes. |
| 21  that she went to headquarters as the assistant director | 21   Q.  It's Lower Delaware Club -- |
| 22  of the traffic control section.  Do you see that? | 22   A.  Shield and Square Club. |
| 23   A.  Yes, sir. | 23   Q.  Where is that located? |
| 24   Q.  Now, does that accord with your memory, that she | 24   A.  Kent and Sussex counties. |

| Page 11 | Page 13 |
|---|---|
| 1  eventually came as the assistant director of traffic at | 1   Q.  It covers Kent and Sussex counties? |
| 2  headquarters? | 2   A.  Yes.  There's one in New Castle County, as well. |
| 3   A.  Yes, sir. | 3   Q.  Does it have a meeting lodge somewhere? |
| 4   Q.  You are aware that from 2001 she began serving | 4   A.  No, does not have a meeting lodge.  We have |
| 5  as the director of the traffic control section; right? | 5  meetings at different places to eat, just like the Lions |
| 6   A.  Yes, sir. | 6  Club goes to -- I mean, I use the Lions Club as an |
| 7   Q.  Now, for those years she's been at headquarters | 7  example.  But we go to different places and have our |
| 8  from 2000 through the present, let me just ask you, has | 8  meeting at, like, a restaurant. |
| 9  she been in headquarters from 2000 to the present? | 9   Q.  How long have you belonged to that organization? |
| 10   A.  Yes, sir. | 10   A.  I can't give you an exact date, but probably |
| 11   Q.  You've been serving at headquarters during those | 11  started sometime in 1985 in that organization. |
| 12  years? | 12   Q.  Do you currently hold one of the highest three |
| 13   A.  Yes, sir. | 13  ranks in freemasonry? |
| 14   Q.  Captain Conley has indicated that with the | 14   A.  I'm third-degree Mason. |
| 15  exception of her time at Troop 3 in Camden from 1997 to | 15   Q.  Is it a third or 33rd-degree Mason? |
| 16  1999, she has been in regular contact with you during her | 16   A.  Well, both. |
| 17  professional career.  Do you agree with that statement? | 17   Q.  So there is a third-degree Mason title and you |
| 18   A.  Mostly.  You know, but as you know, the dates | 18  hold that? |
| 19  when I was in the drug unit are -- was when she was at | 19   A.  Mm-hmm. |
| 20  Troop 5.  So although I did stop in there some and I had | 20   Q.  There's a 33rd-degree Mason title and you hold |
| 21  a little office in the back where I did some of my | 21  that? |
| 22  paperwork, I mean, I don't know that I was in constant | 22   A.  Yes. |
| 23  contact with her. | 23   Q.  Are you something that's called a master Mason? |
| 24   Q.  You wouldn't call it constant? | 24   A.  All third-degree masons are master masons. |

Wilcox & Fetzer, Ltd.                        Professional Court Reporters                        (302)655-0477

| Conley | v. | Chaffinch, et al. |
| Colonel L. Aaron Chaffinch | C.A. # 04-1394-GMS | June 6, 2005 |

Page 14

1  Q.  Is the highest degree in freemasonry this
2  33rd-degree Mason?
3  A.  Yes, sir.
4  Q.  You received that honor sometime in the past
5  several years.  Is that true?
6  A.  33rd degree?
7  Q.  Yes.
8  A.  I received it on the 21st of September of 2004.
9  I just received it last year.
10  Q.  Was there some ceremony you went to out in the
11  Midwest to receive the title, or was that awarded to you
12  here?
13  A.  I went to Milwaukee, Wisconsin.
14  Q.  The Delaware organization that you've described,
15  I forget the title, is it true that it's never had an
16  African-American member?
17  A.  I don't believe that it has, no.
18  Q.  Is it true that it has never had a female
19  member?
20  A.  That's correct.
21  Q.  Is it true that only white males may join the
22  Delaware organization to which you belong?
23  A.  Are you talking about the Lower Delaware Shield
24  and Square Club?

Page 15

1  Q.  Yes, the Lower Delaware --
2  A.  I'm not sure that we've ever had a black Mason
3  petition it, petition this independent body.  I'm not
4  sure of that.
5  Q.  So what you are saying is you don't know whether
6  an African-American has ever applied for membership?
7  A.  That's correct.
8  Q.  If that's correct, that would mean that no
9  African-American has ever been denied membership?
10  A.  Not to my knowledge.
11  Q.  Are you indicating that you are unaware that any
12  woman has ever applied for membership?
13  A.  Yes.
14  Q.  Okay.
15  A.  I would indicate that, as well.  I hadn't, but I
16  will, yes.
17  Q.  Now, do you know whether the organization has
18  any written documents that describe the requirements for
19  membership?
20  A.  I'm sure that it does.
21  Q.  Have you ever seen those documents?
22  A.  I probably have, but it's probably been years
23  ago.  I'm not sure if I have or not.  I know you have to
24  be 21 years of age.  But other than that, I'm not -- I'm

Page 16

1  not sure.
2  Q.  Well, is it true that it indicates you have to
3  be a male to join?
4  A.  Yes.
5  Q.  Do you know whether it indicates or not that
6  African-Americans can't join?
7  A.  I'm sure that it does not indicate that.  Blacks
8  have their own Masonic order and women have their own --
9  like a sister organization.  The Order of the Eastern
10  Star is the sister organization of Masonic order.
11  Q.  The masons historically is an organization that
12  goes back into the 1800s, at least.  Would you agree with
13  that?
14  A.  I would say it goes farther back than that,
15  probably.
16  Q.  Does it go back --
17  A.  George Washington was a Mason, so he is the
18  first president of the United States.
19  Q.  So when you go down to Alexandria, Virginia,
20  there's that big Masonic Temple?
21  A.  Yes, sir.
22  Q.  Have you ever been there?
23  A.  No.  I've been by it, but I haven't been there.
24  Q.  So it goes at least back to colonial times?

Page 17

1  A.  That's correct.
2  Q.  That's your understanding of it.
3  Would you agree that before the Civil War
4  in this country that there weren't Masonic organizations
5  that African-Americans belonged to?
6  A.  I would imagine that's true, but I don't know
7  that for sure.
8  Q.  Now, let me ask you some more questions.
9  So you are saying, I think, you joined the
10  masons sometime in the mid 1980s.  Is that what you are
11  saying?
12  A.  Joined my blue lodge in 1984.
13  Q.  1984.  Okay.
14  Now, give me the name of the Delaware
15  organization again.  You called it the --
16  A.  Lower Delaware Shield and Square Club.
17  Q.  Okay.  Lower Delaware.
18  Now, is that a law enforcement component of
19  the masons?
20  A.  You either have to be involved in law
21  enforcement or firefighting.
22  Q.  Okay.
23  A.  But you have to be a Mason first.
24  Q.  So it encompasses public safety, meaning

5 (Pages 14 to 17)

Page 18

1  firefighting as well as law enforcement?
2      A.  That's correct.
3      Q.  Can a retired public safety officer apply for
4  membership?
5      A.  Sure.
6      Q.  I think what you said was you have to be a Mason
7  to apply?
8      A.  That's correct.
9      Q.  Got you.
10     A.  It's an independent body.
11     Q.  All right. I didn't quite get you, understand
12  you there. Okay.
13         So besides belonging to the Lower Delaware
14  Shield and Square Club here in Delaware, is there a
15  Masonic body in Delaware that you belong to?
16     A.  Yes, there is.
17     Q.  What is the name of that body?
18     A.  Hiram Lodge Number 21.
19     Q.  Hiram, H-i-r-a-m?
20     A.  Yes. It's located in Seaford.
21     Q.  When did you first join the Hiram Lodge Number
22  21?
23     A.  May the 10th, 1984.
24     Q.  When did you join this lower Delaware club?

Page 19

1      A.  You asked me earlier and I told you I couldn't
2  give an exact date, but I would think it's sometime in
3  1985.
4      Q.  So within a couple years of becoming a Mason?
5      A.  Probably within a year.
6      Q.  Within Masonry you've advanced to this 33rd
7  degree?
8      A.  That's correct.
9      Q.  This lower Delaware club, does it have degrees
10  that a person advances or anything --
11     A.  No, sir.
12     Q.  -- or is that --
13     A.  No, sir.
14     Q.  The lower Delaware club, has it ever had a
15  female member?
16     A.  Not to my knowledge.
17     Q.  The lower Delaware club, has it ever had an
18  African-American member?
19     A.  Not to my knowledge.
20     Q.  The Hiram Lodge Number 21 in Seaford, has it
21  ever had a female member?
22     A.  Not to my knowledge.
23     Q.  The Hiram Lodge Number 21 in Seaford, has it
24  ever had a female member?

Page 20

1      A.  Not to my knowledge.
2      Q.  Now, when you were working in Troop 5 during
3  your career and Barbara Conley was working at Troop 5
4  during her career, is it correct that there were other
5  officers, male officers working at Troop 5 who belonged
6  to this lower Delaware club?
7      A.  Yes, sir.
8      Q.  Barbara Conley is going to testify that when she
9  was working at Troop 5 and you were working there, that
10  on her shift was a member of the lower Delaware club and
11  that she, as a woman, could not become a member.
12         Do you recall that happening?
13     A.  No, sir. It wasn't on that shift.
14     Q.  Now, when you went out to receive this award out
15  in -- I think you said it was Milwaukee in September of
16  2004 from the Masonic order, were there other
17  African-Americans there present at that meeting?
18     A.  Other African-Americans?
19     Q.  Yes. Members of Masonic lodges in other states.
20     A.  Yes, there were.
21     Q.  There are Masonic organizations in states
22  besides Delaware. Is that a fair statement?
23     A.  Sure is.

Page 21

1      Q.  Are they in the 50 states?
2      A.  Sure are.
3      Q.  Do some states allow African-Americans to
4  participate in lodges that men of Caucasian and other
5  races belong to?
6          MR. LIGUORI: Objection. Conclusion. I'll
7  let him answer it if he knows.
8          MR. NEUBERGER: Right.
9  BY MR. NEUBERGER:
10     Q.  You mentioned that there were some
11  African-Americans at the ceremony. I'm asking: Do you
12  know if African-Americans belong to other lodges in other
13  states that whites also belong to?
14     A.  As far as I know, they do in all states, to the
15  best of my knowledge.
16     Q.  Are you aware of any of the lodges in Delaware
17  that are integrated?
18     A.  I've never sat in a lodge that was, but I know
19  some masons that have.
20     Q.  When you attended this ceremony in Milwaukee,
21  were you surprised that there were African-Americans in
22  attendance?
23     A.  No, sir.
24     Q.  Now, when you were working at Troop 5 and during

6 (Pages 18 to 21)

Conley                                          v.                                          Chaffinch, et al.
Colonel L. Aaron Chaffinch            C.A. # 04-1394-GMS                              June 6, 2005

| Page 22 | Page 24 |
|---|---|
| 1  work hours, would there be times when you and other<br>2  members of the lower Delaware club would talk about club<br>3  activities?<br>4      A.  The only thing that I might say, I might ask<br>5  another Mason if he was going to go to a meeting that was<br>6  coming up.<br>7      Q.  So there would be meetings that would come up<br>8  and you could talk about are you going to go to the<br>9  meeting, things like that?<br>10     A.  Right.<br>11     Q.  Is there something called recitings, practicing<br>12  giving speeches that --<br>13     A.  There's something caught catechisms.<br>14     Q.  Catechisms.<br>15        Is that something that the lower Delaware<br>16  club, an activity that they engaged in?<br>17     A.  No, it's not.<br>18     Q.  Is that something that the Hiram Lodge engaged<br>19  in?<br>20     A.  Yes.<br>21     Q.  So for people who were members of the lower<br>22  Delaware club, did some of them also belong to the Hiram<br>23  Lodge Number 21 in Seaford?<br>24     A.  Yes, some of them did, yes, sir. | 1  rephrase it.<br>2              Why do women have separate auxiliaries from<br>3  the Masons?<br>4      A.  I'm not sure.  I guess it's the same reason as<br>5  the Lions and Lioness, you know, which is the female<br>6  organization of the Lions Club.<br>7      Q.  You're proud of the fact that you've<br>8  successfully moved up to the 33rd degree level of the<br>9  Masons.  Is that a fair statement?<br>10     A.  Yes, sir.<br>11     Q.  Is it true that only a small handful of people<br>12  in Delaware have ever received the 33rd-degree level?<br>13     A.  I'm not sure how many.<br>14     Q.  Was it a common thing during your 20-some years<br>15  with the Masons?<br>16     A.  Delaware usually has one or two a year, anyway.<br>17     Q.  One or two a year?<br>18     A.  Yes.<br>19     Q.  Do you know how many members there are of<br>20  Masonic lodges in Delaware, just to give us a ballpark?<br>21     A.  I really don't.<br>22     Q.  No?<br>23     A.  I know there's a lot of lodges in Delaware, but<br>24  I don't know how many members. |

| Page 23 | Page 25 |
|---|---|
| 1      Q.  Would practice of some of these catechism things<br>2  take place on the job, in the back room or something when<br>3  people weren't preoccupied with their duties?<br>4      A.  They may have.  I know when I was going through<br>5  mine I was in the drug unit and I would meet on off time<br>6  and go back in the room and meet with my instructor.<br>7        See, when I was going through it, I wasn't<br>8  attached to Troop 5 at that time.  But now I have met my<br>9  instructor at Troop 5 on both our off times.<br>10     Q.  Okay.<br>11     A.  In a private setting.<br>12     Q.  I understand.  You would work on this catechism<br>13  thing --<br>14     A.  Yes.<br>15     Q.  -- or other things?<br>16        Would there be projects you would work on<br>17  or something in your off time in the back room or<br>18  whatever?<br>19     A.  No, sir.<br>20     Q.  Just the catechism thing?<br>21     A.  Yes, sir.<br>22     Q.  How do you understand it, what's the reason why<br>23  women have to have their own separate auxiliary to belong<br>24  to the Masons?  Maybe that was a bad question.  I'll | 1              MR. NEUBERGER:  I'm going to mark this as<br>2  an exhibit.  Let's just make this Plaintiff's<br>3  Exhibit Number 2 for today.<br>4              (Plaintiff's Exhibit 2 was marked for<br>5  identification.)<br>6  BY MR. NEUBERGER:<br>7      Q.  What I've put in front of you as Plaintiff's<br>8  Exhibit 2 is a limerick, and just a word to describe it.  I<br>9  just want you to quietly read it over to yourself.<br>10     A.  (The witness reviews the document.)<br>11     Q.  Have you read that over?<br>12     A.  Yes, sir.<br>13     Q.  Is that a limerick that you are familiar with?<br>14     A.  Something close to it.<br>15     Q.  Do you have --<br>16     A.  But it's not a limerick.<br>17     Q.  What would you call it?<br>18     A.  It actually was a song.<br>19     Q.  A song.  Okay.  Let's call it a song, then.<br>20  Okay?<br>21              You're telling me you are familiar with<br>22  something similar to that?<br>23     A.  Yes.<br>24     Q.  Is that song something you've committed to |

7 (Pages 22 to 25)