# EXHIBIT B

specificity the complete factual basis for each allegation and identify all persons having

knowledge of facts supporting the allegation, as well as all documents or other items of

evidence in your possession that relate to each claim.

      **Answer:** Objection. Vague, overbroad, unduly burdensome and premature.

Additionally, discovery is just beginning and the record in this regard remains to be developed.

Moreover, the question is a thinly veiled attempt to prematurely obtain the mental impressions,

conclusions, opinions and/or legal theories of Plaintiff's counsel in violation of Fed.R.Civ.P.

26(b)(3). Subject to and without waiving these objections:

      See the lengthy depositions that have already been taken in this case which multiple

defense attorneys attended. Additionally,

      (a) For Count I of the Amended Complaint, by substantive paragraph, plaintiff responds

as follows:

          **(1) ¶ 10 - Foundation of Contacts with Chaffinch.**

      Prior to being assigned to Troop 5, I did not know Aaron Chaffinch.

      I met him once I became employed with the Delaware State Police in 1983 or the latter

part of 1982, when I probably actually met him.

      He was a patrol officer and my recollection is that he would have been a Trooper First

Class at that point.

      He was a long-term member of the free masons and I was taunted and teased when I

arrived at Troop 5 and began my assignment there. The members of my shift at the time and

Chaffinch taunted and teased me. Additionally, I and others were required to engage in the

obscene sexual simulation known as the "Bridgeville handshake" as my initiation at Troop 5.

Troop 3 for about six months in 1993. Aside from that six months, the rest of the time is at Troop

5. Then I am back to Troop 3 from 1997 to 1999. Then I am back as a Traffic Lieutenant in

Bridgeville and Captain Ralph Mitchell is the troop commander there, in 1999 to 2000.

There was a time when Chaffinch was Troop Commander there also and I was under him. When Captain Mitchell was there, the Colonel was a Traffic Lieutenant at Troop 5 also and then he left for a brief period of time, I believe to come to Headquarters for an assignment, and then ultimately he came back and replaced Captain Ralph Mitchell as the Troop Commander while I was still at Troop 5. So I was at Troop 5 when he was the Troop Commander also. And then eventually sometime in 2000 he came to Headquarters.

Between 2000 and 2004 I have been at Headquarters the whole time.

### (2) ¶¶ 31-35 - Member of the Masons.

In these years of contact I became aware of the fact that Colonel Chaffinch has been a long-term member of the Mason organization, a sub-component of that being the Delaware Shield and Square which is a law enforcement component. You must be a current or Retired law enforcement officer to become a member. When I worked on the shift with him, as well as at Troop 5 with him in the early years of my career, it was made quite clear to me by him and some of his other associates that this was an organization that did not allow in women. I was taunted and teased about the fact that everyone on my shift was a member at this one particular time of the Masonic organization and that I could not become a member. However, I could become a member of what would be an equivalent to like a ladies auxiliary at the fire company in that they have an Eastern Star organization which is just for the woman and that maybe I could join that sometime and help cook meals for the males. So I wasn't appreciative of that at the time. I didn't

-7-

say anything about it at the time because of the ramifications of speaking out about such things. But it was talked about quite frequently. They talked about going to meetings. They talked about their various degrees and recitings that they have to pass in order to move up within that organization. Over time I also heard that blacks were not allowed to be a member of the free masons as well although they do have their own sub-chapter that they can become a member of on their own. It's a sub-set with a separate charter completely.

Over the years, I've heard a lot about that and most recently the fact that Chaffinch received what is known as the 33rd degree in masonry which is supposed to be bestowed upon someone who has long standing in the organization and is an exemplary member of the community and other such attributes. This was confirmed by a newspaper article that was out on Election Day of 2004, that he was a member of that organization and that he did receive the 33rd degree award during this year. I was aware that he was going to, I believe Wisconsin, to receive that degree. I did some research on the internet into the free mason organization to verify that this information was correct and that information is true that this organization does not allow in women nor does it allow in black males. Some other states allow black males to participate in some of their ceremonial activities but Delaware does not.

And, I believe that this has become an ingrained part of the Colonel's mentality and that he brings that mentality to work that women and other minorities are to be excluded. And he has been a member for that as long as I can remember gone back to when I first came on the job in 1982.

There was a conversation was with Lieutenant Brown, I believe at Troop 5, that Aaron was taken back a little bit by this 33rd degree ceremony out of state because he was surprised that

-8-

they were off work at the time that they were actually practicing.

They never told me why women can't belong to the free masons.

In his rank as Colonel, there's talk about it. He's very vocal about the fact that he is a member.

We could probably clarify this with Major David Baylor, but I'm pretty sure at some point that he told me about a conversation or that he has been also advised directly by Colonel Chaffinch that he wasn't allowed to be a member because he is Black and it was pointed out to him as well.

We are talking about 20 plus years of conversations and so forth back and forth so it is hard to pinpoint some of the specifics.

In paragraph 31, it says Chaffinch publicly boasts that he belongs that he belongs to a private organization free masonry which discriminates against African Americans and women. He boasts about the fact that he is a free mason. And that, and he's, at parties and around the troop that he is a member of that, proud of the fact that he has moved up within that organization. There was - just prior to this incident being the lawsuit and everything, he would talk about being a mason around headquarters. They did do what they did as far as I was concerned about women back when I was on the job in the early years like I said but I don't recall him boasting about that per say recently; it was mostly that he's a member. And that he's quite proud of the fact that Senator Adams is a member as well and he was in anticipation of receiving this 33rd degree.

I know from Captain Dixon that he was talking about it around Troop 5 that there was only a small amount of people in Delaware that ever received their 33rd degree and that Thurman Adams is one of them and now he's gonna receive his and so forth so there's all that political

-10-

association with that organization as well. But he boasts about being a member. And he has talked about the - the female end of it at Troop 5 in the past but as far as Blacks, we would have to probably clarify that with Major Baylor. He doesn't boast about being a member, all in the same sentence with, and they also don't let blacks and women in.

### (3) ¶ 36 - Adam & Eve Limerick & Offensive Jokes.

This paragraph, talks about where Chaffinch repeatedly has stated to me and others that the trouble with mankind can be traced to the Garden of Eden discussed in the book of Genesis in the Holy Bible.

He believes that the problems of society are the fault of women symbolized by Eve, and it is man, symbolized by Adam who have to bear the penalty for woman's mistakes.

This is based upon another one of the limericks that Colonel Chaffinch is famous for reciting. And he has one that he recites frequently over the years called Adam and Eve. And within that limerick it tells the story of Adam and Eve and basically puts the blame on the female, Eve, for being the one who messed up in the Garden of Eden by eating the apple and that it's because of her that men have to work today. And, in other words, Adam got the short end of the stick per se because of the actions that this female took.

And he recites that everywhere. He recites it at work, he recites it at the State Fair, when half the people are working and the other people are off at the time but it is still a work function. It's a State Police function. He recites them at State Police functions and I would have to say that I have repeatedly and frequently heard this limerick, among others, and if you are a female and you repeatedly have to listen to the fact that Eve is the root of all evil and work for mankind you begin to get the impression that he believes that as well because he's the one reciting it.

-11-