# EXHIBIT A

Troop 3 for about six months in 1993. Aside from that six months, the rest of the time is at Troop 5. Then I am back to Troop 3 from 1997 to 1999. Then I am back as a Traffic Lieutenant in Bridgeville and Captain Ralph Mitchell is the troop commander there, in 1999 to 2000.

There was a time when Chaffinch was Troop Commander there also and I was under him. When Captain Mitchell was there, the Colonel was a Traffic Lieutenant at Troop 5 also and then he left for a brief period of time, I believe to come to Headquarters for an assignment, and then ultimately he came back and replaced Captain Ralph Mitchell as the Troop Commander while I was still at Troop 5. So I was at Troop 5 when he was the Troop Commander also. And then eventually sometime in 2000 he came to Headquarters.

Between 2000 and 2004 I have been at Headquarters the whole time.

### (2) ¶¶ 31-35 - Member of the Masons.

In these years of contact I became aware of the fact that Colonel Chaffinch has been a long-term member of the Mason organization, a sub-component of that being the Delaware Shield and Square which is a law enforcement component. You must be a current or Retired law enforcement officer to become a member. When I worked on the shift with him, as well as at Troop 5 with him in the early years of my career, it was made quite clear to me by him and some of his other associates that this was an organization that did not allow in women. I was taunted and teased about the fact that everyone on my shift was a member at this one particular time of the Masonic organization and that I could not become a member. However, I could become a member of what would be an equivalent to like a ladies auxiliary at the fire company in that they have an Eastern Star organization which is just for the woman and that maybe I could join that sometime and help cook meals for the males. So I wasn't appreciative of that at the time. I didn't

-7-

say anything about it at the time because of the ramifications of speaking out about such things. But it was talked about quite frequently. They talked about going to meetings. They talked about their various degrees and recitings that they have to pass in order to move up within that organization. Over time I also heard that blacks were not allowed to be a member of the free masons as well although they do have their own sub-chapter that they can become a member of on their own. It's a sub-set with a separate charter completely.

Over the years, I've heard a lot about that and most recently the fact that Chaffinch received what is known as the 33rd degree in masonry which is supposed to be bestowed upon someone who has long standing in the organization and is an exemplary member of the community and other such attributes. This was confirmed by a newspaper article that was out on Election Day of 2004, that he was a member of that organization and that he did receive the 33rd degree award during this year. I was aware that he was going to, I believe Wisconsin, to receive that degree. I did some research on the internet into the free mason organization to verify that this information was correct and that information is true that this organization does not allow in women nor does it allow in black males. Some other states allow black males to participate in some of their ceremonial activities but Delaware does not.

And, I believe that this has become an ingrained part of the Colonel's mentality and that he brings that mentality to work that women and other minorities are to be excluded. And he has been a member for that as long as I can remember gone back to when I first came on the job in 1982.

There was a conversation was with Lieutenant Brown, I believe at Troop 5, that Aaron was taken back a little bit by this 33rd degree ceremony out of state because he was surprised that

-8-

black males were in attendance. And that's because in that particular state they are allowed to participate in some of their ceremonial activities. And they've allowed those two charters to attend ceremonial things even though they would be separate memberships and he was a little bit stunned or taken back by the fact that they were in attendance because he's not use to that in Delaware.

      I learned that through Captain Glenn Dixon.

      Probably by at least 1983 I first learned Chaffinch was involved in the masons. A large part of 1982 was field training and so forth in the Police Academy and everything so, probably within the year 1983 would have been when I first actually heard about it. When I was actually assigned a shift and so forth.

      I had the specific conversations with Aaron Chaffinch in those early years regarding the free masons that I've already talked about, where he explained what the free masons were to me and that I could not be part of it.  These were conversations that I was privy to because I was there. Where he and other members are talking about meetings that they're going to have, events or ceremonies that they're going to have, recitings. They would practice at the troop from time to time.  They would go back in the back room, close the door, and practice these recitings that they have to give in order to get, they have first, second, and third degree mason and they have to do certain components in order to advance throughout that organization. And my understanding is that they're, I wouldn't call them poems, but they're recitings of some type because they would practice at the troop often times but I was never allowed to be included in that. I just knew it was going on and they would go back in one of the back rooms, close the door, and practice.

      They would talk about it while they were working on duty. I would say that most likely

-9-

they were off work at the time that they were actually practicing.

They never told me why women can't belong to the free masons.

In his rank as Colonel, there's talk about it. He's very vocal about the fact that he is a member.

We could probably clarify this with Major David Baylor, but I'm pretty sure at some point that he told me about a conversation or that he has been also advised directly by Colonel Chaffinch that he wasn't allowed to be a member because he is Black and it was pointed out to him as well.

We are talking about 20 plus years of conversations and so forth back and forth so it is hard to pinpoint some of the specifics.

In paragraph 31, it says Chaffinch publicly boasts that he belongs that he belongs to a private organization free masonry which discriminates against African Americans and women. He boasts about the fact that he is a free mason. And that, and he's, at parties and around the troop that he is a member of that, proud of the fact that he has moved up within that organization. There was - just prior to this incident being the lawsuit and everything, he would talk about being a mason around headquarters. They did do what they did as far as I was concerned about women back when I was on the job in the early years like I said but I don't recall him boasting about that per say recently; it was mostly that he's a member. And that he's quite proud of the fact that Senator Adams is a member as well and he was in anticipation of receiving this 33rd degree.

I know from Captain Dixon that he was talking about it around Troop 5 that there was only a small amount of people in Delaware that ever received their 33rd degree and that Thurman Adams is one of them and now he's gonna receive his and so forth so there's all that political

-10-

association with that organization as well. But he boasts about being a member. And he has talked about the - the female end of it at Troop 5 in the past but as far as Blacks, we would have to probably clarify that with Major Baylor. He doesn't boast about being a member, all in the same sentence with, and they also don't let blacks and women in.

### (3) ¶ 36 - Adam & Eve Limerick & Offensive Jokes.

This paragraph, talks about where Chaffinch repeatedly has stated to me and others that the trouble with mankind can be traced to the Garden of Eden discussed in the book of Genesis in the Holy Bible.

He believes that the problems of society are the fault of women symbolized by Eve, and it is man, symbolized by Adam who have to bear the penalty for woman's mistakes.

This is based upon another one of the limericks that Colonel Chaffinch is famous for reciting. And he has one that he recites frequently over the years called Adam and Eve. And within that limerick it tells the story of Adam and Eve and basically puts the blame on the female, Eve, for being the one who messed up in the Garden of Eden by eating the apple and that it's because of her that men have to work today. And, in other words, Adam got the short end of the stick per se because of the actions that this female took.

And he recites that everywhere. He recites it at work, he recites it at the State Fair, when half the people are working and the other people are off at the time but it is still a work function. It's a State Police function. He recites them at State Police functions and I would have to say that I have repeatedly and frequently heard this limerick, among others, and if you are a female and you repeatedly have to listen to the fact that Eve is the root of all evil and work for mankind you begin to get the impression that he believes that as well because he's the one reciting it.

-11-

He recites verbatim what I have set out in the complaint.

He uses no notes.

Chaffinch reads it with a flair that he puts on it. As you can tell from some of the wording, it's spoken in ebonics so to speak. I think that perhaps the origin of this is - kinda like a folklore. It is a component of a song and he reads that part of it not the "dem" bones - "d e m" which is ebonics. So he recites that in ebonics as he's talking it which I take to be a part of black culture. The way they would contract words and so forth. With quite a lot of flair and a sing-songy type manner as well. But the message always very clear that Eve got the apple and Adam got the shaft so to speak.

As I said, this is frequent and in no way shape or form an isolated incident but I was not taking notes throughout my entire career every time I ever heard this. I did hear it at Troop 5. I heard it at the State Fair. It has become a component at least in 2003 and 2002. It's a part of their entertainment so to speak at the fair and at any other event he may be at.

If he happens to be in a good mood, prompted or not, he will launch into a multitude of these limericks that he has memorized over the years. I've heard them so many times that I could recite a lot of them myself. This is one of those.

He has stated it recently. It has been since he is the Colonel. He recited them at my house at a party - post Christmas - in 2002 - these among others.

I can't recall every single inappropriate joke that I've ever heard, but I've heard them at work. I've heard them since I've been at headquarters. If he heard a good joke, he has to pop down immediately, come in my office or come in to then Lieutenant Dixon's office at the time to tell us the latest joke that he's heard.

-12-

Probably 50% of the time they're inappropriate or demeaning to some group be it woman, or blacks. I can't refer to all of them verbatim because I just can't remember these jokes and you don't try to remember some of these things that are offensive to you anyway or that you would never repeat to someone.

But as I said, he also does it at other events that are State Police functions. I rarely socialize with Aaron throughout these years at any kind of function that isn't State Police related be, it a retirement party or a promotional party or whatever.

But like I said, it really doesn't matter to the Colonel where he is, it happens to be you know - if he thinks there's an audience there that he feels like launching into this barrage of limericks he does and it doesn't matter if there's males there, females there, work or not work.

### (4) ¶ 37 - Two Women Cannot Work Together Remark.

This would have been in the latter part of August of 2003. After they sent out notices about promotions and transfers and so forth. And there was a lot of discussion and, you know, the Divisional rumor mill about who was going to be coming to the Traffic Section to take Glenn Dixon's place as Assistant Director and Aaron talked to me a couple of times about who I may want, you know, who he was thinking about and so forth.

On this particular occasion, again this would have been the latter part of August of 2003, he came into my office and sat down and began a conversation with me about some of the possibilities regarding who may be coming to take that position. And he began to tell me about the fact that there were a couple of staff members who had mentioned possibly bringing Lieutenant Alice Bailey down to my section and I just looked at him because that didn't seem to be a bad possibility to me and he said yeah. And when he brought it up he kind of like made a

-13-

him. Much like this he would say, what from the black ministers who care we would like to present this award to Leonard Aaron. And that is just the biggest deal to him to repeat this in ebonics, or in what he would consider to be their manner of speech and make fun of this organization.

Here they are presenting him an award and he's making fun of the fact about the way they talk and the way they messed up his name and the way they enunciated his name and so forth.

Another incident: he has over the years repeatedly again, same type of situation, made fun of a female rape victim from Coverdale Crossroads a largely black community. At the scene the investigator asked her where she had been raped, meaning a street location, like on Second Street or I was raped at my house or whatever, but instead she pointed to her genitals and said right here in my mess. And I don't know if Aaron was present when that was done or if he heard about it but he has repeated and told that story ever since, again, from that same time frame all through his career with the same thing that he has to mock the tone, mock the enunciation, and so forth and basically make fun of this black female that who was raped at Coverdale. Like how stupid could she be to say that when they meant what location were you raped. Obviously they knew it was there and so forth and he has done that over the years repeatedly.

The most recent incident took place at the Traffic Records Forum in July of 2003. He was attending with Major Hughes and Major Baylor. Major Hughes - it had just been announced that he was going to be the next Major and it had just been announced that he was obviously bypassing Major Baylor and making Marcin the Lt. Colonel. So it was within a matter of a few days of that announcement being made.

They were attending, in Colorado Springs, an FBI function. Myself, Lieutenant Dixon at

-48-

the time, and Ret. Major McDonald were attending the Traffic Records Forum in Denver. So because we were all within about a half hour to forty-five minute drive of each other, before we left there, there had been conversation about maybe meeting for dinner one of those nights. Well we kind of were hoping that he wouldn't call at all, I mean, we could do our own thing and there were DelDot people there too. And we didn't really want to just leave them and go off but at any rate on the last night that we were going to be there they did get up with us. Contacted us, I think through Dixon's cell phone and asked us if we wanted to meet. Karen Chaffinch was with Aaron. So we said well yeah I guess since they called we'll go ahead and meet them for dinner or whatever. So, the three of us met them halfway between Denver and Colorado Springs and went out to dinner with Colonel Chaffinch, Karen Chaffinch, myself, Captain Dixon, Major Baylor, and Major Baylor's young daughter.

So we're sitting there. We're having dinner.  At any rate we're sitting there and you could just tell that, you know, he was in rare form.  He's very loud. Almost a little sarcastic that night and I think it was partly because he's sitting there with Major Baylor who he just bypassed, he's sitting across the table from me who he just bypassed, and promoted R. L. and I think he was in an uncomfortable circumstance to some degree and he was trying to compensate for it. So in the course of the evening he's talking and joking around and I don't remember any of the specific jokes just acting, you know, belligerent and silly overall and he starts telling about being classmates and kind of reminiscing a little bit with Major McDonald who was there and different things about that.

And he starts telling a story about Ronald Gaines who was a black trooper, retired now, and they were actually academy classmates. And he starts recounting this story and he goes right

-49-

into telling about the fact that his middle initials were "LW" and from the Academy on they called him "Ronald Loves Watermelon Gaines".

So he's recounting this story at the table where Baylor and his daughter were sitting. And, I was just stunned and, Mike McDonald was looking at me and Glenn's looking at me and I'm just like - you almost couldn't believe it was happening in front of your eyes. And Karen actually elbowed him and he looked at her and went, what, and then she said made some kind of a noise or a face at him or whatever and he said, oh Dave doesn't mind he's my bud. And at that point Dave didn't say anything he just looked at him and they - he just went right on telling about the story and the conversation and everything and, you know, me and Glenn and Mike McDonald all talked about it on our way back to the hotel that night that we could not believe that he did that at all let alone in 2003 he would even bring up this story again and tell about it.

I had heard him refer to that before over the years but it had been a while. And, again, that he would tell it in the first place, let alone tell it in front of Dave Baylor and his daughter who's only like 12 or 13 and but certainly old enough to understand that stereotype. And Dave never said anything about it to him, you know to his face that I know of. He did talk with me about it afterwards and he was like, I just take it all in and keep it in my mind and it was wrong and he was offended. But again, he's in this situation where here he is, he's one of his staff members, and, what are you supposed to do.

So we were just all stunned and appalled and a lot of talk on the way back to the hotel about it. The fact that he was going to, if he continued that kind of behavior he was going to bury himself. And there were already several suits against him already. We were going through all this issue with the Bradley Report and everything else and he just put it right out there.

-50-

In addition to that, that same night, at the same table, he - he just was terrible to the waitress, just disrespectful and just what I would consider tormenting her all night, being silly and things like that. And, you could tell she was frustrated with him. And Karen looked like she was disgusted with him that night too but,  she's married to him.

When the waitress came to take his plate, he had steak that night and he had left some of it on there and he handed it back up to her and again he said, here I've had all I can handle give my leftovers to the starving Ethiopians. And that was after the other statement that he had done and I was like. I mean it just kept getting worse.

I also recall from Capt. Greg Warren  vaguely that he had some incidents where both himself and Ralph Davis were embarrassed at a couple of police related functions like the Mayor of Dover Prayer Breakfast where Aaron was relaying some type of story having to do with Aunt Jemima or he was speaking in an Aunt Jemima voice. That he was talking in ebonics again and Aaron's very loud when he is in that mode. They were embarrassed and they said to me that if they could have sunk down into the floorboards and disappeared that's what they would have done because they could not believe how loud he was and there were other minorities there that they were afraid were gone over hear him and so forth and they were just, offended by his behavior and didn't really know what to do.

They were embarrassed for him to be our Colonel. And I have to say that would be my conclusion as well. You know, he's just, in my viewpoint, he's a disgrace on so many levels that it's unbelievable to me.


(b)  For Counts II and III of the Amended Complaint, plaintiff responds as follows.

-51-