# EXHIBIT B

Conley v. Chaffinch, et al.
Captain Glenn Donald Dixon   C.A. # 04-1394-GMS   July 13, 2005

Page 34

1  from recounting these three limericks and referring to
2  two others and saying that there were sexually-charged
3  limericks, she also uses at the top of the page the word
4  "jokes," "sexually-charged jokes" which could be
5  offensive to women. Do you remember Colonel Chaffinch
6  telling jokes, not reciting poems or whatever but telling
7  jokes that could be offensive to women?
8       A.  Yes, he would have a joke about every day you
9  would come in contact with him, and along those lines, he
10 would give offensive jokes, dirty jokes, and some would
11 be offensive to women, yes, as well as minorities.
12      Q.  Okay. So let's just follow up on that a little
13 bit. Does Colonel Chaffinch try to use humor as part of
14 his management style?
15      A.  Yes.
16      Q.  And I think you just indicated that he, whenever
17 you would come in contact with him, he would tell a joke
18 or something like that, right?
19      A.  Yes.
20      Q.  If you had to characterize it, the sum total of
21 the kinds of jokes and everything he tells, for example,
22 there are some jokes that aren't sexually offensive?
23      A.  Right, right. True.
24      Q.  You could hear a joke on The Letterman Show or

Page 35

1  something like that and recount that. Would that happen?
2       A.  Sure, yes.
3       Q.  You said that some jokes would make fun of
4  minorities?
5       A.  Yes.
6       Q.  Some jokes would make fun of women?
7       A.  Yes.
8       Q.  There would be limericks and things like that
9  that could be offensive to women?
10      A.  Yes.
11      Q.  Could there be limericks that weren't offensive
12 to women?
13      A.  Yes.
14      Q.  Poems or things?
15      A.  Mm-hmm.
16      Q.  All right. Could there be limericks that would
17 be offensive to minorities?
18      A.  Yes.
19      Q.  Could there be limericks that weren't offensive
20 to minorities?
21      A.  Yes.
22      Q.  If you had to characterize it, what percentage of
23 all the jokes he would tell would be offensive to women
24 or minorities, if you had to give one?

Page 36

1       A.  I would give a 70 to 30, 70 being offensive.
2       Q.  So 70 percent of his jokes and poems and
3  everything would be offensive?
4       A.  Yes.
5       Q.  And the other 30 wouldn't be?
6       A.  Yes.
7       Q.  Now, if we go back to page 8 again, in paragraph
8  37 Captain Conley has indicated that there was an
9  occasion when she had a conversation with Colonel
10 Chaffinch and he indicated that he would not assign
11 another woman to work in the traffic control section, I
12 believe Captain Conley will testify as a uniformed
13 officer. This probably had to do with after you left.
14 Okay. He wouldn't assign another woman to work in the
15 traffic control section because he felt that two women
16 could not get along and work together.
17           Okay. Have you ever heard that kind of a
18 remark from Colonel Chaffinch yourself?
19      A.  Yes, on two occasions. The first one was
20 referring to Pat Anderson, who was the main secretary in
21 the traffic section. Some issues arose and that's what
22 he said about Pat Anderson and Captain Conley, was that
23 two women can't work together.
24      Q.  Okay. So you heard that some time while you were

Page 37

1  serving in the traffic section?
2       A.  Yes.
3       Q.  What was the other occasion?
4       A.  When they were talking about moves, promotions
5  and some transfers, and Captain Conley mentioned to him
6  that she would not mind having Alice Bailey work in the
7  section, and again that came up, the same conversation
8  that two women can't work together.
9       Q.  So you were present for that conversation too?
10      A.  Yes.
11      Q.  Okay. All right. Thank you.
12           All right. Let's move on. In paragraph 38
13 Captain Conley makes an allegation that on an occasion
14 when Colonel Chaffinch was a lieutenant he had been
15 disciplined for participating in an incident where a
16 female, and this would be a trooper, bared her breasts
17 for money at a party. I think the testimony on this
18 would be that there was some sort of retirement party or
19 some sort of a function, you know, at a restaurant or
20 some place like that, and drinking was going on, and it
21 got a little bit out of hand somewhere along the line,
22 and a trooper might have been dancing on a table, and
23 people said, Take it off, or whatever, and she might have
24 taken her blouse off or her bra off or something, and

10 (Pages 34 to 37)

Wilcox & Fetzer, Ltd.        Professional Court Reporters        (302)655-0477

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| Captain Glenn Donald Dixon | C.A. # 04-1394-GMS | July 13, 2005 |

### Page 74

1  Q. Major Baylor is there with his daughter?
2  A. Yes.
3  Q. Teenage daughter?
4  A. I think her name is Sydney.
5  Q. Captain Conley is there?
6  A. Yes.
7  Q. Colonel Chaffinch goes, and his wife I think is
8  attending also?
9  A. Yes.
10 Q. You wear name tags?
11 A. Yes.
12 Q. Hospitality room? Was there a hospitality room?
13 A. Yes.
14 Q. So what would like your name tag say?
15 A. Normally I wouldn't wear a name tag going to the
16 hospitality room after hours, so I don't know if I had
17 one on there, but it would have said Captain Glenn Dixon,
18 Delaware State Police.
19 Q. And the colonel would have a name tag?
20 A. Yes. He actually wears a permanent -- not a
21 permanent name tag but one he stuffs in his pocket so
22 people know who he is.
23 Q. He is an officer in the organization, on the
24 board or something like that?

### Page 75

1  A. In CARE?
2  Q. In CARE? Maybe I've got the wrong group. Is it
3  CARE?
4  A. Yes, yes.
5  Q. You are saying he has a permanent name tag that
6  he uses that identifies him at the time as the colonel of
7  the Delaware State Police?
8  A. Yes.
9  Q. Okay. In the hospitality room did the colonel
10 recite limericks and jokes that women or minorities could
11 find offensive?
12 A. Yes. It was kind of like a dueling process
13 between him and another -- I guess the group hired a
14 magician and slash comedian, so he was sparing off with
15 him, would recite the limericks and jokes, you know, both
16 clean jokes and dirty jokes, and the limericks that we
17 discussed.
18 Q. All right. Was there a dinner that you attended
19 with Major Baylor and his daughter and Colonel Chaffinch
20 and his wife and Barbara? You all sat at the table
21 somewhere, went to Colorado Springs or something like
22 that?
23 A. That was in Colorado, yes.
24 Q. This was a different time?

### Page 76

1  A. Yes.
2  Q. When was the Colorado Springs thing?
3  A. That was I'm going to say around July or August
4  of 2003.
5  Q. Okay.
6  A. Around then, yes. We were there as a traffic
7  records forum.
8  Q. That's what it was, right.
9  A. And then Colonel Chaffinch, as well as Major
10 Hughes, Major Baylor were there for an FBI conference in
11 Colorado Springs. We were in Denver.
12 Q. And they all met you for dinner?
13 A. Yes. We met halfway.
14 Q. Okay. And at that dinner was the colonel in rare
15 form?
16       MS. BALLARD: Object to the form.
17 Q. At the dinner was the colonel telling jokes or
18 engaging in conduct that women or minorities could find
19 offensive?
20 A. He was -- I wouldn't say he was in rare form, but
21 he would lay some jokes out there, and I remember one
22 time when, I think it was a waitress, not a waiter,
23 picked his food up, he had some leftovers, and he told
24 the waitress that she could just feed it to the starving

### Page 77

1  Ethiopians in Africa. He also referred to major -- to
2  Ronnie Gaines as Ronnie Loves Watermelon Gaines in front
3  of Major Baylor and his daughter.
4  Q. Ronnie Gaines is an African American trooper?
5  A. Yes. Retired, yes.
6  Q. Retired trooper?
7  A. Yes.
8  Q. And he referred to him as Ronnie Watermelon
9  Gaines?
10 A. Loves Watermelon Gaines.
11 Q. So those were his words?
12 A. And I've heard that numerous times throughout my
13 career, because I'm fairly certain that they went to the
14 academy together and that's when he gave him that
15 nickname, whenever he started the academy.
16 Q. And Major Baylor's young teenage daughter was
17 present at the dinner too?
18 A. I think at the time she was like 12.
19 Q. Let me throw out a few other statements that
20 Captain Conley alleges she has heard from the colonel
21 over the years, okay, and see whether or not you have
22 heard them. Okay? She alleges he has said things like
23 "Women are nothing but trouble, women are a pain in the
24 ass, you can't live with them, you can't live without

20 (Pages 74 to 77)