# EXHIBIT C

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| David Baylor | C.A. # 04-1395-GMS | June 27, 2005 |

Page 46

1  and left early?
2    A. Yes.
3    Q. Okay. Now, did you ever attend a traffic
4  records forum in Colorado in July of 2003?
5    A. No. But I was in Colorado in July of 2003. I
6  was at the FBI conference.
7    Q. Okay. I've heard rumors about some kind of a
8  dinner which took place. I'd like to ask you some
9  questions about that.
10   A. Okay.
11   Q. Were there any other Delaware State Police
12 Officers out in Colorado at the same time that you were
13 out there?
14   A. Yes, sir.
15   Q. Okay. Who were the officers?
16   A. At the FBI conference it was myself, Colonel
17 Chaffinch and his wife. Retired Major Mike McDonald was
18 at the traffic records forum. Captain Laird and his wife
19 were at the FBI conference. And at that time Captain
20 Hughes was just informed that he was a major and he was
21 at the FBI conference. And then Lieutenant Dixon was at
22 the traffic records forum.
23   Q. Okay. Did everyone get together for dinner?
24   A. Yes, sir -- when I say "everyone," it was

Page 47

1  myself, the colonel and his wife, my daughter who
2  traveled with me, and Major McDonald, Captain Conley and
3  Lieutenant Dixon were all at a restaurant outside of
4  Denver.
5    Q. Okay. Now, how old was your daughter at that
6  time?
7    A. That was two years ago. What year was that?
8  2003?
9    Q. I believe so.
10   A. Here you go --
11   Q. I'm sorry.
12   A. I'm having a hard time trying to keep up with
13 the grades here. She would be -- she will be fourteen
14 this year. She would have been eleven, getting ready to
15 turn twelve.
16   Q. At this dinner did Colonel Chaffinch engage in
17 any inappropriate either speech or jokes or limericks or
18 things like that that you can remember?
19   A. I don't specifically remember, because I was
20 down at the other end of the table. I had heard
21 afterwards that there was a comment made, but to be quite
22 honest with you, I was sitting there trying to figure out
23 the menu and make sure that my daughter didn't order me
24 out of house and home, because when she orders she goes

Page 48

1  for the moon. I was trying to focus on that.
2    Q. What was this comment that you heard about
3  later?
4    A. I heard that, later heard that he said -- that
5  he made reference to Watermelon Gaines. Gaines is a
6  retired Delaware State Police corporal.
7    Q. Why was he calling him watermelon?
8    A. In the context of why it was said, there was
9  watermelon apparently on the menu or he saw watermelon or
10 the server offered watermelon as a dessert and that's
11 when he blurted it.
12   Q. I'm sorry. What's the trooper's full name?
13   A. Ronald L. W. Gaines.
14   Q. Is he a white or black trooper?
15   A. Black trooper, retired corporal. He was in
16 Colonel Chaffinch's academy class.
17   Q. Got you. Who did you hear about it later from?
18   A. Captain Conley and Lieutenant Dixon.
19   Q. Now, do you understand that this is a -- Captain
20 Conley, she has a sex discrimination claim?
21   A. Yes, sir.
22   Q. Did you understand that coming in here today?
23   A. Yes, sir.
24   Q. Do you remember anything else which you think

Page 49

1  the colonel may have done in the workplace which would
2  have reflected either gender stereotypes --
3    A. That's a broad question. Can you be more
4  specific?
5    Q. Sure. You have already testified a little bit
6  about some inappropriate limericks or jokes that the
7  colonel told. Do you recall that testimony?
8    A. Yes, sir.
9    Q. You have talked a little bit about certain
10 things that the colonel has said to a female secretary
11 in, I guess, I think it was in headquarters?
12   A. Maybe I said about. I don't think he actually
13 said it to them.
14   Q. About certain female secretaries in
15 headquarters. Is there any other inappropriate workplace
16 behavior which you think might be relevant to Captain
17 Conley's case?
18        MS. BALLARD: Object to form.
19   Q. You can answer.
20   A. Not right off the top of my head. I mean,
21 unless you have something specific, I don't.
22        Like I said, there was -- my head is still
23 spinning from my time, especially after the rank of
24 captain in the state police, because I was treated unfair