# EXHIBIT A

Conley v. Chaffinch, et al.
Corporal Thomas F. MacLeish    C.A. # 04-1394-GMS    June 9, 2005

Page 94

1  consistent with all our schedules and calendars.
2      MS. BALLARD: As to that issue, that's
3  fine.
4      MR. DURSTEIN: Yes. I think that's a
5  reasonable compromise. Leave it open as to that issue.
6      MR. NEUBERGER: Sure. So we are specific
7  on what the issue is, the issue is his decision as to who
8  to promote in the process to fill those positions.
9      MS. BALLARD: I thought the issue was what
10 criteria he is going to apply in considering the various
11 applicants.
12     MR. NEUBERGER: Sure. I think that fits in
13 with the larger picture of who he is going to consider in
14 the process and who he actually ultimately promotes.
15     MS. BALLARD: That's different.
16     MR. NEUBERGER: I think this is still an
17 open issue from the Rule 16 as to whether we are going to
18 amend our lawsuit to include future promotions.
19     MS. BALLARD: If you amend, you amend.
20     MR. DURSTEIN: Maybe the best way to
21 approach it now is we agree to leave the deposition open
22 as to these promotions. We'll reserve the right to deal
23 with any issues that might come up at that point, but I
24 think the important thing is we'll produce the witness so

Page 95

1  that he can be here and answer the questions.
2      MR. NEUBERGER: Fair enough.
3  BY MR. NEUBERGER:
4    Q. Colonel, prior to the promotions at issue, and
5  to be specific, the promotions that went to Major Eckrich
6  and Major Hughes, prior to that time, had you ever served
7  with Captain Conley?
8    A. Yes.
9    Q. Were you friends with her at that time?
10   A. Yes.
11   Q. Now, again, you testified to this before and my
12 memory is a little faulty, so I apologize.
13     How many years have you been in the DSP?
14   A. I've completed 27. I'm in my 28th year.
15   Q. Thank you.
16     How many years have you served with
17 L. Aaron Chaffinch?
18   A. He came on the year after I did, so -- do the
19 math. Twenty-six and a half years, 27 years I served
20 with him.
21   Q. Did you ever serve with him at the same duty
22 assignment?
23   A. Yes.
24   Q. What duty assignments were they?

Page 96

1    A. The first we had a short overlap of when I
2  came -- when I was coming out of the drug unit in
3  February of -- I'm mixing up my years -- of '84 is when I
4  came out. We were finishing an operation in special
5  investigations. He came into the unit prior to my
6  departure. He was my replacement coming in and we had a
7  short overlap of one of about maybe four to six weeks, I
8  think. And then he took my place and I was out and he
9  was in.
10     The next time we actually served together
11 was when I had my stint as troop commander at Troop 5
12 from January of '94 through July of '94.
13   Q. What would his rank have been at that time?
14   A. He was a lieutenant at that time.
15   Q. Just for the purposes of the record, there's a
16 captain who is in charge of the troop and is the troop
17 commander; correct?
18   A. That's correct.
19   Q. Were there two lieutenants who served under him?
20   A. Yes.
21   Q. Do you recall what lieutenant's position Colonel
22 Chaffinch held?
23   A. Yes. He was the traffic lieutenant at that
24 time.

Page 97

1    Q. Did you work closely together with him in your
2  capacity as traffic lieutenant?
3    A. Yes.
4    Q. Did you serve with him after that?
5    A. When I came up on staff in June of '01, he was
6  the lieutenant colonel and I served under him. And then
7  he became the acting superintendent in October of that
8  year and I was his major -- I was a major on his staff as
9  operations officer.
10   Q. Did there come a time when he asked you to serve
11 as his lieutenant colonel?
12   A. Yes.
13   Q. How did you feel about that?
14   A. I was ecstatic.
15   Q. Was it a big deal to you?
16   A. Yes, it was.
17   Q. Was it --
18   A. It was an honor. The big deal is the honor.
19 It's an honor to serve in that capacity, yes.
20   Q. So as his lieutenant colonel, did you work
21 closely with him on a day-to-day basis?
22   A. Yes, I did.
23   Q. Did you also work closely with him while you
24 were a major and he was the lieutenant colonel?

25 (Pages 94 to 97)

Conley v. Chaffinch, et al.
Corporal Thomas F. MacLeish    C.A. # 04-1394-GMS    June 9, 2005

Page 90

1  A. Yes, there are going to be interviews.
2  Q. And that those interviews are going to be for
3  candidates to fill the position; correct?
4  A. Positions.
5  Q. Positions. Excuse me.
6     Now, this e-mail, Plaintiff's Deposition
7  Exhibit 17, was sent to all the captains; correct?
8  A. That's correct.
9  Q. If all of these captains submitted letters of
10 interest along with a resume, would they all be
11 considered for the position?
12 A. Yes.
13 Q. Do you think that all these captains are
14 qualified to apply for the position and be considered for
15 the position?
16 A. Yes, I do.
17 Q. Do you have any favorites on this list?
18 A. Not at this time.
19 Q. Do you have any objective standards that you are
20 going to use once the date does close in determining who
21 to award the positions to?
22 A. I haven't interviewed them yet. I haven't seen
23 the applications.
24 Q. Are there going to be any standards that you are

Page 91

1  going to use in judging those interviews and in judging
2  those applications and in judging those letters of
3  interests and in judging those resumes?
4  A. There's going to be a process where Lieutenant
5  Colonel Seifert and I are going to conduct those
6  interviews. And based upon criteria for those positions
7  that we feel is important to those positions, that is
8  necessary for the positions, we will --
9  Q. What I'm trying to get at is: What are those
10 criteria?
11 A. That would be unfair for me to say that at this
12 point with Captain Conley here and put her in an
13 advantage over the other 19 captains that are out there
14 that don't have the same ability to hear what that
15 criteria is going to be. That's set here.
16 Q. Colonel, I'm story to put you in a bad position.
17 A. Right.
18 Q. But this is relevant to certain aspects of this
19 lawsuit, specifically, Counsel, the injunctive relief. I
20 do need to ask you to answer that question.
21    MS. BALLARD: I'm sorry. What injunctive
22 relief are you referring to? That she be made --
23    MR. NEUBERGER: Instatement it's called.
24 That she be promoted to the rank of major.

Page 92

1     MS. BALLARD: Are you suggesting that that
2  has some relationship to the current vacancies?
3     MR. NEUBERGER: Absolutely.
4     MS. BALLARD: I think that's an issue aside
5  from whether he can answer your question or not.
6     MR. NEUBERGER: I need to know what factors
7  he is considering in making his promotions.
8     MR. DURSTEIN: I think the problem we have,
9  and we talked this over beforehand anticipating this
10 might come up. Our difficulty is or the colonel's
11 difficulty is that there's a duty running to all of the
12 candidates to preserve the integrity of the process, and
13 to the extent it is confidential, to preserve the
14 confidentiality and the fairness of it.
15    I think the colonel recognizes that to
16 disclose on this record at this time too much what I'll
17 call inside information about the process would raise
18 issues of fairness as to the candidates. Without getting
19 into the advice I would give him in wearing my hat as
20 counsel for the division --
21    MR. NEUBERGER: I'm not asking you to do
22 that as that would violate Rule 30(d).
23    MR. DURSTEIN: I would say certainly it
24 would be a valid concern for the Colonel to have to

Page 93

1  effect the integrity of that selection process which has
2  not yet taken place by disclosing information that could
3  prejudice some of the applicants.
4  BY MR. NEUBERGER:
5  Q. Colonel, when would you be able to answer
6  questions about the factors that you are going to
7  consider in making these two promotions?
8  A. I hope -- I hope to have interviews and
9  everything completed and have selection made by the end
10 of the first week of July, because I've got until the
11 17th to get them in.
12    And then, obviously, there's other things
13 going on, but I'm planning on scheduling interviews
14 evenings and weekends in order to be able to get the
15 interviews in and complete them and then make a decision
16 and a selection.
17    And I would be glad to share that with you
18 after that time. I appreciate the respect you are
19 showing me in this decision.
20 Q. Very well.
21    MR. NEUBERGER: Counsel, although I think I
22 am within my rights to ask him to answer that question,
23 counsel will agree to leave the deposition open and we
24 can revisit the issue sometime after that date has passed

24 (Pages 90 to 93)

Wilcox & Fetzer, Ltd.    Professional Court Reporters    (302)655-0477

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| Corporal Thomas F. MacLeish | C.A. # 04-1394-GMS | June 9, 2005 |

**Page 86**

1  Mr. Neuberger.
2    Q.  Sure.
3        Do you know who the first officer was who
4  ever held that position?
5    A.  Now you are making me think. I can -- once
6  again, I can speculate. I can make an educated guess for
7  you, but I can't -- you know, I think I would be right,
8  but it is a guess.
9    Q.  No. Just to make it clear for the record, I
10 don't want you to guess. I don't want you speculating.
11 I definitely don't want you making things up.
12   A.  I wouldn't do that.
13   Q.  I certainly appreciate that.
14       Do you have any reason to dispute if I told
15 you that Colonel Chaffinch was the first person who held
16 that position?
17   A.  That's who I was going to say it was.
18   Q.  How long have these two positions that are
19 currently vacant been vacant?
20   A.  The one -- one of the positions, the one of
21 operations officer, had -- was vacated by Major Baylor in
22 August of '04. We reassigned responsibility on staff at
23 that time to Major Seifert. He became the operations
24 officer for New Castle County and the information

**Page 87**

1  technology and the communication section which falls
2  under that. And we relieved him of a portion of his
3  command and gave it to Major Hughes.
4    Q.  How long has the other position been vacant?
5    A.  Since Friday.
6    Q.  Okay.
7    A.  Last Friday by the appoint of Major Seifert.
8    Q.  Judging by this e-mail in front of you, which is
9  marked as Plaintiff's Deposition Exhibit 17, would it be
10 fair to say that you are seeking applicants to fill those
11 two vacant positions?
12   A.  Yes, I am.
13   Q.  Have you made any decisions yet on who you are
14 going to place in those two vacant positions?
15   A.  No, I have not.
16   Q.  Have you given it any thought whatsoever?
17   A.  No, I have not.
18       Excuse me. Are you talking about am I
19 thinking of individuals for the position or have I given
20 thought to filling the positions with what I'm looking
21 for?
22   Q.  How about first: Have you given thought to any
23 specific individuals to fill those positions?
24   A.  No, I have not.

**Page 88**

1    Q.  Now to go to the other, to the first part of
2  what you indicated, have you thought of what you are
3  looking for?
4    A.  Yes, I have.
5    Q.  What are you looking for?
6    A.  The right person for the job.
7    Q.  Can you be any more specific than that?
8    A.  If I could, I know that -- obviously the first
9  person on the list is Captain Conley is who this was sent
10 to. And I'll be very broad and general in my sense
11 because it would be unfair to anyone that would want to
12 apply for that position if I gave specific things that
13 I'm looking for because the date hasn't passed to send in
14 your resume and your letter of consideration. Those are
15 both going to be factors. And plus the interview.
16       Do you understand that, the position I'm
17 in, Mr. Neuberger?
18   Q.  Sure. I'd like to go through some of that with
19 you.
20       On the "To" line, Captain Conley's name is
21 listed first?
22   A.  Yes.
23   Q.  Does it appear the names are listed
24 alphabetically?

**Page 89**

1    A.  That's the way it appears to me, yes.
2    Q.  You indicated one of the things you would be
3  considering is a letter of interest along with the
4  resume?
5    A.  Yes. That's what's stated in the sheet.
6    Q.  When those things are submitted and when the
7  date finally closes, will those be things you look at in
8  determining who to put into the position?
9    A.  Those are a few of the things we would consider,
10 yes.
11   Q.  You mentioned something else, I think, in
12 addition to the resume and the letter of interest a few
13 moments ago. Do you recall what else you mentioned?
14   A.  No.
15       THE WITNESS: Could you read it back to me?
16       MR. NEUBERGER: Could you read that back to
17 me?
18       (Discussion off the record.)
19 BY MR. NEUBERGER:
20   Q.  So there's going to be an interview when
21 candidates for the position are interviewed? Is that
22 fair to say?
23   A.  Yes. Everyone -- go ahead.
24   Q.  Would that be fair to say?

Wilcox & Fetzer, Ltd.                Professional Court Reporters                (302)655-0477

| Conley | v. | Chaffinch, et al. |
|---|---|---|
| Corporal Thomas F. MacLeish | C.A. # 04-1394-GMS | June 9, 2005 |

**Page 82**

1  of work?
2  A. I'm not aware of it.
3  Q. Just to change gears a little bit, are there
4  currently any vacancies for the position of major in the
5  Delaware State Police?
6  A. Yes, there are.
7  Q. Now, overall, what are the total number of
8  majors' positions on the executive staff, total?
9  A. Total is five.
10  Q. How many vacancies are there of those five
11  currently as of today?
12  A. Two.
13  Q. Who are the majors currently on the executive
14  staff?
15  A. Current majors are Major Papili, criminal
16  operations major.
17  Q. Okay.
18  A. Special operations, slash.
19      Then there's Major Hughes. He's field
20  operations, Kent and Sussex. And there's Major Eckrich,
21  who is my administrative major.
22  Q. Who is your lieutenant colonel?
23  A. Lieutenant Colonel Mark Seifert.
24  Q. Who was just promoted last week, I think?

**Page 83**

1  A. On Friday.
2  Q. Saturday paper.
3  A. That's right.
4  Q. Front page, local section, top headline.
5  A. Yes.
6  Q. I would like to put a document in front of you.
7      MR. NEUBERGER: Mark this as Plaintiff's
8  Exhibit 17.
9      (Plaintiff's Exhibit 17 was marked for
10  Identification.)
11  BY MR. NEUBERGER:
12  Q. Do you have that document in front of you?
13  A. I do.
14  Q. I'm going to ask you some questions about that
15  document. Okay?
16  A. Okay.
17  Q. Now, at the top it says "From: Harrison Pamela
18  R. (DSP)"?
19  A. That's correct.
20  Q. It was sent on Friday, July 3rd, 2005, at 1514
21  hours?
22  A. That's correct.
23  Q. It appears to be sent to a lot of captains.
24  Would that be accurate?

**Page 84**

1  A. That's correct.
2  Q. Would you know if these are all the captains
3  currently in the DSP?
4  A. It better be.
5  Q. So is that a yes?
6  A. Yes.
7  Q. Is the "Subject" line say "RE: Vacancies on
8  Executive Staff, Correction"?
9  A. Yes.
10  Q. Could you take a look at the rest of this
11  document and tell me once you have?
12  A. (The witness reviews the document.) Yes, I've
13  read it.
14  Q. Was this a document which was sent out pursuant
15  to your authority?
16  A. Yes, it was.
17  Q. Is this document indicating there are two vacant
18  positions on the executive staff?
19  A. Yes, it is.
20  Q. Are those the same two vacant positions you just
21  described to me before I gave you this document?
22  A. I described two vacant positions on the
23  executive staff, yes.
24  Q. What are the actual positions that are vacant?

**Page 85**

1  A. Well, there's one current vacant position for
2  field operations, north.
3  Q. Which is --
4  A. Which is New Castle County. Okay?
5      And then there is a second -- that was
6  vacated, that is, for what used to be called the
7  information technology position of major. That is under
8  review with the executive staff now to make a
9  determination as to will we realign executive staff to
10  reflect a better, more efficient manner in which to run
11  the division. There's multiple things, but homeland
12  security has come into the picture in a big way. Do we
13  need a specific major for that? So it's in a discussion
14  stage with executive staff.
15      I have the authority to fill two executive
16  staff positions with major. So that's why you don't see
17  specificity to the open positions.
18  Q. Of the five majors' positions, the actual
19  positions that officers hold on the executive staff,
20  which of those was the most recently created by the DSP?
21  A. Would be the information technology position.
22  Q. When was that created?
23  A. I'm guessing. Do you want me to guess? Because
24  I wasn't there when the decision was made to make it,