# EXHIBIT B

**From:** Harrison Pamela R (DSP)
**Sent:** Friday, June 03, 2005 15:14
**To:**  Conley Barbara L (DSP); Davis Ralph H (DSP); Dixon Glenn D (DSP); Downes Harry W (DSP); Evans Jeffrey R (DSP); Harris William T (DSP); Hawkins Robert C (DSP); Homiak Albert J (DSP); Laird John J (DSP); McQueen Nathaniel (DSP); Nolt Greg D (DSP); Paige James (DSP); Papili Mary Ann (DSP); Pulling Richard C (DSP); Shamany Elizabeth E (DSP); Simpson Charles J (Chip) (DSP); Smentkowski Paul E (DSP); Winstead Timothy E (DSP); Yeomans John A (DSP)

**Subject:**    RE: Vacancies on Executive Staff, Correction


To:        All Delaware State Police Captains

From:   Colonel Thomas F. Mac Leish

Subject:       Positions Available on Delaware State Police Executive Staff

    There are two vacant positions on the Executive Staff. Please send a letter of interest along with a resume (both must be included to be considered) to the Superintendent's Office no later than 1600 hours on Friday, June 17, 2005. The letter of interest should indicate your interest in the positions and what unique qualifications you can bring to the Executive Staff. All applicants will be interviewed after the June 17th cut off date.

π Dep Ex. 17
MacLeish