IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH,** individually and in his official | : | |
| capacity as the Deputy Superintendent, | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| individually and in his official capacity as | : | |
| Secretary of the Department of Safety and | : | |
| Homeland Security, State of Delaware; and | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE PROCESS USED BY COLONEL THOMAS F. MACLEISH IN THE SELECTION OF CANDIDATES FOR PROMOTION TO THE RANK OF MAJOR IN THE DELAWARE STATE POLICE IN 2005 OR 2006**

                                                     **THE NEUBERGER FIRM, P.A.**
                                                     **THOMAS S. NEUBERGER, ESQ. (#243)**
                                                     **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                                     Two East Seventh Street, Suite 302
                                                     Wilmington, DE 19801
                                                     (302) 655-0582
                                                     TSN@NeubergerLaw.com
                                                     SJN@NeubergerLaw.com

Dated: April 11, 2006                          Attorneys for Plaintiff

Plaintiff does not intend to offer evidence of the process used by defendant MacLeish in the years 2005 or 2006 for any liability purpose barred by Fed.R.Evid. 407.

Plaintiff reserves the right, however, to offer such evidence for other proper purposes as permitted by Fed.R.Evid. 407.  For example, if Chaffinch claims that such a structured promotion process was impossible to create, plaintiff can then offer evidence of MacLeish's process to prove feasibility of implementing a process that does not leave decisions up to the Colonel's unfettered discretion.[1]

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: April 11, 2006        Attorneys for Plaintiff

---

[1] Plaintiff also notes that at the time of MacLeish's deposition, there was the open issue of whether plaintiff would amend her complaint to include two subsequent promotions that she was denied.  However, plaintiff concluded that adding such additional claims would not be proper under the Federal Rules of Civil Procedure since they arose out of different transactions or occurrences.

1

**CERTIFICATE OF SERVICE**

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on April 11, 2006, I electronically filed this **Brief** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Ralph K. Durstein III, Esquire
>Department of Justice
>Carvel State Office Building
>820 N. French Street
>Wilmington, DE 19801
>
>James E. Liguori, Esquire
>Liguori, Morris & Yiengst
>46 The Green
>Dover, DE 19901

>  /s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

Conley/ Pleadings / Conley - AB to Ds MinL - MacLeish process.final