IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **COLONEL L. AARON CHAFFINCH,** : | C.A.No.04-1394-GMS |
| individually and in his official capacity as the : | |
| Superintendent, Delaware State Police; : | |
| **LIEUTENANT COLONEL THOMAS F.** : | |
| **MACLEISH,** individually and in his official : | |
| capacity as the Deputy Superintendent, : | |
| Delaware State Police; **DAVID B. MITCHELL,** : | |
| individually and in his official capacity as : | |
| Secretary of the Department of Safety and : | |
| Homeland Security, State of Delaware; and : | |
| **DIVISION OF STATE POLICE,** : | |
| **DEPARTMENT OF SAFETY AND** : | |
| **HOMELAND SECURITY, STATE OF** : | |
| **DELAWARE,** : | |
| : | |
| **Defendants.** : | |

**PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED JOKES AND REMARKS BY COLONEL CHAFFINCH RELATED TO RACIAL ISSUES AND UNRELATED TO GENDER**

                                                **THE NEUBERGER FIRM, P.A.**
                                                **THOMAS S. NEUBERGER, ESQ. (#243)**
                                                **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                                Two East Seventh Street, Suite 302
                                                Wilmington, DE 19801
                                                (302) 655-0582
                                                TSN@NeubergerLaw.com
                                                SJN@NeubergerLaw.com

Dated: April 11, 2006                      Attorneys for Plaintiff

Plaintiff does not intend to offer evidence of Chaffinch's racial bias because it is not relevant to plaintiff's claims of gender discrimination. Plaintiff has ample evidence of Chaffinch's discriminatory beliefs and attitudes toward women. Accordingly, plaintiff does not oppose the defense motion in this regard

For purposes of the record, plaintiff notes that defendants' characterization of her Answers to Interrogatories as "narrative interrogatory answers" is incorrect. (Motion at 2; Opening Brief at 1). If defendants had crafted more pointed interrogatory questions, plaintiff would have been able to more succinctly respond. However, given the open ended nature of defendants' questions, plaintiff was forced to respond fully and accurately, in accord with the requirements of the rules.

Furthermore, to the extent defendants insinuate that plaintiff used this case to take discovery on racial issues, such an accusation is flatly denied. However, in the interest of time and judicial economy, plaintiff will not respond further to the issue as it does not have any direct bearing on issues relevant to these pretrial submissions.

        Respectfully Submitted,

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

Dated: April 11, 2006        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on April 11, 2006, I electronically filed this **Brief** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Ralph K. Durstein III, Esquire
> Department of Justice
> Carvel State Office Building
> 820 N. French Street
> Wilmington, DE 19801
>
> James E. Liguori, Esquire
> Liguori, Morris & Yiengst
> 46 The Green
> Dover, DE 19901

      /s/ Stephen J. Neuberger
      **STEPHEN J. NEUBERGER, ESQ.**

Conley/ Pleadings / Conley - AB to Ds MinL - racial issues.final