# EXHIBIT A



**WILCOX & FETZER LTD.**

In the Matter Of:

# Conley
# v.
# Chaffinch, et al.

C.A. # 04-1394-GMS

---

Transcript of:

Captain Glenn Donald Dixon

July 13, 2005

---

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

Case 1:04-cv-01394-GMS    Document 195-2    Filed 04/12/2006    Page 3 of 9

Conley                                v.                    Chaffinch, et al.
Captain Glenn Donald Dixon   C.A. # 04-1394-GMS              July 13, 2005

Page 22

1  A. Those, along with others, yes.
2  Q. And then let's go to Exhibit Number 4, which is
3  the last one of these, Exhibit Number 4 from Colonel
4  Chaffinch's deposition. Let me ask you to read that over
5  quietly, a limerick about a monkey and a coconut grove.
6  A. Okay.
7  Q. Have you read that?
8  A. Yes, I have.
9  Q. And is this a limerick that you've heard the
10 colonel recite throughout your career and interacting
11 with him?
12 A. Yes.
13 Q. And has he recited this, to use your words,
14 frequently in the workplace?
15 A. Yes.
16 Q. And has he recited this off duty?
17 A. Yes.
18 Q. Now, if we look at paragraph 40 in the complaint
19 Captain Conley has filed here, she indicates that in her
20 presence and the presence of men and women he recounts
21 wide variety of more than five sexually-charged limericks
22 and jokes which she characterizes as offensive to women.
23 Do you see that?
24 A. Yes.

Page 23

1  Q. And then she gives the example of three of the
2  ones you have read here today, and I'll represent that
3  she would testify that the other two that we showed to
4  you are the other ones she is referring to. In your
5  recollection has Colonel Chaffinch recited these
6  limericks when women were present?
7  A. Yes.
8  Q. Okay. So in the troop when you would have heard
9  these recited, female officers, you are saying, or
10 secretaries could have been present?
11 A. Sure.
12 Q. Okay. And you are saying, is it a correct
13 statement that he has recited these poems in the presence
14 of either female officers or female staff working for the
15 state police?
16 A. He would recite these for whoever would listen
17 to, male, female, it doesn't matter what rank, what
18 position the person would hold.
19 Q. And let's just talk about the non-uniformed
20 personnel. There are non-uniformed personnel at Troop 5?
21 A. Yes.
22 Q. Have these things been said in earshot of
23 non-uniformed female personnel at Troop 5?
24 A. Absolutely.

Page 24

1  Q. Okay. Do you remember whether, do you have a
2  present recollection of whether any of these would have
3  been said in the presence of non-uniformed personnel up
4  in the headquarters building?
5  A. One was said, I know, in the headquarters
6  building. The up jump the monkey one, where it wasn't
7  said directly to non-uniformed, but it was said loud
8  enough and the proximity of where he said it could have
9  been heard by non-uniformed.
10 Q. Okay. So would that have been in the traffic
11 section; do you remember?
12 A. Yes.
13 Q. Well, are there four or five uniformed female
14 workers in the traffic section?
15 A. Yes. I mean, there have been some changes, but,
16 yes, at least that.
17 Q. When you were there we are talking about.
18 A. Yes.
19 Q. Are there other limericks that I haven't
20 identified here that the colonel recites that are
21 sexually charged?
22 A. I can't think of any specific limericks per se,
23 but any time you would have contact with him it seems
24 like he would have a new joke, and more times than not

Page 25

1  they were dirty jokes, not limericks per se.
2  Q. Okay. Have you ever witnessed a female officer,
3  subordinate officer, in the presence of Colonel Chaffinch
4  when one of these limericks or sexually-charged jokes
5  were recited complain to him about that?
6  A. Not to my recollection, no.
7  Q. Have you ever witnessed him recite these
8  limericks or jokes in the presence of an officer of
9  higher rank than he?
10 A. Yes.
11 Q. Okay. What ranks higher than he would he have
12 recited them in the presence of?
13 A. It would depend on what rank he was at the
14 current time. Now, if he was sergeant, you know, it
15 would be people above him, lieutenant, the same as he
16 progressed.
17 Q. When he was a sergeant he would be in a troop,
18 right?
19 A. Yes.
20 Q. Or I think he did undercover work too, right?
21 A. Yes.
22 Q. And when he was a lieutenant, I think he was like
23 a traffic lieutenant in the troop; is that true? Maybe
24 I'm wrong.

Conley                           v.              Chaffinch, et al.
Captain Glenn Donald Dixon    C.A. # 04-1394-GMS           July 13, 2005

Page 34

1  from recounting these three limericks and referring to
2  two others and saying that there were sexually-charged
3  limericks, she also uses at the top of the page the word
4  "jokes," "sexually-charged jokes" which could be
5  offensive to women. Do you remember Colonel Chaffinch
6  telling jokes, not reciting poems or whatever but telling
7  jokes that could be offensive to women?
8      A.  Yes, he would have a joke about every day you
9  would come in contact with him, and along those lines, he
10 would give offensive jokes, dirty jokes, and some would
11 be offensive to women, yes, as well as minorities.
12     Q.  Okay. So let's just follow up on that a little
13 bit. Does Colonel Chaffinch try to use humor as part of
14 his management style?
15     A.  Yes.
16     Q.  And I think you just indicated that he, whenever
17 you would come in contact with him, he would tell a joke
18 or something like that, right?
19     A.  Yes.
20     Q.  If you had to characterize it, the sum total of
21 the kinds of jokes and everything he tells, for example,
22 there are some jokes that aren't sexually offensive?
23     A.  Right, right. True.
24     Q.  You could hear a joke on The Letterman Show or

Page 35

1  something like that and recount that. Would that happen?
2      A.  Sure, yes.
3      Q.  You said that some jokes would make fun of
4  minorities?
5      A.  Yes.
6      Q.  Some jokes would make fun of women?
7      A.  Yes.
8      Q.  There would be limericks and things like that
9  that could be offensive to women?
10     A.  Yes.
11     Q.  Could there be limericks that weren't offensive
12 to women?
13     A.  Yes.
14     Q.  Poems or things?
15     A.  Mm-hmm.
16     Q.  All right. Could there be limericks that would
17 be offensive to minorities?
18     A.  Yes.
19     Q.  Could there be limericks that weren't offensive
20 to minorities?
21     A.  Yes.
22     Q.  If you had to characterize it, what percentage of
23 all the jokes he would tell would be offensive to women
24 or minorities, if you had to give one?

Page 36

1      A.  I would give a 70 to 30, 70 being offensive.
2      Q.  So 70 percent of his jokes and poems and
3  everything would be offensive?
4      A.  Yes.
5      Q.  And the other 30 wouldn't be?
6      A.  Yes.
7      Q.  Now, if we go back to page 8 again, in paragraph
8  37 Captain Conley has indicated that there was an
9  occasion when she had a conversation with Colonel
10 Chaffinch and he indicated that he would not assign
11 another woman to work in the traffic control section, I
12 believe Captain Conley will testify as a uniformed
13 officer. This probably had to do with after you left.
14 Okay. He wouldn't assign another woman to work in the
15 traffic control section because he felt that two women
16 could not get along and work together.
17         Okay. Have you ever heard that kind of a
18 remark from Colonel Chaffinch yourself?
19     A.  Yes, on two occasions. The first one was
20 referring to Pat Anderson, who was the main secretary in
21 the traffic section. Some issues arose and that's what
22 he said about Pat Anderson and Captain Conley, was that
23 two women can't work together.
24     Q.  Okay. So you heard that some time while you were

Page 37

1  serving in the traffic section?
2      A.  Yes.
3      Q.  What was the other occasion?
4      A.  When they were talking about moves, promotions
5  and some transfers, and Captain Conley mentioned to him
6  that she would not mind having Alice Bailey work in the
7  section, and again that came up, the same conversation
8  that two women can't work together.
9      Q.  So you were present for that conversation too?
10     A.  Yes.
11     Q.  Okay. All right. Thank you.
12         All right. Let's move on. In paragraph 38
13 Captain Conley makes an allegation that on an occasion
14 when Colonel Chaffinch was a lieutenant he had been
15 disciplined for participating in an incident where a
16 female, and this would be a trooper, bared her breasts
17 for money at a party. I think the testimony on this
18 would be that there was some sort of retirement party or
19 some sort of a function, you know, at a restaurant or
20 some place like that, and drinking was going on, and it
21 got a little bit out of hand somewhere along the line,
22 and a trooper might have been dancing on a table, and
23 people said, Take it off, or whatever, and she might have
24 taken her blouse off or her bra off or something, and

10 (Pages 34 to 37)

Case 1:04-cv-01394-GMS    Document 195-2    Filed 04/12/2006    Page 5 of 9

Conley                          v.              Chaffinch, et al.
Captain Glenn Donald Dixon   C.A. # 04-1394-GMS      July 13, 2005

Page 42

1  A. I've heard him say it in the assembly room, in
2  the lieutenant's office and my office.
3  Q. Okay. So once again, just for those who aren't
4  familiar, the assembly room is where everybody assembles
5  before a shift and gets ready to go out on patrol; is
6  that right?
7  A. It is basically a meeting area, yes.
8  Q. Okay. And so down at Troop 5, for example, when
9  are the patrols? Are they 12-hour shifts?
10 A. Yes, yes.
11 Q. So twice a day there will be assemblies?
12 A. Well, there is no formal meetings prior to the
13 officers going out on shifts, because they have to take
14 their own cars. But officers would stop in periodically
15 throughout the day.
16 Q. Oh, okay.
17 A. In order to check in, check their mail boxes,
18 discuss things over with their sergeants.
19 Q. Okay. So there would be people periodically in
20 the assembly room?
21 A. Yes.
22 Q. Now, on occasion there were announcements or
23 something that would have to be made from headquarters
24 and everybody would have to get together officially, that

Page 43

1  happens once in awhile?
2  A. Yes, quarterly troop meetings.
3  Q. Okay. And you are saying that you've heard him
4  make that reference in the assembly room?
5  A. Yes.
6  Q. And would women troopers be present?
7  A. I know officers would be present. Every shift
8  has a female -- not every shift. Three out of four
9  shifts have females on them, so it is possible a female
10 could have heard. I don't remember specifically.
11 Q. In paragraph 41 Captain Conley also says that
12 Colonel Chaffinch has said in the presence of men and
13 women that he has something extra, meaning he is not
14 circumcised. Is that a true statement?
15 A. I've never heard him express it in that way, that
16 he has something extra, but it is common knowledge that
17 I've had and many people have had, well, since I've
18 started at Troop 5 that that was the case, he was
19 uncircumcised. He would openly talk about it.
20 Q. Okay. So you learned about that from his own
21 lips?
22 A. Yes.
23 Q. Okay. So he would openly talk about the fact he
24 was not circumcised?

Page 44

1  A. Yes.
2  Q. And you've heard him make that kind of a
3  reference throughout your career?
4  A. Yes.
5     (Discussion off the record.)
6  Q. Let's move on to paragraph 42. In 42 Captain
7  Conley charges that Colonel Chaffinch has publicly stated
8  in the presence of women that he wants to watch others
9  engage in sexual relations. Is there any incident in
10 your recollection that would coincide with that
11 allegation?
12 A. One that comes to mind immediately was a
13 conversation with two lieutenants at the troop and
14 Colonel Chaffinch, and I was present, and they were
15 talking about a certain female troop that would
16 masturbate in front of another troop while they are
17 having sex, you know, and he talked about that, how he
18 would lose it if he saw that happen.
19 Q. Okay. So there was some sort of a conversation
20 going on about a female trooper having sex with two male
21 troopers; is that what you are saying?
22 A. No, no, one male trooper.
23 Q. With one male trooper?
24 A. And she would masturbate for him on herself.

Page 45

1  Q. Okay. This conversation was happening when the
2  colonel was present and two lieutenants at Troop 5 were
3  present?
4  A. Yes.
5  Q. And did you come upon the conversation? Did you
6  initiate it? How did you get in the room? How did this
7  come about?
8  A. Conversations like this would come up if we are
9  just talking about anything, work-related or otherwise.
10 And then someone would make a statement about this female
11 trooper, and then it would go from there. So just in the
12 passing of normal conversation.
13 Q. Okay. Well, I think you indicated when Colonel
14 Chaffinch would stop in at the troop he would visit in
15 the assembly room, he would visit in the lieutenant's
16 office, and he would visit in your office, right?
17 A. Yes.
18 Q. And you are saying that there was a conversation
19 going on about other matters, and then this came up
20 during the conversation?
21 A. Yes.
22 Q. Okay. So it wasn't like the four of you had a
23 meeting to talk about troopers having sex?
24 A. No.

Conley v. Chaffinch, et al.
Captain Glenn Donald Dixon   C.A. # 04-1394-GMS   July 13, 2005

Page 46

1  Q. But you are saying in the discussion of other
2  matters this came up?
3  A. Yes.
4  Q. Okay. So you were in the room because there were
5  discussions of other matters going on?
6  A. Yes.
7  Q. And let me just ask about the protocol. If the
8  colonel comes to a troop and you are the captain of the
9  troop, what is the protocol? Are you supposed to ignore
10 him, leave the building? Are you supposed to entertain
11 him? What is the expected norm in a paramilitary
12 organization when the commander comes into the building?
13 A. I've experienced both. Now with Colonel MacLeish
14 coming to visit, he is very professional. He is direct.
15 Now, he will small talk, ask about family and children
16 and stuff of that nature.
17     But, you know, we will talk about work and
18 personal stuff but nothing like Colonel Chaffinch would.
19 When Colonel Chaffinch would stop by he was the focal --
20 he was the focus of the entertainment for everybody at
21 the troop.
22 Q. Okay. So Colonel Chaffinch would come around,
23 and you have talked about the frequency of his visits,
24 and they weren't all official visits?

Page 47

1  A. No.
2  Q. Right. And you are saying when he would come
3  around he would seek to entertain the troopers?
4  A. Yes.
5  Q. And that's where these jokes come in and things?
6  A. Yes.
7  Q. And you used the words earlier "hang out at the
8  troop"?
9  A. Yes.
10 Q. But what I'm saying is when the colonel is in the
11 building, under Colonel Chaffinch's regime I mean, were
12 you expected to be around --
13 A. Yes.
14 Q. -- him, right?
15 A. If I'm scheduled to work there I should be there,
16 unless I've some meetings or anything else.
17 Q. But if he is in the building and he is hanging
18 around in the assembly room, are you expected to be
19 hanging around the assembly room too, assuming you don't
20 have anything else that needs your immediate attention?
21 A. Sometimes I would come out to get a drink or
22 something and he would be there with some others and I
23 would stop and listen for some time. But I wouldn't have
24 to be there to listen.

Page 48

1  Q. In paragraph 43, and we are still on page 9 here,
2  it says that other troopers in the presence of Colonel
3  Chaffinch have called Captain Conley Puss. Have you ever
4  witnessed that happen?
5  A. Yes.
6  Q. Okay. And do you remember who the trooper was
7  who was calling her Puss?
8  A. Ronald Thomas. Ron Thomas.
9  Q. Right. Is he retired now?
10 A. Yes.
11 Q. And he retired at what rank?
12 A. Corporal, master corporal.
13 Q. Corporal. And when is the last time you remember
14 this incident happening and the colonel being around?
15 A. Up until when Ron retired.
16 Q. So before Ron retired he would use this term to
17 refer to Captain Conley?
18 A. Yes.
19 Q. And before Ron retired that also happened in the
20 presence of Colonel Chaffinch, whatever his rank was at
21 the time?
22 A. Yes.
23 Q. And is it fair to say that Colonel Chaffinch
24 always had a higher rank than Corporal Thomas?

Page 49

1  A. Yes.
2  Q. And did you ever witness Colonel Chaffinch order
3  Corporal Thomas not to use that term?
4  A. No. As a matter of fact, he would mock it and
5  repeat it himself.
6  Q. You are telling me Colonel Chaffinch himself in a
7  mocking tone would refer to Captain Conley as Puss?
8  A. Yes.
9  Q. This would happen in Corporal Thomas' presence?
10 A. More times than not, yes.
11 Q. Okay. Are there other occasions when he would
12 refer to Captain Conley this way?
13 A. No, I can't pinpoint any specific times that that
14 would happen.
15 Q. Okay.
16 A. He would kind of laugh along with Corporal Thomas
17 and mock it as well.
18 Q. Okay. So when Corporal Thomas was doing this,
19 you are saying Colonel Chaffinch would engage in the same
20 behavior?
21 A. Yes.
22 Q. Okay.
23 A. I remember being present with Captain Conley
24 where Colonel Chaffinch would bring it up as well and

13 (Pages 46 to 49)

Case 1:04-cv-01394-GMS    Document 195-2    Filed 04/12/2006    Page 7 of 9

Conley                               v.                    Chaffinch, et al.
Captain Glenn Donald Dixon    C.A. # 04-1394-GMS            July 13, 2005

Page 62

1  Q. And it alleges he publicly refers to one
2  secretary as Lemon Titties, referring to her breast size.
3  Have you witnessed that kind of a statement by the
4  colonel?
5  A. Yes.
6  Q. And who would he be referring to?
7  A. Laurie Robbins, who also works upstairs.
8  Q. Okay. So she is a state police employee?
9  A. Yes.
10 Q. And she works on the second floor where the
11 colonel's office was?
12 A. Yes.
13 Q. And did you hear this remark in the headquarters
14 building when you were assigned up there?
15 A. Several times.
16 Q. Several times?
17 A. Yes.
18 Q. And what would be the context of that happening?
19 A. If she would walk by to the mail boxes he would
20 comment, he would either refer to her as LT or Lemon
21 Titties.
22 Q. Okay. So you would be sitting there or
23 something--
24 A. "There goes LT" or "Lemon Titties," yes.

Page 63

1  Q. And this happened on more than one occasion?
2  A. Yes.
3  Q. Do you see paragraph 49 there?
4  A. Yes.
5  Q. About the colonel telling a story of someone with
6  a large penis?
7  A. Yes.
8  Q. Does that refresh your recollection about any
9  sort of a story that the colonel tells?
10 A. A couple stories.
11 Q. Okay. What are the stories that you recall the
12 colonel telling in that regard?
13 A. One is a FBI function he was at, and he was
14 joking about a retired member from some agency that I
15 guess had attended the FBI academy. It was a crab feast,
16 I believe, in Maryland. And the way the person was
17 sitting, he had shorts on, and he commented how his
18 privates were hanging out of his shorts, and he was
19 joking about it.
20        (Mr. Durstein not present at this time.)
21 Q. Another occasion you said there was something
22 else?
23 A. The other occasion would be at headquarters, he
24 told us one time that Rick Pooling, that he was referring

Page 64

1  to him as "TC" or "Tuna Can" because of the size of his
2  penis.
3  Q. Okay. So that was in the headquarters building?
4  A. Yes.
5  Q. Now, we will put the complaint aside for a second
6  here, okay, and then I'm going to look at some other
7  notes I have about some matters I think you might have
8  knowledge of, so just bear with me a little bit here.
9         Just to go back to the Masons for a second,
10 has Colonel Chaffinch ever mentioned some of the other
11 people in the State of Delaware who also received this
12 33rd degree rank?
13 A. Senator Thurman Adams.
14 Q. So he would mention, you have a recollection of
15 him mentioning Thurman Adams in that context?
16 A. Yes.
17 Q. Would he ever talk about any relationship he had
18 with Senator Thurman Adams?
19 A. Frequently.
20 Q. How would he describe his relationship with
21 Senator Thurman Adams?
22 A. He would refer to him as Uncle Thurman. He made
23 no mistake about letting people know their relationship,
24 and how Thurman would take care of him no matter what

Page 65

1  Q. And he would say this on more than one occasion?
2  A. Yes.
3  Q. So he would say that in the assembly room?
4  A. Yes, pretty openly. I mean, he wouldn't, he
5  wouldn't get on the soap box about it. But, yes, he was
6  open about it.
7  Q. And in discussions in the lieutenant's offices or
8  in your office you also heard him make that kind of a
9  reference?
10 A. Yes.
11 Q. Okay. Let's just go back up to the headquarters
12 building. When you were assigned to the headquarters
13 building, did he ever make references to a relationship
14 he had with Senator Thurman Adams?
15 A. Yes, he would refer, if he needed anything done,
16 he would just go to Thurman, which he referred to as the
17 Thurmanator, and it would be done.
18 Q. Okay. So did he make it well-known that he had
19 this relationship with this politician by the name of
20 Thurman Adams?
21 A. Yes.
22        (Discussion off the record.)
23        (Recess taken.)
24 BY MR. NEUBERGER:

Case 1:04-cv-01394-GMS    Document 195-2    Filed 04/12/2006    Page 8 of 9

Conley v. Chaffinch, et al.
Captain Glenn Donald Dixon    C.A. # 04-1394-GMS    July 13, 2005

Page 90

1 Betsy Shamany, and I think it offended Mary Ann Papili.
2 Q. Okay. And did he indicate on that occasion that
3 he felt that, he thought that Mary Ann Papili was going
4 to report him for that remark?
5 A. Yes. He was mad at that.
6 Q. So you are saying he was angry at that, at the
7 fact that she was going to report him for that remark?
8 A. Yes.
9 Q. And female body inspector, is that a remark that
10 you've heard the colonel make on more than one occasion?
11 A. Yes.
12 Q. Okay. Give me some circumstances of when he
13 would refer to female body inspectors?
14 A. Periodically, when he talked about FBI, pretty
15 frequently and periodically he would refer to FBI,
16 because he was a graduate of the National Academy, as
17 female body inspectors.
18 Q. By that is he making reference to males being
19 able to do searches of females? What does it mean?
20 A. Well, to me it would mean that, yes, I mean a
21 girl is open to inspection by a male. I mean, he doesn't
22 specifically state that, but it is in jest, like most
23 everything, other things that he says are.
24 Q. Okay. In her case Captain Conley is challenging

Page 91

1 the failure to promote her to major on two occasions.
2 Okay. There are two major vacancies that were filled by
3 a then Captain Paul Eckrich, and then later by a then
4 Captain Randall Hughes. Do you know those men?
5 A. Yes, I do. I've worked with both of them.
6 Q. Okay. So were their career paths lower Delaware
7 or Sussex County career paths like yours?
8 A. Yes, yes, both were.
9 Q. Okay. And both of those worked in Troop 5?
10 A. Yes. I worked initially with Randy Hughes. When
11 I initially came to Troop 5, he was corporal, and then
12 again at Troop 5 when he was captain.
13     I worked with Paul Eckrich at Troop 5 when
14 he was a lieutenant at Troop 5.
15 Q. And what would your rank have been?
16 A. When he was a lieutenant. When Paul was
17 lieutenant I was sergeant.
18 Q. Okay. And when you were in the headquarters
19 building, did you interact with them at all, when you
20 were in the headquarters building, prior to them becoming
21 majors?
22 A. Periodically, if they would stop in, Randy Hughes
23 would stop in to see Barbara maybe and I would see him
24 then. Paul Eckrich not as much.

Page 92

1 Q. Well, let me ask you something about leadership
2 qualities. Okay. In fact, were you just, were a bunch
3 of captains just interviewed for promotions to major that
4 are open in the state police right now?
5 A. Yes.
6 Q. And so you have been through an interview
7 process?
8 A. Yes.
9 Q. Let's talk about leadership, because like, for
10 example, you are a troop commander, right?
11 A. Yes.
12 Q. Is leadership one of the things you have to do
13 for the men and women?
14 A. Yes.
15 Q. Set an example, that kind of a thing?
16 A. Yes, yes.
17 Q. Did they ever send you off to leadership school?
18 I know there are various places. Did you go to any of
19 these places?
20 A. I attended a leadership seminar by Captain Greg
21 Warren when I was initially promoted to sergeant and also
22 attended the FBI academy.
23 Q. So you are a graduate of the FBI academy?
24 A. Yes.

Page 93

1 Q. What year was that?
2 A. 2003.
3 Q. All right. Now, you've worked with and under
4 Captain Conley?
5 A. Yes.
6 Q. You have worked with and under now Major Eckrich?
7 A. Yes.
8 Q. And you have worked with now Major Randall
9 Hughes, right?
10 A. Yes, and he is my current supervisor.
11 Q. He is your current supervisor?
12 A. Yes.
13 Q. All right. Well, what kind of leadership
14 qualities have you observed Captain Conley to demonstrate
15 over your career and experience with her?
16 A. Well, I've worked with her ever since I started,
17 she was corporal and I went down to Troop 5 as a trooper.
18 I was at Troop 5 when she was promoted. Initially she
19 went to Troop 3 as a sergeant and came back to Troop 5,
20 and I was on her shift at Troop 5 when she was sergeant.
21     Good temperament, very aggressive in the way
22 she would try to help officers that are working on her
23 shift to do the right things, to put themselves in the
24 right positions with their work ethics, and in order to

Conley v. Chaffinch, et al.
Captain Glenn Donald Dixon   C.A. # 04-1394-GMS   July 13, 2005

### Page 94

1  have them either go through the promotional process and
2  have it be a very good experience or to be transferred to
3  a special unit that they may desire.
4      She always had a good relationship with the
5  people around her, her superiors. She was more proactive
6  at Troop 5 as a traffic lieutenant than Paul Eckrich ever
7  thought to be at Troop 5. He seemed always kind of just
8  lay back and get by with the bare minimum, where she
9  would, you know, be, like I said, proactive and come up
10 with some new ideas.
11     And I saw the same thing follow through when
12 I worked for her in the traffic section. I mean, I think
13 the Office of Highway Safety crew over there would say
14 that, you know, the same thing, that she is very
15 aggressive in getting funding for grants. I mean,
16 overall good, great leadership skills, I feel.
17 Q. She was a traffic sergeant, right?
18 A. Yes.
19 Q. Shift sergeant?
20 A. Yes.
21 Q. Okay. She was a patrol officer?
22 A. Yes.
23 Q. Was she a traffic lieutenant or criminal
24 lieutenant? What do you remember?

### Page 95

1  A. Traffic.
2  Q. She was traffic lieutenant?
3  A. Yes.
4  Q. Okay. And based on your observation, isn't it
5  true that most of the people who rise to the highest
6  levels of the state police do so because of their
7  experience going up through the patrol function?
8  A. It has been said by Colonel Chaffinch that patrol
9  is the backbone of the agency, many times.
10 Q. Yes.
11 A. And many people agree to that. I mean, he is not
12 the only one.
13 Q. Yes, yes. If you had to compare Captain Conley's
14 leadership qualities with those of Paul Eckrich, who
15 would you say demonstrated better leadership qualities?
16 A. Hands down, I think Captain Conley.
17 Q. If you had to compare Captain Conley's leadership
18 qualities with that of Randall Hughes, who would you say
19 demonstrated better leadership qualities?
20 A. Again, Captain Conley. Randy Hughes works, but
21 his personality more times than not gets between, causes
22 friction for many people, where hers does not.
23 Q. Did you consider her compatible to work with when
24 you worked with her?

### Page 96

1  A. Every person on the shift felt the same, yes. So
2  it just wasn't me.
3  Q. Okay. Right. So when she was a shift sergeant--
4  A. Yes.
5  Q. -- ten, 12 on the shift?
6  A. No. I wish.
7  Q. Smaller?
8  A. Smaller. It was about five or six.
9  Q. Okay. It is not like up here. Okay. So five or
10 six on a shift?
11 A. Yes.
12 Q. I think she was a traffic lieutenant at Troop 4?
13     CAPTAIN CONLEY: 3 and 5.
14 Q. I'm sorry, at 3 and 5. Okay. A traffic
15 lieutenant is over all the shifts, right?
16 A. Yes. Well, basically over at least two shifts.
17 Q. Okay.
18 A. Some troops, and I'm not sure if it was that way
19 when she was traffic lieutenant of Troop 5, some traffic
20 lieutenants do oversee all four shifts, but some of them
21 do two shifts.
22 Q. Have you ever received a report that she was not
23 easy to work with when she was a traffic lieutenant or a
24 shift commander as a sergeant?

### Page 97

1  A. No. I can, from what I have heard, no. I mean,
2  all the sergeants enjoyed working for her as a lieutenant
3  and when she was lieutenant, and there were no major
4  bumps in the road that I remember when she was lieutenant
5  with anybody else.
6  Q. Did you find her to be loyal to those above her
7  in the chain of command?
8  A. Extremely.
9  Q. Did you find her to be loyal to the Delaware
10 State Police and its mission?
11 A. Yes.
12 Q. I know down there in the training academy there
13 is a big meeting room and up on the wall it has several
14 character traits that the Delaware State Police seeks to
15 embody in the troopers. Are you aware of what I'm
16 talking about?
17 A. Yes.
18 Q. I'm not going to ask you to recite them because I
19 can't remember them myself.
20 A. There is discipline, loyalty. I can't recall the
21 others.
22 Q. But does she embody those character traits?
23     MS. BALLARD: Object to the form.
24 Q. Based on your observations of her?