IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 04-1394-GMS |
| | : |
| COLONEL L. AARON CHAFFINCH, | : |
| Individually and in his official capacity as the | : |
| Superintendent, Delaware State Police; et al. | : |
| | : |
| Defendants, | : |

## NOTICE OF CONTINUATION OF DEPOSITION

TO:   Thomas S. Neuberger, Esq.         James E. Ligouri, Esq.
      Stephen J. Neuberger, Esq.        Ligouri, Morris & Yiengst
      Two East Seventh Street, Suite 302   46 The Green
      Wilmington, DE 19801              Dover, DE 19901

**PLEASE TAKE NOTICE** that the undersigned will take the continued oral deposition of Barbara L. Conley on **Thursday, April 27, 2006 at 9:00 a.m**. in the office of the Attorney General located at 102 W. Water Street, 2nd Floor, Dover, DE 19904. This deposition is the continuation of the deposition that began on December 7, 2005, but did not conclude on that day. The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants MacLeish, Mitchell, and Division of State Police

Dated: April 17, 2006
Cc: Wilcox & Fetzer (via U.S. mail)

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 04-1394-GMS |
| | : |
| COLONEL L. AARON CHAFFINCH, | : |
| Individually and in his official capacity as the | : |
| Superintendent, Delaware State Police; et al. | : |
| | : |
| Defendants, | : |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on April 17, 2006, she caused the attached

Notice of Continued Deposition to be electronically filed with the Clerk of Court using

CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger, Esq.          James E. Ligouri, Esq.
Stephen J. Neuberger, Esq.         Ligouri, Morris & Yiengst
Two East Seventh Street, Suite 302 46 The Green
Wilmington, DE 19801               Dover, DE 19901

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for Defendants MacLeish, Mitchell, and Division of State Police