IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **COLONEL L. AARON CHAFFINCH,** : | **C.A.No.04-1394-GMS** |
| individually and in his official capacity as the : | |
| Superintendent, Delaware State Police; : | |
| **LIEUTENANT COLONEL THOMAS F.** : | |
| **MACLEISH,** individually and in his official : | |
| capacity as the Deputy Superintendent, : | |
| Delaware State Police; **DAVID B. MITCHELL,** : | |
| individually and in his official capacity as : | |
| Secretary of the Department of Safety and : | |
| Homeland Security, State of Delaware; and : | |
| **DIVISION OF STATE POLICE,** : | |
| **DEPARTMENT OF SAFETY AND** : | |
| **HOMELAND SECURITY, STATE OF** : | |
| **DELAWARE,** : | |
| : | |
| **Defendants.** : | |

**PLAINTIFF'S PROPOSED SPECIAL VERDICT**

DO YOU UNANIMOUSLY FIND THE FOLLOWING BY A PREPONDERANCE OF THE EVIDENCE?

**A. Discrimination**

1. Was Capt. Barbara Conley denied promotion to administrative budget Major in March of

    2003 because of her gender?

    Yes _____

    No _____

[Go to question 2.]

2.  Was Capt. Barbara Conley denied promotion to operations Major for Kent and Sussex County in November of 2003 because of her gender?

    Yes _____

    No _____

[If you answered "Yes" to either question 1 or 2, go on to question 3. If you answered "No" to both questions 1 and 2, go on to question 4.]

3.  Was the denial of any promotion the proximate cause of any injury to plaintiff?

    Yes _____

    No _____

[Go to question 4.]

**B. First Amendment Claims**

4.  Do you find that her protected activity under the First Amendment was a substantial or motivating factor in adverse action taken against Capt. Barbara Conley?

    Yes _____

    No _____

[If you answered "Yes" to question 4, go on to question 5. If you answered "No" to question 4 but answered "Yes" to either question 1, 2 or 3, go on to question 7. If you answered "No" to questions 1, 2 and 4 your deliberations are at an end.]

5.  Do you find that Capt. Barbara Conley was the victim of adverse action that would deter a person of ordinary firmness from engaging in protected activity under the First Amendment?

        Yes _____

        No _____

[Go to question 6.]

6.      Were the actions taken against plaintiff, or the words spoken about her, the proximate cause of any damage to her?

        Yes _____

        No _____

[If you answered "Yes" to question 6, go on to question 7. If you answered "No" to question 6, but answered "Yes" to question 3, then go on to question 7. If you answered "No" to question 3 and 6, go on to question 10.]

**C. Damages**

7.      What dollar amount will fairly compensate plaintiff for any economic losses suffered by her through the present date?

        $ _____

[Go to question 8.]

8.      What dollar amount will fairly compensate plaintiff for any future losses, reduced to present value?

        $ _____

[Go to question 9.]

9.      What dollar amount will fairly compensate plaintiff for any emotional distress, and humiliation suffered by her as a result of the violation of her rights?

        $ _____

[Go to question 10.]

10. Do you find that any of the defendants acted recklessly, intentionally, or maliciously with regard to plaintiff?

        Yes _____

        No _____

If you answered "Yes" and you wish to exercise your discretion to award punitive damages, enter below what you believe to be the amount of punitive damages which you believe is appropriate to punish and deter each individual defendants' illegal conduct.

        Defendant Chaffinch: $_____

        Defendant MacLeish  $_____

        Defendant Mitchell   $_____

[**Your deliberations now have ended**.]

**THE FOREGOING IS THE VERDICT OF THE JURY
EACH JUROR MUST SIGN BELOW**

_____          _____
            Foreperson                                                                    Juror

_____          _____
                Juror                                                                           Juror

_____          _____
                Juror                                                                           Juror

_____          _____
                Juror                                                                           Juror

Dated: _____

Conley \Pre-Trial\Plaintiff's Proposed Special Verdict draft 4