**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1394-GMS |
| ) | |
| **COLONEL L. AARON CHAFFINCH,** ) | |
| individually and in his official capacity as the ) | |
| Superintendant, Delaware Sttate Police; ) | |
| **LIEUTENANT COLONEL THOMAS F.** ) | |
| **MACLEISH,** individually and in his official ) | |
| capacity as the Deputy Superintendant, ) | |
| Delaware State Police; **DAVID B. MITCHELL,** ) | |
| individually and in his official capacity as ) | |
| Secretary of the Department of Safety and ) | |
| Homeland Security, State of Delaware; and ) | |
| **DIVISION OF STATE POLICE,** ) | |
| **DEPARTMENT OF SAFETY AND** ) | |
| **HOMELAND SECURITY, STATE OF** ) | |
| **DELAWARE,** ) | |

## DEFENSE SPECIAL VERDICT INTERROGATORIES

1. Do you find that Barbara Conley was equally qualified or better qualified than Paul Eckrich for promotion to the rank of Major in March of 2003?

    _____ Yes

    _____ No

If your answer to the above is yes, proceed to #2. If your answer is no, proceed to #3.

2. Do you find that Barbara Conley's gender was a substantial or motivating factor in defendants' decision not to promote her to the rank of Major in March of 2003?

    _____ Yes

    _____ No

3. Do you find that Barbara Conley was equally qualified or better qualified than R.L. Hughes for promotion to the rank of Major in November of 2003?

   _____ Yes

   _____ No

If your answer to the above is yes, proceed to #4. If your answer is no, and you answered ""yes"" to #2, then proceed to #5. if your answer is no, and you answered ""no"" to #2, then proceed to #6.

4. Do you find that Barbara Conley's gender was a substantial or motivating factor in defendants' decision not to promote her to the rank of Major in November of 2003?

   _____ Yes

   _____ No

If you answered ""yes"" to either #2 or #4 above, proceed to #5. If your answer to #2 and #4 was no, go on to #6.

5. Did the plaintiff sustain any injury as a proximate result of the denial of a promotion to the rank of Major?

   _____ Yes

   _____ No

6. Did any of the defendants take any adverse employment action against the plaintiff in a way that deprived her of rights guaranteed by the First Amendment? You must answer separately as to each of the defendants.

   _____ L. Aaron Chaffinch

   _____ Thomas F. MacLeish

   _____ David B. Mitchell

   _____ Delaware State Police

If you answered yes as to any of the defendants listed in #6, proceed to #7.

If you answered no as to each of the defendants, but answered "yes" to # 2 or # 4 above, you should proceed to #8.

If you answered "no" to numbers 2, 4, and 6, you are finished and should call the bailiff.

7. Did the plaintiff sustain any damages as a result of retaliation in violation of her First Amendment rights?

   _____ Yes

   _____ No

If you have answered ""yes"" to either #5 above or #7 above, proceed to #8. If you answered "no" to both #5 and #7, you are finished.

8. What dollar amount will fairly compensate the plaintiff for any damages sustained?
   $_____

If you make an award of damages, go on to question #9. If not, you are finished.

9. Do you find that any of the defendants acted maliciously, intentionally, or recklessly toward the plaintiff?

   _____ Yes

   _____ No

If your answer to #9 was yes, proceed to #10. If not, you are finished.

10. What amount of punitive damages would be appropriate to punish and individual defendant?
    $_____