*Schedule I*

*iii Proposed Voir Dire*

**Plaintiff's Proposal**

    1.    Are you or any of your close friends or relatives employed by the Delaware State Police, a police agency, or the State of Delaware?

    2.    Are you, or a family member, relative or close friend, related to or personally acquainted with the plaintiff Capt. Barbara Conley?

    3.    Are you, or a family member, relative or close friend, related to or personally acquainted with the defendants, Colonel L. Aaron Chaffinch or Colonel Thomas F. MacLeish or Secretary of the Department of Safety and Homeland Security David B. Mitchell?

    *4.    Are you, a family member, relative or close friend associated with a member of any Masonic organization?

> ***Defendants object to this question. Defendants have moved in limine for exclusion of any evidence or testimony concerning "Masonic" issues pursuant to F.R.E. 401, 402, 403, 404(b) and 610. In addition, this issue, even assuming it were admissible, is only tangential to the case and Defendants object to its being highlighted in a voir dire question to the jury.*

    5.    Are you acquainted with the judge in this case?

    6.    Do you have any reason to favor or disfavor attorneys who represent plaintiff?

    7.    Do you have any reason to favor or disfavor attorneys who represent defendants or the State of Delaware?

    8.    Have you or any of your close friends, relatives, or family members ever been a plaintiff or a defendant or any other party in a criminal or civil court proceeding?

    9.    Do you have any personal knowledge of this case, or have you read about it or heard it discussed or have any opinion regarding it?

10. Do you feel you can be a fair and impartial juror?

11. Do you have any strong feelings about lawsuits in general?

12. Do you believe a person who brings a lawsuit should win or lose it?

13. Do you believe a person who defends a lawsuit should win or lose it?

14. Do you believe that a lawsuit is not the proper method for solving disputes?

15. Do you know of any other matter which you believe should be called to the Court's attention as having some bearing on your qualifications or ability to serve as a juror, which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the Court's instructions as to the law?

*16. Do you have any strong feelings about the justice system?

***Defendants do not object to this question per se, but it is somewhat broad and confusing.***

17. Would that experience or feeling affect your ability to fairly and impartially serve as a juror in this case?

18. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

*19. Have you, your spouse, or a family member, relative or close friend ever been convicted of a serious crime in Delaware or any other location?

***Defendants object to this question as not relevant.***

*20. Have you or a family member, relative or close friend feel ever been treated unfairly by the police? ever been treated unfairly by any public official or employee? ever been treated unfairly by an employer for your exercising your constitutional rights?

*\*Defendants object to this question.  It is argumentative and suggestive that persons are routinely "treated unfairly" by the police and/or public officials in general.  A more appropriate question would be "Have you or a close family member or friend ever brought a claim or considered bringing a claim for discrimination or some other Constitutional violation?  Have you ever sued or considered suing your employer?"*

\*21.    Are you a supporter of Senator Thurman Adams and/or Governor Ruth Ann Minner?

*\*Defendants object to this question.  It is of no relevance to this case.  Senator Adams and Governor Minner are not witnesses in this case, have never been identified in discovery, and played no part in the promotional decisions or other claims in this case.*

22.    Have you ever attended campaign functions for Senator Thurman Adams and/or Governor Ruth Ann Minner?

*\*Defendants object to this question.  It is of no relevance to this case.  Senator Adams and Governor Minner are not witnesses in this case, have never been identified in discovery, and played no part in the promotional decisions or other claims in this case.*

23.    Have you ever asked Senator Thurman Adams and/or Governor Ruth Ann Minner for help?

*\* Defendants object to this question.  It is of no relevance to this case.  Senator Adams and Governor Minner are not witnesses in this case, have never been identified in discovery, and played no part in the promotional decisions or other claims in this case.*

24.    Are you, a family member, relative, or close friend related to or personally acquainted with any of the attorneys in this case: Thomas S. Neuberger, Esquire; Stephen J. Neuberger, Esquire; Cheryl A. Sasadeusz, Esquire; Ralph K. Durstein, III, Esquire; Stephani Ballard, Esquire; James E. Liguori, Esquire?

25.    Does any member of the jury know any of the following witnesses:

Colonel L. Aaron Chaffinch, Delaware State Police (retired)

Colonel Gerald Pepper, Delaware State Police (retired)

    Lt. Colonel Thomas F. Marcin, Delaware State Police (retired)

    Major David A. Baylor, Delaware State Police (retired)

    Captain Glenn Dixon, Delaware State Police

    Lt. Joseph Aviola, Jr., Delaware State Police

    Major Harry Downes, Jr., Delaware State Police

    Lisa Blunt-Bradley, former Cabinet Secretary of the State Department of Personnel

    Gregory Chambers

    Major Joseph A. Swiski, Delaware State Police (retired)

    Captain Barbara Conley, Delaware State Police

    Larry Conley

    Thomas C. Borzilleri, Ph.D., One Democracy Plaza, 6701 Democracy Blvd., Suite 300, Bethesda, Maryland

    Major Randall Hughes, Delaware State Police

    Major Paul Eckrich, Delaware State Police

    Colonel Thomas F. MacLeish, Delaware State Police

    Secretary David B. Mitchell, Secretary of the Department of Safety and Homeland Security

    *State Senator Thurman Adams

***Defendants object to the inclusion of "State Senator Thurman Adams" on this list. Senator Adams has never been listed as a witness or identified in discovery, and there is no evidence Sen. Adams played any role in the 2003 promotions, the "email issue" or any of the events at issue in this case.***

*[Defendants' Witnesses to add to this list: ]*

    Retired Lt. William Dudley

Lt. Roger Willey

Sgt. Rodney Workman

Carole Warnock

Sgt. James (Pete) Fraley

Retired Captain Peter Schwartzkopf

Lt. Curt Brown

Lt. Mark Rust

Captain Robert Hawkins

Sgt. Charles Mullett

Captain Elizabeth Shamany

Lt. Joseph Huttie

Tammy Hyland

Lt. John Campanella

Sgt. Melissa Zebley

Captain Mary Ann Papili

Cpl. Debbie Jester

Lt. Alice Bailey

Lt. Mike Warrington

Ret. Lt. Louis O'Day

Ret. Master Cpl. Ronald Thomas

Ret. Major Joseph Forrester

Retired Lt. Colonel William Waggamon

Vernon Thomas

Captain John Yeomans

### *iii Proposed Voir Dire*

**Defendants' Proposal**

26. Have you or a close family member or friend ever brought a claim or lawsuit or considered bringing a claim or lawsuit for discrimination or some other Constitutional violation?

27. Have you or a close family member or friend ever sued or considered suing your employer?

28. Do you or any members of your family or close friends have any strong feelings against State government or the government in general?

29. Do you believe an employee should receive special preferences or treatment on the job just because they are a woman or a minority?

30. This case has received media coverage in Delaware since it was filed in October of 2004. Have you read any newspaper articles or heard any radio or television news reports about this case?

31. Have any friends, family or coworkers discussed with you news or media accounts or stories about this case?

32. Have you already formulated any opinions about this case based on anything you may have heard, read or discussed?

Conley\Pre Trial \Voir Dire Questionnaire.draft 5