## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, )<br> )<br>      Plaintiff, )<br> )<br>  v. )<br> )<br>COLONEL L. AARON CHAFFINCH, )<br>Individually and in his official capacity as the )<br>Superintendent, Delaware State Police; et al. )<br> )<br>      Defendants, ) | C.A. No. 04-1394-GMS |

### NOTICE OF FILING OF PAPER DOCUMENTS

The undersigned certifies that on April 19, 2006 she caused to be filed the parties'

*Proposed Pretrial Order* with the Clerk of the Court by hand.  A hard copy of this document will

be served by hand delivery upon:

| | |
|---|---|
| Thomas S. Neuberger, Esq. | James E. Ligouri, Esquire |
| Stephen J. Neuberger, Esq. | Ligouri, Morris & Yiengst |
| Two East Seventh Street, Suite 302 | 46 The Green |
| Wilmington, DE 19801 | Dover, DE 19901 |

                                                                 /s/ Stephani J. Ballard
                                                Stephani J. Ballard, I.D. #3481
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE  19801
                                                (302)577-8400
                                                Attorney for Defendants MacLeish,
                                                Mitchell, and Division of State Police