## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | **C.A.No.04-1394-GMS** |
| **individually and in his official capacity as the** | : | |
| **Superintendent, Delaware State Police;** | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH, individually and in his official** | : | |
| **capacity as the Deputy Superintendent,** | : | |
| **Delaware State Police; DAVID B. MITCHELL,** | : | |
| **individually and in his official capacity as** | : | |
| **Secretary of the Department of Safety and** | : | |
| **Homeland Security, State of Delaware; and** | : | |
| **DIVISION OF STATE POLICE,** | : | |
| **DEPARTMENT OF SAFETY AND** | : | |
| **HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION TO STRIKE DEFENDANTS'
MOTIONS IN LIMINE AND ACCOMPANYING BRIEFS FOR FAILURE TO
COMPLY WITH THE RULE 16 SCHEDULING ORDER**

The defense response  contends that their speaking motions contain a simple "shell

outline" of the arguments presented in their briefs.  (D.I. 214 at 2).  Review of the defense

motions and briefs refutes such a contention.  Rather than reargue these issues, plaintiff instead

relies upon the well-reasoned discussion of this issue contained in her motion to strike (D.I. 186

at 3-4).

The remainder of the allegations contained in the defense pleading do not merit a

response.  They were not filed in motion form and rather than burden the Court by refuting them

one by one, plaintiff simply notes that defendants have mischaracterized various events.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: April 25, 2006          Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on

April 25, 2006, I electronically filed this **Reply** with the Clerk of the Court using CM/ECF which

will send notification of such filing to the following:


Ralph K. Durstein III, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901


/s/ Stephen J. Neuberger _____
**STEPHEN J. NEUBERGER, ESQ.**

Conley/ Pleadings / Motion to Strike Ds MinL - RB.final