IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA CONLEY,               )<br>                                                                )<br>            Plaintiff,                                    )<br>    v.                                                        )<br>                                                                )<br>COLONEL L. AARON CHAFFINCH,   )<br>individually and in his official capacity as the   )<br>Superintendent, Delaware State Police;           )<br>LIEUTENANT COLONEL THOMAS F.      )<br>MACLEISH, individually and in his official      )<br>capacity as the Deputy Superintendent, Delaware )<br>State Police; DAVID B. MITCHELL, individually )<br>and in his official capacity as Secretary of the    )<br>Department of Safety and Homeland Security,  )<br>State of Delaware; and DIVISION OF STATE    )<br>POLICE, DEPARTMENT OF SAFETY AND     )<br>HOMELAND SECURITY, STATE OF               )<br>DELAWARE,                                                )<br>                                                                )<br>            Defendants.                                )  | C.A. No. 04-1394-GMS |

## ORDER

WHEREAS, on December 15, 2005, the plaintiff filed a motion to disqualify Mr. James E. Liguori, Esq. ("Liguori"), counsel for L. Aaron Chaffinch ("Chaffinch") in this matter (D.I. 120);

WHEREAS, the motion asserts that Liguori had previously represented the plaintiff on matters that are at issue in the present case, and that his continued representation of Chaffinch is a violation of Model Rule of Professional Conduct 1.9;

WHEREAS, on December 30, 2005, the defendants filed responses in opposition to the plaintiff's motion (D.I. 132, 133), asserting that the plaintiff has waived any right to object to Liguori's representation of Chaffinch; and

WHEREAS, after having considered the parties' submissions on the motion (D.I. 120, 132, 133, 136), the court concludes that it needs further information in order to decide the motion;

IT IS HEREBY ORDERED that:

1. The parties shall be prepared to discuss the following issues regarding the plaintiff's motion to disqualify at the pretrial conference, which is scheduled for **Wednesday, May 10, 2006**: (1) the plaintiff shall be prepared to discuss when, that is on what date, the conflict became apparent to her; (2) the defendants shall be prepared to discuss whether Chaffinch personally retained Liguori as his attorney, or whether he was appointed to represent Chaffinch; (3) the defendants shall be prepared to discuss the financial arrangements with respect to Liguori's representation of Chaffinch; and (4) both parties shall be prepared to discuss what they believe will be a reasonable amount of time for a new attorney to become acquainted with the present case, in the event that the court should grant the plaintiff's motion.

Dated: May 9, 2006                                          /s/ Gregory M. Sleet
                                                               UNITED STATES DISTRICT JUDGE