


# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

New Castle County                                Writer's Direct Dial: (302) 577-8510
                                                 FAX: (302) 577-5866


May 11, 2006


Hon. Gregory M. Sleet
United States District Court
Lock Box 19
844 North King Street
Wilmington, DE 19801

    Re: Conley v. Chaffinch, et al.
        Civ. A. No. 04-1394-GMS

Dear Judge Sleet:

    After careful consideration and consultation with our clients, Division of State Police, Colonel Thomas MacLeish, and Secretary David Mitchell, we consent to the dismissal of the Division of State Police and the dismissal of Colonel L. Aaron Chaffinch, in his official capacity, from Count I of the above lawsuit, as was stated on the record at yesterday's pretrial conference by Plaintiff's attorneys. We also consent to the dismissal of Counts II and III as to all Defendants. This will leave a failure to promote claim against defendant L. Aaron Chaffinch in his individual capacity as the sole claim and defendant in the case. All of the above dismissals of claims and defendants will be with prejudice. The parties will prepare a stipulation of dismissal for submission to the Court.

In addition, defendant L. Aaron Chaffinch has executed a written waiver in which he has requested and consented to allow the Department of Justice to represent him in the case along with his present counsel, Mr. Liguori. Mr. Chaffinch has waived any conflict of interest issues. While we will be representing Mr. Chaffinch as a team, we understand and agree that only one person will participate in any particular aspect of the trial (e.g. examination of a witness; opening/closing statements) on behalf of the defense.

                                                             Respectfully submitted,

                                                             /s/Ralph K. Durstein III
                                                             /s/Stephani J. Ballard
                                                             Deputy Attorneys General

xc: Thomas S. Neuberger, Esq.
     James E. Liguori, Esq.