# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

May 12, 2006                                                       **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS

Dear Judge Sleet:

In response to defendants' recent submission to the Court, plaintiff's position, as stated at the May 10, 2006 Pretrial Conference, is that Mr. Liguori is disqualified from the case and since the Attorney General's office previously prosecuted defendant Chaffinch, they too are disqualified from the representation of him. Plaintiff respectfully submits that this conflict between defendant Chaffinch and the Attorney General's office is not waivable and has created a great appearance of impropriety in the mind of a reasonable observer.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)
      Ralph K. Durstein, Esq. (via CM/ECF)
      Stephani Ballard, Esq. (via CM/ECF)
      James E. Liguori, Esq. (via CM/ECF)

Conley \ Letters \ Sleet.13