IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA L. CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1394-GMS |
| | ) | |
| COLONEL L. AARON CHAFFINCH, | ) | |
| individually and in his official capacity as | ) | |
| The Superintendent, Delaware State | ) | |
| Police; LIEUTENANT COLONEL | ) | |
| THOMAS F. MACLEISH, individually | ) | |
| and in his official capacity as the Deputy | ) | |
| Superintendent, Delaware State Police; | ) | |
| DAVID B. MITCHELL, | ) | |
| individually and in his official capacity as | ) | |
| Secretary of the Department of Safety | ) | |
| and Homeland Security, State of Delaware; | ) | |
| and DIVISION OF STATE POLICE, | ) | |
| DEPARTMENT OF SAFETY AND | ) | |
| HOMELAND SECURITY, STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Ralph K. Durstein III and Stephani J. Ballard, Deputy Attorneys General, on behalf of L. Aaron Chaffinch, in the above captioned matter.

    /s/ Ralph K. Durstein III
Ralph K. Durstein III (ID# 912)
Stephani J. Ballard (ID #3481)
Deputy Attorneys General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8400

Dated: May 12, 2006

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on May 12, 2006, he caused the attached **ENTRY OF APPEARANCE** to be filed with the court via CM/ECF which will send notification to the following people:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 E. Seventh St., Suite 302
Wilmington , DE  19801

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE  19901

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

   /s/ Ralph K. Durstein III____
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400