# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

May 22, 2006                                                                 **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS
      **Defense Witness Identifications**

Dear Judge Sleet:

   At the Pretrial Conference held on May 10, 2006, the Court made several rulings with regard to the issue of an alleged relationship between Captain Conley and Captain Dixon. The Court permitted "a limited inquiry into the issue of bias" by defendants. (Pretrial Transcript at 81, 102). However, the defendants were limited to one witness per category of evidence as set forth by defendants. The Court also permitted defendants to submit to plaintiff which witness they wanted to testify per category by Monday, May 15, 2006. Plaintiff received defendants identified witnesses but the identification does not comply with the letter or spirit of the Court's ruling.

   Defendants named four categories of testimony regarding this alleged relationship: 1) alleged physical conduct between plaintiff and Captain Dixon, 2) statements by Barbara Conley, 3) plaintiff and Captain Dixon being behind closed doors, and 4) daily phone calls between them. (Pretrial; 84, 95-96, 99). The Court gave defendants "one witness" per category. (Pretrial Transcript at 102). Yet in defendants' May 15th submission, they identified multiple witnesses with regard to three of the four categories. Specifically, defendants identified five witnesses to testify about phone calls - Carole Warnock, Lt. John Campanella, Lt. Curtis Brown, Lt. Mark Rust and Sgt. Rodney Workman. (Tab A). Defendants identified two witnesses to testify about being behind closed doors - Tammy Hyland and Capt. Shamany. (Id.). Defendants identified four witnesses to testify to statements - Carole Warnock, Tammy Hyland, Lt. Campanella, and Lt. Mark Rust.

The Honorable Gregory M. Sleet
May 22, 2006
Page 2

  Additionally, with regard to these alleged statements, all but one of these statements has not been previously disclosed by defendants.[1] For example, Tammy Hyland will testify that Conley made the statement "look at that sweet ass." Lt. Campanella will testify that Conley used the term "high pockets" when referring to Capt. Dixon because "his ass" pushed his pants pockets up high. Now Lt. Rust will testify that at a lunch outing in 2003 Conley stated Dixon's wife was jealous of her. Defendants never identified this testimony in any of their five supplementations of their initial disclosures.

  Further, defendants also have added into the mix new testimony that plaintiff has a picture of herself and Captain Dixon in a social setting framed in her office. Also, defendants want Pete Fraley to testify about an October 2004 event where he stopped at the Shore Stop near Milford, Delaware around 10:00am and observed plaintiff and Captain Dixon in one of their cars talking. None of these events have been disclosed or discussed by defendants.

  The Court was clear in its instruction to defendants at the Pretrial Conference. They were permitted one witness to testify to each of the categories of evidence. The Court stated it would not "permit cumulative witnesses on this point." (Pretrial Transcript at 81). Defendants have clearly not complied with the letter or spirt of the Court's ruling.

  All the witnesses should be stricken and the defendants given until 9:00am Wednesday, May 24, 2006 to specifically designate one witness in each specific category who is limited to testimony previously identified prior to the pretrial, not at this last date.

Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Plaintiff

cc: Stephen J. Neuberger, Esq. (via CM/ECF)
   Ralph K. Durstein, Esq. (via CM/ECF)
   Stephani Ballard, Esq. (via CM/ECF)
   James E. Liguori, Esq. (via CM/ECF)
   Capt. Barbara Conley (via US Mail)

---

[1] Carole Warnock's statement regarding a statement made in 2003 at a scrapbooking party was previously disclosed in one of defendants' supplementations to their initial disclosures.

Conley \ Letters \ Sleet.14