IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CAPTAIN BARBARA CONLEY, | ) ) ) ) |  |
| Plaintiff, | ) |  |
| v. | ) ) |  |
| COLONEL L. AARON CHAFFINCH, | ) ) | C.A. No. 04-1394-GMS |
| Defendant. | ) |  |

**ORDER**

WHEREAS, on May 10, 2006, the court held a pretrial conference in the above-captioned matter and made several rulings with respect to whether certain witnesses could testify about an alleged relationship between the plaintiff and another Delaware State Police ("DSP") captain;

WHEREAS, in making its rulings, the court permitted a limited inquiry into the alleged relationship, in order to establish the DSP captain's bias;

WHEREAS, after making its rulings, the court stated "should [it] be the impression of plaintiff's counsel that the defense is proposing something that is not within the letter and spirit of the Court's ruling, then, as you do with discovery matters, raise the issue with the Court through the vehicle of telephoning and say, Judge, we need a teleconference."[1]

WHEREAS, rather than notifying the court that a teleconference was necessary, the plaintiff filed a letter (D.I. 230) on May 22, 2006, asserting that the defendant's identified witnesses regarding the relationship and bias "do[] not comply with the letter or spirit of the Court's ruling"[2];

---

[1] Transcript of the Pretrial Conference, dated May 10, 2006, at 103:20-25.

[2] D.I. 230, at 1.

WHEREAS, the letter requests the court to strike the proffered witnesses and give the defendant until Wednesday, May 24, 2006, at 9:00 a.m. to "specifically designate one witness in each category who is limited to testimony previously identified prior to the pretrial"[3,4]; and

WHEREAS, the court concludes that the plaintiff's request is not in the form that the court directed at the pretrial conference;

IT IS HEREBY ORDERED that:

1. The plaintiff's letter request (D.I. 230) is DENIED.

2. The plaintiff shall contact chambers at (302)-573-6470 to schedule a teleconference regarding the defendant's identified bias witnesses.

3. The parties shall not file any further letters regarding this matter.

Dated: May 26, 2006                              /s/ Gregory M. Sleet
                                                 UNITED STATES DISTRICT JUDGE

---

[3] Id. at 2.

[4] On May 24, 2006, the defendant filed a letter in response to the plaintiff's assertions, noting that he was "responding in kind," but would be available for a teleconference as directed by the court at the pretrial conference. (D.I. 231, at 1.)