IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN BARBARA L. CONLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** individually, | : | C.A.No.04-1394-GMS |
| | : | |
| **Defendant.** | : | |
| | : | |

**PLAINTIFF'S PROPOSED SPECIAL VERDICT**

DO YOU UNANIMOUSLY FIND THE FOLLOWING BY A PREPONDERANCE OF THE EVIDENCE?

**A. Discrimination**

1. Was Capt. Barbara Conley denied promotion to administrative budget Major in March of 2003 because of her gender?

    Yes _____

    No _____

[Go to question 2.]

2. Was Capt. Barbara Conley denied promotion to operations Major for Kent and Sussex

County in November of 2003 because of her gender?

    Yes _____

    No _____

[If you answered "Yes" to either question 1 or 2, go on to question 3. If you answered "No" to both questions 1 and 2, your deliberations have ended.]

3.    Was the denial of any promotion the proximate cause of any injury to plaintiff?

    Yes _____

    No _____

[If you answered "Yes" to question 3, go on to question 4. If you answered "No" to question 3, go on to question 7.]

**B. Damages**

4.    What dollar amount will fairly compensate plaintiff for any economic losses suffered by her through the present date?

    $ _____

[Go to question 5.]

5.    What dollar amount will fairly compensate plaintiff for any future economic losses, reduced to present value?

$ _____

[Go to question 6.]

6.     What dollar amount will fairly compensate plaintiff for any emotional distress, and humiliation suffered by her as a result of the violation of her rights?

$ _____

[Go to question 7.]

7.     Do you find that the defendant acted recklessly, intentionally, or maliciously with regard to plaintiff?

Yes _____

No _____

If you answered "Yes" and you wish to exercise your discretion to award punitive damages, enter below what you believe to be the amount of punitive damages which you believe is appropriate to punish and deter the defendant's illegal conduct.

Defendant Chaffinch:  $_____

**[Your deliberations now have ended.]**

**THE FOREGOING IS THE VERDICT OF THE JURY
EACH JUROR MUST SIGN BELOW**

_____         _____
            Foreperson                                                              Juror

_____         _____
               Juror                                                                Juror

_____         _____
               Juror                                                                Juror

_____         _____
               Juror                                                                Juror

Dated: _____

Conley \Pre-Trial\Plaintiff's Proposed Special Verdict draft 6