IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN BARBARA L. CONLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A.No.04-1394-GMS |
| : | |
| : | |
| **L. AARON CHAFFINCH,** : | |
| **Defendant.** : | |
| : | |

## DEFENSE REQUEST FOR ADDITIONAL JURY VOIR DIRE

      The defendants respectfully request that the Court propound the following questions, directed to the issue of prejudicial pretrial publicity and improper extrajudicial statements by counsel, to the jury pool in the above matter.

      1.     Have you been exposed to any newspaper, radio, or television accounts of this case or other lawsuits involving the defendant or the Delaware State Police or State Police officers?

      2.     Has anyone discussed with you, or attempted to discuss with you, this case or other lawsuits involving the defendant or the Delaware State Police or State Police officers?

      3.     Are you aware of the outcome or status of other lawsuits involving the defendant or the Delaware State Police or State Police officers?

      4.     In the past week, have you become aware of any information concerning this case or other lawsuits involving the defendant or the Delaware State Police or State Police officers?

      5.     Do you recognize the names of the lawyers for the plaintiffs in this case: Thomas Neuberger and Stephen Neuberger?

      6.     Are you aware of any statements made by the lawyers for the plaintiffs in this case: Thomas Neuberger and Stephen Neuberger, regarding this case, former Colonel Chaffinch, the Delaware State Police, or State Police officers?

7. Are you aware of any statements made by the lawyers for the plaintiffs in this case: Thomas Neuberger and Stephen Neuberger, regarding other litigation involving either the Delaware State Police, or State Police officers?

8.

        /s/ Ralph K. Durstein, III
        Ralph K. Durstein, III (ID# 912)
        Stephani J. Ballard (ID#3481)
        Deputy Attorneys General
        Department of Justice
        State of Delaware
        820 N. French Street
        Wilmington, DE 19801
        (302)577-8510


        /s/ James E. Ligouri

        JAMES E. LIGOURI
        46 The Green
        Dover, DE  19901
        (302) 678-9900
        Attorney for L. Aaron Chaffinch


DATED: April 12, 2006