IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN BARBARA CONLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| COLONEL L. AARON CHAFFINCH, | ) ) | C.A. No. 04-1394-GMS |
| Defendant. | ) ) | |

## **ORDER**

The court having considered the defendant's Motion for an Order Limiting Prejudicial Pretrial Publicity and the arguments of counsel during the course of the teleconference convened by the court, *sua sponte*, on June 2, 2006, IT IS HEREBY ORDERED that:

1. The defendant's request to dismiss the plaintiff's gender discrimination claim is DENIED. The court will defer its decision regarding sanctions to be imposed, pending further consideration of the matter and the issuance of a formal opinion. The parties, lawyers, and potential witnesses in this matter shall refrain from making to the media any extrajudicial statement or comment that is likely to interfere with a fair trial, or prejudice any party or the administration of justice.

2. Counsel for the defendant shall submit proposed additional voir dire questions to the jury pool regarding prejudicial pretrial publicity for consideration by the court.

3.      Counsel for the defendant shall submit proposed language regarding extrajudicial statements by counsel for consideration by the court for inclusion in the preliminary instructions to the jury at the commencement of trial.

Dated: June 5, 2006                                         /s/ Gregrory M. Sleet
                                                                           UNITED STATES DISTRICT JUDGE