IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CAPTAIN BARBARA CONLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| COLONEL L. AARON CHAFFINCH, | ) ) | C.A. No. 04-1394-GMS |
| Defendant. | ) ) | |

# ORDER

The court having conducted a conference with the parties in the above-captioned matter on June 5, 2006 regarding, among other issues, whether counsel for the defendant may use the fact that Delaware State Police Internal Affairs ("IA") charges were leveled against the plaintiff in their opening statement to show the plaintiff's motivation for bringing her lawsuit, IT IS HEREBY ORDERED that:

1. The parties shall respond, in writing, to the following questions as soon as possible: (a) when did counsel for the defendant first raise the IA charges and motivation issue; (b) was the plaintiff deposed regarding her motivation for bringing her lawsuit; and (c) was the plaintiff put on notice of the defendant's intended use of the IA charges in any other way, for example, through interrogatories.

2. If the plaintiff was deposed, or otherwise put on notice of the defendant's intended use of the IA charges, the parties shall provide the court with the deposition testimony and/or other form of notice (i.e. interrogatory).

Dated: June 5, 2006               /s/ Gregory M. Sleet
                                  UNITED STATES DISTRICT JUDGE