# ATTACHMENT

## DECEMBER 7, 2005 DEPOSITION

VOLUME 1                                1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CAPTAIN BARBARA L. CONLEY          )
                                   )
              Plaintiff,           )
                                   )
                                   ) Civil Action
v.                                 ) No. 04-1394-GMS
                                   )
COLONEL L. AARON CHAFFINCH,        )
individually and in his official   )
capacity as the Superintendent,    )
Delaware State Police; LIEUTENANT  )
COLONEL THOMAS F. MACLEISH,        )
individually and in his official   )
capacity as the Deputy             )
Superintendent, Delaware State     )
Police; DAVID B. MITCHELL,         )
individually and in his official   )
capacity as Secretary of the       )
Department of Safety and Homeland  )
Security, State of Delaware; and   )
DIVISION OF STATE POLICE,          )
DEPARTMENT OF SAFETY AND HOMELAND  )
SECURITY, State of Delaware,       )
                                   )
              Defendants.          )

             Deposition of BARBARA L. CONLEY taken
pursuant to notice at the Delaware Department of
Justice, Carvel State Office Building, 820 North
French Street, 6th Floor, Wilmington, Delaware,
beginning at 9:40 a.m., on Wednesday, December 7,
2005, before Kurt A. Fetzer, Registered Diplomate
Reporter and Notary Public.

                    WILCOX & FETZER
       1330 King Street - Wilmington, Delaware 19801
                     (302) 655-0477

```
1    APPEARANCES:

2            THOMAS S. NEUBERGER, ESQ.
             THE NEUBERGER FIRM, P.A.
3              2 East Seventh Street - Suite 302
               Wilmington, Delaware  19801
4              For the Plaintiff

5            JAMES E. LIGUORI, ESQ.
             LIGUORI MORRIS & YIENGST
6              46 The Green
               Dover, Delaware  19901
7              For the Defendant Colonel L. Aaron Chaffinch

8            RALPH K. DURSTEIN, ESQ.
             STEPHANI J. BALLARD, ESQ.
9            DEPARTMENT OF JUSTICE
               820 North French Street
10             Carvel State Office Building
               Wilmington, Delaware  19801
11             For the Defendants Lieutenant Colonel
               Thomas F. MacLeish, David B. Mitchell,
12             and Division of State Police

13                      - - - - -

14                  BARBARA L. CONLEY,

15    the deponent herein, having first been

16    duly sworn on oath, was examined and

17    testified as follows:

18           MR. NEUBERGER:  If I could, we're on the

19   record, if I could, my daughter went into the hospital

20   in labor this morning at 4:00 o'clock.

21           MR. LIGUORI:  Congratulations.

22           MR. NEUBERGER:  If I'm a little nervous

23   today or out of sorts or whatever, it's just because

24   my mind is elsewhere, but I'm hoping that we can get
```

Barbara L. Conley                                    89

1  handled in the contract like call-back pay or any of
2  the things that are listed as part of that contract
3  and I don't know to what degree promotional issues
4  would be covered by that.
5      Q.   Is it fair for me to say that before filing
6  your lawsuit you did not explore any of what I will
7  call the internal remedies or procedures that might
8  have been available to you with the State Police,
9  other than the retreat?  You did mention the retreat.
10     A.   I didn't do any of the others.  I just filed
11 the suit.
12     Q.   And just to finish the thought on the retreat,
13 it's my understanding that the retreat was actually a
14 physical retreat to some location where folks were
15 encouraged to open up and talk with the idea that it
16 would be off the record?
17     A.   Mm-hmm.
18     Q.   Is that fair to say?
19     A.   Yes.  But I don't think it ultimately got
20 treated that way.
21     Q.   Apparently not.
22     A.   That first SOAR retreat that we had was -- I
23 don't know what you want to say -- very agitated and
24 very contentious.  Captain Warren was at the height of

```
 1    felt that Sergeant Logan had.  Sergeant Logan at the
 2    time probably would have been my number one choice
 3    that I knew of because I knew that he had done a wide
 4    variety of things at Dover P.D., including some grant
 5    writing and things of that nature.
 6        Q.   Would it be fair to say that Lieutenant
 7    Campanella did not work out well as the assistant
 8    director?
 9        A.   That would be fair to say.
10        Q.   And, in fact, in 2004 at your instigation the
11    internal affairs unit initiated an investigation into
12    Lieutenant Campanella's conduct.  Is that correct?
13        A.   Just to clarify, I did report some behavior of
14    his to Major Seifert and Lieutenant Colonel MacLeish.
15    Basically, I was simply requesting his transfer for
16    some problems that I was having with him and also the
17    section and some of the outside agencies that we were
18    dealing with.
19             And ultimately it did get turned into
20    internal affairs.
21        Q.   And you cooperated with the internal affairs
22    investigation into Lieutenant Campanella?
23        A.   Yes.
24        Q.   I don't want to get into the entire internal
```

Barbara L. Conley                           103

1   affairs investigation.
2            Would it be fair to say that part of what
3   you complained about was inappropriate conduct on his
4   part?
5       A.   Yes.
6       Q.   Do you remember how long he had been in the
7   traffic section when you first sought his transfer,
8   contacted Major Seifert?
9       A.   About eight months.
10      Q.   Would it be fair for me to say, just to
11  summarize, that the investigation of Lieutenant
12  Campanella resulted in charges and discipline being
13  imposed on him?
14      A.   That's my understanding.
15      Q.   And he was transferred out of the traffic
16  section as well.  Is that correct?
17      A.   Eventually, yes.
18      Q.   Now, in the course of that investigation of
19  Campanella you became aware that allegations had been
20  raised about your own conduct.  Is that fair to say?
21      A.   Yes.
22      Q.   And at some point, I guess this would be in the
23  summer of 2004, you were formally advised that charges
24  were going to be brought against you?

Barbara L. Conley                                    104

1    A.   I think it was probably after the summer,
2  possibly September.
3    Q.   September of 2004?
4    A.   Yes.
5    Q.   What was your reaction to that?
6    A.   The fact that I was being investigated or
7  charged?
8    Q.   I'm sure you were not happy about it?
9    A.   No, I wasn't happy.
10   Q.   Let me ask you this:  Did you at that point
11 when you learned that you were being investigated and
12 then when you later learned that there were actually
13 going to be charges brought against you, in your mind
14 was any of that related to what you've alleged as
15 discrimination on the part of Colonel Chaffinch?
16   A.   I believe it was related on some level.  I had
17 already spoke of having conversations with him about
18 his treatment of women and so forth and had hopes that
19 things would change.
20        After that I began to see that that
21 probably was not going to change.  And I think when I
22 realized that I started to seriously consider
23 litigation and when I first made this complaint it
24 took them almost four months, I believe, close to four

1    months before I heard one word about what they were
2    going to do.  They kept Lieutenant Campanella in there
3    in that environment with me for quite a while after he
4    knew that I had complained to the staff about some of
5    his incidents, which created quite a hostile
6    environment for me.
7                I began to realize way before I was
8    formally charged with anything that this investigation
9    had shifted to me being the focal point of the
10   investigation and at that point I did directly feel
11   that it was a result of Aaron's fear.  He only became
12   more fearful of me I believe after I talked to him
13   that I was going to pursue litigation for promotional
14   reasons.
15   Q.   When was that conversation?
16   A.   When we had the conversation at SOAR in
17   November of '03.  After that time I sensed that he was
18   more concerned with me that I may sue than he was
19   before.  And we didn't have a conversation about it.
20   Just his behavior, coupled with during this same time
21   during that summer I was treated very badly at the
22   Harrington Fair by him as well.  He was angry with me
23   at that point because I think he thought that I was
24   supportive of the Greg Warren lawsuit and things were

1   just going downhill.  And it was during that whole
2   period of time that I was getting my mind and my
3   finances prepared to file suit.
4       Q.   Well, maybe I misunderstood.  I thought I heard
5   you say at one point that at the SOAR retreat you made
6   some mention of filing suit.  Did I misunderstand
7   that?
8       A.   No, not at the SOAR retreat.  No.  When I
9   talked to him about my concerns and everything and he
10  was pretty receptive at that time I thought, then
11  after that point I never saw any change.  It just
12  continued to get worse, lack of support for the
13  situation that I had with Campanella and so forth and
14  then the treatment at the fair and some things like
15  that.  And I could see very early on that this was,
16  that his behavior and his treatment of women and
17  myself was not going to change.
18      Q.   Did you have a conversation with Colonel
19  Chaffinch at sometime before your attorney filed the
20  lawsuit where you said, "I'm going to have to file a
21  lawsuit"?
22      A.   No.
23      Q.   That's what I misunderstood.
24           I'm trying to get a fix on the kinds of

Barbara L. Conley                               107

```
 1    things you expected after the retreat of Colonel
 2    Chaffinch and how you were disappointed.
 3              When the investigation took its turn and
 4    you became the subject of an investigation and later
 5    charges, was it your expectation that Colonel
 6    Chaffinch would use his authority to prevent that or
 7    interrupt that process?
 8       A.   Well, did I think that -- could you rephrase
 9    that?
10       Q.   Sure.  Let me back up a little bit.
11              Am I correct that when there's an
12    investigation into conduct and possible discipline of
13    an officer that needs to be done, it's assigned to the
14    internal affairs unit?  Is that fair to say?
15       A.   Yes.
16       Q.   And in this instance the Campanella
17    investigation was done by internal affairs so far as
18    you know?
19       A.   Mm-hmm.
20       Q.   Yes?
21       A.   Yes.
22       Q.   And that's also true, sort of the outgrowth of
23    the same investigation was an investigation of you by
24    internal affairs.  Is that right?
```

1    A.   Yes.
2    Q.   The process works in such a fashion that after
3 there's some determination, the ultimate decision on
4 discipline and penalty and so forth within the State
5 Police would be the superintendent, correct?
6    A.   Yes.
7    Q.   Before it gets to that point, and this is my
8 question, did you have an expectation that Colonel
9 Chaffinch who would know something about it as
10 superintendent would intervene on your behalf to
11 prevent that investigation from going forward?
12    A.   No, I didn't think he would intervene on my
13 behalf.  I expected early on when I was having other
14 problems that were starting to develop with Campanella
15 I had spoken with him about it and I expected him to
16 try to do something to remedy that before it got to
17 the level that it did, and nothing ever happened.  He
18 basically just listened and ignored me.
19         I also firmly believe that he was actually
20 a catalyst for the turn of events that resulted in me
21 being charged and, quite frankly, I felt that I was
22 being singled out for discipline, severe discipline
23 for behaviors that were being exhibited on a much
24 greater level by himself and others every day.

Barbara L. Conley                                109

1   Q.   Let me ask a couple of questions about that.
2        When you say you think nothing was done by
3   Colonel Chaffinch when you complained about Lieutenant
4   Campanella, one thing that was done was the internal
5   affairs disciplinary investigation of Campanella?
6   A.   Well, I'm talking about earlier than that,
7   earlier in that period of eight months when the
8   civilian staff that I had and everyone had started to
9   complain.  He was only in the section three days
10  before I started receiving complaints from my civilian
11  staff about him and I had talked to Colonel Chaffinch
12  a couple of times about that prior to it reaching the
13  level where he had handed me like anti-female-related
14  cartoons and so forth.
15       And I just felt that that went above and
16  beyond.  He was sending a very clear message to me
17  that he didn't intend to listen to me or take me
18  seriously.  Campanella I'm talking about.  But Colonel
19  Chaffinch didn't do anything leading into that.  I had
20  told him very early on that this wasn't working out,
21  not only for me but for the rest of the civilian women
22  that were in that section.  And he basically didn't do
23  anything to try to help facilitate any kind of a
24  resolution, nor did he assign it to any of the majors.

Barbara L. Conley                                        110

1           I had also gone to Major Seifert numerous
2    times through e-mails trying to say this is not
3    working out down here; it's getting worse; it's
4    escalating.  And nothing was done.
5      Q.  You also said that you thought that Colonel
6    Chaffinch was a catalyst, as you put it, in the IA
7    investigation against you.
8           What evidence do you have of that?
9      A.  Well, I know that despite what the manual may
10   say that Colonel Chaffinch is very well-aware of these
11   internal affairs investigations as they develop.  He
12   had -- as you know, there was an ongoing investigation
13   involving Major Hughes and Captain Hawkins over a
14   domestic and the way it was handled and Aaron was
15   intimately involved in that.
16          He had come down to my office and
17   basically was very, very upset and irate about Captain
18   Dixon's role in that and was pretty much trying to get
19   me to send a message to Dixon to lay down on this
20   information because he didn't feel that Major Hughes
21   did anything wrong, even though ultimately it was
22   determined that he had done something wrong.  And so I
23   knew from that experience that despite the fact that
24   he is supposed to remain this neutral party at the top

1   of the chain for internal affairs things that he
2   actually was involved in these during the
3   developmental stages or investigative period.
4           And based on some of his behavior and some
5   comments and so forth, you have to remember the time
6   frame here being that Major Baylor, prior to this
7   investigation being refocused towards me, Major Baylor
8   then announces he's going to retire.  And my absolute
9   100 percent belief is that Aaron Chaffinch saw an
10  opportunity to have this investigation shift and that
11  that would give him some level of protection if he
12  were going to replace Baylor with someone other than
13  myself.
14      Q.  So are you alleging that Colonel Chaffinch
15  somehow manipulated Captain Paige and the internal
16  affairs process and told them to focus on you?
17      A.  I can only believe that that is possible.
18      Q.  Are you saying then that what you just said
19  was, and "what you just said" being the internal
20  affairs investigation focusing on you and charges
21  being brought against you, was kind of the last straw
22  that caused you to decide to file the lawsuit?
23      A.  I wouldn't say it was the last straw.  It was
24  obviously a component that entered into my mind and so

1  forth, but I would say that the continued lack of
2  support for women's issues, not only myself but the
3  civilian women that I had in my section, the civilian
4  women at the Office of Highway Safety that had had
5  problems with Lieutenant Campanella, the huge delay
6  that it took them to respond to that even though they
7  knew the level to which it had risen led me to believe
8  that nothing was going to change and it further
9  confirmed in my mind that this was a gender-based
10 problem with Colonel Chaffinch.
11    Q.   Major Baylor's position was what when he left
12 office?  What were his responsibilities?
13    A.   He was operations major in New Castle County.
14    Q.   Do you think that you as a downstate person
15 would have been qualified to fill that position?
16    A.   I believe I would have been qualified.
17 Essentially, those two roles, Kent and Sussex
18 operations and New Castle County operations, are the
19 same job; the only difference being familiarity with
20 some of the territory.  And in my particular case I
21 had been dealing with the troops in New Castle County
22 and had some level of knowledge.
23         In addition to that one, when I was at the
24 traffic lieutenant's position at Troop 3 there were