IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1394 (GMS) |
| | ) |
| COLONEL L. AARON CHAFFINCH, | ) |
| in his individual capacity, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on June 14, 2006.

Dated: June 14, 2006                             /s/ Gregory M. Sleet
                                                 UNITED STATES DISTRICT JUDGE