IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN BARBARA L. CONLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLONEL L. AARON CHAFFINCH, )<br>in his individual capacity, )<br>)<br>Defendant. ) | C.A. No. 04-1394-GMS |

### SPECIAL VERDICT INTERROGATORIES

1. Do you find that Barbara Conley's gender was a motivating or determinative factor in defendant's decision not to promote her to the rank of Major in April of 2003?

   _____ Yes

   ___✓___ No

2. Do you find that Barbara Conley's gender was a motivating or determinative factor in defendant's decision not to promote her to the rank of Major in November of 2003?

   _____ Yes

   ___✓___ No

If you answered "yes" to either #1 or #2 above, proceed to #3. If your answer to #1 and #2 was "no", your deliberations are over.

3. Did the plaintiff sustain any injury as a proximate result of the denial of a promotion to the rank of Major?

   _____ Yes

   _____ No

If you have answered "yes" to #3, proceed to #4. If you answered "no" to #3, your deliberations are over.

4. What dollar amount will fairly compensate the plaintiff for any damages sustained? Please apportion your total award into the following categories, but only to the extent you find that plaintiff has proven damages in each:

   (a) back wages from April 2003 to the present? $_____

   (b) future wages and pension benefits that the plaintiff will sustain from today forward, reduced to present value? $_____

   (c) damages sustained as a result of emotional distress? $_____

   TOTAL (a + b + c) $_____

5. Do you find that the defendant, L. Aaron Chaffinch, acted maliciously, intentionally, or recklessly toward the plaintiff in connection with the promotion decisions?

   _____ Yes

   _____ No

If your answer to #5 was yes, proceed to #6. If not, you are finished.

6. What amount of punitive damages, if any, would be appropriate to punish and deter the defendant?

   $_____.

**THE FOREGOING IS THE VERDICT OF THE JURY**

**EACH JUROR MUST SIGN BELOW**

REDACTED