IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN BARBARA L. CONLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1394 (GMS) |
| | ) | |
| COLONEL L. AARON CHAFFINCH, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on June 14, 2006. The verdict was accompanied by a jury verdict form, a copy of which is attached hereto. Therefore,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant, COLONEL L. AARON CHAFFINCH, and against plaintiff, CAPTAIN BARBARA L. CONLEY.


Dated: June 15, 2006              /s/ Gregory M. Sleet
                                  UNITED STATES DISTRICT JUDGE