```
 1              IN THE UNITED STATES DISTRICT COURT

 2             IN AND FOR THE DISTRICT OF DELAWARE

 3                          - - -

 4   CAPTAIN BARBARA L. CONLEY,     :    Civil Action
                                    :
 5            Plaintiff,            :
                                    :
 6        v.                        :
                                    :
 7   COLONEL L. AARON CHAFFINCH,    :
     individually,                  :
 8                                  :
              Defendant.            :    NO. 04-1394-GMS
 9
                            - - -
10
                      Wilmington, Delaware
11                 Wednesday, June 7, 2006
                         9:00 a.m.
12                   SECOND DAY OF TRIAL
             CROSS AND REDIRECT OF DAVID BAYLOR ONLY
13
                            - - -
14
     BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J, and a Jury
15

16
     APPEARANCES:
17
              THOMAS S. NEUBERGER, ESQ.
18            The Neuberger Firm, P.A.

19                          Counsel for Plaintiff

20            STEPHANI J. BALLARD, ESQ., and
              RALPH K. DURSTEIN, III, ESQ.
21            Department of Justice - State of Delaware
                        -and-
22            JAMES LIGUORI, ESQ.
              Liguori, Morris & Yiengst
23
                            Counsel for Defendant
24

25
                                          EXHIBIT B
```

1     THE COURT:  Good morning, counsel.  Counsel, are
2 we ready for the jury?
3     MR. NEUBERGER:  Yes, Your Honor.
4     THE COURT:  Ms. Walker.  I think you were
5 finishing up, Mr. Neuberger.
6     MR. NEUBERGER:  I think I have finished.
7     THE COURT:  Major.
8     ... DAVID LAWRENCE BAYLOR, having been
9     previously sworn as a witness, was examined and
10    testified  further as follows ...
11    (Jury enters courtroom at 9:04 a.m.)
12    THE COURT:  Good morning, members of the jury.
13 You may be seated.  We will continue with the testimony of
14 Major Baylor.
15    THE COURT:  We are now at the point actually of
16 cross-examination.
17                    CROSS-EXAMINATION
18 BY MS. BALLARD:
19 Q.    Good morning, Major Baylor.
20 A.    Good morning.
21 Q.    I would like to thank you for coming back today.
22 Sorry we couldn't finish you up yesterday.
23        Just to refresh the jury on your background,
24 when did you retire from Delaware State Police?
25 A.    I officially retired April 30th, 2005.  I went on

Baylor - cross

1  A.    He is the guy that promoted me to Major.  So that to
2  me was special.  And Aaron, the Colonel, I think by and
3  large is a good person.  You know, we all made some
4  mistakes.  But I think by and large he is a good person.  I
5  mean, that's all I can really say.
6            This is an awkward position to be in.
7  Q.    I understand.
8  A.    I have been here last week and I am here this week.
9  This is tough.
10 Q.    I was actually asking about, was he humorous?  Was he
11 lighthearted or more serious as work?
12 A.    There were times when he was both.  I have seen him as
13 intense as you can get.  He has probably seen me the same
14 way.  He was also able to at times bring a lightheartedness
15 to the workplace.
16 Q.    Now, there was some discussion yesterday of Captain
17 Mary Ann Papili and her transfer from Troop 6 to Information
18 Technology?
19 A.    Yes, ma'am.
20 Q.    I believe plaintiff's counsel represented to you that
21 Mary Ann Papili was promoted by Colonel Pepper in 2001?
22 A.    Yes, I believe she was promoted -- no.
23 Q.    Isn't it actually correct that Mary Ann was promoted
24 by Colonel Ellingsworth?
25 A.    That is probably true.