### Ballard Stephani (DOJ)

**From:** Ballard Stephani (DOJ)
**Sent:** Monday, July 10, 2006 3:49 PM
**To:** 'Stephen J. Neuberger'; Durstein III Ralph (DOJ); Jim Liguori
**Cc:** Mitchell Jennifer (DOJ)
**Subject:** RE: Conley

Counsel,
As you do not specify what "evidence" you are referring to, it is difficult to respond. However, I will refer you to footnote 1 of our "reply." As that footnote states, Defendant did not initiate briefing on this issue—rather, plaintiff filed an "answering brief" when no opening brief to the defense motion had been filed. Accordingly, we advised counsel and the Court as follows:

Defendant's initial filing on this issue was by motion (D.I. 239) without briefing. Plaintiff's response by way of 40-page "Answering Brief" (D.I. 256) is arguably improper pursuant to Local Rule 7.1.2. Nonetheless, as Plaintiff's submission has greatly expanded the scope of argument, a lengthier reply herein is appropriate.

As there was no "opening brief", your contention that certain evidence/argument should have been included in the opening brief is without merit. Defendant certainly maintains that nothing referenced in the defense Reply filed on June 23, 2006 was unknown or new information to the plaintiff or her counsel, and did not fall outside the scope of subjects addressed in the initial motion and/or the Court's concerns on the pre-trial publicity issue raised *sua sponte* prior to trial.

Stephani

>-----Original Message-----
>**From:** Stephen J. Neuberger [mailto:SJN@NeubergerLaw.com]
>**Sent:** Monday, July 10, 2006 3:32 PM
>**To:** Durstein III Ralph (DOJ); Ballard Stephani (DOJ); Jim Liguori
>**Subject:** Conley
>
>Counsel,
>
>I have reviewed your sanctions reply brief. In it, the defense cites to evidence that should have been included in a full and fair opening brief. It was not. Such an approach violates Local Rule 7.1.3(c)(2).
>
>Please let me know by tomorrow if you withdraw your reply brief. If not, I will file a motion to strike.
>
>-Steve
>
>**********************************
>Stephen J. Neuberger, Esq.
>The Neuberger Firm
>Attorneys and Counsellors at Law
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801-3707
>Phone: 302-655-0582
>Fax: 302-655-9329
>E-Mail: SJN@NeubergerLaw.com

7/17/2006