IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN BARBARA CONLEY, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| COLONEL L. AARON CHAFFINCH, | ) | C.A. No. 04-1394-GMS |
| Defendant. | ) ) | |

## ORDER

WHEREAS, on June 2, 2006, the defendant in the above-captioned action filed a Renewed Motion for an Order Limiting Prejudicial Pretrial Publicity and for Sanctions for Violations (the "Sanctions Motion") (D.I. 239);

WHEREAS, on June 5, 2006, the court issued an Order (D.I. 241) directing "the parties, lawyers, and potential witnesses in this matter" to "refrain from making to the media any extrajudicial statement or comment that is likely to interfere with a fair trial, or prejudice any party or the administration of justice;"

WHEREAS, the Order also notified the parties that the court would defer its decision regarding sanctions pending further consideration of the matter and the issuance of a formal opinion;

WHEREAS, on June 16, 2006, the plaintiff filed an answer in opposition to the Sanctions Motion;

WHEREAS, on June 23, 2006, the defendant filed a reply to the motion;

WHEREAS, on July 10, 2006, the plaintiff filed a Motion to Strike (D.I. 262) the defendant's reply to the Sanctions Motion;

WHEREAS, on July 24, 2006, the parties completed briefing on the motion to strike; and

WHEREAS, after having considered the parties submissions, as well as its June 5, 2006 Order, the court concludes that an answering brief and reply brief to the defendant's Sanctions Motion were appropriate filings;

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion to Strike (D.I. 262) is DENIED.

Dated: August 2, 2006            /s/ Gregory M. Sleet
                                                    UNITED STATES DISTRICT JUDGE