# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
    *(Licensed Only in PA and NJ)

PHONE: (302) 655-0582
FAX: (302) 655-9329

September 20, 2006                                            **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:    **Conley v. Chaffinch, et al.**, Civil Action No. 04-1394-GMS

Dear Judge Sleet:

       This letter is written in reference to defendant's pending motion for sanctions. (D.I. 239).

       In her Answering Brief in opposition to the defense motion (D.I. 256), plaintiff explained how the defense had violated the gag order imposed by the Court (D.I. 241), by publicly commenting to the media about this case. I write to bring another such incident to the Court's attention.

       On September 14, 2006, defense counsel Liguori wrote a letter to the editor of the Delaware State News. That letter is attached as Tab A. In that letter, defense counsel publicly attacked both plaintiff Capt. Conley and plaintiff's lead counsel Mr. Thomas Neuberger, each specifically in reference to this action.

       This recent public event undermines defendant's stated legal position in the pending motion that all extrajudicial comments about any parties to this case are improper. (See D.I. 239).

       Additionally, these recent public attacks further undermine defendant's legal position regarding extrajudicial comments that allegedly "lack[ ] civility, and reflect[ ] verbal intemperance, scorn and superiority," (D.I. 239 at ¶ 5), and are further evidence that the defense continues to improperly use the gag order as both a sword and a shield and that the gag order is

The Honorable Gregory M. Sleet
September 20, 2006
Page 2

unconstitutional under both the First and Fourteenth Amendments.  (See, e.g. D.I. 256 at 33-34).

      Counsel further notes that attached at Tab B is the text of an article from the September 13, 2006 edition of the Delaware State News.  In that article, Mr. Thomas Neuberger makes several innocuous comments regarding the appointment of defendant Chaffinch to a public office in Sussex County.  These comments were in compliance with the Court's gag order as none referred to the present action and had no likelihood of prejudicing any party.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:    Thomas S. Neuberger, Esq. (via CM/ECF)
       Captain Barbara L. Conley (via E-mail)
       Ralph K. Durstein, Esq. (via CM/ECF)
       Stephani Ballard, Esq. (via CM/ECF)
       James E. Liguori, Esq.  (via CM/ECF)

Conley \ Letters \ Sleet.16

# Tab A

## Letters to the Editor

### Town will benefit from Chaffinch

Let me start by saying that Aaron Chaffinch is a friend of mine and I had the privilege, with other fine lawyers, to represent Aaron in his most recent Federal Court case foolishly and spitefully brought by a Delaware State Police captain. The captain was represented by Tom Neuberger.

After six days of trial a jury of conscientious Delawareans, in one hour while they ate lunch, unanimously voted that the captain did not have a case. The speed within which the verdict was returned spoke volumes to us trial attorneys as to the nature of the plaintiff's case in the first place.

That verdict was returned so quickly that experienced attorneys knew only one verdict was possible. Mr. Neuberger sent his son to hear the bad news from the jury foreperson.

Mr. Neuberger now takes a swipe at Aaron by commenting upon Aaron's new position as Bridgeville's Public Safety Director that he (Neuberger) "feels sorry for Bridgeville." (Bridgeville need not be concerned, the have a wonderful public servant that knows what needs to be done).

How dare Mr. Neuberger! Mr. Neuberger is a sore loser, a boor, a condescending individual whom, if one would have observed him as I had throughout my representation of Aaron would not be impressed.

James E. Liguori
Dover

# Tab B

TODAY'S CLASSIFIEDS

LOCAL LINKS PAGES

OTHER NEWSZAP COMMUNITIES

SPECIAL FEATURES
- Archives
- Auto Buyers Guide
- Classifieds
- Entertainment
- Financial Planning
- Greeting Cards
- Health News
- Horoscopes
- Lottery
- Maps
- Medical Guide
- Meet Someone
- My Page
- National News
- Obituaries
- Remembrances
- Stocks
- Travel Info
- TV Listings
- Weather
- White Pages
- Yellow Pages



## Chaffinch gets new town post; Bridgeville taps former head of state police

*By Glenn Rolfe, The Leader & State Register*

BRIDGEVILLE — The Bridgeville Commission voted unanimously Monday night to hire former Delaware State Police Superintendent Col. L. Aaron Chaffinch as the town's new director of public safety.

Mr. Chaffinch stepped down as the state's top cop in May 2005 after 27 years on the force, the final three as superintendent.

His tenure was marred by allegations of sexual and racial discrimination and lawsuits.

He was suspended from October 2004 to March 2005 after a female captain filed a lawsuit accusing him of making lewd comments and stifling her career advancement, but a federal jury rejected her claims in June.

That court victory was the only time Mr. Chaffinch fared well in a lawsuit, with the state settling several and juries ruling against him in several others.

Most recently, the state reached an $80,000 settlement in August with retired Sgt. Diane E. Moss, who filed a suit alleging that Mr. Chaffinch passed her over for promotion because she is a woman and is black.

"He was a political creature and it sounds like he got a political job," said Wilmington attorney Thomas S. Neuberger, who represented the plaintiffs in many of the lawsuits against Mr. Chaffinch.

"I feel sorry for Bridgeville."

Commission president Joseph Conaway said Mr. Chaffinch was one of five finalists interviewed by the panel from a pool of 19 applicants.

The field was narrowed to five by Town Manager Bonnie Walls, who said Mr. Chaffinch's past had no bearing on his qualifications, expertise or the commission's search for the most highly-qualified candidate.

"He applied. He was interviewed. And we felt he was the best candidate," Mrs. Walls said.
























Mr. Chaffinch, a native of the Bridgeville area, declined comment on his hiring or anything about his past or tenure as state police superintendent, referring all inquiries to town government and the commission president.

"I honestly need to refer you to the president of the commission," he said.

"That's the way I need to do it because that is what they asked me to do."

Funding for the new position — $53,000 annually — was included in the town's fiscal year 2007 budget.

"With the town growing we need to plan … in a broader sense," Mr. Conaway said.

Mr. Conaway said the director of public safety will oversee the police force and address other issues such as preparedness for storms, other natural disasters and homeland security.

"In this day and time, especially here on Sept. 11, there is a need for more than just a police chief," Mr. Conaway said.

"We are in a new day and time. This world has changed. We know it's only a matter of time before it happens again. God help us all. We must be prepared."

Bridgeville Police Chief Allan Parsons will continue to run the town police force and will report to Mr. Chaffinch, who will report to Mrs. Walls, the town manager, Mr. Conaway said.

Mr. Chaffinch will report to work as soon as he and Mrs. Walls work out details, Mr. Conaway said.

The position will include a 90-day probationary period and there will be an evaluation, Mr. Conaway said.

Mr. Chaffinch went through the Federal Bureau of Investigation's National Academy and is well-trained in law enforcement and related fields, Mr. Conaway said.

"We were able to agree on what the commissioners believe will be an outstanding addition to our staff," Mr. Conaway said.

The Bridgeville position is not the first Mr. Chaffinch has sought since stepping down.

He applied in May 2005 to be the state's first harness racing administrator, overseeing events at Dover Downs and Harrington

Raceway.

The state's racing commission decided in August 2005 to hire racing veteran Hugh Gallagher of Trappe Maryland instead.

Staff writer Joe Rogalsky contributed to this article.

Post your opinions in the Public Issues Forum at newszap.com

Glenn Rolfe can be reached at 629-5505 or grolfe@newszap.com



**FOR MORE INFORMATION**

**Want more local stories?**

Click here to go to our Archives. Type in a key word like the same of your town where it asks for "word one". Then click "Start Search" to see other stories that have included your key word.

**Want regional classified ads?**

Click here to go to our regional Classified Ads.

All Rights Reserved - Independent Newspapers, Inc. - click here for INI info Click here for reprint permission and for our policies about privacy, links and objectionable content