# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

May 16, 2007

**VIA E-FILE**
Clerk of the Court
United States District Court for the District of Delaware
844 King Street, Room 4209
Wilmington, DE 19801

    Re: **Conley v. Chaffinch, et al**
        **C.A. No. 04-01394-GMS**

Dear Sir:

    Please be advised that Alyssa M. Schwartz is no longer associated with the firm of Richards, Layton & Finger. Accordingly, please remove her from the service list as attorney for the Movant in the above matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Chad M. Shandler

CS:ps

RLF1-3151929-1