

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

June 8, 2007

VIA HAND DELIVERY
Thomas S. Neuberger, Esq.
2 E. 7th Street
Suite 302
Wilmington, DE 19801

    Re:   *Conley v. Chaffinch*
           C.A. No. 04-1394

Dear Mr. Neuberger:

    Enclosed please find a check in the amount of $5,189.00 payable to the plaintiff in accordance with the Order of Judge Gregory M. Sleet on May 15, 2007. (D.I. 273)

                                       Sincerely,

                                       Stephani J. Ballard
                                       Deputy Attorney General

Cc:   Clerk of the Court
        James E. Liguori, Esq.
        Ralph K. Durstein, DAG