CLOSED, MEDIATION, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01394-GMS
### Internal Use Only

| | |
|---|---|
| Conley v. Chaffinch | Date Filed: 10/27/2004 |
| Assigned to: Judge Gregory M. Sleet | Date Terminated: 11/14/2007 |
| Demand: $0 | Jury Demand: Plaintiff |
| Related Case: 1:05-cv-00708-GMS | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Barbara L. Conley**  
*Captain*

represented by **Stephen J. Neuberger**  
The Neuberger Firm, P.A.  
2 East 7th Street  
Suite 302  
Wilmington, DE 19801  
(302) 655-0582  
Email: SJN@NeubergerLaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Col. L. Aaron Chaffinch**  
*individually*

represented by **Ralph K. Durstein, III**  
Department of Justice  
820 N. French Street, 6th Floor  
Wilmington, DE 19801  
(302) 577-8400  
Email: ralph.durstein@state.de.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephani J. Ballard**  
Department of Justice  
820 N. French Street, 6th Floor  
Wilmington, DE 19801  
(302) 577-8400  
Email: stephani.ballard@state.de.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James E. Liguori**  
Liguori, Morris & Yiengst  
46 The Green  
Dover, DE 19901  
(302) 678-9900  
Email: jliguori@lmylaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**David B. Mitchell**  
*individually and in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware*  
*TERMINATED: 05/16/2006*

represented by **Ralph K. Durstein, III**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephani J. Ballard**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Division of State Police,Department of Safety and Homeland Security, State of Delaware**
*TERMINATED: 05/16/2006*

represented by **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephani J. Ballard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt Col Thomas F. Macleish**
*individually and in his official capacity as the Deputy Superintendent, Delaware State Police*
*TERMINATED: 05/16/2006*

represented by **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephani J. Ballard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Gannett Co Inc.**

represented by **Alyssa M. Schwartz**
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 6513196
Email: amschwar@skadden.com
*TERMINATED: 05/17/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Michael Shandler**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: shandler@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard G. Elliott, Jr.**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: elliott@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 137109 (mwm) (Entered: 10/27/2004) |
| 10/27/2004 |  | DEMAND for jury trial by Barbara L. Conley (mwm) (Entered: 10/27/2004) |

| | | |
|---|---|---|
| | | Aaron Chaffinch (asw) (Entered: 12/13/2004) |
| 12/13/2004 | 17 | RETURN OF SERVICE executed as to Div State Police DE 12/2/04 Answer due on 12/22/04 for Div State Police DE (asw) (Entered: 12/13/2004) |
| 12/16/2004 | 18 | Letter to Judge Sleet from Ralph Durstein III attaching a copy of a press release generated by the Plaintiff attorneys on 12/13/04; Defendant requests oral argument (asw) (Entered: 12/16/2004) |
| 12/20/2004 | 19 | TRANSCRIPT filed for telephone conference on 12/10/04; Crt Rptr, K. Maurer 12/10/04 (asw) (Entered: 12/20/2004) |
| 12/20/2004 | 21 | RETURN OF SERVICE executed as to Thomas F. Macleish 12/14/04 Answer due on 1/3/05 for Thomas F. Macleish (asw) (Entered: 12/21/2004) |
| 12/21/2004 | 22 | Answer Brief Filed by Barbara L. Conley in opposition [9-1] motion For An Order Limiting Prejudicial Pretrial Publicity And Memorandum of Points and Authorities - Reply Brief due 12/28/04 (asw) (Entered: 12/21/2004) |
| 12/21/2004 | 23 | [SEALED FOOTNOTE #8] Answer Brief Filed by Barbara L. Conley [9-1] motion For An Order Limiting Prejudicial Pretrial Publicity And Memorandum of Points and Authorities (asw) (Entered: 12/21/2004) |
| 12/21/2004 | 24 | Appendix to Brief Filed by Barbara L. Conley Appending [22-1] answer brief (asw) (Entered: 12/21/2004) |
| 12/22/2004 | 26 | MOTION with Proposed Order to Intervene by Gannett Co, Inc. Answer Brief due 1/5/05 re: [26-1] motion (asw) (Entered: 12/27/2004) |
| 12/22/2004 | 27 | MEMORANDUM IN OPPOSITION Filed by Gannett Co, Inc. [9-1] motion For An Order Limiting Prejudicial Pretrial Publicity And Memorandum of Points and Authorities - Reply Brief due 12/29/04 (asw) (Entered: 12/27/2004) |
| 12/23/2004 | 25 | Letter from counsel for The News Journal regarding its Motion to Intervent and Memorandum in Opposition for an Order Limiting Prejudicial Pretrial Publicity. (mmm) (Entered: 12/23/2004) |
| 01/03/2005 | 28 | RESPONSE Filed by L. Aaron Chaffinch, David B. Mitchell, Div State Police DE [26-1] motion to Intervene by Gannett Co, Inc. - Reply Brief due 1/10/05 (asw) (Entered: 01/05/2005) |
| 01/04/2005 | 29 | Answer Brief (in letter form) Filed by Barbara L. Conley in response to [26-1] motion to Intervene by Gannett Co, Inc. - Reply Brief due 1/11/05 (asw) (Entered: 01/05/2005) |
| 01/10/2005 | 30 | MOTION by Barbara L. Conley for Default Judgment against L. Aaron Chaffinch, David B. Mitchell, Div State Police DE, Thomas F. Macleish For a Trial on Damages Answer Brief due 1/24/05 re: [30-1] motion (asw) (Entered: 01/11/2005) |
| 01/10/2005 | 31 | MOTION by Barbara L. Conley with Proposed Order To the Clerk for Entry of Default as to L. Aaron Chaffinch, David B. Mitchell, Div State Police DE, Thomas F. Macleish Answer Brief due 1/24/05 re: [31-1] motion (asw) (Entered: 01/11/2005) |
| 01/10/2005 | 32 | Letter dated 1/7/05 to Judge Sleet from Chad M. Shandler, Esq. with respect to the Defendant's response to Gannett's Motion for an Order Limiting Prejudicial Pretrial Publicity (asw) (Entered: 01/11/2005) |
| 01/11/2005 | 33 | ANSWER by L. Aaron Chaffinch, David B. Mitchell, Div State Police DE, Thomas F. Macleish (Attorney, Ralph K. Durstein III, ) to amended complaint (asw) (Entered: 01/11/2005) |
| 01/26/2005 | 34 | Answer Filed by L. Aaron Chaffinch, David B. Mitchell, Div State Police DE, Thomas F. Macleish [31-1] motion To the Clerk for Entry of Default as to L. Aaron Chaffinch, David B. Mitchell, Div State Police DE, Thomas F. Macleish - Reply Brief due 2/2/05, [30-1] motion for Default Judgment against L. Aaron Chaffinch, David B. Mitchell, Div State Police DE, Thomas F. Macleish For a Trial on Damages - Reply Brief due 2/2/05 (asw) (Entered: 01/27/2005) |
| 01/27/2005 | 35 | NOTICE of Scheduling that oral argument regarding prejudicial extrajudicial publicity has been set for 2/17/05 at 9:00 a.m. (asw) (Entered: 01/27/2005) |
| 02/01/2005 | 36 | RE-NOTICE of Scheduling that Oral Argument has been rescheduled to 2/18/05 at 9:00 a.m.; Copies to counsel (asw) (Entered: 02/02/2005) |
| 02/01/2005 | | Deadline updated; Motion Hearing reset for 9:00 a.m. on 2/18/05 for [9-1] motion For An Order |

| | | |
|---|---|---|
| 09/20/2005 | 79 | NOTICE of Amended Notice of Service by Barbara L. Conley (Neuberger, Thomas) (Entered: 09/20/2005) |
| 09/21/2005 | 82 | AMENDED DOCUMENT by David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish. Amendment to 56 Initial Disclosures. (Ballard, Stephani) (Entered: 09/21/2005) |
| 09/22/2005 | 83 | NOTICE of Notice of Service of Plaintiff's First Set of Interrogatories Directed to Defendants by Barbara L. Conley (Neuberger, Thomas) (Entered: 09/22/2005) |
| 09/27/2005 | 84 | NOTICE to Take Deposition of Major Paul Eckrich; Major Randall Hughes on December 1, 2005; December 2, 2005 by Barbara L. Conley.(Neuberger, Stephen) (Entered: 09/27/2005) |
| 09/30/2005 | 85 | NOTICE to Take Deposition of Barbara L. Conley on December 12, 2005 by David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish.(Ballard, Stephani) (Entered: 09/30/2005) |
| 09/30/2005 | 86 | MOTION to Stay re 75 Opening Brief in Support,, 74 MOTION to Bifurcate *the Trial of Counts One From Counts Two and Three or in the Alternative to Sever Count One From Count Two and Three* - filed by L. Aaron Chaffinch, David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish. (Durstein, Ralph) (Entered: 09/30/2005) |
| 09/30/2005 | 87 | ANSWERING BRIEF in Opposition re 74 MOTION to Bifurcate *the Trial of Counts One From Counts Two and Three or in the Alternative to Sever Count One From Count Two and Three* filed by L. Aaron Chaffinch, David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish.Reply Brief due date per Local Rules is 10/7/2005. (Attachments: # 1 In re: Blech Securities Litigation (unreported case))(Durstein, Ralph) (Entered: 09/30/2005) |
| 09/30/2005 | 88 | APPENDIX re 87 Answering Brief in Opposition, *to Plaintiff's Motion to Bifurcate* by L. Aaron Chaffinch, David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish. (Durstein, Ralph) (Entered: 09/30/2005) |
| 10/05/2005 | 89 | STIPULATION and Order Regarding Confidentiality by Barbara L. Conley. (Neuberger, Stephen) (Entered: 10/05/2005) |
| 10/05/2005 | | SO ORDERED, re 89 Stipulation regarding Confidentiality filed by Barbara L. Conley . Signed by Judge Gregory M. Sleet on 10/5/05. (asw ) (Entered: 10/05/2005) |
| 10/07/2005 | 90 | REPLY BRIEF re 74 MOTION to Bifurcate *the Trial of Counts One From Counts Two and Three or in the Alternative to Sever Count One From Count Two and Three* filed by Barbara L. Conley. (Neuberger, Stephen) (Entered: 10/07/2005) |
| 10/14/2005 | 91 | RESPONSE to Motion re 86 MOTION to Stay re 75 Opening Brief in Support,, 74 MOTION to Bifurcate *the Trial of Counts One From Counts Two and Three or in the Alternative to Sever Count One From Count Two and Three* filed by Barbara L. Conley. (Neuberger, Stephen) (Entered: 10/14/2005) |
| 10/19/2005 | 92 | [REDACTED VERSION] Letter to Judge Sleet from Thomas S. Neuberger regarding Request for an Emergency Chambers Conference. (Neuberger, Stephen) Modified on 10/19/2005 (asw ). (Entered: 10/19/2005) |
| 10/19/2005 | 93 | [SEALED] Letter to Judge Sleet from Thomas S. Neuberger regarding Request for an Emergency Chambers Conference. (Neuberger, Stephen) Modified on 10/19/2005 (asw, ). (Entered: 10/19/2005) |
| 10/20/2005 | 94 | Letter to Hon. Gregory M. Sleet from Ralph K. Durstein, III; Stephani J. Ballard, Deputy Attorneys General regarding Response to Plaintiff's Request for Emergency Chambers Conference re 92 Letter, 93 Letter. (Ballard, Stephani) (Entered: 10/20/2005) |
| 10/20/2005 | 95 | Letter to Judge Sleet from James E. Liguori regarding Replying to plaintiff's request for an Emergency Chambers Conference (original sent via U.S. Mail). (Liguori, James) (Entered: 10/20/2005) |
| 10/20/2005 | 96 | SEALED Letter to Judge Sleet from Thomas S. Neuberger regarding Request for an Emergency Chambers Conference re 93 Letter. (Neuberger, Stephen) Modified on 8/28/2008 (dzs, ). (Entered: 10/20/2005) |
| 10/20/2005 | 97 | REDACTED VERSION of 96 Letter *to Judge Sleet from Thomas S. Neuberger re: Request for an Emergency Chambers Conference* by Barbara L. Conley. (Neuberger, Stephen) (Entered: 10/20/2005) |

| | | |
|---|---|---|
| 10/21/2005 | 98 | NOTICE to Take Deposition of Barbara Conley on December 7, 2005 by David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish. (Ballard, Stephani) (Entered: 10/21/2005) |
| 10/24/2005 | 99 | NOTICE OF SERVICE of answers of Defendants Delaware State Police, MacLeish and Mitchell to Plaintiff's 1st Set of Interrogatories re 83 Notice (Other) by David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish. Related document: 83 Notice (Other) filed by Barbara L. Conley,.(Durstein, Ralph) (Entered: 10/24/2005) |
| 10/27/2005 | 100 | NOTICE OF SERVICE of Plaintiff's Fourth Request for Production of Documents by Barbara L. Conley.(Neuberger, Stephen) (Entered: 10/27/2005) |
| 11/01/2005 | 101 | SEALED Letter to The Honorable Gregory M. Sleet from Thomas S. Neuberger regarding Request for an Emergency Chambers Conference - re 93 Letter. (Neuberger, Stephen) Modified on 8/28/2008 (dzs, ). (Entered: 11/01/2005) |
| 11/01/2005 | 102 | REDACTED VERSION of 101 Letter by Barbara L. Conley. (Neuberger, Stephen) (Entered: 11/01/2005) |
| 11/01/2005 | 103 | NOTICE to Take Deposition of Lisa Blunt-Bradley; Gregory Chambers on December 19, 2005 at 10:00 a.m.; December 19, 2005 at 2:00 p.m. by Barbara L. Conley.(Neuberger, Stephen) (Entered: 11/01/2005) |
| 11/02/2005 | 104 | Letter to the Honorable Gregory M. Sleet from Ralph K. Durstein and Stephani J. Ballard regarding proported letter of November 1, 2005 by plaintiff - re 102 Redacted Document, 101 Letter. (Ballard, Stephani) (Entered: 11/02/2005) |
| 11/02/2005 | 105 | Letter to The Honorable Gregory M. Sleet from Stephen J. Neuberger regarding Response to Defendants' Recent Letter - re 104 Letter. (Neuberger, Stephen) (Entered: 11/02/2005) |
| 11/03/2005 | 106 | Letter to the Honorable Gregory M. Sleet from Ralph K. Durstein III and Stephani J. Ballard regarding follow up to 11/2/05 letter from defendants - re 104 Letter. (Ballard, Stephani) (Entered: 11/03/2005) |
| 11/07/2005 | 107 | ORDER that a chambers conference regarding the issues raised in the parties' letters has been set for November 17, 2005 at 9:00 AM. Counsel with primary responsibility for this case shall appear. The parties shall be prepared to discuss the issues outlined in paragraphs 2, 3 and 4 of this Order. Signed by Judge Gregory M. Sleet on 11/7/05. (asw ) (Entered: 11/07/2005) |
| 11/16/2005 | 108 | PRETRIAL MEMORANDUM by Barbara L. Conley. (Neuberger, Stephen) (Entered: 11/16/2005) |
| 11/17/2005 | 109 | NOTICE OF SERVICE of Defendants' First Set of Requests for Admissions to Plaintiff Pursuant to FRCP 36 by David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish.(Ballard, Stephani) (Entered: 11/17/2005) |
| 11/17/2005 | | Minute Entry for proceeding held before Judge Gregory M. Sleet : In Chambers Conference held on 11/17/2005. Discussion on the recent letter submissions (D.I.'s 93-96, 101, and 104-106) regarding discovery issues. The transcript of this hearing is filed UNDER SEAL. (Court Reporter Kevin Maurer.) (asw) (Entered: 11/17/2005) |
| 11/23/2005 | 110 | NOTICE to Take Deposition of W. Michael Tupman, Esq. on December 21, 2005 at 10:00am by Barbara L. Conley.(Neuberger, Stephen) (Entered: 11/23/2005) |
| 11/25/2005 | 115 | STENO NOTES of Chambers Conference held on 11/17/05 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 12/02/2005) |
| 11/28/2005 | 111 | NOTICE of answers of Defendants Delaware State Police, MacLeish and Mitchell to Plaintiff's Fourth Request for Production of Documents by David B. Mitchell, Division of State Police,Department of Safety and Homeland Security, State of Delaware, Thomas F. Macleish re 100 Notice of Service (Ballard, Stephani) (Entered: 11/28/2005) |
| 11/30/2005 | 112 | NOTICE OF SERVICE of Plaintiff's Fifth Request for Production of Documents by Barbara L. Conley.(Neuberger, Stephen) (Entered: 11/30/2005) |
| 12/01/2005 | 113 | NOTICE to Take Deposition of Captain Glenn D. Dixon on December 12, 2005 by L. Aaron Chaffinch.(Liguori, James) (Entered: 12/01/2005) |
| 12/01/2005 | 116 | [SEALED] TRANSCRIPT of Chambers Conference held on 11/17/05 before Judge Sleet. Court Reporter: Kevin Maurer. (Transcript is SEALED) (asw ) (Entered: 12/02/2005) |
| | | |